## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Small Edmund .
Last Name First Name Middle Name

HOME ADDRESS 20 Broome ST

N. Babylon N.Y. 11703
City State Zip Code

HOME PHONE 631-643-5682 WORK PHONE (718) 851-5541

SIGNATURE Edmund Amall

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ABBOTT GREGORY SEAN
Last Name First Name Middle Name

HOME ADDRESS 432 MANSFIELD AVE

PLAINEDGE NY 11756
City State Zip Code

HOME PHONE 516 735-5493 WORK PHONE (212) 741-4851
(917) 709-2592 Cell

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ABBRIANO Frank

Last Name First Name Middle Name

HOME ADDRESS 7806 10th Avenue

Brooklyn N.Y. 11228

City State Zip Code

HOME PHONE 718-833-1032 WORK PHONE 718-714-8424

SIGNATURE ____________

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Abdelhadi (Last Name) Ausama (First Name) ____ (Middle Name)

HOME ADDRESS 11 Terrace Place #3E

Bklyn (City) NY (State) 11218 (Zip Code)

HOME PHONE 347 243 0306 WORK PHONE 646 610 8337

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ABDELMESSIH JOSEPH A
Last Name First Name Middle Name

HOME ADDRESS 56 Mulberry Ave
Staten Island NY 10314
City State Zip Code

HOME PHONE 646-354-8185 WORK PHONE 718-876-8541

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Abdullah Khandakar
Last Name First Name Middle Name

HOME ADDRESS 95 Mallard Road

Levittown NY 11756
City State Zip Code

HOME PHONE 347-642-3389 WORK PHONE 718-292-6446

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Abdur-Rahim Nuruddin
Last Name First Name Middle Name

HOME ADDRESS 1806 Phelan Place
Bronx NY 10453
City State Zip Code

HOME PHONE 718-583-4316 WORK PHONE 347-538-5354

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ABEL David S
Last Name First Name Middle Name

HOME ADDRESS 130 Rye Ave

Staten Island NY 10312
City State Zip Code

HOME PHONE 718-984-1346 WORK PHONE ______

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Abrahams Gregory MARK
Last Name First Name Middle Name

HOME ADDRESS 2925 Western Blvd
Baldwin NY 11510
City State Zip Code

HOME PHONE (516) 867 7313 WORK PHONE (718) 805-3204

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ABRAMSON ROBERT EMMET
Last Name First Name Middle Name

HOME ADDRESS 3240 NETHERLAND AVE #1B
BRONX NY 10463
City State Zip Code

HOME PHONE 718-884-1718 WORK PHONE ~~212~~ 718 653-7000

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Abreu Charlie
Last Name First Name Middle Name

HOME ADDRESS 54 Winchester Ave. Apt 1B

Yonkers N.Y. 10710
City State Zip Code

HOME PHONE 646-225-0296 WORK PHONE ____________

SIGNATURE Sgt [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Abreu (Last Name) Rita (First Name) Ruth (Middle Name)

HOME ADDRESS 5 Hester Place

Garnerville (City) NY (State) 10923 (Zip Code)

HOME PHONE 845-429-3472 WORK PHONE 718-299-3933

SIGNATURE Rita Abreu

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ABUMALOUH SAHER YOUSEF
Last Name First Name Middle Name

HOME ADDRESS 265 GLENHILL AVE
YONKERS N.Y 10701
City State Zip Code

HOME PHONE (914) 410-4033 WORK PHONE (914) 426-5670

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Accomando Gregory Alan
Last Name First Name Middle Name

HOME ADDRESS 211 North End Avenue, #3L
New York NY 10282
City State Zip Code

HOME PHONE (212) 786-0548 WORK PHONE (646) 610-7272

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ACEVEDO ANDRES
Last Name First Name Middle Name

HOME ADDRESS 222 McVEIGH Ave STATEN ISLAND NY. 10314

STATEN ISLAND NY 10314
City State Zip Code

HOME PHONE (718) 986-5859 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Acevedo Isaac

Last Name First Name Middle Name

HOME ADDRESS 455 Grandview Ave

Staten Island NY 10303

City State Zip Code

HOME PHONE 347 215 1642 WORK PHONE 212 477 7415

SIGNATURE [signature]

# CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ACEVEDO IVAN JOEL
Last Name First Name Middle Name

HOME ADDRESS 455 GRANDVIEW AVENUE

STATEN ISLAND NY 10303
City State Zip Code

HOME PHONE 347 385 3756 WORK PHONE 718 686 6441

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Acevedo Jeffrey

Last Name First Name Middle Name

HOME ADDRESS 80 1ST Avenue APT 9I

NY NY

City State Zip Code

HOME PHONE 917 503-1015 WORK PHONE ~~918~~ 917 232-5326

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Acevedo Michael Adam
Last Name First Name Middle Name

HOME ADDRESS 172 Seward St.
Buchanan NY 10511
City State Zip Code

HOME PHONE 914-402-4059 WORK PHONE 917-602-9710

SIGNATURE Michael A. Acevedo

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ACKERMAN MICHAEL

Last Name First Name Middle Name

HOME ADDRESS 2 CRUSADER LANE

NESCONSET N.Y. 11767

City State Zip Code

HOME PHONE 631 979-0806 WORK PHONE ~~631~~ 718 386-2814

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Acosta Junio C
Last Name First Name Middle Name

HOME ADDRESS 57 Evan Road
Warwick NY 10990
City State Zip Code

HOME PHONE 845-544-1747 WORK PHONE 718-590-5555

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ACQUAVIVA John Mario
Last Name First Name Middle Name

HOME ADDRESS 1746 Bay Ridge Avenue
Brooklyn NY 11204-5015
City State Zip Code

HOME PHONE 718-6443534 (cell #) WORK PHONE 718 268-5299

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Acre Pat
Last Name First Name Middle Name

HOME ADDRESS 84 Bedell st
Staten Island NY 10309
City State Zip Code

HOME PHONE 718-966-9387 WORK PHONE 347-385-2905

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Acuria Julio A.
Last Name First Name Middle Name

HOME ADDRESS 25-26 23RD ST FL1
Astoria NY 11102
City State Zip Code

HOME PHONE 347-642-4195 WORK PHONE ____________

SIGNATURE [signature]

CONSENT TO SUE

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Adames Kristin Marie
Last Name First Name Middle Name

HOME ADDRESS 47 Raspberry Lane
Levittown NY 11756
City State Zip Code

HOME PHONE 516 495 4549 WORK PHONE 718 776 9116

SIGNATURE ____________________

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Adamiak, Richard, A

Last Name First Name Middle Name

HOME ADDRESS PO Box 2497

Monroe NY 10949

City State Zip Code

HOME PHONE (845) 496-3107 WORK PHONE (845) 590-3763

SIGNATURE Sgt Richard A Ka

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ADAMS Donna marie
Last Name First Name Middle Name

HOME ADDRESS 183-10 Booth memorial Ave
Fresh meadows, NY 11365
City State Zip Code

HOME PHONE 718-767-2660 WORK PHONE 718-636-6441

SIGNATURE Sgt Adams

## CONSENT TO SUE

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ADAms / PAul / Reginald
Last Name / First Name / Middle Name

HOME ADDRESS 3 PAISLEY Court.
Highland Mills / NY / 10930
City / State / Zip Code

HOME PHONE 845-827-5462 WORK PHONE 718-236-0611

SIGNATURE ______________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Addeo Michael R
Last Name First Name Middle Name

HOME ADDRESS 1 Capitol Court
New City NY 10956
City State Zip Code

HOME PHONE 845-709-6256 WORK PHONE 212-678-1308

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ADDESSO CARON JO
Last Name First Name Middle Name

HOME ADDRESS 170 WEST BROADWAY #2A
LONG BEACH N.Y 11561
City State Zip Code

Cell HOME PHONE 516-993-9677 Home ~~WORK~~ PHONE 516-431-9051

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Addison Christian
Last Name First Name Middle Name

HOME ADDRESS 25-05 150 Street
Flushing NY 11354
City State Zip Code

HOME PHONE 718 915 1970 WORK PHONE 718 287 3205

SIGNATURE ______

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Addolorato Joseph Paul

Last Name First Name Middle Name

HOME ADDRESS 95 Beachview Ave

Staten Island NY 10306

City State Zip Code

HOME PHONE — WORK PHONE 646-957-7502

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Adler Boris

Last Name First Name Middle Name

HOME ADDRESS 2440 E. 29 Street, #3H

Brooklyn NY 11235

City State Zip Code

HOME PHONE 347-254-6355 WORK PHONE 718-287-3205

SIGNATURE Boris Adler

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Adme Nicot
Last Name First Name Middle Name

HOME ADDRESS 10 Belleview Pl

New Rochelle NY 10801
City State Zip Code

HOME PHONE (914) 813-1758 WORK PHONE (347) 493-8910

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Adomeit Carrie Ann

Last Name First Name Middle Name

HOME ADDRESS 41 Ann Road

Mastic Beach NY 11951

City State Zip Code

HOME PHONE 631.772.5606 WORK PHONE 212.239.2503

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ADORNO, ANTHONY
Last Name First Name Middle Name

HOME ADDRESS 1921 BARNES AVE
BRONX N.Y. 10462
City State Zip Code

HOME PHONE (718) 518-8925 Cell ~~WORK PHONE~~ 646-532-8250

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME AFANASEWICZ PETER JOSEPH
Last Name First Name Middle Name

HOME ADDRESS 6193 Northern Blvd
East Norwich N.Y. 11732
City State Zip Code

HOME PHONE 516 558-7349 WORK PHONE 718 667-2235

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Agate Robert J
Last Name First Name Middle Name

HOME ADDRESS 15 Chapin Ave
Merrick NY 11566
City State Zip Code

HOME PHONE 631 804 5355 WORK PHONE

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME AGRON Julio A
Last Name First Name Middle Name

HOME ADDRESS 1155, Warburton Ave #4T
Yonkers NY 10701
City State Zip Code

HOME PHONE 347-237-0799 WORK PHONE 212-678-1618

SIGNATURE Julio A. Agron

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Aguilera Guido
Last Name First Name Middle Name

HOME ADDRESS 1718 Purdy st. 3B

Bronx NY 10462
City State Zip Code

HOME PHONE 718-824-6825 WORK PHONE (646) 427-9975

SIGNATURE ____________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME AGUIRRE Marilyn
Last Name First Name Middle Name

HOME ADDRESS 247-18 137th Road
Rosedale NY 11422
City State Zip Code

HOME PHONE 718 453-7971 WORK PHONE 212 374-2801

SIGNATURE Marilyn Aguirre

CONSENT TO SUE
REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME AHMAD MAHMOOD
Last Name First Name Middle Name

HOME ADDRESS 451 East 7th Street

Brooklyn NY 11218
City State Zip Code

HOME PHONE 718-909-9124 WORK PHONE 646-345-5292

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Ahmed Aiman K

Last Name First Name Middle Name

HOME ADDRESS 270 Doane Avenue

Staten Island NY 10308

City State Zip Code

HOME PHONE (718) 967-1895 WORK PHONE (718) 807-1975

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME AHMED MUHAMMAD
Last Name First Name Middle Name

HOME ADDRESS 1507 E 15 St

BROOKLYN NY 11230
City State Zip Code

HOME PHONE 7187722647 WORK PHONE 7188756689

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Ahmed Nora
Last Name First Name Middle Name

HOME ADDRESS 141-11 Union tpke #3B
Kew Gardens Hills NY 11367
City State Zip Code

HOME PHONE 718 305 3728 WORK PHONE 718 388-0295

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME AHN JEFFREY

Last Name First Name Middle Name

HOME ADDRESS 646 KATAN AVENUE

STATEN ISLAND NY 10312

City State Zip Code

HOME PHONE 718 309 6268 WORK PHONE 718 330-8774

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME AIDINIOU Vassilios

Last Name First Name Middle Name

HOME ADDRESS 8 ADLAI CIR

~~BKLYN~~ STATEN ISLAND NY 10312

City State Zip Code

HOME PHONE 718-227-0718 WORK PHONE 646-230-9315

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Aiello Dorothy
Last Name First Name Middle Name

HOME ADDRESS 110 Roswell Avenue
Staten Island NY 10314
City State Zip Code

HOME PHONE (718) 982-1533 WORK PHONE (646) 610 7380

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Aitken James Thomas

Last Name First Name Middle Name

HOME ADDRESS 18 Continental Drive

New Windsor NY 12553

City State Zip Code

HOME PHONE 914-261-1807 WORK PHONE 212-966-5711

SIGNATURE James T. Aitken

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ATTOLA CHRISTOPHER
Last Name First Name Middle Name

HOME ADDRESS 326 SANILAC STREET
S.I. NY 10306
City State Zip Code

HOME PHONE 7189794860 WORK PHONE 718 258 4443

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME AIZAGA FRANKLYN Vladimir
Last Name First Name Middle Name

HOME ADDRESS 2410 3rd Ave East Meadow
East Meadow NY 11554
City State Zip Code

HOME PHONE 516-474-8569 WORK PHONE 516-474-8569

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Aiello Jonathan William
Last Name First Name Middle Name

HOME ADDRESS 110-15 71 Rd Apt 2K
Forest Hills NY 11375
City State Zip Code

HOME PHONE 718-521-6744 WORK PHONE 718-486-6627

SIGNATURE ______________________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME AKAYDIN Kenan
Last Name First Name Middle Name

HOME ADDRESS 37-14 32nd St Apt 301

Long Island City NY 11101
City State Zip Code

HOME PHONE (718)860-7301 WORK PHONE 718-542-4775

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME AKHTER WAHEED

Last Name First Name Middle Name

HOME ADDRESS 1877 OCEAN AVE, 5B

BROOKLYN NY 11230

City State Zip Code

HOME PHONE 917-488-1773 WORK PHONE 718-574-1614

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Akopov Yuriy ✓
Last Name First Name Middle Name

HOME ADDRESS 2680 Batchelder Street Apt #1

Brooklyn, N.Y. 11235
City State Zip Code

HOME PHONE (718) 514-1055 WORK PHONE (718) 797-1785

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ALAM AKM SAFIUL

Last Name First Name Middle Name

HOME ADDRESS 21 WALKER PL.

ALBERTSON NY 11507

City State Zip Code

HOME PHONE 516-427-5245 WORK PHONE 212-860-1212

SIGNATURE AKM. Saf [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Alamaric Sarfark A.
Last Name First Name Middle Name

HOME ADDRESS 9724 133rd Ave
Ozone Park NY 11417
City State Zip Code

HOME PHONE 718 930 9721 WORK PHONE 212 767 8405

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME AUBA MARISOL
Last Name First Name Middle Name

HOME ADDRESS 3321 WHISPERING Hills Drive
CHESTER NY 10918
City State Zip Code

Cell ~~HOME~~ PHONE 646 772-3062 WORK PHONE 212 258-2840

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ALBARRAN ADAM Jose
Last Name First Name Middle Name

HOME ADDRESS 408 1 Ave #4C
New York NY. 10009
City State Zip Code

HOME PHONE 212-677-8440 WORK PHONE 718-706-1308

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Albert Esdras
Last Name First Name Middle Name

HOME ADDRESS 118-07 153rd Street
Jamaica NY 11434
City State Zip Code

HOME PHONE (917) 287-2006 WORK PHONE (718) 574-0441

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Albert Joseph Martin
Last Name First Name Middle Name

HOME ADDRESS 1275 Allen Drive
Seaford NY 11783
City State Zip Code

HOME PHONE 516-781-4186 WORK PHONE 718-626-9347

SIGNATURE Joseph Albert

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ALBERTELLI, JOHN JAMES
Last Name First Name Middle Name

HOME ADDRESS 3206 AMPERE AVENUE
BRONX NY 10465
City State Zip Code

HOME PHONE 917-450-6876 WORK PHONE 212-722-6710

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Alcantara, Charles, David
Last Name First Name Middle Name

HOME ADDRESS 43-10 Crescent St Apt #1407
Long Island City, NY 11101
City State Zip Code

HOME PHONE 516-313-6929 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Alcantara, Odaliza
Last Name First Name Middle Name

HOME ADDRESS 42 Sunset View Dr.
West Nyack NY 10994
City State Zip Code

HOME PHONE 917-749-7502 WORK PHONE 212-422-5210

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Alcaraz Esteban
Last Name First Name Middle Name

HOME ADDRESS 90-54 208 ST
Queens Village NY 11428
City State Zip Code

HOME PHONE 347 426-9883 WORK PHONE 718 965-6341

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ALEJO JOHNSON V
Last Name First Name Middle Name

HOME ADDRESS 1142 RoseDale Ave 3FL
Bronx NY 10472
City State Zip Code

HOME PHONE 718-404-7484 WORK PHONE

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Alexander James Frank

Last Name First Name Middle Name

HOME ADDRESS 33 Ledgewood Dr

Smithtown NY 11787

City State Zip Code

HOME PHONE (212) 452-0616 WORK PHONE (212) 452-0616

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Alexander, Latisha Monique
Last Name First Name Middle Name

HOME ADDRESS 178 Beach 62nd ST
Arverne, NY 11692
City State Zip Code

HOME PHONE 3472368532 WORK PHONE ______

SIGNATURE Latisha Alexander

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Alexis Eric

Last Name First Name Middle Name

HOME ADDRESS 101 11 Ave L

Bklyn NY 11236

City State Zip Code

HOME PHONE 347 628 2054 WORK PHONE

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ALFANO ANTHONY WILLIAM
Last Name First Name Middle Name

HOME ADDRESS 234 ELVERTON AVENUE
STATEN ISLAND NY 10308
City State Zip Code

HOME PHONE 718-605-0299 WORK PHONE 718-876-8478

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ALFIERI MATTHEW P.
Last Name First Name Middle Name

HOME ADDRESS 10 KAYMAC STREET.

BRENTWOOD NEW YORK 11717
City State Zip Code

HOME PHONE (631) 384-5822 WORK PHONE (212) 996-2190

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ALFIERI MICHAEL THOMAS
Last Name First Name Middle Name

HOME ADDRESS 115 BURKE AVENUE

STATEN ISLAND NY 10314
City State Zip Code

HOME PHONE (917) 575-0009 WORK PHONE (212) 741-4851

SIGNATURE Sgt [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ALFONSO, ANTONIO —
Last Name First Name Middle Name

HOME ADDRESS 206 HARRIMAN HEIGHTS RD

MONROE NY 10950
City State Zip Code

HOME PHONE 917 282 4637 WORK PHONE 212 570 4824

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Ali Afzal
Last Name First Name Middle Name

HOME ADDRESS 104-14 105st apt#2
Ozone Park NY 11417
City State Zip Code

HOME PHONE 718-641-5665 WORK PHONE 718-922-8189

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Aliberti, Joseph
Last Name First Name Middle Name

HOME ADDRESS 529 Genesee Avenue
STATEN Island, N.Y. 10312
City State Zip Code

HOME PHONE (718)967-7115 WORK PHONE (347) 684-0461

SIGNATURE Joseph Aliberti

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Alicandro Angelo

Last Name First Name Middle Name

HOME ADDRESS 664- 83rd St

Brooklyn NY 11228

City State Zip Code

HOME PHONE 718-680-1085 WORK PHONE 646-610-5763

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Allen Elliott Joaquin
Last Name First Name Middle Name

HOME ADDRESS 272 Robinson Ave

Bronx NY 10465
City State Zip Code

HOME PHONE 718 794 3150 WORK PHONE 646 734 3917

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Alices Hector L
Last Name First Name Middle Name

HOME ADDRESS 229 W. 256th St
Bronx NY 10471
City State Zip Code

HOME PHONE (718) 796-5612 WORK PHONE (646) 610-5507

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ALISEO MICHAEL JOSEPH
Last Name First Name Middle Name

HOME ADDRESS 71-37 69TH place

Glendale NY 11385
City State Zip Code

HOME PHONE 718·497·3606 WORK PHONE 718·590·5504

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ALIYEV FARID
Last Name First Name Middle Name

HOME ADDRESS 162 16th Street Apt 12B

Brooklyn NY 11215
City State Zip Code

HOME PHONE 917-968-7357 WORK PHONE 212-966-5711

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ALLBRIGHT ERIC LARRY
Last Name First Name Middle Name

HOME ADDRESS 4 ANGELA COURT
MEDFORD NY 11763
City State Zip Code

HOME PHONE 631-730-3926 WORK PHONE 646-208-1984

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Allen Patrick Denis
Last Name First Name Middle Name

HOME ADDRESS 12 Homeland Ave

Cornwall-on-Hudson NY 12520
City State Zip Code

HOME PHONE 845 534 8574 WORK PHONE 212 694 3057

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Allen TREVOR R
Last Name First Name Middle Name

HOME ADDRESS 25 morris STREET

New Rochelle NY 1080
City State Zip Code

HOME PHONE 914-740-4341 WORK PHONE 914-843-6084

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Alleva Michael John
Last Name First Name Middle Name

HOME ADDRESS 234 Gaynor ST
STATEN Island N.Y. 10309
City State Zip Code

HOME PHONE 718 966 1228 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ALDIE ASMAT
Last Name First Name Middle Name

HOME ADDRESS 22 STANDISH AVE
Middletown N.Y 10940
City State Zip Code

HOME PHONE 845-346-0349 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Allocca Michael A
Last Name First Name Middle Name

HOME ADDRESS 22-11 38th St
Astoria NY 11105
City State Zip Code

HOME PHONE 516-946-8912 WORK PHONE ______________________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ALLUA KRISTOFER THOMAS

Last Name First Name Middle Name

HOME ADDRESS 3366 OCEANSIDE RD.

OCEANSIDE NY 11572

City State Zip Code

HOME PHONE 646 750 0174 WORK PHONE ~~718 250~~ 212 570 4824

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Almarante Elvyn A
Last Name First Name Middle Name

HOME ADDRESS 1- Hudson View DR

Yonkers ny 10701
City State Zip Code

HOME PHONE 914-200-5731 WORK PHONE (718) 543-5700

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ALMODOVAR RAMON ANTONIO
Last Name First Name Middle Name

HOME ADDRESS 11 LYNN STREET (P.H.)

NANUET, N.Y. 10954
City State Zip Code

HOME PHONE 845-290-5005 WORK PHONE 917-807-7742

SIGNATURE Sgt Ramon A. Almodovar Jr.

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ALMONTE BENJAMIN D.

Last Name First Name Middle Name

HOME ADDRESS 149-45 114 ST.

S. OZONE PARK N.Y. 11420

City State Zip Code

HOME PHONE (718) 322-3620 WORK PHONE 917 806-4235

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Alongi Emmuele
Last Name First Name Middle Name

HOME ADDRESS 2657 Woods Ave

East Meadow, NY 11554
City State Zip Code

HOME PHONE 516 879 0533 WORK PHONE 212 253 7511

SIGNATURE Emmuele Alongi

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Alongi Michael R
Last Name First Name Middle Name

HOME ADDRESS 224 Hecker Street
SI NY 10307
City State Zip Code

HOME PHONE 718-317-6051 WORK PHONE 718-317-6051

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Alvarado Antero
Last Name First Name Middle Name

HOME ADDRESS 362 Chesterton Ave

Staten Island NY 10306
City State Zip Code

HOME PHONE 718-980-9065 WORK PHONE 917-454-1172

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Alvarado , Richard D.
Last Name First Name Middle Name

HOME ADDRESS 25115 43rd AVE , 1st FLOOR
LITTLE NECK, NY 11363
City State Zip Code

HOME PHONE 718-352-2052 WORK PHONE 646-610-6563
Cell phone 347-262-1300

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Alvarez — Alexander — P
Last Name — First Name — Middle Name

HOME ADDRESS 2589 Stony Brook Lane

Clearwater — FL — 33761
City — State — Zip Code

HOME PHONE 845 494-5324 WORK PHONE ______________

SIGNATURE [signature]

STATING THAT THEY HAVE AGREED TO REPRESENT ME IN THIS MATTER.

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ALVAREZ Carlos E
Last Name First Name Middle Name

HOME ADDRESS 450 Cross Bronx Expy 48pct
Bronx NY 10467
City State Zip Code

HOME PHONE 845-499-6112 WORK PHONE 718-299-3937

SIGNATURE ______________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Alvarez Desi Manuel
Last Name First Name Middle Name

HOME ADDRESS 99-04 57th Avenue

Corona NY 11368
City State Zip Code

HOME PHONE 718 760-5379 WORK PHONE 646 610-7812

SIGNATURE [signature]

## CONSENT TO SUE

### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Alvarez Giorlys J.
Last Name First Name Middle Name

HOME ADDRESS 183 Etna Street
Brooklyn NY 11208
City State Zip Code

HOME PHONE 347-663-4253 WORK PHONE

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ALVAREZ (Last Name) RICHARD (First Name) GERARD (Middle Name)

HOME ADDRESS 3521 ANCHOR PLACE

OCEANSIDE (City) NY (State) 11572 (Zip Code)

HOME PHONE (516)561-1220 WORK PHONE (718) 615-7191

SIGNATURE Richard Alvarez

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Alves Davide Martins
Last Name First Name Middle Name

HOME ADDRESS 16 Summit Circle

Somers NY 10589
City State Zip Code

HOME PHONE (914) 879-4654 WORK PHONE (212) 422-5210

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ALUIGI DANTE Alexander
Last Name First Name Middle Name

HOME ADDRESS 1055 N. BROADWAY

MASSAPEQUA NY 11758
City State Zip Code

HOME PHONE 516 557 2060 WORK PHONE 347 539 1155

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Aman Sean
Last Name First Name Middle Name

HOME ADDRESS 169 Grand Ave
Pearl River NY 10965
City State Zip Code

HOME PHONE 718 744 4520 WORK PHONE 212 890 6341

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Amaya, Angelica
Last Name First Name Middle Name

HOME ADDRESS 921 124 ST
College Point N.Y. 11356
City State Zip Code

HOME PHONE 718-888-9697 WORK PHONE 718-386-2289

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Amsterdam Abera Odamara
Last Name First Name Middle Name

HOME ADDRESS 135 George street
Brooklyn New York 11237
City State Zip Code

HOME PHONE 718-456-7232 ~~WORK~~ Cell PHONE 347 715 0614

SIGNATURE Abera Amsterdam

## CONSENT TO SUE

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Anatsui Edwige M.
Last Name First Name Middle Name

HOME ADDRESS 68 Bradhurst Ave 5C
NEW YORK NY 10039
City State Zip Code

HOME PHONE 646 410 2517 WORK PHONE 212 678 1341

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ANCION JEAN PAUL
Last Name First Name Middle Name

HOME ADDRESS 29 HENRIETTA ST
YONKERS NY 10701
City State Zip Code

HOME PHONE 914-965-0324 WORK PHONE 212-678-1846

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ANCONA CHRISTOPHER THOMAS
Last Name First Name Middle Name

HOME ADDRESS 20 93rd ST. Apt. 2d
BROOKLYN NY 11209
City State Zip Code

HOME PHONE 347-492-0375 WORK PHONE 718-923-8266

SIGNATURE Christopher Ancona

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ANDERSON DARRELL —
Last Name First Name Middle Name

HOME ADDRESS 991 CARROLL ST APT B4

BKLYN NY 11225
City State Zip Code

HOME PHONE (347) 351-1384 WORK PHONE (212) 741-4811

SIGNATURE ______________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ANDERSON KIRK C.
Last Name First Name Middle Name

HOME ADDRESS 88 SUNRISE LANE
LEVITTOWN NY 11756
City State Zip Code

HOME PHONE 516-385-4539 WORK PHONE 516-596-7601 (cell)

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Anderson Michael Eric
Last Name First Name Middle Name

HOME ADDRESS 8 Kenneth Lane

North Babylon NY. 11703
City State Zip Code

HOME PHONE 631 667-2019 WORK PHONE 212 · 477 · 9758

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Andre Jequetta Necole
Last Name First Name Middle Name

HOME ADDRESS 130 Bradhurst Ave #213

New York NY 10039
City State Zip Code

HOME PHONE 347-996-2837 WORK PHONE

SIGNATURE Jequetta Andre

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Andreano Anthony Peter
Last Name First Name Middle Name

HOME ADDRESS 69 Ridgecrest Ave.
Staten Island NY 10312
City State Zip Code

HOME PHONE 718-984-8016 WORK PHONE 646-610-5923

SIGNATURE [signature]

## CONSENT TO SUE

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Andreano Michael Frank
Last Name First Name Middle Name

HOME ADDRESS 1023 Rensselaer Avenue
Staten Island N.Y. 10309
City State Zip Code

HOME PHONE (718)317-8468 WORK PHONE (718)851-5601

SIGNATURE Sgt. M. [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ANDREWS SHARON DEBRA
Last Name First Name Middle Name

HOME ADDRESS 20-37 SEAGIRT BLVD # 5G
~~B.K.~~ FAR ROCKAWAY NY 11691
City State Zip Code

HOME PHONE 718-471-7933 WORK PHONE 718-318-4200

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Andruszkiewicz Brian V
Last Name First Name Middle Name

HOME ADDRESS 58 Jeremy Circle

Nesconset NY 11767
City State Zip Code

HOME PHONE 631-5880530 WORK PHONE 718-626-9347

SIGNATURE

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF -- NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Andryuk, John Joseph
Last Name First Name Middle Name

HOME ADDRESS 8 John Drive

Goshen, NY 10924
City State Zip Code

HOME PHONE (845) 538-7793 WORK PHONE (212) 678-1341

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Andujar Vincenta
Last Name First Name Middle Name

HOME ADDRESS 57 Parkway Dr N
Commack NY 11725
City State Zip Code

HOME PHONE 631 543 2070 WORK PHONE (C) 347 219-1086

SIGNATURE Vincenta Andujar

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ANGELETTI RICHARD F
Last Name First Name Middle Name

HOME ADDRESS 105 COTTAGE LANE

BLAUVELT NY 10913
City State Zip Code

HOME PHONE (845) 359-2958 WORK PHONE (718) 822-5815

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Anitra (Last Name) Diana (First Name) Marie (Middle Name)

HOME ADDRESS 1315 Potter BLVD

Bay Shore (City) NY (State) 11706 (Zip Code)

HOME PHONE 718-344-5208 WORK PHONE (212) 741-8241

SIGNATURE Sgt Diana Anitra

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Anselmo Suzanne

Last Name First Name Middle Name

HOME ADDRESS 1905 AVE S

BROOKLYN NY 11229

City State Zip Code

HOME PHONE 646-296-6737 WORK PHONE ________

SIGNATURE Suzanne Anselmo

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Anthony (Last Name) Wanda (First Name) (Middle Name)

HOME ADDRESS 68 Lake ave

Staten Island (City) NY (State) 10303 (Zip Code)

HOME PHONE 718 447 6508 ~~WORK PHONE~~ Cell 917 519 6747

SIGNATURE Wanda Anthony

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Stephen Anthony J
Last Name First Name Middle Name

HOME ADDRESS 130 Bradhurst Ave

NYC NY 10039
City State Zip Code

HOME PHONE 347-524-7374 WORK PHONE 347-493-8920

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Antoine, Burt, Harry-Joseph
Last Name First Name Middle Name

HOME ADDRESS 87 Martin Ave

Hempstead, NY 11550
City State Zip Code

HOME PHONE (516) 486-0372 WORK PHONE (212) 694-7782

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Antonelli Robert Lee
Last Name First Name Middle Name

HOME ADDRESS 60 Howell Dr. S

Smithtown NY 11787
City State Zip Code

HOME PHONE ____________ WORK PHONE 516-225-0584

SIGNATURE ____________

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Antonetti Thomas Frank
Last Name First Name Middle Name

HOME ADDRESS 223 Willard Avenue
Farmingdale NY 11735
City State Zip Code

HOME PHONE (516) 770-3714 WORK PHONE (516) 770-3714

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Antonio Joseph James
Last Name First Name Middle Name

HOME ADDRESS 5 Ruxton Ave

SI NY 10312
City State Zip Code

HOME PHONE 347-234-2605 WORK PHONE ~~34~~ 718-287-6194

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Antonios-Boctor Gasser
Last Name First Name Middle Name

HOME ADDRESS 366 Tysens Ln
Staten Island N.Y. 10306
City State Zip Code

HOME PHONE 718-427-1430 WORK PHONE 718-697-8722

SIGNATURE ____________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ANZALONE ALBERT
Last Name First Name Middle Name

HOME ADDRESS 309 BURBANK Ave
STATEN ISLAND N.Y. 10306
City State Zip Code

HOME PHONE 718-354-0624 WORK PHONE

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ANZELINO JOHN THOMAS
Last Name First Name Middle Name

HOME ADDRESS 1528 DWIGHT PLACE
BRONX NY 10465
City State Zip Code

HOME PHONE 347-491-0312 WORK PHONE 646-610-9118

SIGNATURE ____________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Aparco Paul John
Last Name First Name Middle Name

HOME ADDRESS 3909 Gary Lane
Seaford NY 11783
City State Zip Code

HOME PHONE 347-538-7771 WORK PHONE 347-538-7771

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Aponte, Christopher
Last Name First Name Middle Name

HOME ADDRESS 100 Brooklyn Ave 4V
Freeport NY 11520
City State Zip Code

HOME PHONE 516-603-7127 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME APOSTOLATOS GREGORY

Last Name First Name Middle Name

HOME ADDRESS 63 MONTEREY DRIVE

NEW HYDE PARK, N.Y. 11040

City State Zip Code

HOME PHONE 917-697-9002 WORK PHONE 718-474-6555

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Apostolou James K
Last Name First Name Middle Name

HOME ADDRESS 6 Rosalind Drive
Cortlandt Manor NY 10567
City State Zip Code

HOME PHONE 914 788-3912 WORK PHONE 718-653-7000

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Aprile Michael
Last Name First Name Middle Name

HOME ADDRESS 389 Milton Ave
Staten Island NY 10306
City State Zip Code

HOME PHONE (718) 987-8437 WORK PHONE (212) 477-7423

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME AQUILONE ROCCO
Last Name First Name Middle Name

HOME ADDRESS 805 KATAN AVE.
STATEN ISLAND N.Y. 10312
City State Zip Code

HOME PHONE 718-227-5171 WORK PHONE 718-330-8905

SIGNATURE Sgt Rocco Aquilone

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Aquino Erik
Last Name First Name Middle Name

HOME ADDRESS 1125 Lexington Ave Apt 3E
New York NY 10075
City State Zip Code

HOME PHONE 347 834 5901 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Arabella, Jr. George Henry
Last Name First Name Middle Name

HOME ADDRESS 62 Halpin Ave

Staten Island, NY 10312
City State Zip Code

HOME PHONE 718-966-1393 WORK PHONE 718-876-4725

SIGNATURE George H. Arabella, Jr.

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ARANCIBIA JORGE L
Last Name First Name Middle Name

HOME ADDRESS 2883 Kinloch Rd

WANTAGH NY 11793
City State Zip Code

HOME PHONE (516) 826-6036 WORK PHONE (212) 860-6414

SIGNATURE jorgearancibia @verizon.net

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Araque Linda Victoria
Last Name First Name Middle Name

HOME ADDRESS 37-05 90th st #2E
Jackson H.T.S N.Y. 11372
City State Zip Code

HOME PHONE (718) ~~482-6875~~ 424-0074 WORK PHONE (718) 482-6875

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ARAYA RICHARD A
Last Name First Name Middle Name

HOME ADDRESS 132-19 82 STREET
Ozone Park NY 11417
City State Zip Code

HOME PHONE 718-641-8467 WORK PHONE 917-309-4317

SIGNATURE Richard Araya

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Airdito Ann Marie
Last Name First Name Middle Name

HOME ADDRESS 1512 N. Jerusalem Road
Merrick NY 11566
City State Zip Code

HOME PHONE 516-485-1463 WORK PHONE 718-845-2200

SIGNATURE Sgt Ann M. Airdito

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ARGYROS IOANNIS

Last Name First Name Middle Name

HOME ADDRESS 3263 COUNTRY CLUB ROAD

BRONX NY 10465

City State Zip Code

HOME PHONE (347)293-4950 WORK PHONE (718)402-4471

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ARIAS EDWARD ANTONIO
Last Name First Name Middle Name

HOME ADDRESS 72 W 88TH ST APT 9

NEW YORK NY 10024
City State Zip Code

HOME PHONE 9174035123 WORK PHONE

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ARMANI CHRISTOPHER George
Last Name First Name Middle Name

HOME ADDRESS 1935 - 59th St.
BROOKLYN N.Y. 11204
City State Zip Code

HOME PHONE 718 374-2495 WORK PHONE 718 374-2495

SIGNATURE Christopher G Armani

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Armani, Hameed Sayed
Last Name First Name Middle Name

HOME ADDRESS 166-06 24 Road
Whitestone, NY 11357
City State Zip Code

HOME PHONE 646-500-2491 WORK PHONE 718-827-3551

SIGNATURE Hameed Armani

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Armstrong James William
Last Name First Name Middle Name

HOME ADDRESS 82 Longfellow Ave
Levittown New York 11756
City State Zip Code

HOME PHONE 516-860-9089 WORK PHONE 718-969-8938

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Armstrong Myrtle A
Last Name First Name Middle Name

HOME ADDRESS 113-15 Francis Lewis Blvd.

Queens Village NY 11429
City State Zip Code

HOME PHONE 718-217-4910 WORK PHONE 718-834-5369

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ARNDT KEITH

Last Name First Name Middle Name

HOME ADDRESS 95 FLORIDA St

LONG BEACH NY 11561

City State Zip Code

HOME PHONE 516 208 7326 WORK PHONE 516 655 6006

SIGNATURE Keith Arndt

## CONSENT TO SUE

### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Arneth James Daniel

Last Name First Name Middle Name

HOME ADDRESS 14 Lexington Hill unit 1

Harriman NY 10926

City State Zip Code

HOME PHONE 845-781-6358 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ARQUER FLORENCIO N.
Last Name First Name Middle Name

HOME ADDRESS 29 HILLTOP LN

WHEATLEY HIEGHTS NY 11798.
City State Zip Code

HOME PHONE 631-643-6307. WORK PHONE 718-636-4527.

SIGNATURE [signature]