**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ARRINDELL SHELDON R

Last Name First Name Middle Name

HOME ADDRESS 53 East 55th St

Brooklyn NY 11203

City State Zip Code

HOME PHONE 718 859 3040 WORK PHONE 646 633 8194

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ARROYO ANGEL LUIS
Last Name First Name Middle Name

HOME ADDRESS 1368 MACE AVE
BRONX NY 10469
City State Zip Code

HOME PHONE (718)798-0770 WORK PHONE (646)210-9070

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ARROYO BARBARA JOSEPHINE
Last Name First Name Middle Name

HOME ADDRESS 1368 Mace ave.
Bronx NY 10469
City State Zip Code

HOME PHONE (718) 798-0770 WORK PHONE (212) 580-6404 (BP)

SIGNATURE Barbara J. Arroyo

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Arundell PAUL Joseph
Last Name First Name Middle Name

HOME ADDRESS 1290 Sunnyridge ROAD
Mohegan Lake NY 10547
City State Zip Code

HOME PHONE (914) 214-8146 WORK PHONE ____________

SIGNATURE Paul Arundell

# CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Asaro (Last Name) Paul (First Name) J (Middle Name)

HOME ADDRESS 1862 Haring ST

Bklyn (City) NY (State) 11229 (Zip Code)

HOME PHONE (718)-645-8904 WORK PHONE ______

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ASGHAR SALMAN
Last Name First Name Middle Name

HOME ADDRESS 165 WELLBROOK AVE.
STATEN ISLAND NY 10314
City State Zip Code

HOME PHONE (718) 680-2850 WORK PHONE 718 876-8478

SIGNATURE Sgt [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Ashley Michelle
Last Name First Name Middle Name

HOME ADDRESS 139-36 230th

Laurelton NY 11413
City State Zip Code

HOME PHONE (718) 276-3475 WORK PHONE (646) 610-7369 (917) 822-6140

SIGNATURE Michelle Ashley

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ASHRAF MUHAMMAD J
Last Name First Name Middle Name

HOME ADDRESS 2519 BOUCK AVE
BRONX NY 10469
City State Zip Code

HOME PHONE (917)-340-5961 WORK PHONE (347) 493-8921

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Aspinwall John S.
Last Name First Name Middle Name

HOME ADDRESS 205 W 89th St. Apt 9G

New York NY 10024
City State Zip Code

HOME PHONE (917) 364-8360 WORK PHONE ____

SIGNATURE John Aspinwall

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Assante Salvatore J
Last Name First Name Middle Name

HOME ADDRESS 174 Genesee Ave
SI NY 10308
City State Zip Code

HOME PHONE 718-984-9191 WORK PHONE 9178361519

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Assing — Richard — B
Last Name — First Name — Middle Name

HOME ADDRESS 64 E 54th Street

Brooklyn — NY — 11203
City — State — Zip Code

HOME PHONE 718 221 5383 WORK PHONE 718 636 6441

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ASTOR FADIL
Last Name First Name Middle Name

HOME ADDRESS 702 45 STREET
BROOKLYN NY 11220
City State Zip Code

HOME PHONE 718-633-1163 WORK PHONE 212-741-8443

SIGNATURE Fadil Astor

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Astras (Last Name) George (First Name) N (Middle Name)

HOME ADDRESS 138 Pelican Circle

SI (City) NY (State) 10306 (Zip Code)

HOME PHONE (347) 874-8291 WORK PHONE (347) 263-2702

SIGNATURE George A[illegible]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Atherley Lana
Last Name First Name Middle Name

HOME ADDRESS P.O. BOX 120424
St. Albans NY. 11412-0424
City State Zip Code

HOME PHONE (718) 275-0802 WORK PHONE (212) 293-8217

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Attanelo Paul J
Last Name First Name Middle Name

HOME ADDRESS 63 Hill View DR

~~Hi~~ Florida NY 10921
City State Zip Code

HOME PHONE (845) 346-0066 WORK PHONE (212) 678-1311

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME AU BENNY

Last Name First Name Middle Name

HOME ADDRESS 178 71st STREET

BROOKLYN NY 11209

City State Zip Code

HOME PHONE 718-680-4391 WORK PHONE 718-714-8403

SIGNATURE Benny Au

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Auerbach Peter

Last Name First Name Middle Name

HOME ADDRESS 13 Douglas street

Carle Place NY 11514

City State Zip Code

HOME PHONE 511-385-8090 WORK PHONE

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Auriana Nicholas
Last Name First Name Middle Name

HOME ADDRESS 27 Heritage Place South
NESCONSET NEW YORK 11767
City State Zip Code

HOME PHONE 631-724-0785 WORK PHONE retired 2/27/14

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME AURVICHITAROON SAKDI
Last Name First Name Middle Name

HOME ADDRESS 1629 PILGRIM AVENUE

BRONX NY 10461
City State Zip Code

HOME PHONE 347-810-9606 WORK PHONE 718-330-4920

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Austin Colin W
Last Name First Name Middle Name

HOME ADDRESS 244-19 135 Ave

Rosedale N.Y. 11422
City State Zip Code

HOME PHONE 718-360-6035 WORK PHONE

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Austin Trevor S
Last Name First Name Middle Name

HOME ADDRESS 115 67 219 Street
Cambria Heights NY 11411
City State Zip Code

HOME PHONE 718 978 4413 WORK PHONE 347 408 5515

SIGNATURE Trevor Austin

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Avery, (Last Name) Derrick (First Name) Anthony (Middle Name)

HOME ADDRESS 225-20 106th Avenue

Queens Village, (City) N.Y. (State) 11429 (Zip Code)

HOME PHONE (347) 539-9106 WORK PHONE (718) 760-3633

SIGNATURE Derrick A. Avery

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Averzano, Robert Joesph

Last Name First Name Middle Name

HOME ADDRESS 20 Executive Drive

Hauppauge NY 11788

City State Zip Code

HOME PHONE (631) 265-2936 WORK PHONE (718) 969-6699

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Aviles Domingo

Last Name First Name Middle Name

HOME ADDRESS 235 E Mauer St

Valley Stream NY 11580

City State Zip Code

HOME PHONE 917 922 0352 WORK PHONE 347 672 4041

SIGNATURE [signature]

# CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Aviles, Liza
Last Name First Name Middle Name

HOME ADDRESS 1618 St. Peters Ave.

Bronx, NY 10461
City State Zip Code

HOME PHONE (347)293-6484 WORK PHONE (917)557-8839

SIGNATURE Liza Aviles

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Aviles Mario
Last Name First Name Middle Name

HOME ADDRESS 22 Cherokee Lane
Commack New York 11725
City State Zip Code

HOME PHONE (631) 921-6318 WORK PHONE (631) 921-6318

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Aviles Raymond

Last Name First Name Middle Name

HOME ADDRESS 248-09 Thornhill Ave

Douglaston NY 11362

City State Zip Code

HOME PHONE 718 229 4026 WORK PHONE 212 868-2585

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Aviles Robert, Jr.

Last Name First Name Middle Name

HOME ADDRESS 237 Swinton Ave

Bx NY 10465

City State Zip Code

HOME PHONE 718 792-4995 WORK PHONE 718 430-1513

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME AWAD RAFET
Last Name First Name Middle Name

HOME ADDRESS 185 ADA DRIVE
STATEN ISLAND N.Y. 10314
City State Zip Code

HOME PHONE 718-698-3016 WORK PHONE 718-974-6426

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME AYALA DESIREE

Last Name First Name Middle Name

HOME ADDRESS 245 HAMPTON GREEN

STATEN ISLAND NEW YORK 10312

City State Zip Code

HOME PHONE (718) 317-7325 WORK PHONE (718) 963-5377

SIGNATURE Desirée Ayala

## CONSENT TO SUE

### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Ayau Christopher Lisandro
Last Name First Name Middle Name

HOME ADDRESS 456 Eureka Ave
Elmont NY 11003
City State Zip Code

HOME PHONE (516) 233-1362 WORK PHONE (212) 860-6414

SIGNATURE Christopher L. Ayau

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME AYDIN ERCAN

Last Name First Name Middle Name

HOME ADDRESS 204- E JOHN STREET

LINDENHURST, N.Y. 11757

City State Zip Code

HOME PHONE (631) 884-1483 WORK PHONE (718) 963-5300

SIGNATURE E. Aydin

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Aylward John Beerdan
Last Name First Name Middle Name

HOME ADDRESS 3 Louis Ave
Moriche NY 11955
City State Zip Code

HOME PHONE (631) 909-1820 WORK PHONE (718) 268-4799

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Aylward Joseph Michael
Last Name First Name Middle Name

HOME ADDRESS 35 Newfoundland Ave
Huntington NY 11743
City State Zip Code

HOME PHONE 631-901-7016 WORK PHONE 718-692-1220

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME AYNBINDER SEMYON
Last Name First Name Middle Name

HOME ADDRESS 1805 REMSON AVENUE
MERRICK NY 11566
City State Zip Code

HOME PHONE 516-280-8425 WORK PHONE 917-902-4342

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Ayres Douglas Davison
Last Name First Name Middle Name

HOME ADDRESS 514 Beach 125th St
Rockaway Park N.Y. 11694
City State Zip Code

HOME PHONE 718 258 4742 WORK PHONE 718 827 3551

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BABB SEKAYI S
Last Name First Name Middle Name

HOME ADDRESS 273 Buffalo Avenue Apt 1C
BROOKLYN NY 11213
City State Zip Code

HOME PHONE (646) 2888284 WORK PHONE ____________

SIGNATURE Sekayi Babb

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BABINGTON EDWARD TYLER
Last Name First Name Middle Name

HOME ADDRESS 310 PENNSYLVANIA AVENUE
MASSAPEQUA PARK NY 11762
City State Zip Code

HOME PHONE 718-836-0969 WORK PHONE 917-589-3136

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BACON TRACY
Last Name First Name Middle Name

HOME ADDRESS 201 Evergreen Drive
Westbury NY 11590
City State Zip Code

HOME PHONE 516-750-8681 WORK PHONE 718-383-7261

SIGNATURE Tracy Bacon

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Badagliacca Michael Joseph
Last Name First Name Middle Name

HOME ADDRESS 17 Rugby Rd

Massapequa N.Y. 11758
City State Zip Code

HOME PHONE (516) 804-8279 WORK PHONE (718) 969-5276

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BADILLO, ANGEL JR
Last Name First Name Middle Name

HOME ADDRESS 205 MAPLE PARKWAY
STATEN ISLAND, NY 10303
City State Zip Code

HOME PHONE (718) 981-7015 WORK PHONE (718) 287-3205

SIGNATURE Angel Badillo Jr.

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BADILLO JARED A
Last Name First Name Middle Name

HOME ADDRESS 100 MOUNTAINVIEW AVE
STATEN IS. NY 10314
City State Zip Code

HOME PHONE 718-501-7242 WORK PHONE 718-439-4241

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BADOLATO NICK —
Last Name First Name Middle Name

HOME ADDRESS 1334 80th Street
Brooklyn NY 11228
City State Zip Code

HOME PHONE 718-259-9435 ~~WORK~~ PHONE Cell 917-838-5253

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BAER FRANK GEORGE

Last Name First Name Middle Name

HOME ADDRESS 5 ODIN ROAD

ROCKY POINT N.Y. 11778

City State Zip Code

HOME PHONE (917) 609-8002 WORK PHONE (347) 386-6899

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Baez Guillermo
Last Name First Name Middle Name

HOME ADDRESS 2869 Grand Concourse #4B
Bronx NY 10468
City State Zip Code

HOME PHONE 347-992-6033 WORK PHONE 212-860-6586

SIGNATURE Guillermo Baez

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Baez Herminio

Last Name First Name Middle Name

HOME ADDRESS 1657 Tomlison Avenue

Bronx NY 10461

City State Zip Code

HOME PHONE 718 828 3020 WORK PHONE 646 314 3998

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Baez Jose
Last Name First Name Middle Name

HOME ADDRESS 743- 43rd Street
Brooklyn NY 11232
City State Zip Code

HOME PHONE (718) 450-6879 WORK PHONE (718) 851-5541

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Baez Luidely
Last Name First Name Middle Name

HOME ADDRESS 700 Victory Blvd #6D
Staten Is NY 10301
City State Zip Code

HOME PHONE 718-442-4836 WORK PHONE 646-464-0797

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Baez Tina Michelle
Last Name First Name Middle Name

HOME ADDRESS 456 Eltingville Blvd
Staten Island NY 10312
City State Zip Code

HOME PHONE 347-838-6596 WORK PHONE 718-667-2256

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BAFUNDO GINA MARIE
Last Name First Name Middle Name

HOME ADDRESS 35B Anchor ST

Freeport NY 11520
City State Zip Code

HOME PHONE 516-946-5463 (cell) WORK PHONE 718-972-3307

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME BAGAROZZA ANTHONY M
Last Name First Name Middle Name

HOME ADDRESS 181 RYE AVENUE

Staten Island, NY 10312
City State Zip Code

HOME PHONE ______ WORK PHONE 718 306 2079

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bagonyi Gregg Edward
Last Name First Name Middle Name

HOME ADDRESS 46 MAGPIE LN

Levittown NY 11756
City State Zip Code

HOME PHONE 516-520-0908 WORK PHONE ______

SIGNATURE ______

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BAILEY, CHRISTOPHER M.
Last Name First Name Middle Name

HOME ADDRESS 144-07 253 STREET

ROSEDALE NY 11422
City State Zip Code

HOME PHONE (718) 723-2155 WORK PHONE (212) 678-1822

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BAIO MICHAEL JOSEPH
Last Name First Name Middle Name

HOME ADDRESS 340 N. Delaware Ave

MASSAPEQUA NY 11758
City State Zip Code

HOME PHONE 516 521 6469 WORK PHONE (718) 533 2006

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BAKRAQI KRESHNIK
Last Name First Name Middle Name

HOME ADDRESS 52 YONKERS TERR #5E
YONKERS NY 10704
City State Zip Code

HOME PHONE 646-588-8719 WORK PHONE 718-918-2004

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BAKSH Curtis Junior
Last Name First Name Middle Name

HOME ADDRESS 190 So Oxford Street
Brooklyn N.Y. 11217
City State Zip Code

HOME PHONE 718 857-4620 WORK PHONE 718 330-4431

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BALACKI ROBERT LEONARD
Last Name First Name Middle Name

HOME ADDRESS 5 Thorne Avenue

MASSAPEQUA NY 11758
City State Zip Code

HOME PHONE 516-605-0405 WORK PHONE 718-868-3404

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BALATONI TAMAS G
Last Name First Name Middle Name

HOME ADDRESS 55 Belleview Avenue
Ossining NY 10562
City State Zip Code

HOME PHONE 917-405-8426 WORK PHONE 212-343-3790

SIGNATURE Tamas Balatoni

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME BALDWIN RYAN
Last Name First Name Middle Name

HOME ADDRESS 44 Avon Lane
SI NY 10314
City State Zip Code

HOME PHONE 646 285 3902 WORK PHONE 718 ~~79~~ 58 4458

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Balestriere John
Last Name First Name Middle Name

HOME ADDRESS 28 5th Ave

Farmingdale NY 11735
City State Zip Code

HOME PHONE 516-557-3115 WORK PHONE 718-845-2211

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BALL (Last Name) MICHAEL (First Name) E (Middle Name)

HOME ADDRESS 122 NEW HOLLAND VILLAGE

NANUET (City) NY (State) 10954 (Zip Code)

HOME PHONE 845-461-4847 WORK PHONE 347-493-8940

SIGNATURE ______________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Balli Sharon Carolyn
Last Name First Name Middle Name

HOME ADDRESS 44 stevedore lane
Levittown NY 11756
City State Zip Code

HOME PHONE 516-495-4079 WORK PHONE 718-908-6620

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BALONAS William EDWARD
Last Name First Name Middle Name

HOME ADDRESS 240 WOODLAWN AVE
RONKONKOMA NY 11779
City State Zip Code

HOME PHONE 646-510-2700 WORK PHONE 212 741-4851

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BALZ GREGORY PHILIP
Last Name First Name Middle Name

HOME ADDRESS 23 FOX HILL DRIVE

MIDDLETOWN NEW YORK 10940
City State Zip Code

HOME PHONE 845-697-5176 WORK PHONE 212-477-9229

SIGNATURE Gregory P. [signature]

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Balzotti Jeffrey Domenic
Last Name First Name Middle Name

HOME ADDRESS 13 Shuit Place
Central Valley NY 10917
City State Zip Code

HOME PHONE 845-827-5741 WORK PHONE 717-422-1243

SIGNATURE Sgt [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BANG CHUNG H.
Last Name First Name Middle Name

HOME ADDRESS 48-23 Clearview Expy

Bayside NY 11364
City State Zip Code

HOME PHONE (646) 763-3783 WORK PHONE ______

SIGNATURE ______

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Banks Jorre J
Last Name First Name Middle Name

HOME ADDRESS 44 Cobblestone Lane
Middletown N.Y. 10940
City State Zip Code

HOME PHONE (718) 207-4797 WORK PHONE (718) 207-4797

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bao Chi Choi
Last Name First Name Middle Name

HOME ADDRESS 7210 Bay Parkway
Brooklyn NY 11204
City State Zip Code

HOME PHONE 718-673-4199 WORK PHONE 646-610-6650.

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Baratta Mark J
Last Name First Name Middle Name

HOME ADDRESS 33 Coale Ave
Staten Island NY 10314
City State Zip Code

HOME PHONE 917 670 5607 WORK PHONE 718 876 8437

SIGNATURE Mark Bar

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Barakovic Alen
Last Name First Name Middle Name

HOME ADDRESS 25-52 42 ST
Astoria NY 11103
City State Zip Code

HOME PHONE 718 728 0536 WORK PHONE (212) 678-1818

SIGNATURE [illegible]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Baran Alex N
Last Name First Name Middle Name

HOME ADDRESS 4 Shea Knolls Court

Campbell Hall NY 10916
City State Zip Code

HOME PHONE 845-562-8106 WORK PHONE 845-568-7831

SIGNATURE [signature]

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BARAN Avi
Last Name First Name Middle Name

HOME ADDRESS 146 BEACH 9th STREET
FAR ROCKAWAY NY 11691
City State Zip Code

HOME PHONE 718 471 0659 WORK PHONE

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Baratta James Joseph
Last Name First Name Middle Name

HOME ADDRESS 50 ISLAND PKWY

ISLAND PARK NY. 11558
City State Zip Code

HOME PHONE 516-705 4178 WORK PHONE 917 807 8158

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BARBARA GIROLAMO

Last Name First Name Middle Name

HOME ADDRESS 906 Preston Road

East Meadow NY 11554

City State Zip Code

HOME PHONE 917-348-1850 WORK PHONE 718-409-4241

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BARBARELLI LOUIS CHARLES
Last Name First Name Middle Name

HOME ADDRESS 203 BALCOM AVENUE

BRONX NY 10465
City State Zip Code

HOME PHONE 347-244-5028 WORK PHONE 718-299-3933

SIGNATURE Sgt Louis C. Barbarelli

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Barbee-LeBour Marcia A
Last Name First Name Middle Name

HOME ADDRESS 110A Williams Ave
Amityville NY 11701
City State Zip Code

HOME PHONE 917-886-9086 WORK PHONE 718-735-0515

SIGNATURE [signature]

## CONSENT TO SUE

### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BARBERIS COSTANTINO
Last Name First Name Middle Name

HOME ADDRESS 9 NORTH CENTRAL HIGHWAY

GARNERVILLE N.Y. 10923
City State Zip Code

HOME PHONE (845) 290-5507 WORK PHONE (845) 641-3830

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BARBIERI CHRISTOPHER D.

Last Name First Name Middle Name

HOME ADDRESS 756 PAT DRIVE

WEST ISLIP NY 11795

City State Zip Code

HOME PHONE 516 9726974 WORK PHONE 516 9726974

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Barbieri William Thomas
Last Name First Name Middle Name

HOME ADDRESS 1736 62 Street
Brooklyn NY 11204
City State Zip Code

HOME PHONE (718) 837-3105 WORK PHONE (718) 851-5641

SIGNATURE William T. Barbieri II

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BARCIA LUIS EDMUNDO
Last Name First Name Middle Name

HOME ADDRESS 12 PENNSYLVANIA AVENUE
VALLEY COTTAGE , NY 10989
City State Zip Code

HOME PHONE (917) 340 2675 WORK PHONE ——

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME BARCIA SCOTT D
Last Name First Name Middle Name

HOME ADDRESS 117 Renis AVE
ST NY 10306
City State Zip Code

HOME PHONE 718 351 3089 WORK PHONE 718 735 6070

SIGNATURE Scott Barcia

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within ~~the~~ last three years.**

NAME BARDASH GRIGORIY
Last Name First Name Middle Name

HOME ADDRESS 165 CEDAR GROVE COURT
S.I N.Y. 10306
City State Zip Code

HOME PHONE ~~917 77~~ 917 476 2023 WORK PHONE

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bardazzi John A
Last Name First Name Middle Name

HOME ADDRESS 28 A Jennifer Place

NY N.Y. 10314
City State Zip Code

HOME PHONE (718) 490-8464 WORK PHONE (718) 490-8464

SIGNATURE ______________________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Barias Hector
Last Name First Name Middle Name

HOME ADDRESS 92-47 241st Street
Bellerose NY 11426
City State Zip Code

HOME PHONE (347) 548-5945 WORK PHONE (718) 797-1720

SIGNATURE Hector Barias

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Barkovich Robert

Last Name First Name Middle Name

HOME ADDRESS 10 Merriman Ave

SI NY 10314

City State Zip Code

HOME PHONE 718-273-3736 WORK PHONE 917-922-3943

SIGNATURE Robert B[illegible]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Barnes (Last Name) Asa (First Name) G. (Middle Name)

HOME ADDRESS 11 Cardinal Ln

Brewster (City) NY (State) 10509 (Zip Code)

HOME PHONE (845)-216-1353 WORK PHONE (347)-714-1863

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Barnes DUANE MArk

Last Name First Name Middle Name

HOME ADDRESS 6. Charles Street

VAlley Stream NY 11580

City State Zip Code

HOME PHONE 516 612 2601 WORK PHONE ________

SIGNATURE D Barnes

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Barnes Natalie L
Last Name First Name Middle Name

HOME ADDRESS 6 Charles St. Valley Stream
NY 11580
City State Zip Code

HOME PHONE ______________ WORK PHONE 718-258-4443

SIGNATURE ______________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF -- NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Barnett Robert M
Last Name First Name Middle Name

HOME ADDRESS 152 N. Magnolia Street
Pearl River NY 10965
City State Zip Code

HOME PHONE 845 608 3196 WORK PHONE 718 293 2712

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Barnwell Michael Joseph
Last Name First Name Middle Name

HOME ADDRESS 104-40 Queens Blvd Apt 16P
Forest Hills, NY 11375
City State Zip Code

HOME PHONE 917 592-8122 WORK PHONE 212 452-0600

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BARONE GREGORY JAMES
Last Name First Name Middle Name

HOME ADDRESS 424 ARIZONA AVENUE
ROCKVILLE CENTRE NY 11570
City State Zip Code

HOME PHONE 646-338-3911 WORK PHONE 718-845-2238

SIGNATURE Gregory Barone

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Barone Joseph Ennio
Last Name First Name Middle Name

HOME ADDRESS 237 Wyngate Drive
N. Massapequa NY 10758
City State Zip Code

HOME PHONE 516-798-2036 WORK PHONE 718-795-4908

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Baronette Trevor Jermaine
Last Name First Name Middle Name

HOME ADDRESS 117-20 201 Place
ST. ALBANS N.Y 11412
City State Zip Code

HOME PHONE 718-723-5510 WORK PHONE 718-636-6651

SIGNATURE Sgt. Trevor [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Barra Brian

Last Name First Name Middle Name

HOME ADDRESS 56 Bellmore ST

Floral Park NY 11001

City State Zip Code

HOME PHONE 347 525 8576 WORK PHONE 718 383 4427

SIGNATURE B B [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Barrera Martha R.
Last Name First Name Middle Name

HOME ADDRESS 54 Overton St.
Deer Park NY 11729
City State Zip Code

~~HOME~~ cell PHONE (718) 309-5884 ~~WORK~~ Home PHONE (631) 242-3237

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME BARRETO DEREK

Last Name First Name Middle Name

HOME ADDRESS 49 MANHATTAN BLVD

ISLIP TERRACE NY 11757

City State Zip Code

HOME PHONE (631) 559-4632 WORK PHONE (718) 388-0295

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BARRETT RHETT D
Last Name First Name Middle Name

HOME ADDRESS 8 DONALD COURT

ELMONT NY 11003
City State Zip Code

HOME PHONE 516-967-6701 WORK PHONE 718-476-9311

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Barrios Paul
Last Name First Name Middle Name

HOME ADDRESS 104 Court North Drive

Melville NY 11747
City State Zip Code

HOME PHONE 631-846-1205 WORK PHONE 718-474-6555

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BARRITEAU, DAMON KENYA
Last Name First Name Middle Name

HOME ADDRESS 10 WOODLEN AVE
BAY SHORE NY 11706
City State Zip Code

HOME PHONE 631-647-8711 WORK PHONE 516-672-8140

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BARRY ESPERANZA L
Last Name First Name Middle Name

HOME ADDRESS 2 PETERSON ROAD

CARMEL, N.Y. 10512.
City State Zip Code

HOME PHONE 845.225.2315 WORK PHONE ____________

SIGNATURE ____________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BARTEE YVETTE M
Last Name First Name Middle Name

HOME ADDRESS 110 GIDNEY AVENUE

NEWBURGH NY 12550
City State Zip Code

HOME PHONE 347-835-9869 WORK PHONE 718-822-5448

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME BARTLEY BRIAN M
Last Name First Name Middle Name

HOME ADDRESS 322 E 4th ST
DEER PARK NY 11729
City State Zip Code

HOME PHONE 631 243 1873 WORK PHONE 718 287 3205

SIGNATURE SGT B Br

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME BARTOLOTTA Joseph S
Last Name First Name Middle Name

HOME ADDRESS 126 Cox Ave
Yonkers NY 10704
City State Zip Code

HOME PHONE 716-432-6624 WORK PHONE 718-840 2548

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME BARTON Andrew A.
Last Name First Name Middle Name

HOME ADDRESS 616 E Lincoln avenue, apt. C43

Mount Vernon NY 10552
City State Zip Code

HOME PHONE (347) 449 - 4171 WORK PHONE (212) 694-3115

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BARKINGER ANDREA

Last Name First Name Middle Name

HOME ADDRESS 24 WOODLAND TRAIL

CARMEL NY 10512

City State Zip Code

HOME PHONE (845) 306-7453 WORK PHONE (718) 409-6342

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Basler, Craig Charles
Last Name First Name Middle Name

HOME ADDRESS 25 Garrecht Ln.

Pearl River, N.Y. 10965
City State Zip Code

HOME PHONE (845) 920-8407 WORK PHONE (845) 558-6272

SIGNATURE Craig C. Basler

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BASS JASON

Last Name First Name Middle Name

HOME ADDRESS 2681 BROWN ST

BROOKLYN NY 11235

City State Zip Code

HOME PHONE 201 463 7978 (C) WORK PHONE 718-735-1231

SIGNATURE Jason Bass

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BASTEDAS JUAN C
Last Name First Name Middle Name

HOME ADDRESS 154-41 12TH AVENUE
WHITESTONE NY 11357
City State Zip Code

HOME PHONE 718 746 2292 WORK PHONE 718 482 6863

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Batista Michael
Last Name First Name Middle Name

HOME ADDRESS 66 Roosevelt Avenue
Middletown N.Y. 10940
City State Zip Code

HOME PHONE 845 344-4661 WORK PHONE 917 584-7230

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Battle Carolyne Aretha

Last Name First Name Middle Name

HOME ADDRESS 112-20 203rd Street

St Albans NY 11412

City State Zip Code

HOME PHONE 917-757-9655 WORK PHONE ______________

SIGNATURE C Battle

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BAUSO LOUIS J
Last Name First Name Middle Name

HOME ADDRESS 30 ASHWOOD ROAD
PORT WASHINGTON NY 11050
City State Zip Code

HOME PHONE 516-883-8265 WORK PHONE ~~516-~~ 718-963-5300

SIGNATURE Sgt Louis Bauso

(CONTINUE ON REVERSE)

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BAUTISTA Marvin R
Last Name First Name Middle Name

HOME ADDRESS 505 WEST 37th ST 5F

Brooklyn NY 10018
City State Zip Code

HOME PHONE ______________ WORK PHONE 646 623 2245

SIGNATURE Sgt B——tA

## CONSENT TO SUE

### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BAUTISTA NATALIE
Last Name First Name Middle Name

HOME ADDRESS 9 ASHLAND AVENUE

MIDDLETOWN NEW YORK 10940
City State Zip Code

HOME PHONE (845)692-2484 WORK PHONE (718)292-6164

SIGNATURE Natalie Bautista

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BAZATA MARC
Last Name First Name Middle Name

HOME ADDRESS 76 FOX Ct
MANDRVILLE NY 11949
City State Zip Code

HOME PHONE (631 774 4100 WORK PHONE

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Beal AArthur F
Last Name First Name Middle Name

HOME ADDRESS 360 Tolkman Rd
Washingtonville NY 10992
City State Zip Code

HOME PHONE 912 8055467 WORK PHONE 347 493 8938

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BEAMER BRAD ALLYN
Last Name First Name Middle Name

HOME ADDRESS 2292 WILLOW ST.
WANTAGH N.Y 11793
City State Zip Code

HOME PHONE 516-298-6385 WORK PHONE 718-712-2865

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Beatty WALTER V
Last Name First Name Middle Name

HOME ADDRESS 2818 Whispering Hills Dr
Chester NY 10918
City State Zip Code

HOME PHONE (845) 258-8633 WORK PHONE (212) 477-9281

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BEAUDU JEAN-CLAUDE

Last Name First Name Middle Name

HOME ADDRESS 3 Plainview Rd

Farmingdale NY 11735

City State Zip Code

HOME PHONE 516-249-4374 WORK PHONE 718-776-9116

SIGNATURE Sgt Beau

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Beauvoir Jean Sony
Last Name First Name Middle Name

HOME ADDRESS 487 Clinton Ave

Rockville Centre NY 11570
City State Zip Code

HOME PHONE 516. 992. 0795 WORK PHONE 718. 345 4900

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME BEAUZILE TAMARA MARIE

Last Name First Name Middle Name

HOME ADDRESS 105-47 171 PLACE

JAMAICA NY 11433

City State Zip Code

HOME PHONE 718-206-1688 / CELL# 646-739-5748 WORK PHONE 718-595-8896

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Becht Timothy Gerard
Last Name First Name Middle Name

HOME ADDRESS 480 N. Syracuse Avenue
Massapequa NY 11758
City State Zip Code

HOME PHONE 516-249-4985 WORK PHONE 718-221-6636

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME BECKFORD FREDERICK LEE

Last Name First Name Middle Name

HOME ADDRESS 23 FLYWAY CT

PINE BUSH NY 12566

City State Zip Code

HOME PHONE 845-361-4146 WORK PHONE 347-493-8920

SIGNATURE Frederick Beckford

## CONSENT TO SUE

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Beddows (Last Name) Keith (First Name) Christopher (Middle Name)

HOME ADDRESS 27 Greendale Rd

New City (City) NY (State) 10956 (Zip Code)

HOME PHONE 845-634-1307 WORK PHONE 718-542-4775

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BEDROSSIAN RONALD STEPHEN
Last Name First Name Middle Name

HOME ADDRESS 6611 253 STREET

LITTE NECK N.Y. 11362
City State Zip Code

HOME PHONE 718-428-8499 WORK PHONE 212-678-1875

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Beegan Brian Anthony

Last Name First Name Middle Name

HOME ADDRESS 25-59 41 Street B2

Astoria NY 11103

City State Zip Code

HOME PHONE 917-488-2760 WORK PHONE 718-636-6651

SIGNATURE ______________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Begg John R
Last Name First Name Middle Name

HOME ADDRESS 1216 Hyman Ave
BAyShor NY 11706
City State Zip Code

HOME PHONE 631-680-8598 WORK PHONE 718-969-4029

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Behrman Robert Owen
Last Name First Name Middle Name

HOME ADDRESS 62 Sherman Ave.
Bethpage NY 11714
City State Zip Code

HOME PHONE (516) 605-2013 WORK PHONE (718) 969-5276

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bissel William Wayne
Last Name First Name Middle Name

HOME ADDRESS 2699 Route 6
Slate Hill NY 10973
City State Zip Code

HOME PHONE 914-799-0916 WORK PHONE 914-799-0916

SIGNATURE W. Bissel

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BELCASTRO JOSEPH
Last Name First Name Middle Name

HOME ADDRESS 153 BOXWOOD DRIVE

KINGS PARK NY 11754
City State Zip Code

HOME PHONE 631-979-2385 WORK PHONE 718-321-2266

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bellingeri Benjamin MARTIN
Last Name First Name Middle Name

HOME ADDRESS 230 Seaman Avenue #2C
New York NY 10034
City State Zip Code

HOME PHONE 917-295-2413 WORK PHONE 212-694-3060

SIGNATURE Sgt Benjamin Bellingeri

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BELLO Charlie A
Last Name First Name Middle Name

HOME ADDRESS 5 TollHouse Court
Newburgh NY 12550
City State Zip Code

HOME PHONE 347-454-0033 WORK PHONE 718-918-2000

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Bello JOSEPH FRANK
Last Name First Name Middle Name

HOME ADDRESS 90 RAMONA AVE
S.I. N.Y. 10312
City State Zip Code

HOME PHONE 718-317-0469 WORK PHONE 917-596-6857

SIGNATURE Joseph Bello

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BELLO JOSEPH B

Last Name First Name Middle Name

HOME ADDRESS ~~155~~ 155 BAY ST, APT 6B

STATEN ISLAND NY 10301

City State Zip Code

HOME PHONE 718-667-0149 cell ~~WORK~~ PHONE 718-427-1461

SIGNATURE Jo Bello

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Belmonte Stefano G.
Last Name First Name Middle Name

HOME ADDRESS 2361 Redmond Rd
Bellmore NY 11710
City State Zip Code

HOME PHONE 516-785-3632 WORK PHONE 212 358 8270

SIGNATURE S. Belmonte

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME BELOGORODSKY MICHAEL

Last Name First Name Middle Name

HOME ADDRESS 2630 CROPSEY AVE, APT # 15D

BROOKLYN N.Y. 11214

City State Zip Code

HOME PHONE 917-449-8352 WORK PHONE 718-840-2536

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Benavides Dewin Geraldo
Last Name First Name Middle Name

HOME ADDRESS 2206 Valentine Ave Apt D10

Bronx NY 10457
City State Zip Code

HOME PHONE 347-329-0344 WORK PHONE 212-375-9363

SIGNATURE Dewin Benavides

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bendele Daquan
Last Name First Name Middle Name

HOME ADDRESS 15 Saint Johns Place

Brooklyn NY 11217-3253
City State Zip Code

HOME PHONE 718.398.1413 WORK PHONE 718.626.9347

SIGNATURE Daquan Bendele

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Benfante, Anthony Joseph
Last Name First Name Middle Name

HOME ADDRESS 2469 Army Place
Bellmore NY 11710
City State Zip Code

HOME PHONE (516) 826-1720 WORK PHONE (718) 677-8332

SIGNATURE Anthony J Benfante

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Benitez, Frank

Last Name First Name Middle Name

HOME ADDRESS 585 Farmers Mills RD

Carmel NY 10512

City State Zip Code

HOME PHONE (845) 228-7354 WORK PHONE (917) 744-0969

SIGNATURE [signature]

## CONSENT TO SUE

### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BENITEZ. JOSE L.
Last Name First Name Middle Name

HOME ADDRESS 31-28 92 ST

E. ELMHURST NY 11369
City State Zip Code

HOME PHONE 718 458 3431 WORK PHONE 718 299-3900

SIGNATURE Sgt. B[signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BENITEZ MARILUZ

Last Name First Name Middle Name

HOME ADDRESS 255-01 75 AVE

GLEN OAKS NY 11004

City State Zip Code

HOME PHONE (718) 343-0352 WORK PHONE (718) 495-5280

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME BENNETT JASON M
Last Name First Name Middle Name

HOME ADDRESS 722 BROOK CT.

BALDWIN NY 11510
City State Zip Code

HOME PHONE (516) 665-9113 WORK PHONE (718) 345-4900

SIGNATURE Sgt Jason Bennett

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bennett Mervin K
Last Name First Name Middle Name

HOME ADDRESS 98-38 57th Avenue APT #9E

CORONA NEW YORK 11368
City cell 917-770-4507 State Zip Code

HOME PHONE 718-760-5326 WORK PHONE 718-851-4365

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bennett — Tanya — Sheree
Last Name — First Name — Middle Name

HOME ADDRESS 9 Bainbridge Pl Unit 504

Newburgh — NY — 12550
City — State — Zip Code

HOME PHONE 845-563-0928 WORK PHONE 212-690-6311

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Benowitz Cory Scott
Last Name First Name Middle Name

HOME ADDRESS 27 Ray St.

Staten Island NY 10312
City State Zip Code

*Cell 516-860-4580*

HOME PHONE 718-227-1473 WORK PHONE ~~516~~ CB 646-610-7600

SIGNATURE Cy B [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bentivegna Anthony F
Last Name First Name Middle Name

HOME ADDRESS 75 Goodall St.
Staten Island N.Y. 10308
City State Zip Code

HOME PHONE 718 869-9113 WORK PHONE 718 876-8408

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME BENTLEY DERICK JOSEPH
Last Name First Name Middle Name

HOME ADDRESS 1017 VINCENT AVE
BRONX NY 10465
City State Zip Code

HOME PHONE 845-337-0120 WORK PHONE 718-393-2869

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bentley Okechie Akem
Last Name First Name Middle Name

HOME ADDRESS 509 Mountainview Ave
Staten Island, NY 10314
City State Zip Code

HOME PHONE (718) 494-1414 WORK PHONE (718) 875-6228

SIGNATURE Bentley

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BERFOND PHILIP ALAN
Last Name First Name Middle Name

HOME ADDRESS 76 WOEHRLE AVENUE

STATEN ISLAND NY 10312
City State Zip Code

HOME PHONE 718 714-8403 WORK PHONE 718 966-4116

SIGNATURE [signature]

## CONSENT TO SUE

### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bergamo Michael
Last Name First Name Middle Name

HOME ADDRESS 182 Ardmore Ave
Staten Island NY 10314
City State Zip Code

HOME PHONE 718 816-5528 WORK PHONE 718 735-0635

SIGNATURE [signature]