**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bergen, Matthew T
Last Name First Name Middle Name

HOME ADDRESS 8829 Fort Hamilton Parkway Apt D-63
Brooklyn NY 11209
City State Zip Code

HOME PHONE 908-601-3319 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bergenbaum Michael Scott
Last Name First Name Middle Name

HOME ADDRESS 118 Cayuga ave
Staten Island New york 1031
City State Zip Code

HOME PHONE 1917-837-1312 WORK PHONE 1718-265-7300

SIGNATURE M Berg

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Berisha Burim
Last Name First Name Middle Name

HOME ADDRESS 138 Crescent pl
Yonkers NY 10704
City State Zip Code

HOME PHONE 914 512 8415 WORK PHONE cell 917 648 2260

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bermingham Philip James
Last Name First Name Middle Name

HOME ADDRESS 100 Cedar St. B31

Dobbs Ferry NY 10522
City State Zip Code

HOME PHONE 914-720-5013 WORK PHONE 718 677 8301

SIGNATURE [signature]

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BERNAL PAUL JOSEPH
Last Name First Name Middle Name

HOME ADDRESS 163-64 17 AVE

WHITESTONE NY 11357
City State Zip Code

HOME PHONE 516-236-4529 WORK PHONE 212-477-9758

SIGNATURE Sgt Paul J Bernal

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bernstein (Last Name) Cindy (First Name) Beth (Middle Name)

HOME ADDRESS 11 Ravine Road

Great Neck (City) NY (State) 11023 (Zip Code)

HOME PHONE 516-570-0963 WORK PHONE 917-566-3420

SIGNATURE Cindy Bernstein

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Berrios Dennis

Last Name First Name Middle Name

HOME ADDRESS 47 Windsor Road

Staten Island NY 10314

City State Zip Code

HOME PHONE 718-370-2451 WORK PHONE 646-342-5383

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BERSON JEREMY M
Last Name First Name Middle Name

HOME ADDRESS 1014 MERRIAM ROAD

BAY SHORE NY 11706
City State Zip Code

HOME PHONE 631-940-3142 WORK PHONE (718) 236-2672

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BERTOLINI STEPHEN
Last Name First Name Middle Name

HOME ADDRESS 20-60 42ST
ASTORIA NY 11105
City State Zip Code

HOME PHONE 917 664 3731 WORK PHONE ____________

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BERTRAM ANTHONY WILLIAM
Last Name First Name Middle Name

HOME ADDRESS 153-36 80th ST. 2ND FL.

HOWARD BEACH NY 11414
City State Zip Code

HOME PHONE 516-448-1175 WORK PHONE 718-735-0635

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bertrand Joseph V.
Last Name First Name Middle Name

HOME ADDRESS 14 Briarcliff Rd
New City NY 10956
City State Zip Code

HOME PHONE 347 346 2803 WORK PHONE 212 966 5711

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Beslity Kevin Thomas
Last Name First Name Middle Name

HOME ADDRESS 78 Twin lane North

Wantagh NY 11793
City State Zip Code

HOME PHONE 516 679-8938 WORK PHONE ~~516~~ 212 791-8443

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Besmer (Last Name) James (First Name) Lawrence (Middle Name)

HOME ADDRESS 53 Fairview Ave

Nanuet (City) N.Y. (State) 10954 (Zip Code)

HOME PHONE 845-215-5621 WORK PHONE 212-741-4613

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Betances Neftali
Last Name First Name Middle Name

HOME ADDRESS 622 County Rt. 78

Middletown NY 10940
City State Zip Code

HOME PHONE (845) 342-6434 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bolle Latisha T
Last Name First Name Middle Name

HOME ADDRESS 85 Fillmore ave
Deer Park, NY 11729
City State Zip Code

HOME PHONE 631-242-6207 WORK PHONE 6

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME BETTEX LAWRENCE A
Last Name First Name Middle Name

HOME ADDRESS 2444 COOLIDGE AVENUE

NORTH BELLMORE, N.Y. 11710
City State Zip Code

HOME PHONE 516-783-5891 WORK PHONE 718-636-6445

SIGNATURE Lawrence A Bettex

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bhagan Steven

Last Name First Name Middle Name

HOME ADDRESS 4805 42nd Street Apt 5G

Sunnyside NY 11104

City State Zip Code

HOME PHONE 347-861-4888 WORK PHONE 718-482-6856

SIGNATURE Steven Bhagan

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Biancaniello Danielle —
Last Name First Name Middle Name

HOME ADDRESS 111 A Charles ST
Massapequa NY 11758
City State Zip Code

HOME PHONE 516·249·3201 WORK PHONE 917·992·4625

SIGNATURE Sgt. Danielle Biancaniello

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BIDOL OLIVER
Last Name First Name Middle Name

HOME ADDRESS 393 W49 #5H
New York NY 10019
City State Zip Code

HOME PHONE 212-315-4459 WORK PHONE ______

SIGNATURE ______

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Biegler Douglas Paul
Last Name First Name Middle Name

HOME ADDRESS 632 Wyngate Drive West
Valley Stream NY 11580
City State Zip Code

HOME PHONE (516) 872 8397 WORK PHONE (718) 573-5000

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bien-Aime Clark Antoine
Last Name First Name Middle Name

HOME ADDRESS 1992 Strauss St.
Brooklyn NY 11212.
City State Zip Code

HOME PHONE 718-484-9282 WORK PHONE 646-610-5881.

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Bienvenue Joshua DAVID
Last Name First Name Middle Name

HOME ADDRESS 154 Lawrence Ave

Brooklyn NY
City State Zip Code

HOME PHONE 413 244 2283 WORK PHONE ______

SIGNATURE Sgt [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BIER CRAIG RICHARD
Last Name First Name Middle Name

HOME ADDRESS P.O. BOX 425

HICKSVILLE NY 11802
City State Zip Code

HOME PHONE 347 865-9068 WORK PHONE 347-865-9068

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BiLLoTTO Michael —

Last Name First Name Middle Name

HOME ADDRESS 2987 BAYVIEW COURT

OCEANSIDE NY 11572

City State Zip Code

HOME PHONE 516-764-6010 WORK PHONE ____________

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Billows Justin Michael
Last Name First Name Middle Name

HOME ADDRESS 30 1/2 Graham Place

Breezy Pt NY 11697
City State Zip Code

HOME PHONE 718 634-1140 WORK PHONE 917-939-5004

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bmdafer Khalil A.
Last Name First Name Middle Name

HOME ADDRESS 172 24 . 133 Ave
Jamaica NY 11434
City State Zip Code

HOME PHONE 646 464 2220 WORK PHONE ______

SIGNATURE ______

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME BIONDO LAWRENCE Vincent
Last Name First Name Middle Name

HOME ADDRESS 273 Salem Rd - PO Box 306
Pound Ridge NY 10576
City State Zip Code

HOME PHONE 718-926-0147 WORK PHONE 646-610-7988

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BIONDO THOMAS ANTHONY
Last Name First Name Middle Name

HOME ADDRESS 29 Bogota ST
STATEN ISLAND N.Y. 10314
City State Zip Code

HOME PHONE 718-514-3456 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Biscardi Douglas Richard
Last Name First Name Middle Name

HOME ADDRESS 1012 Jackson Ave
Franklin Sq NY 11010
City State Zip Code

HOME PHONE (516) 216/5018 WORK PHONE (718) 520-9258

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Biscarri John A
Last Name First Name Middle Name

HOME ADDRESS 221 Holbrook Ave.
Lake Ronkonkoma NY 11779
City State Zip Code

HOME PHONE (631) 648-7665 WORK PHONE (516) 557-1828

SIGNATURE [signature]

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bischoff Kevin
Last Name First Name Middle Name

HOME ADDRESS 310 Dennis Street
Oceanside NY 11572
City State Zip Code

HOME PHONE 518-524-6419 WORK PHONE 718-805-3204

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BISCUTI ANTHONY
Last Name First Name Middle Name

HOME ADDRESS 86 BAYVIEW LANE
STATEN ISLAND NY 10309
City State Zip Code

HOME PHONE 718-948-2271 WORK PHONE 718-887-1667

SIGNATURE Anthony Biscuti

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Bishop (Last Name) Natalie (First Name) Lynn (Middle Name)

HOME ADDRESS 21 Sherwood Ave

Ossining (City) NY (State) 10562 (Zip Code)

HOME PHONE 917-526-0117 WORK PHONE 646-610-5330

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Black, Hugh Michael

Last Name First Name Middle Name

HOME ADDRESS 12-20 Bell Blvd

Bayside NY 11360

City State Zip Code

HOME PHONE (718)428-2841 WORK PHONE (516) 987-6817

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Black Jamerson
Last Name First Name Middle Name

HOME ADDRESS 752 East 211 Street
Bronx, N.Y 10467
City State Zip Code

HOME PHONE (646) 246-7225 WORK PHONE (212) 860-6414

SIGNATURE Jamerson Black

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BLACK (Last Name) THOMAS (First Name) JAMES (Middle Name)

HOME ADDRESS 135 SOUTH HIGHLAND AVENUE

PEARL RIVER (City) NY (State) 10965 (Zip Code)

HOME PHONE 845 735-3042 WORK PHONE 212 927 0826

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME BLACK-LARKINS MICHAEL D
Last Name First Name Middle Name

HOME ADDRESS 950 RUTLAND ROAD Apt 227
BKLYN NY 11212
City State Zip Code

HOME PHONE 347-414-5373 WORK PHONE 917 721 6985

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Blackman Michael J

Last Name First Name Middle Name

HOME ADDRESS 3750 Hudson Manor Terr. Apt. 2BE

Bronx NY 10463

City State Zip Code

HOME PHONE 646-522-3821 WORK PHONE 347-493-8929

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Blackmon Boris Monroe
Last Name First Name Middle Name

HOME ADDRESS 679 East 86 Street
Brooklyn N.Y. 11236
City State Zip Code

HOME PHONE 718-209-3990 WORK PHONE ______

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME BLAIN ANDRÉ

Last Name First Name Middle Name

HOME ADDRESS 2062A Bergen St

BROOKLYN NY 11233

City State Zip Code

HOME PHONE 917-602-0654 WORK PHONE __________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BLAKE BLAKE A
Last Name First Name Middle Name

HOME ADDRESS 116-11 157 STREET

JAMAICA NY 11434
City State Zip Code

HOME PHONE 718-527-2565 WORK PHONE 347-239-2679

SIGNATURE Sgt [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Blake Ritchard Edward
Last Name First Name Middle Name

HOME ADDRESS 4507 Foster ave

Brooklyn NY 11203
City State Zip Code

HOME PHONE 718 629-1180 WORK PHONE 718 221-6600

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BLANCO (Last Name) FIOR (First Name) D (Middle Name)

HOME ADDRESS 2064 Mohegan Ave

BRONX (City) NY (State) 10460 (Zip Code)

HOME PHONE 917-383-5127 WORK PHONE 212-760-8301

SIGNATURE ______________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Blandino John M
Last Name First Name Middle Name

HOME ADDRESS 55 South Ave
Smithtown NY 11787
City State Zip Code

HOME PHONE 631-265-2683 WORK PHONE 718-299-4205

SIGNATURE J M Bland

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BLASI ROBERT E
Last Name First Name Middle Name

HOME ADDRESS 3934 FULTON AVE

SEAFORD NY 11783
City State Zip Code

HOME PHONE 516-781-3370 WORK PHONE 718-533-2039

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Bliss (Last Name) Brian (First Name) David (Middle Name)

HOME ADDRESS 189 11th Ave

Holtsville (City) NY (State) 11742 (Zip Code)

HOME PHONE 631-714-4297 WORK PHONE 646-610-4564

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BLONDO JAMES C
Last Name First Name Middle Name

HOME ADDRESS 74 Stuart St
Lynbrook NY 11563
City State Zip Code

HOME PHONE 516 599 1772 WORK PHONE 718 330 3518

SIGNATURE James Blondo

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Blake Yancy Clarence
Last Name First Name Middle Name

HOME ADDRESS 2006 Seagirt Blvd Apt 4E
Far Rockaway NY 11691
City State Zip Code

HOME PHONE 347-546-2749 WORK PHONE 718-495-5415

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BOCINA ROY Robert

Last Name First Name Middle Name

HOME ADDRESS 1403 Pulaski Rd

East Northport NY 11731

City State Zip Code

HOME PHONE 631-757-5006 WORK PHONE 718-766-9392

SIGNATURE ______________________

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bock Michael Joseph
Last Name First Name Middle Name

HOME ADDRESS 70 Rambler Rd

Carmel NY 10512
City State Zip Code

HOME PHONE 845 225 4979 WORK PHONE 646 510 9667

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BOCOLA ANTHONY
Last Name First Name Middle Name

HOME ADDRESS 14 HOLLY STREET
STATEN ISLAND NY 10304
City State Zip Code

HOME PHONE 718-351-6727 WORK PHONE 646-610-5991

SIGNATURE Anthony Bocola

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BOGACKI, James Stanley
Last Name First Name Middle Name

HOME ADDRESS 30 FLORIDA STREET

LONG BEACH NY 11561
City State Zip Code

HOME PHONE (516) 431-0736 WORK PHONE (718) 969-5004

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME BOGARD JONATHAN SCOTT
Last Name First Name Middle Name

HOME ADDRESS 57-33 MARATHON PKWY
LITTLE NECK NY 11362
City State Zip Code

HOME PHONE (917)626-8607 WORK PHONE (718) 258-4411

SIGNATURE Sgt [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bohr Franklin E

Last Name First Name Middle Name

HOME ADDRESS 13 Havervale Lane

Garnerville N.Y. 10923

City State Zip Code

HOME PHONE 646-373-9886 WORK PHONE 718-220-5201

SIGNATURE [signature] E [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BOLGER JASON D

Last Name First Name Middle Name

HOME ADDRESS 344 5th st #4

BROOKLYN NY 11215

City State Zip Code

HOME PHONE 917 589 3635 WORK PHONE 718 221 6600

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bomparola Matthew Leonard

Last Name First Name Middle Name

HOME ADDRESS 2624 Sheldon Place

Oceanside New York 11572

City State Zip Code

HOME PHONE 516-536-0127 WORK PHONE 718-386-2289

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BONA Steven Louis

Last Name First Name Middle Name

HOME ADDRESS 98 Fox Hollow Road

Woodbury, NY 11797

City State Zip Code

HOME PHONE 631-742-9660 WORK PHONE 212-375-9363

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Boncales Michael Branden
Last Name First Name Middle Name

HOME ADDRESS 30-11 21st Street, Apt 2D
Astoria NY 11102
City State Zip Code

HOME PHONE (347) 328-4267 WORK PHONE (646) 610-5513

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BONES ANGEL M.
Last Name First Name Middle Name

HOME ADDRESS 66 VALLEY VIEW Rd
CORTLANDT MANOR NY. 10567
City State Zip Code

HOME PHONE (347) 607-8395 WORK PHONE (718) 633-7077

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BONET BERNARD
Last Name First Name Middle Name

HOME ADDRESS 145 KIRBYTOWN ROAD

MIDDLETOWN NY 10940
City State Zip Code

HOME PHONE 845-775-4719 WORK PHONE 718-220-5841

SIGNATURE ____________________

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BONILLA CESAR ALEXANDER
Last Name First Name Middle Name

HOME ADDRESS 43 LOCKWOOD AVENUE

SOUTH FARMINGDALE, NEW YORK 11735
City State Zip Code

HOME PHONE 516-293-0925 WORK PHONE 646-610-5410

SIGNATURE Cesar Bonilla

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BONILLA HERBERT
Last Name First Name Middle Name

HOME ADDRESS 490 ATLANTIC AVE APT 226
EAST ROCKAWAY NY 11518
City State Zip Code

Cell ~~HOME~~ PHONE (516) 476-9148 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bono Alessio
Last Name First Name Middle Name

HOME ADDRESS 5222 Amboy Road
Staten Island NY 10312
City State Zip Code

HOME PHONE 646-457-9309 WORK PHONE 718-377-1674.

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bono Joseph
Last Name First Name Middle Name

HOME ADDRESS 24 Farmer Ave

Selden NY 11784
City State Zip Code

HOME PHONE (631) 484-7482 WORK PHONE

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BONOMO Robert C
Last Name First Name Middle Name

HOME ADDRESS PO Box 1109

GREENWOOD LAKE N.Y. 10925
City State Zip Code

HOME PHONE (917) 656-4617 WORK PHONE (718) 409-6342

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BOONCOME URIT
Last Name First Name Middle Name

HOME ADDRESS 5630 186 Street
Fresh Meadows, NY 11365
City State Zip Code

HOME PHONE (718) 986-3088 WORK PHONE (646) 610-5940

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Boord IVAN Bruce
Last Name First Name Middle Name

HOME ADDRESS 364 Grantwood Ave.
Staten Island NY 10312
City State Zip Code

HOME PHONE (718) 984-4842 WORK PHONE (718) 697-8580

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME BOORMAN MATTHEW D
Last Name First Name Middle Name

HOME ADDRESS 430 CHESTNUT ST
WEST HEMPSTEAD NY 11552
City State Zip Code

HOME PHONE 516-483-3832 WORK PHONE 646-610-6710

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BOPP MICHAEL JOSEPH
Last Name First Name Middle Name

HOME ADDRESS 82-09 268 STREET UPPER APT

FLORAL PARK NY 11004
City State Zip Code

HOME PHONE 718-736-4303 WORK PHONE

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Borchers Lourdes Mariana
Last Name First Name Middle Name

HOME ADDRESS 2280 Arby Court
Wantagh NY 11793
City State Zip Code

HOME PHONE (516) 781 4835 WORK PHONE (917) 797 9924

SIGNATURE Lourdes M Borchers

## CONSENT TO SUE

### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Borelli Anthony
Last Name First Name Middle Name

HOME ADDRESS 65 Carey St
Mahopac NY 10541
City State Zip Code

HOME PHONE 845-628-9859 WORK PHONE 646 345-2336

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME BORG Michael

Last Name First Name Middle Name

HOME ADDRESS 684 2nd Place South

Garden City South NY 11530

City State Zip Code

HOME PHONE 516 · 307 · 9832 WORK PHONE 516 · 851 · 5511

SIGNATURE SGT [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Boria Dawn A

Last Name First Name Middle Name

HOME ADDRESS 857 Bradley St

West Hempstead N.Y. 11552

City State Zip Code

HOME PHONE (516) 489-0076 WORK PHONE (917) 623-9344

SIGNATURE Dawn A Boria

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BORJA IVAN
Last Name First Name Middle Name

HOME ADDRESS 9 FARMOR LANE
CARMEL NY 10512
City State Zip Code

HOME PHONE (845) 225-8669 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Borrelli Robert P
Last Name First Name Middle Name

HOME ADDRESS 2021 Hancock Avenue
N. Bellmore NY 11710
City State Zip Code

HOME PHONE (516) 781-8178 WORK PHONE (917) 434-4571

SIGNATURE [signature] / Robert P. Borrelli

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Borrero Jose

Last Name First Name Middle Name

HOME ADDRESS 52 Derby CT

Staten Island NY 10302

City State Zip Code

HOME PHONE 718-448-7544 WORK PHONE 718-258-4400

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Borruso John A.
Last Name First Name Middle Name

HOME ADDRESS 167 Buffalo Street
Staten Island NY 10306
City State Zip Code

HOME PHONE (718) 979-0657 WORK PHONE 718-876-8478

SIGNATURE John A. Borruso

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Botta Kristen Ann
Last Name First Name Middle Name

HOME ADDRESS 458 Broadway
Bethpage NY 11714
City State Zip Code

HOME PHONE 516 849 7505 WORK PHONE ____________

SIGNATURE Kristen Botta

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BOURBEAU MATTHEW
Last Name First Name Middle Name

HOME ADDRESS 2319 FENTON AVE
BRONX NY 10469
City State Zip Code

HOME PHONE 917-865-6445 WORK PHONE 212-927-9441

SIGNATURE [signature]

## CONSENT TO SUE

### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bowden (Last Name) Christopher (First Name) Raymond (Middle Name)

HOME ADDRESS 143 Fairfield St.

Staten Is. (City) N.Y (State) 10308 (Zip Code)

HOME PHONE 718-556-5626 WORK PHONE (718) 876-8421

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bowe (Last Name) Edward (First Name) Duquesne (Middle Name)

HOME ADDRESS 53 Melrose Ave.

Massapequa (City) NY (State) 11758 (Zip Code)

HOME PHONE 516-804-8595 WORK PHONE 718-636-6511

SIGNATURE Edward D. Bowe

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bowles Philip Anthony
Last Name First Name Middle Name

HOME ADDRESS 73 Alta Ave
Yonkers NY 10705
City State Zip Code

HOME PHONE 914 476 4018 WORK PHONE 914 588 4917

SIGNATURE Philip A. Bowles

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BOWMAN BERTIE B
Last Name First Name Middle Name

HOME ADDRESS 28 WestenD DRive
HIGHLAND Mills NY 10930
City State Zip Code

HOME PHONE 845-827-5239 WORK PHONE 212-678-1618

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Boyce John Daniel
Last Name First Name Middle Name

HOME ADDRESS 456 N. Central Dr.

Massapequa, NY 11758
City State Zip Code

HOME PHONE 516-586-4408 WORK PHONE 718-657-8938

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Boyle, Donald Joseph
Last Name First Name Middle Name

HOME ADDRESS 10 G Meadow Place

Staten Island, NY 10306
City State Zip Code

HOME PHONE 917-704-2357 WORK PHONE 212-868-2585

SIGNATURE [signature]

## CONSENT TO SUE

### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Boyle (Last Name) MICHAEL (First Name) N (Middle Name)

HOME ADDRESS 8 VAN COTT AVE

F'dale (City) NY (State) 11735 (Zip Code)

HOME PHONE (516)249-1690 WORK PHONE (718)694-1390

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BOYLE SEAN

Last Name First Name Middle Name

HOME ADDRESS 1216 66 ST

BROOKLYN NY 11219

City State Zip Code

HOME PHONE 718 232 9768 WORK PHONE (212) 712 5264

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Boyle Thomas
Last Name First Name Middle Name

HOME ADDRESS 2496 Bellmore Ae
Bellmore NY 11710
City State Zip Code

HOME PHONE ______ WORK PHONE ______

SIGNATURE ______

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bozeman Steven James
Last Name First Name Middle Name

HOME ADDRESS 83-85 Woodhaven Blvd

Jamaica, New York 11421
City State Zip Code

HOME PHONE (718) 930-8550 WORK PHONE (646) 879-4299

SIGNATURE Steven Bozeman

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME BRABHAM CHRISTOPHER SCOTT
Last Name First Name Middle Name

HOME ADDRESS 1536 ROSSER AVE

ELMONT NY 11003
City State Zip Code

HOME PHONE 516-270-3152 WORK PHONE

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BRACCIA MICHAEL JOHN
Last Name First Name Middle Name

HOME ADDRESS 160 FREMONT AVENUE

STATEN ISLAND NY 10306
City State Zip Code

HOME PHONE (718) 351-4878 WORK PHONE (646) 610-5434

SIGNATURE Michael Braccia

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Braccero Robert James
Last Name First Name Middle Name

HOME ADDRESS 350 South Greene Ave

Lindenhurst NY 11757
City State Zip Code

HOME PHONE 631-334-1949 WORK PHONE 631-334-1949

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ~~Den~~. Bradbury Dennis
Last Name First Name Middle Name

HOME ADDRESS 180 Block Blvd
Massapequa PK NY 11762
City State Zip Code

HOME PHONE 516 541 1105 WORK PHONE ______

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME BRADLEY CLARISE MELISSA
Last Name First Name Middle Name

HOME ADDRESS 21 ST. JAMES PLACE #8D
BROOKLYN N.Y 11205
City State Zip Code

HOME PHONE (718) 789-1071 WORK PHONE (212) 477-9799

SIGNATURE Sgt. Clarise Bradley

# CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME BRADLEY SEAN PATRICK

Last Name First Name Middle Name

HOME ADDRESS 501 East 234 Street Apt 1H

BRONX NY 10470

City State Zip Code

HOME PHONE (917) 439-1311 WORK PHONE (718) 834-3201

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BRADY, KEVIN THOMAS
Last Name First Name Middle Name

HOME ADDRESS 27 DALEWOOD LANE
KINGS PARK, NY 11754
City State Zip Code

HOME PHONE 631-979-4817 WORK PHONE 718-792-2792

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME BRADY ROBERT BRUCE
Last Name First Name Middle Name

HOME ADDRESS 734 BARD AVE

SI NY 10310
City State Zip Code

HOME PHONE 347 672 2361 WORK PHONE

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Braine Kelly Ann
Last Name First Name Middle Name

HOME ADDRESS 24 Bar Court
Staten Island NY 10309
City State Zip Code

HOME PHONE (718)608-0028 WORK PHONE (718)697-8595

SIGNATURE Kelly A. Braine

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Brand Keith John
Last Name First Name Middle Name

HOME ADDRESS 39 Junard Blvd.
Port Jefferson Station, NY 11776
City State Zip Code

HOME PHONE 631-331-2760 WORK PHONE 718-969-5100

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Brandi Daniel Joseph
Last Name First Name Middle Name

HOME ADDRESS 407 Marion St
Oceanside NY 11572
City State Zip Code

HOME PHONE 516 528 0579 WORK PHONE 718 797 1720

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME: Brantley (Last Name) April (First Name) Celeste (Middle Name)

HOME ADDRESS: 90 Grandview Ave

Staten Island (City) NY (State) 10303 (Zip Code)

HOME PHONE: 718-442-6062 WORK PHONE: 718-694-3755

SIGNATURE ____________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BRANZETTI KEVIN SCOTT
Last Name First Name Middle Name

HOME ADDRESS 48 SALINA RD
PEARL RIVER NY 10965
City State Zip Code

HOME PHONE 845-735-7116 WORK PHONE 646-210-9246

SIGNATURE Kevin Branzetti

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Brathwaite Alexander R
Last Name First Name Middle Name

HOME ADDRESS 105 Evans Ave

Elmont NY 11003
City State Zip Code

HOME PHONE 9175310279 WORK PHONE 718 636 6479

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Braumann Kenneth J
Last Name First Name Middle Name

HOME ADDRESS 251-11 60 ave
Little Neck NY 11362
City State Zip Code

HOME PHONE (347) 409-4756 WORK PHONE (718) 533-2002

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Brautigam William Patrick
Last Name First Name Middle Name

HOME ADDRESS 10 Autumn Lane
Stony Point NY 10980
City State Zip Code

HOME PHONE (845) 947-8866 WORK PHONE (914) 906-8551

SIGNATURE W Brautigam

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME BRAY Christopher Paul
Last Name First Name Middle Name

HOME ADDRESS 180 Chesterton Ave
Staten Island NY 10306
City State Zip Code

HOME PHONE 718 987-4629 WORK PHONE 646-210-9258

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BRAZYS LAIMUNDAS

Last Name First Name Middle Name

HOME ADDRESS 106 West 5th STREET

RONKONKOMA NY 11779

City State Zip Code

HOME PHONE 631 738 02 08 WORK PHONE 631 357 4980

SIGNATURE ____________________

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME BREIER NATALIE ROSE
Last Name First Name Middle Name

HOME ADDRESS 16 MAGRO DRIVE

NORTH BABYLON NY. 11703
City State Zip Code

HOME PHONE 631-523-6582 WORK PHONE 718-636-6641

SIGNATURE Natalie Breier

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Brenes (Last Name) Scott (First Name) Vincent (Middle Name)

HOME ADDRESS 1108 5th Ave

NEW Hyde Park (City) NY (State) 11040 (Zip Code)

HOME PHONE 516-729-7228 WORK PHONE 718-279-5200

SIGNATURE Scott V. Brenes

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BRENNAN JOHN JOEL
Last Name First Name Middle Name

HOME ADDRESS 12 FOX HILL RD

CORTLANDT MANOR NY 10567
City State Zip Code

HOME PHONE ~~9~~ 914-737-2509 WORK PHONE 212-580-6411

SIGNATURE John J Brennan

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Brennan Joseph John
Last Name First Name Middle Name

HOME ADDRESS 2306 21st St Apt 3H
Astoria NY 11105
City State Zip Code

HOME PHONE 631-774-3889 WORK PHONE 718 520 9315

SIGNATURE [signature]

# CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Brennan Karen Ann
Last Name First Name Middle Name

HOME ADDRESS 112 east Brandis ave
Staten Island NY 10308
City State Zip Code

HOME PHONE 718 317 - 5657 WORK PHONE 718-627-6641

SIGNATURE Karen Bren

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Brennan Thomas Sean
Last Name First Name Middle Name

HOME ADDRESS 45.40 171st

Flushing NY 11358
City State Zip Code

HOME PHONE 718.445.2980 WORK PHONE 646.610.5511

SIGNATURE Thomas S. Brennan

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Brenner (Last Name) Randy (First Name) Scott (Middle Name)

HOME ADDRESS 3938 Eve Drive

Seaford (City) N.Y. (State) 11783 (Zip Code)

HOME PHONE (917) 325-2222 WORK PHONE (718) 392-7523

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Brereton, Bronthie, EUREKA
Last Name First Name Middle Name

HOME ADDRESS 150-79 Village ROAD #58B
Kew GARDENS Hills, NY 11432
City State Zip Code

HOME PHONE (718) 969-6171 WORK PHONE (347) 245-5774

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Briceno Jose S

Last Name First Name Middle Name

HOME ADDRESS 60-56 69 Ave Apt 1

Ridgewood NY 11385

City State Zip Code

HOME PHONE 347-328-4081 WORK PHONE 646-610-8530

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Brignoni (Last Name) Edward (First Name) ______ (Middle Name)

HOME ADDRESS 18 Woodlake Drive

Thiells (City) NY (State) 10984 (Zip Code)

HOME PHONE (845) 216-9272 WORK PHONE 212 694-3115

SIGNATURE Edward J Brignoni

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Brill Nathalie

Last Name First Name Middle Name

HOME ADDRESS 125 Island Pkwy West

Island Park NY 11558

City State Zip Code

HOME PHONE 516 889 8741 WORK PHONE 646 2108596

SIGNATURE Nathalie Brill

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BRINKLEY STEFANIE RENEE
Last Name First Name Middle Name

HOME ADDRESS 88 PAGET LANE

MASSAPEQUA NEW YORK 11758
City State Zip Code

HOME PHONE (516) 900-1029 WORK PHONE (718) 482-6835

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Broda Steven Carl
Last Name First Name Middle Name

HOME ADDRESS 173 Chelsea Avenue
West Babylon NY 11704
City State Zip Code

HOME PHONE (631) 321-1048 WORK PHONE (212) 580-6441

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Brogan Thomas Gregory
Last Name First Name Middle Name

HOME ADDRESS 88 Constant Ave
Staten Island NY 10314
City State Zip Code

HOME PHONE 718 - 447 - 4516 WORK PHONE 718 - 875 - 6228

SIGNATURE Thomas G. Brogan

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Brooks (Last Name) Damon (First Name) Marcus (Middle Name)

HOME ADDRESS 32 112 Town Green Drive

Elmsford (City) NY (State) 10523 (Zip Code)

HOME PHONE 914-347-4730 WORK PHONE 212-274-2760

SIGNATURE Damon M. Brooks

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Brooks (Last Name) Shannon (First Name) Davis (Middle Name)

HOME ADDRESS 1729 1st Ave #5A

New York (City) NY (State) 10128 (Zip Code)

HOME PHONE 917-592-1338 WORK PHONE 212-334-0616

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Brooks (Last Name) Sharon (First Name) B (Middle Name)

HOME ADDRESS 575 Southern Parkway

Uniondale (City) N.Y. (State) 11553 (Zip Code)

HOME PHONE 917-667-7234 / 516-292-7332 WORK PHONE 212-477-9208

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Brovakos Tim Peter
Last Name First Name Middle Name

HOME ADDRESS 2457 E 72 st Bklyn N.Y.
Bklyn N.Y. 11234
City State Zip Code

HOME PHONE 718 513 4937 WORK PHONE 347 520 3809

SIGNATURE ____________________

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BROWER (Last Name) PETER (First Name) F (Middle Name)

HOME ADDRESS 1026 72nd Street

BROOKlyn (City) NY (State) 11228 (Zip Code)

HOME PHONE 718-680-2318 WORK PHONE 646-610-8825

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Brown (Last Name) Angela (First Name) C (Middle Name)

HOME ADDRESS 1802 E 92nd Street

Brooklyn (City) NY (State) 11236 (Zip Code)

HOME PHONE 718 444 1504 WORK PHONE 718 257-2007

SIGNATURE Sgt A. Brown

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME BROWN BEVERLY
Last Name First Name Middle Name

HOME ADDRESS 10411 AVENUE J

BROOKLYN NY 11236
City State Zip Code

HOME PHONE (917) 609-5721 WORK PHONE (718) 287-3612

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME BROWN CHRISTOPHER GEORGE
Last Name First Name Middle Name

HOME ADDRESS 519 MONROE STREET

BROOKLYN NY 11221
City State Zip Code

HOME PHONE 347-529-7114/646-879-5544 WORK PHONE 347-386-9364

SIGNATURE [signature]

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Brown Derrick
Last Name First Name Middle Name

HOME ADDRESS 18 Deepwater Way
Bronx NY 10464
City State Zip Code

HOME PHONE 646 372-5888 WORK PHONE 212-860-6844

SIGNATURE Derrick Brown

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Brown Earlando Christopher
Last Name First Name Middle Name

HOME ADDRESS 128 E 89 ST

Brooklyn NY 11234
City State Zip Code

HOME PHONE 347 - 787 - 7935 WORK PHONE (718) 834-5368

SIGNATURE Earlando Brown

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Brown Genise Valdyne
Last Name First Name Middle Name

HOME ADDRESS 13239 Oulton Circle

Orlando Fl 32832
City State Zip Code

HOME PHONE 407 273-7514 WORK PHONE 631 786-7083

SIGNATURE [signature]

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BROWN GEORGE TIMOTHY
Last Name First Name Middle Name

HOME ADDRESS 3880 ORLOFF AVE #7D
BRONX NY 10463
City State Zip Code

HOME PHONE (646) 761-7003 WORK PHONE (212) 860-3667

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Brown Jonathan W
Last Name First Name Middle Name

HOME ADDRESS 202 Riverside Dr. #5C

NYC NYC 10025
City State Zip Code

HOME PHONE 212.222.5075 WORK PHONE 212.741.4838

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Brown, Shaun
Last Name First Name Middle Name

HOME ADDRESS 61 Parkway Ave
Amityville NY 11701
City State Zip Code

HOME PHONE 516-410-6773 WORK PHONE 718 574 0411

SIGNATURE [signature]

(CONTIN...

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Brown Timothy Joseph
Last Name First Name Middle Name

HOME ADDRESS 213-02 75th Ave, Apt. 4D
Bayside NY 11364
City State Zip Code

HOME PHONE 917 453 4909 WORK PHONE 212 477 7804

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Brown Tony
Last Name First Name Middle Name

HOME ADDRESS 107 Milton Avenue
Staten island NY 10306
City State Zip Code

HOME PHONE 718-987-8531 WORK PHONE 718-330-4431

SIGNATURE [signature]

## CONSENT TO SUE

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Browne Martin P.
Last Name First Name Middle Name

HOME ADDRESS 9050 Union Tpke 9m
Glendale NY 11385
City State Zip Code

HOME PHONE ______ WORK PHONE 646-610-6519

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BROWN-KENNERLY, FRANTZ ANDREA
Last Name First Name Middle Name

HOME ADDRESS 87-26 175th St Apt. #2C
JAMAICA N.Y. 11432
City State Zip Code

HOME PHONE 646-270-7753 WORK PHONE 646-270-7753

SIGNATURE [signature]

## CONSENT TO SUE

### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BRUCE DONALD W
Last Name First Name Middle Name

HOME ADDRESS 469 HAROLD AVENUE

STATEN ISLAND NEW YORK 10312
City State Zip Code

HOME PHONE 718-227-9903 WORK PHONE 347-386-6957

SIGNATURE Donald Bruce

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BRUEN Thomas J.
Last Name First Name Middle Name

HOME ADDRESS 5106 Applewood Circle
CARMEL, N.Y. 10512
City State Zip Code

HOME PHONE (914) 588-0457 WORK PHONE (917) 292-3208

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bruno (Last Name) Adam (First Name) Peter (Middle Name)

HOME ADDRESS 75 Helms Hill Road

Washingtonville (City) N.Y. (State) 10992 (Zip Code)

HOME PHONE (718) 213-1372 WORK PHONE 212 343-3702

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BRUNO JOHN P
Last Name First Name Middle Name

HOME ADDRESS 92-02 219th STREET
QUEENS VILLAGE NY 11428
City State Zip Code

HOME PHONE 718 465-4421 WORK PHONE 212-477-7436

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bruno (Last Name) Victor (First Name) Manuel (Middle Name)

HOME ADDRESS 357 Guyon Ave.

Staten Island (City), N.Y. (State) 10306 (Zip Code)

HOME PHONE (718) 983-0423 WORK PHONE (347) 524-3988

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bruschi John Joseph
Last Name First Name Middle Name

HOME ADDRESS 2 Pinebrook Place

Bay Shore NY 11706
City State Zip Code

HOME PHONE 631-968-7926 WORK PHONE 718-946-3301

SIGNATURE John J. Bruschi

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Brushnivsky Dmitry L
Last Name First Name Middle Name

HOME ADDRESS 211 McBaine Ave
Staten Island NY 10309
City State Zip Code

HOME PHONE 9178652397 WORK PHONE 718 697 8700

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BRUTON KYLE JOHN
Last Name First Name Middle Name

HOME ADDRESS P.O. BOX 12

Bronxville N.Y. 10708
City State Zip Code

HOME PHONE 347-672-3702 WORK PHONE 718-476-7536

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BRYAN KEITH
Last Name First Name Middle Name

HOME ADDRESS 140 EDGECOMBE AVENUE 5
NEW YORK NY 10030
City State Zip Code

HOME PHONE 718 637-4422 WORK PHONE 718 220-5201

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BRYANT FRANCIS TYRONE
Last Name First Name Middle Name

HOME ADDRESS 1 WAYNE COURT
MIDDLETOWN NY 10941
City State Zip Code

HOME PHONE 845-551-3331 WORK PHONE 718-386-2289

SIGNATURE Francis Bryant

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Bryant Jr | Arthur | R
Last Name | First Name | Middle Name

HOME ADDRESS 333 South Erie Ave
Lindenhurst | NY | 11757
City | State | Zip Code

HOME PHONE 631-226-5023 WORK PHONE 718-353-7960

SIGNATURE [signature]