CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME BRYSON OMAR J

Last Name First Name Middle Name

HOME ADDRESS 130-09 244 ST

Rosedale NY 11422

City State Zip Code

HOME PHONE 347 927 9766 WORK PHONE

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bubrowiecki Jarek
Last Name First Name Middle Name

HOME ADDRESS 110 Vermont Ave.
Oceanside NY 11572
City State Zip Code

HOME PHONE 718-216-7203 WORK PHONE 718-595-8985

SIGNATURE Jarek Bubrowiecki

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BUCCHERI FRANK
Last Name First Name Middle Name

HOME ADDRESS 93 WATKINS Ave
S.I. NY 10312
City State Zip Code

HOME PHONE 718-304-3077 WORK PHONE 212-334-0611

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Buell Ronald G
Last Name First Name Middle Name

HOME ADDRESS 14 Lasalle Ln
Kings Park NY 11754
City State Zip Code

HOME PHONE 631-449-0000 ~~WORK PHONE~~ ____________

SIGNATURE R. Buell

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bullara Joseph Robert
Last Name First Name Middle Name

HOME ADDRESS 2345- 62 ST

BROOKLYN NY 11204
City State Zip Code

HOME PHONE 917-837-7743 WORK PHONE 212-334-0616

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bullett David James
Last Name First Name Middle Name

HOME ADDRESS 264 Cromwell Hill Road

Monroe NY 10950
City State Zip Code

HOME PHONE 845 548 3574 WORK PHONE 646-696-3035

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Bumpars (Last Name) Pamela (First Name) Darlene (Middle Name)

HOME ADDRESS 2291 Milburn Avenue

Baldwin (City) NY (State) 11510 (Zip Code)

HOME PHONE (516) 377-0120 WORK PHONE (212) 375-9363

SIGNATURE [signature]

# CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bunting (Last Name) Brandon (First Name) William (Middle Name)

HOME ADDRESS 133 W 112 St, 4B

New York (City) NY (State) 10026 (Zip Code)

HOME PHONE 646-246-8157 WORK PHONE 212-694-3066

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BUONADONNA JOSEPH FRANK
Last Name First Name Middle Name

HOME ADDRESS 164 CHURCH STREET APT #3G

NEW ROCHELLE NY 10805
City State Zip Code

HOME PHONE 914-738-3157 WORK PHONE 212-690-8808

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Burckhard Joseph William
Last Name First Name Middle Name

HOME ADDRESS 69 villa dr
Peekskill NY 10566
City State Zip Code

HOME PHONE (914) 729-4107 WORK PHONE (212) 2 971-9441

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Burgos Angel L
Last Name First Name Middle Name

HOME ADDRESS 1966 Newbold Ave Apt 909
Bx NY 10472
City State Zip Code

HOME PHONE 917-399-8815 WORK PHONE 212-477-7418

SIGNATURE ____________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BURKE CHARLES TAINTOR
Last Name First Name Middle Name

HOME ADDRESS 13 STRONG PLACE #4A

BROOKLYN NY 11231
City State Zip Code

HOME PHONE 631 827-1905 WORK PHONE

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Bunke CHRISTINE
Last Name First Name Middle Name

HOME ADDRESS 286 Bidwell ave

SI NY 10314
City State Zip Code

HOME PHONE 7184422899 WORK PHONE 6466108400

SIGNATURE Christine Bunke

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Burke Christopher John
Last Name First Name Middle Name

HOME ADDRESS 92 Morton Blvd
Plainview NY 11803
City State Zip Code

HOME PHONE 516 993 8828 WORK PHONE

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BURKE DANIEL KENNETH
Last Name First Name Middle Name

HOME ADDRESS 959 WOODCLIFF DRIVE

FRANKLIN SQUARE NY 11010
City State Zip Code

HOME PHONE (516) 561-2879 WORK PHONE (212) 358-8270

SIGNATURE [signature]

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BURKE JOSEPH PATRICK
Last Name First Name Middle Name

HOME ADDRESS 82 NEWMAN AVENUE
HAWTHORNE NY 10532
City State Zip Code

HOME PHONE 914-769-1088 WORK PHONE 718-430-6771

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Burke Kenneth Charles
Last Name First Name Middle Name

HOME ADDRESS 3734 Richard lane
Wantagh NY 11793
City State Zip Code

HOME PHONE 516 495-4413 WORK PHONE 516 521 3052

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ~~Michael~~ BURKE Michael

Last Name First Name Middle Name

HOME ADDRESS 18 Huntington DR

Yonkers NY 10704

City State Zip Code

HOME PHONE 914 613 7189 WORK PHONE 718 220 5820

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BURKHARDT MARC DANIEL
Last Name First Name Middle Name

HOME ADDRESS 43 AMORY AVENUE
PEARL RIVER NY 10965
City State Zip Code

HOME PHONE 845 624 4405 WORK PHONE 845 494 9128

SIGNATURE Marc Burn

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BURKITT KEITH ALAN
Last Name First Name Middle Name

HOME ADDRESS 3666 JOHN STREET
WANTAGH NY 11793
City State Zip Code

HOME PHONE (516)679-0635 WORK PHONE (718)318-4213

SIGNATURE [signature]

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Burns Frank Paul
Last Name First Name Middle Name

HOME ADDRESS 6 Skyview Court
Campbell Hall NY 10916
City State Zip Code

HOME PHONE 845-614-4061 WORK PHONE 718-918-2037

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BURNS GREGORY ALLEN
Last Name First Name Middle Name

HOME ADDRESS 34 FRANKLIN PLACE

MASSAPEQUA NY 11758
City State Zip Code

HOME PHONE 347-246-6134 WORK PHONE 718-287-3211

SIGNATURE ____________________

# CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Burns | Kevin | John
Last Name | First Name | Middle Name

HOME ADDRESS 35 Minerick Drive
Stony Point | NY | 10980
City | State | Zip Code

HOME PHONE 845-942-8819 WORK PHONE 212-767-8405

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Burrello Michael Thomas
Last Name First Name Middle Name

HOME ADDRESS 35 Newberry Avenue

STATEN Island New York 10304
City State Zip Code

HOME PHONE 718-979-0343 WORK PHONE 646-373-2118

SIGNATURE Michael P Burrello

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BURTON SCOTT A
Last Name First Name Middle Name

HOME ADDRESS 212 SCHEFFLERS ROAD

WESTTOWN NY 10998
City State Zip Code

HOME PHONE 845-726-0873 WORK PHONE 212-239-9811

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Burzotta Anthony
Last Name First Name Middle Name

HOME ADDRESS 263 Treetop Lane
Yorktown Heights NY 10598
City State Zip Code

HOME PHONE 914-214-8560 WORK PHONE 718-216-3292

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BURZUMATO SCOTT RICHARD
Last Name First Name Middle Name

HOME ADDRESS 12 GILLARD AVE.

STATEN ISLAND NEW YORK 10312
City State Zip Code

HOME PHONE 718-966-8553 WORK PHONE 917-885-6844

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BUSBY KELLY ROBERT

Last Name First Name Middle Name

HOME ADDRESS 248 1st AVE

St James NY 11780

City State Zip Code

HOME PHONE 631 686-6843 WORK PHONE 718 969-5076

SIGNATURE

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Buscemi Frank Steven
Last Name First Name Middle Name

HOME ADDRESS 29 Willoughby ST
Brentwood NY 11717
City State Zip Code

HOME PHONE 631 273 0377 WORK PHONE 718 851-5515

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BUSTRIN BRIAN C
Last Name First Name Middle Name

HOME ADDRESS 628 ARLINGTON AVE
BALDWIN NY 11510
City State Zip Code

HOME PHONE 516 379-9396 WORK PHONE 212 334-0616

SIGNATURE Sgt [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME BUTHORN JOHN KEVIN
Last Name First Name Middle Name

HOME ADDRESS 64 SHALE ST
STATEN ISLAND, NY 10314
City State Zip Code

HOME PHONE 718.370.0955 WORK PHONE 646-610-6700
718.510-4863 (cell)

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Butler Glenn G.
Last Name First Name Middle Name

HOME ADDRESS 645-60th Street
Brooklyn NY 11220
City State Zip Code

HOME PHONE (917) 733-6460 WORK PHONE (212) 477-7415

SIGNATURE Glenn G. Butler

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Butler Michael T
Last Name First Name Middle Name

HOME ADDRESS 11 Hilltop Terrace
Nanuet NY 10954
City State Zip Code

HOME PHONE 516 946 0728 WORK PHONE 646 610 8062

SIGNATURE Sgt Butler

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Butler Valerie Cherise
Last Name First Name Middle Name

HOME ADDRESS 631 Hinsdale Street
Brooklyn NY 11207
City State Zip Code

HOME PHONE (718) 272-4020 WORK PHONE (646) 610-5336

SIGNATURE Sgt. Butler Valerie

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Butler Walter Stephen
Last Name First Name Middle Name

HOME ADDRESS 9 Danbury Ave
Patchogue NY 11772
City State Zip Code

HOME PHONE 631 730 8712 WORK PHONE 212 477-7651

SIGNATURE Walt B

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME BYRNE ROBERT M
Last Name First Name Middle Name

HOME ADDRESS 24 COLLINS AVE
KINGS PARK NY 11754
City State Zip Code

HOME PHONE ______ WORK PHONE (516) 375-1425

SIGNATURE Sgt R Byrne

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Byrnes Brian B
Last Name First Name Middle Name

HOME ADDRESS 12 Barnard Court

Highland Mills NY 10930
City State Zip Code

HOME PHONE 845 928 2348 WORK PHONE 212 760 8301

SIGNATURE Brian B. Byrnes

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Byrnes Daniel J.

Last Name First Name Middle Name

HOME ADDRESS 638 Travis Avenue, S.I., N.Y. 10314

Staten Island, New York 10314

City State Zip Code

HOME PHONE 718-494-4376 WORK PHONE 917-295-3264

SIGNATURE ____________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Byrnes Mathew
Last Name First Name Middle Name

HOME ADDRESS 28-51 202 St
Bayside NY 11360
City State Zip Code

HOME PHONE 917-657 2433 WORK PHONE

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CABARCAS GUSTAVO Adolfo
Last Name First Name Middle Name

HOME ADDRESS 7816 Rockledge DRIVE
McKinney TX 75071
City State Zip Code

HOME PHONE (214) 592-8581 WORK PHONE (516) 578-8174

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME CABELLO ALBERT
Last Name First Name Middle Name

HOME ADDRESS 19 WESTBROOK AVE

STATEN ISLAND NY 10303
City State Zip Code

HOME PHONE 347-359-1876 WORK PHONE 718-667-2241.

SIGNATURE [signature]

# CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Cabreja Emmanuel Juan
Last Name First Name Middle Name

HOME ADDRESS 60 hamilton ave c/H
Staten Island NY 10301
City State Zip Code

HOME PHONE 718-288-6449 WORK PHONE 718-839-3201

SIGNATURE [signature]

(CONTINUE ON REVERSE)

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CABREJA JULIO H
Last Name First Name Middle Name

HOME ADDRESS 381 E. 158 Street
BRONX, N.Y. 10451
City State Zip Code

HOME PHONE 718-908-2605 WORK PHONE 212-580-6441

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CABRERA LUIS D.
Last Name First Name Middle Name

HOME ADDRESS 526 11TH STREET
WEST BABYLON NY 11704
City State Zip Code

HOME PHONE 631 4123086 WORK PHONE 718 533 2006

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CACAJ Walter George
Last Name First Name Middle Name

HOME ADDRESS 378 Wellington Road

East Meadow, NY 11554
City State Zip Code

HOME PHONE (516) 781-0875 WORK PHONE —

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME CADET PIERRE A.
Last Name First Name Middle Name

HOME ADDRESS 530 PARKSIDE AVE.
BROOKLYN NY 11226
City State Zip Code

HOME PHONE 718 941-1316 WORK PHONE (212) 614-6741

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CAESAR KENNETH A
Last Name First Name Middle Name

HOME ADDRESS 24 BEEKMAN ST
STATEN ISLAND NY 10302
City State Zip Code

HOME PHONE (917) 803-5962 WORK PHONE (212) 239-9802

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CAINES CHARLES LEE
Last Name First Name Middle Name

HOME ADDRESS 509 WALNUT AVE

Newburgh NY 12550
City State Zip Code

HOME PHONE (917) 217 0341 WORK PHONE ——

SIGNATURE [signature]

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Calderon Angel C. JR.
Last Name First Name Middle Name

HOME ADDRESS 1158 Simpson street, 1st Floor
Bronx New York 10459
City State Zip Code

HOME PHONE (718) 842-3129 WORK PHONE (718) 299-3925

SIGNATURE Angel Calderon

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Calhoun Gary M
Last Name First Name Middle Name

HOME ADDRESS 11 West Kissimee rd.
Lindenhurst NY 11757
City State Zip Code

HOME PHONE 631-834-4841 WORK PHONE

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME CALIFANO, MICHAEL JOSEPH
Last Name First Name Middle Name

HOME ADDRESS 2 MAISON COURT
HOLBROOK, NY 11741
City State Zip Code

HOME PHONE 516-662-5243 WORK PHONE 212-422-5210

SIGNATURE Michael C. Califano

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Cain Kevin Ryan
Last Name First Name Middle Name

HOME ADDRESS 15 Oakdale Place
Massapequa Park NY 11762
City State Zip Code

HOME PHONE 516-445-1266 WORK PHONE ~~8~~ 718 ~~797~~ 776 9116

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Callagy Eric
Last Name First Name Middle Name

HOME ADDRESS 5 Wheeler Ct

Deer Park NY 11729
City State Zip Code

HOME PHONE 631-254-2671 WORK PHONE 631-327-9537

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CALTABIANO BRIAN
Last Name First Name Middle Name

HOME ADDRESS 258-11 87 AVENUE

FLORAL PARK NY 11001
City State Zip Code

HOME PHONE (347)531-8013 WORK PHONE 718 626 9350

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CAMACHO DAVID
Last Name First Name Middle Name

HOME ADDRESS 1742 PARKVIEW AVE
BRONX NY 10461
City State Zip Code

HOME PHONE 917-579-2847 WORK PHONE ____________

SIGNATURE David Camacho

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Cambria Jr. Stephen

Last Name First Name Middle Name

HOME ADDRESS 399 Davis Ave

Staten Island NY 10310

City State Zip Code

HOME PHONE 718 816 9416 WORK PHONE 646-529-1406

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Cambridge Donald Christopher
Last Name First Name Middle Name

HOME ADDRESS 2043 Independence Dr.
New Windsor NY 12553
City State Zip Code

HOME PHONE 845-567-6777 WORK PHONE 917-783-6417

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME CAMERON SEAN

Last Name First Name Middle Name

HOME ADDRESS 319 ANGELO DR.

MONTGOMERY NY 12549

City State Zip Code

HOME PHONE 845-457-4107 WORK PHONE 212-374-2801

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Cameron Steven D
Last Name First Name Middle Name

HOME ADDRESS 153 Spindle Rd
Hicksville NY 11801
City State Zip Code

HOME PHONE (347) 860 0278 WORK PHONE ____________________

SIGNATURE ____________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Camilleri Oliver John
Last Name First Name Middle Name

HOME ADDRESS 182 Dogwood Road
Cortlandt Manor NY 10567
City State Zip Code

HOME PHONE 914-930-7407 WORK PHONE 917-447-5998

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Camiolo Anthony

Last Name First Name Middle Name

HOME ADDRESS 450- Adams AVE

STATEN ISLAND NY 10306

City State Zip Code

HOME PHONE 718 668 2027 WORK PHONE

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Campbell (Last Name) Colin (First Name) L. (Middle Name)

HOME ADDRESS 114-45 130th Street

S. Ozone Park, (City) NY (State) 11420 (Zip Code)

HOME PHONE 718-~~460~~ 778-8695 WORK PHONE 646-610-5000

SIGNATURE Colin L. Campbell

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Campbell Keith L
Last Name First Name Middle Name

HOME ADDRESS 3 Ridge Road
Cortlandt Manor NY 10567
City State Zip Code

HOME PHONE 917 217-5142 WORK PHONE (212) 678-1856

SIGNATURE K. Campbell

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Campisi (Last Name) Suzanne (First Name) M (Middle Name)

HOME ADDRESS 6546 77 Place

Middle Village (City) NY (State) 11379 (Zip Code)

HOME PHONE 5164620246 WORK PHONE 718 760 7661

SIGNATURE S Campisi

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME CAMPOLO Joseph William
Last Name First Name Middle Name

HOME ADDRESS 85 Boundary Ave

Staten Island NY. 10306
City State Zip Code

HOME PHONE 718 668-0872 WORK PHONE 718-876-8541

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CAMPOS RICARDO
Last Name First Name Middle Name

HOME ADDRESS 4672 BROADWAY #5G

NEW YORK NEW YORK 10040
City State Zip Code

HOME PHONE (646)391-7494 WORK PHONE 718-409-6342

SIGNATURE Ricardo Campos

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Campos, Adiel
Last Name First Name Middle Name

HOME ADDRESS 177 Commodore Circle West, Apt. 2
Arverne NY 11692
City State Zip Code

HOME PHONE (347)246-9713 WORK PHONE (212)693-8097

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Campuzano Yubany (Tax 917371)
Last Name First Name Middle Name

HOME ADDRESS 221 Castle Hill Ave 1st FlR
Bronx New York 10473
City State Zip Code

HOME PHONE (646) 705-3424 WORK PHONE (718) 299-3933

SIGNATURE Yubany Campuzano

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Canales Wilmer Henry
Last Name First Name Middle Name

HOME ADDRESS 59 pacific ave

Deer park NY 11729
City State Zip Code

HOME PHONE 631-940-7770 WORK PHONE 631-357-9994

SIGNATURE W. Canales

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CANI JAMIE L.
Last Name First Name Middle Name

HOME ADDRESS 1969 WEST 5th ST APT. 1E
BROOKLYN NY 11223
City State Zip Code

HOME PHONE (347) 374-6771 WORK PHONE (718) 208-0747

SIGNATURE J. Cani

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ~~DAVID~~ CANO DAVID

Last Name First Name Middle Name

HOME ADDRESS 201-10 100 AVE

HOLLIS NY 11423

City State Zip Code

HOME PHONE (718) 758-6846 WORK PHONE (646) 610-5000

SIGNATURE David A Cano

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Cantore James Michael
Last Name First Name Middle Name

HOME ADDRESS 187 Lorraine Loop

Staten Island N.Y. 10309
City State Zip Code

HOME PHONE 718 966 5381 WORK PHONE 718 636 6481

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CAO, Viet, Winston
Last Name First Name Middle Name

HOME ADDRESS 2018 MARMAID AVE
Brooklyn NY 11224
City State Zip Code

HOME PHONE 718-265-2177 WORK PHONE ______

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME CAPARCO III MICHAEL THOMAS

Last Name First Name Middle Name

HOME ADDRESS 333 N. NIAGARA AVENUE

LINDENHURST NY 11757

City State Zip Code

HOME PHONE (631) 592-8822 WORK PHONE (718) 694-3755

SIGNATURE ______________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CAPELLA JOSE —
Last Name First Name Middle Name

HOME ADDRESS 101 BREWER Road
Newburgh N.Y. 12550
City State Zip Code

HOME PHONE (845) 549-8929 WORK PHONE (718) 922-3350

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CAPITALI PETER
Last Name First Name Middle Name

HOME ADDRESS 135 DAVISON AVE
LYNBROOK, NY 11563
City State Zip Code

HOME PHONE 516-837-9218 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CAPOGROSSO JR. FRANK PAUL
Last Name First Name Middle Name

HOME ADDRESS 466 RAMONA AVE

SI NY 10309
City State Zip Code

HOME PHONE 718-605-3691 WORK PHONE 347-993-1981

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CAPOLONGO ROBERT
Last Name First Name Middle Name

HOME ADDRESS 167 SINCLAIR AVE
STATEN ISLAND NY 10312
City State Zip Code

HOME PHONE 718 967 8989 WORK PHONE 917 443 5384

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Capozzi John
Last Name First Name Middle Name

HOME ADDRESS 43-24 205 Street

Bayside NY 11361
City State Zip Code

HOME PHONE 718-423-3014 WORK PHONE 718 361-1030

SIGNATURE John Capozzi

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CAPPELLO Michael Robert
Last Name First Name Middle Name

HOME ADDRESS 127 CRANFORD AVENUE
STATEN ISLAND NY 10306
City State Zip Code

HOME PHONE 718 979 0099 WORK PHONE 718 330 4771

SIGNATURE ______

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CAPPELMANN, JOSEPH EDWARD
Last Name First Name Middle Name

HOME ADDRESS 75-05 210 ST APT. 1L
OAKLAND GARDENS NY 11364
City State Zip Code

HOME PHONE (718) 598-9717 WORK PHONE (718) 321-2533

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CAPPER JAMES JOSEPH

Last Name First Name Middle Name

HOME ADDRESS 81 TOAD PASTURE ROAD

WESTTOWN NY. 10998.

City State Zip Code

HOME PHONE 845-672-9257 WORK PHONE 917 626-8645.

SIGNATURE James J Capper

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME CAPRA Rory
Last Name First Name Middle Name

HOME ADDRESS Box 361

Irvington NY 10533
City State Zip Code

HOME PHONE (914) 308-2778 WORK PHONE (212) 570-4833

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CAPRARIELLO (Last Name) MICHAEL (First Name) ANTHONY (Middle Name)

HOME ADDRESS 544 N. SYRACUSE AVE.

MASSAPEQUA (City) N.Y. (State) 11758 (Zip Code)

HOME PHONE 516-390-0013 WORK PHONE 646-210-9324

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CAPUANO Dominick J
Last Name First Name Middle Name

HOME ADDRESS 115 OSBORN AVE

STATEN ISLAND NY 10308
City State Zip Code

HOME PHONE (718) 948-3930 WORK PHONE (347) 381-0029

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CARABALLO ELIEZER
Last Name First Name Middle Name

HOME ADDRESS 538 LOGAN AVENUE
BRONX, N.Y. 10468
City State Zip Code

HOME PHONE (917) 399-1469 WORK PHONE (212) 860-6411

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CARABALLO, JORGE
Last Name First Name Middle Name

HOME ADDRESS 4308 40th Street Apt 4I
Sunnyside, N.Y. 11104
City State Zip Code

HOME PHONE 718-807-6433 WORK PHONE 718-383-4427

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Caraballo (Last Name) Jose (First Name) Luis (Middle Name)

HOME ADDRESS 282 Hollywood Avenue

Bronx (City) NY (State) 10465 (Zip Code)

HOME PHONE 347-615-7310 WORK PHONE ____________

SIGNATURE ____________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CARABALLO STEVEN CHRISTOPHER
Last Name First Name Middle Name

HOME ADDRESS 6 JAY ST.
Bardonia N.Y. 10954
City State Zip Code

HOME PHONE (646) 523-1704 WORK PHONE (212) 927-3272

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CARBONARO JAMES ANTHONY
Last Name First Name Middle Name

HOME ADDRESS 78 ZOE STREET
STATEN ISLAND NEW YORK 10305
City State Zip Code

HOME PHONE 718-351-7656 WORK PHONE 718-230-4400

SIGNATURE James A. Carbonaro

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Carcella Ralph
Last Name First Name Middle Name

HOME ADDRESS 466 Vineland Ave
Staten Island NY 10312
City State Zip Code

HOME PHONE 718-227-2945 WORK PHONE 917-509-0721

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Carpentieri Jason Edward
Last Name First Name Middle Name

HOME ADDRESS 480 So. Delaware Ave
Lindenhurst NY 11757
City State Zip Code

HOME PHONE 516-448-9736 WORK PHONE 212-477-7415

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CARRERO FRANK
Last Name First Name Middle Name

HOME ADDRESS 3 Saturn ct

Syosset NY. 11791
City State Zip Code

HOME PHONE (516) 937-7622 WORK PHONE (917) 417-9041

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Carrero James

Last Name First Name Middle Name

HOME ADDRESS 168-01 12th Ave Apt 3C

Whitestone NY 11357

City State Zip Code

HOME PHONE 718-[illegible]-5740 WORK PHONE —

SIGNATURE James Carrero

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Carrillo-Ortiz Janet
Last Name First Name Middle Name

HOME ADDRESS 2130 East Tremont Avenue Apt. MH
Bronx NY 10462
City State Zip Code

HOME PHONE 646-207-2828 WORK PHONE ____________

SIGNATURE Janet Carrillo-Ortiz

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CARINI JAMES PATRICK
Last Name First Name Middle Name

HOME ADDRESS 44 TRUES DRIVE
WEST ISLIP, NY 11795
City State Zip Code

HOME PHONE 631-831-8788 WORK PHONE 212-239-2503

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Carroll, Benjamin

Last Name First Name Middle Name

HOME ADDRESS 189 Oak st.

Floral Park, NY 11001

City State Zip Code

HOME PHONE 516 650-6853 WORK PHONE 718 868 3925

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Carroll (Last Name) Joseph (First Name) Paul (Middle Name)

HOME ADDRESS 24 Regina Ave

Bellmore (City) NY (State) 11710 (Zip Code)

HOME PHONE (516) 765-3125 WORK PHONE (718) 797-1788

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Carty Kerry

Last Name First Name Middle Name

HOME ADDRESS 2114 Longfellow Avenue

East Meadow NY 11554

City State Zip Code

HOME PHONE 516-489-0505 WORK PHONE 646-477-7143

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CASACELI EDWARD THOMAS
Last Name First Name Middle Name

HOME ADDRESS 19 AUBURN LN
EAST NORWICH NY 11732
City State Zip Code

HOME PHONE 516-922-1856 WORK PHONE 917-683-5007

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Casalino Dominic
Last Name First Name Middle Name

HOME ADDRESS 5 Greenhaven way
Centerport NY 11721
City State Zip Code

HOME PHONE 631 2612428 WORK PHONE 5163758481

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Casella Daniel Louis
Last Name First Name Middle Name

HOME ADDRESS 104-23 109th St
Richmond Hill NY 11419
City State Zip Code

HOME PHONE 646-842-3709 WORK PHONE 718-851-4341

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CASELLA GREGORY ANTHONY

Last Name First Name Middle Name

HOME ADDRESS 112 CHARLES STREET

MINEOLA N.Y. 11501

City State Zip Code

HOME PHONE (347) 724-1035 WORK PHONE (212) 239-2503

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CASERTA FRANK

Last Name First Name Middle Name

HOME ADDRESS 34 Alverson Ave

Staten Island NY 10309

City State Zip Code

HOME PHONE 718-605-5087 WORK PHONE 917-834-0047

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Casey (Last Name) Kenneth (First Name) DC (Middle Name)

HOME ADDRESS 91-03 98th St

Woodhaven (City) NY (State) 11421 (Zip Code)

HOME PHONE 718-487-3763 WORK PHONE 646-610-5905

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CASEY NEIL
Last Name First Name Middle Name

HOME ADDRESS 60 JUNIPER RD

PORT WASHINGTON NY 11050
City State Zip Code

HOME PHONE (813) 817 1894 WORK PHONE (516) 743 7146

SIGNATURE [signature]

## CONSENT TO SUE

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CASEY TIMOTHY MICHAEL
Last Name First Name Middle Name

HOME ADDRESS 220 FIRST AVENUE

MONROE NY 10950
City State Zip Code

HOME PHONE 845-238-2622 WORK PHONE 718-293-8218

SIGNATURE Timothy M. Casey

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CASIANO ANTHONY A
Last Name First Name Middle Name

HOME ADDRESS 170 LIVERMORE AVE
STATEN ISLAND NEW YORK 10314
City State Zip Code

HOME PHONE 718-727-5261 WORK PHONE 646-879-4903

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CASIANO ERIK
Last Name First Name Middle Name

HOME ADDRESS 27-B Franklin Lane

Staten ISLAND NY 10306
City State Zip Code

HOME PHONE 347 466 4799 WORK PHONE 917 224 5294

SIGNATURE Erik Casiano

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CADOGAN JAMIL VINSON
Last Name First Name Middle Name

HOME ADDRESS 10520 FLATLANDS 10th STREET

BROOKLYN NY 11236
City State Zip Code

HOME PHONE (718) 241 7329 WORK PHONE (718) 735-0536

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Cassano James
Last Name First Name Middle Name

HOME ADDRESS 13 New York Avenue

Massapequa NY 11758
City State Zip Code

HOME PHONE 516 799 9282 WORK PHONE 212-239 2220

SIGNATURE [signature] 993-

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CASTALDO JOSEPH A
Last Name First Name Middle Name

HOME ADDRESS 60 Hickory Hill Rd.
EASTCHESTER NY 10709
City State Zip Code

HOME PHONE 914 961-1409 WORK PHONE 718 3616044

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Castiglione Gerard John
Last Name First Name Middle Name

HOME ADDRESS 144 Lucille Ave
Staten Island NY 10309
City State Zip Code

HOME PHONE ~~718~~ 917 968 5122 WORK PHONE 718-851-5515

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Castillo Juanita Monique
Last Name First Name Middle Name

HOME ADDRESS 144-44 177th Street
Jamaica NY 11434
City State Zip Code

HOME PHONE 917.701.2513 WORK PHONE ____________

SIGNATURE Juanita M. Castillo

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Castle Christopher Jude
Last Name First Name Middle Name

HOME ADDRESS 4041 Avoca Avenue

Bethpage NY 11714
City State Zip Code

HOME PHONE 516-605-0900 WORK PHONE 646-610-8358

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CASTRO DAWANA M
Last Name First Name Middle Name

HOME ADDRESS 623 VANSALIA AVENUE, #2
BROOKLYN NY 11239
City State Zip Code

HOME PHONE 347-731-3976 WORK PHONE 718-969-8850

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CASTRO JR. Ernesto
Last Name First Name Middle Name

HOME ADDRESS 37 Surrey Rd
Chester NY 10918
City State Zip Code

HOME PHONE 845 610 3484 WORK PHONE 646 610 5323

SIGNATURE Ernesto Castro Jr.

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CATTAIANO Michael Joseph
Last Name First Name Middle Name

HOME ADDRESS 21 Glen Hollow Drive
Holtsville NY 11742
City State Zip Code

HOME PHONE 631 839-2969 WORK PHONE 718 714 3040

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CATALANO STEVEN R
Last Name First Name Middle Name

HOME ADDRESS 438 SHIRLEY AVE

STATEN ISLAND NY 10312
City State Zip Code

HOME PHONE 718 605 5032 WORK PHONE 718 851 5641

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CATANZARO JONATHAN P
Last Name First Name Middle Name

HOME ADDRESS 24516 77 CRESCENT

BELLEROSE NY 11426
City State Zip Code

HOME PHONE 347-728-0078 WORK PHONE 718-636-6441

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CATANZARO STEVEN MICHAEL
Last Name First Name Middle Name

HOME ADDRESS 27 DREW ST.
VALLEY STREAM NY 11581
City State Zip Code

HOME PHONE 576-[illegible]-7888 WORK PHONE 718-868-3404

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CAWTHORNE DANIEL TERRENCE

Last Name First Name Middle Name

HOME ADDRESS 114-17 Rockaway Beach blvd

Rockaway Park NY 11694

City State Zip Code

HOME PHONE 6462375909 WORK PHONE

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME CEA BRIAN

Last Name First Name Middle Name

HOME ADDRESS 34 DEER LN

EAST SETAUKET NY 11733

City State Zip Code

HOME PHONE 646-344-0540 WORK PHONE 718-558-5400

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Pecchini Timothy Vincent
Last Name First Name Middle Name

HOME ADDRESS 44 Hampshire Dr
Farmingdale NY 11735
City State Zip Code

HOME PHONE 991-214-0136 WORK PHONE ____________

SIGNATURE ____________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Cedillo Alexander ROMAN
Last Name First Name Middle Name

HOME ADDRESS 241-06 87 ave
Bellerose NY 11426
City State Zip Code

HOME PHONE 646570-3278 WORK PHONE ~~(718)~~ AC (646) 570-3278.

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Cegelski Michael
Last Name First Name Middle Name

HOME ADDRESS 108 Shields Ave

Williston Park NY 11596
City State Zip Code

HOME PHONE 516-833-6462 WORK PHONE ____________

SIGNATURE ____________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Ceparano, Bruce Phillip
Last Name First Name Middle Name

HOME ADDRESS 149 Darnell Lane
Staten Island, NY 10309
City State Zip Code

HOME PHONE ~~917-19~~ 917-915-5642 WORK PHONE 718 227-3172

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CEPIN LUIS M
Last Name First Name Middle Name

HOME ADDRESS 102 CHARLOTTE CT

CENTRAL VALLEY NY 10917
City State Zip Code

HOME PHONE 845-827-5789 WORK PHONE 862-684-6636

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Cerrato Joseph Anthony
Last Name First Name Middle Name

HOME ADDRESS 68 Brittle Lane
Hicksville NY 11801
City State Zip Code

HOME PHONE 516-822-4420 WORK PHONE 646-805-6400

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Cerrito Donald Matthew

Last Name First Name Middle Name

HOME ADDRESS 1589 Claas Ave.

Holbrook NY 11741

City State Zip Code

HOME PHONE 631-830-1446 WORK PHONE 347-515-0012

SIGNATURE DMA

# CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CERVONE GEORGE JOSEPH
Last Name First Name Middle Name

HOME ADDRESS 135-30 82 DRIVE (APT 6K)
JAMAICA NY 11435
City State Zip Code

HOME PHONE (718) 551-6006 WORK PHONE (718) 482-6629

SIGNATURE George Cervone

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Cesarano Anthony
Last Name First Name Middle Name

HOME ADDRESS 6 Lexington Court

East Northport NY 11731
City State Zip Code

HOME PHONE (631) 239-6056 WORK PHONE (212) 274-4162

SIGNATURE Sgt Anthony Cesarano

(CONTINUE ON REVERSE)

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CESARZ CHRISTOPHER GREGORY
Last Name First Name Middle Name

HOME ADDRESS 287 HORTONS ROAD
WESTTOWN NY 10998
City State Zip Code

HOME PHONE (845) 726-3977 WORK PHONE (718) 299-4119

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CHADOTSANG DHENDUP TSERING
Last Name First Name Middle Name

HOME ADDRESS 140-17 84th DRIVE APT 1A

BRIARWOOD NY 11435
City State Zip Code

HOME PHONE (646) 226 4173 WORK PHONE 718 827 3659

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Chan Dennis
Last Name First Name Middle Name

HOME ADDRESS 66-34 108th St Apt 6F
Forest Hills ~~Hills~~ NY 11375
City State Zip Code

HOME PHONE 646-235-6715 WORK PHONE 646-610-4730

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CHAN KENNY
Last Name First Name Middle Name

HOME ADDRESS 174 HESTER STREET #16
NEW YORK NY 10013
City State Zip Code

HOME PHONE 917 804 7808 WORK PHONE 718-963-5324

SIGNATURE Kenny Chan

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Chan Philip
Last Name First Name Middle Name

HOME ADDRESS 32-19 45th street
Astoria NY 11103
City State Zip Code

HOME PHONE 718-728-8333 WORK PHONE 646-610-6429

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME CHANCE ANDREW RICHARD

Last Name First Name Middle Name

HOME ADDRESS 2034 E. 55th ST

Brooklyn NY 11234

City State Zip Code

HOME PHONE (718) 677-0746 WORK PHONE (718) 636-6651

SIGNATURE ______________________

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Chandu Mahaan Tariq
Last Name First Name Middle Name

HOME ADDRESS 82-77 166 Street
Jamaica NY 11432
City State Zip Code

HOME PHONE 917-603-6828 WORK PHONE 212-477-9799

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Chang Danny
Last Name First Name Middle Name

HOME ADDRESS 117-14 Union Turnpike #BA3
Kew Gardens NY 11415
City State Zip Code

HOME PHONE 646-529-6969 WORK PHONE 646-610-8531

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CHANG KENGMING
Last Name First Name Middle Name

HOME ADDRESS 3207 75th Street

East Elmhurst NY 11370-1807
City State Zip Code

HOME PHONE 917 671-7038 WORK PHONE 718-657-8938

SIGNATURE Kengming Chang

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CHANG ROBERT
Last Name First Name Middle Name

HOME ADDRESS 40-11 168 ST
FLUSHING NY 11358
City State Zip Code

HOME PHONE (718) 445-9868 WORK PHONE (212) 477-7804

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Chantel Xochilt
Last Name First Name Middle Name

HOME ADDRESS 44 Oneida Ave
Croton NY 10520
City State Zip Code

HOME PHONE 914 862-0256 WORK PHONE 646-610-4615.

SIGNATURE Xochill Chantel

# CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME CHAPMAN MATTHEW

Last Name First Name Middle Name

HOME ADDRESS 450 HOME AVE

STATEN ISLAND NY 10305

City State Zip Code

HOME PHONE 718-816-0978 WORK PHONE 212-748-8815

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Charles Erick Jean
Last Name First Name Middle Name

HOME ADDRESS 577 Empire Blvd #19C
Brooklyn NY 11225
City State Zip Code

HOME PHONE 917-842-7539 WORK PHONE 718-542-2314

SIGNATURE [signature]

## CONSENT TO SUE

### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CHARLES Gesner
Last Name First Name Middle Name

HOME ADDRESS 249-14 144 AVE
Queens NY 11422
City State Zip Code

HOME PHONE 718-276-0704 WORK PHONE 718-735-0575

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Charles Lesky A
Last Name First Name Middle Name

HOME ADDRESS 180 Beach 62 St 4A
Arverne NY 11692
City State Zip Code

HOME PHONE 646-288-7012 WORK PHONE 646-288-7012

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Chau Philip W
Last Name First Name Middle Name

HOME ADDRESS 143-50 Hoover Ave #419
Briarwood NY 11435
City State Zip Code

HOME PHONE 646 261 4929 WORK PHONE

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CHAUDRY NAVEED RAFI

Last Name First Name Middle Name

HOME ADDRESS 12 McDonald STREET

STATEN ISLAND NY 10314

City State Zip Code

HOME PHONE 718-983-6506 WORK PHONE 646-678-0660

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Cheesewright David R.
Last Name First Name Middle Name

HOME ADDRESS 3 Millbrook Dr.

Stony Brook N.Y. 11790
City State Zip Code

HOME PHONE 631-675-0003 WORK PHONE 718-834-1510

SIGNATURE [signature]