**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Cheikhali (Last Name) Ali (First Name) Hussein (Middle Name)

HOME ADDRESS 309 East 17th street

Brooklyn (City) NY (State) 11226 (Zip Code)

HOME PHONE (917) 803 - 1786 WORK PHONE (917) 803 1786

SIGNATURE SGT [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME CHERNYAVSKY HENRY

Last Name First Name Middle Name

HOME ADDRESS 91 RIDGEWOOD AVE

STATEN ISLAND, NY 10312

City State Zip Code

HOME PHONE 718-317-2042 WORK PHONE 646-210-9100

SIGNATURE Sgt Henry C[signature]

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CHEN FUNG
Last Name First Name Middle Name

HOME ADDRESS 62 Landview Drive
Dix Hills NY 11746
City State Zip Code

HOME PHONE (631) 271-2159 WORK PHONE (718) 776-9116

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CHEN (Last Name) FUNG (First Name) YING (Middle Name)

HOME ADDRESS 62 Landview Drive

Dix Hills (City) NY (State) 11746 (Zip Code)

HOME PHONE (631) 271-2159 WORK PHONE (718) 386-2289

SIGNATURE ____________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CHEN HONG WEI
Last Name First Name Middle Name

HOME ADDRESS 53-61 70 st

MASPETH NY 11378
City State Zip Code

HOME PHONE 718-509-6485 WORK PHONE 718-321-2250

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Chen, Joe P.
Last Name First Name Middle Name

HOME ADDRESS 98 Northridge Ave
North Merrick NY 11566
City State Zip Code

HOME PHONE (917) 701-8432 WORK PHONE (718) 851-5641

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Chen Nan Hao

Last Name First Name Middle Name

HOME ADDRESS 7227 Calamus Ave

Woodside NY 11377

City State Zip Code

HOME PHONE 718 4293605 WORK PHONE 718 402 4428

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CHEN RICHARD
Last Name First Name Middle Name

HOME ADDRESS 6251 BROADWAY
BRONX NY 10467
City State Zip Code

HOME PHONE 718-543-3476 WORK PHONE 212-334-0637

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Chen Willip
Last Name First Name Middle Name

HOME ADDRESS 205 Mott St., Apt 2
New York NY 10012
City State Zip Code

HOME PHONE 646 379 5765 WORK PHONE

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Chen Zi Chao
Last Name First Name Middle Name

HOME ADDRESS 73-43 52 DR
Maspeth NY 11378
City State Zip Code

HOME PHONE 917-4465466 WORK PHONE 9174465466

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Cheng Jackson
Last Name First Name Middle Name

HOME ADDRESS 418 Klondike Ave

Staten Island NY 10314
City State Zip Code

HOME PHONE 646-533-6333 WORK PHONE 646-533-6333

SIGNATURE

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CHENG KEITH
Last Name First Name Middle Name

HOME ADDRESS 575 WOODBURY RD
PLAINVIEW NY 11803
City State Zip Code

HOME PHONE 516 618-2329 WORK PHONE 718 735 0515

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CHERNJAWSKI NICHOLAS MICHAEL
Last Name First Name Middle Name

HOME ADDRESS 19 ROBERTS DRIVE

PUTNAM VALLEY NY 10579
City State Zip Code

HOME PHONE 845 526-0867 WORK PHONE 646-610-5991

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CHERUBINI GEORGE Joseph
Last Name First Name Middle Name

HOME ADDRESS 559 ALVERSON Avenue 2nd floor
STATEN ISLAND NY 10309
City State Zip Code

HOME PHONE 917-816-7001 WORK PHONE 646-610-5272

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CHERVIL JEFFREY BALAGUER
Last Name First Name Middle Name

HOME ADDRESS 1056 FOX Street
BRONX NY 10459
City State Zip Code

HOME PHONE (718) 288-1195 WORK PHONE (718) 476-7729

SIGNATURE [signature]

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Cheung William C
Last Name First Name Middle Name

HOME ADDRESS 45 Bay 10 Street
Brooklyn NY 11223
City State Zip Code

HOME PHONE ______________ WORK PHONE 347-331-5167

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME chieu Gregory
Last Name First Name Middle Name

HOME ADDRESS 4302 247 st
Little neck NY 11363
City State Zip Code

HOME PHONE 718-229-4954 WORK PHONE 917-882-5888

SIGNATURE Gregory Chieu

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Childs Michael E
Last Name First Name Middle Name

HOME ADDRESS 52 Bayberry Drive

St James NY 11780
City State Zip Code

HOME PHONE 631-862-8236 WORK PHONE 718 969 7555

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Chillo Gino A
Last Name First Name Middle Name

HOME ADDRESS 8619 15 AVE

Brooklyn N.Y. 11228
City State Zip Code

HOME PHONE 718 837 3965 WORK PHONE 347-231-2882

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CHIN CAROL
Last Name First Name Middle Name

HOME ADDRESS 240 1st Avenue Apt. 1-E
New York NY 10009
City State Zip Code

HOME PHONE (212) 388-9442 WORK PHONE (212) 258-2854

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Chin Clifton Lester
Last Name First Name Middle Name

HOME ADDRESS 79-35 210th Street
Oakland Gardens NY 11364
City State Zip Code

HOME PHONE 718-740 4736 WORK PHONE ____________

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME CHIN VINCENT W

Last Name First Name Middle Name

HOME ADDRESS 57 MINUTEMAN CIRCLE

ORANGEBURG N.Y. 10962

City State Zip Code

HOME PHONE (845) 359-5740 WORK PHONE (646) 610-5410

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Chiodi Frank
Last Name First Name Middle Name

HOME ADDRESS 2715 Carley Court
North Bellmore NY 11710
City State Zip Code

HOME PHONE 516-221-3319 WORK PHONE

SIGNATURE Frank Chiodi, Jr

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Chiriboga Richard E
Last Name First Name Middle Name

HOME ADDRESS 24 Lancaster Ct.
Nanuet N.Y. 10954
City State Zip Code

HOME PHONE 845-356-2860 WORK PHONE ______________

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME CHISOLM MAURICE

Last Name First Name Middle Name

HOME ADDRESS 850 HOWARD AVE APT 1G

STATEN ISLAND NY 10301

City State Zip Code

HOME PHONE 718.273.6647 WORK PHONE 347.489.4910

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CHO BYUNG CHEOL
Last Name First Name Middle Name

HOME ADDRESS 136-43 37 AVE. APT. 6A
FLUSHING, NY 11354
City State Zip Code

HOME PHONE 646-284-3637 WORK PHONE 646-284-3637

SIGNATURE Byung Cheol Cho

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CHOI HAN S
Last Name First Name Middle Name

HOME ADDRESS 35-05 30TH STREET APT. #4H
LONG ISLAND CITY, NY 11106
City State Zip Code

HOME PHONE 917-701-0979 WORK PHONE 212-239-9801

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Chon Alice M

Last Name First Name Middle Name

HOME ADDRESS 150 Berriman St

Brooklyn NY 11239

City State Zip Code

HOME PHONE (718) WORK PHONE cell 646-261-9301

SIGNATURE A Chon

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Chong Kin Fai
Last Name First Name Middle Name

HOME ADDRESS 329 West 29th st #401

New York NY 10001
City State Zip Code

HOME PHONE 917-885-5647 WORK PHONE 718-842-0751

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CHU WAYNE
Last Name First Name Middle Name

HOME ADDRESS 360 20TH ST
BROOKLYN NY 11215
City State Zip Code

HOME PHONE 917 691 7367 WORK PHONE 718 765 4490

SIGNATURE Wayne Chu

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CHYLINSKI JAMES Keith
Last Name First Name Middle Name

HOME ADDRESS 39 Sound Beach Ave
Bayville NY 11709
City State Zip Code

HOME PHONE 347-731-3769 WORK PHONE 718 765-4100

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Ciaravalli Ralph E.
Last Name First Name Middle Name

HOME ADDRESS 18 Craig Ave
Staten Island N.Y. 10307
City State Zip Code

HOME PHONE 718-227-9336 WORK PHONE 347-203-8904

SIGNATURE Sgt. Ralph Ciaravalli

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CINA ROBERT R

Last Name First Name Middle Name

HOME ADDRESS 1855 Corporal Kennedy street

Bayside NY 11360

City State Zip Code

HOME PHONE 347 235-0439 WORK PHONE 212 860-6411

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Cilento Ralph Joseph

Last Name First Name Middle Name

HOME ADDRESS 7 Interlochen Rd

Carmel NY 10512

City State Zip Code

HOME PHONE (845)228-4688 WORK PHONE (347)612-5530

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CINAO CHARLES JOSEPH
Last Name First Name Middle Name

HOME ADDRESS 573 MADISON AVE
BALDWIN NY 11510
City State Zip Code

HOME PHONE 516 632 8979 WORK PHONE 718 246 2043

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Cintron Erik

Last Name First Name Middle Name

HOME ADDRESS 147-44 Village Road Apt 87D

11435

City State Zip Code

HOME PHONE 646 676-1647 WORK PHONE 718-368-4304

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Cintron. Willy
Last Name First Name Middle Name

HOME ADDRESS 151 Ellery St.

Brooklyn NY 11206
City State Zip Code

HOME PHONE 718 486-8856 WORK PHONE 718 573-5008

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME CIOFFI Matthew William
Last Name First Name Middle Name

HOME ADDRESS 79-26 263 Street

Floral Park NY 11004
City State Zip Code

HOME PHONE 718-347-1036 WORK PHONE 718-476-7595

SIGNATURE Matthew W Cioffi

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CIOTA MICHAEL ANTHONY

Last Name First Name Middle Name

HOME ADDRESS 167 MILL ROAD

HOLBROOK NY 11741

City State Zip Code

HOME PHONE 631-774-1682 WORK PHONE 718-735-0635

SIGNATURE Michael A. Ciota

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CIRIGLIANO NANCY ANN
Last Name First Name Middle Name

HOME ADDRESS 5 HODGES PLACE
STATEN ISLAND NY 10314
City State Zip Code

HOME PHONE 917 596 7969 WORK PHONE ____________

SIGNATURE Nancy Cirigliano

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CLANCY Cornelius Patrick

Last Name First Name Middle Name

HOME ADDRESS 51 TALLING STREET.

STATEN ISLAND NY 10306

City State Zip Code

HOME PHONE (718) 987-4090 WORK PHONE (646) 529-4272

SIGNATURE Cornelius P. Clancy

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CLANCY MICHAEL JOHN
Last Name First Name Middle Name

HOME ADDRESS 11 OVERLOOK ROAD

WHITE PLAINS NY 10605
City State Zip Code

HOME PHONE (914) 428-7558 WORK PHONE (718) 558-8735

SIGNATURE Michael J Clancy

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Clarke Sophia Patricia
Last Name First Name Middle Name

HOME ADDRESS 1710 Central Blvd

Bayshore NY 11706
City State Zip Code

HOME PHONE 631 873-4515 WORK PHONE (718) 776-9116

SIGNATURE Sophia Clarke

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CLARINO, JOSEPH ANTHONY
Last Name First Name Middle Name

HOME ADDRESS 46-08 218 STREET

BAYSIDE N.Y. 11361-3540
City State Zip Code

HOME PHONE 718 225-5671 WORK PHONE 646-455-8835

SIGNATURE Joseph A. Clarino

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CLARK Thomas

Last Name First Name Middle Name

HOME ADDRESS 72 MANN AVE

STATEN ISLAND NY 10314

City State Zip Code

HOME PHONE 718-698-1862 WORK PHONE 347-622-7753

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Clark (Last Name) Veronica (First Name) Michelle (Middle Name)

HOME ADDRESS 179-06 Selover Road

Jamaica (City) NY (State) 11434 (Zip Code)

HOME PHONE 347-426-4811 WORK PHONE 212-477-9290

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Clarke Chivaughn Lennice
Last Name First Name Middle Name

HOME ADDRESS 117-36 Marsden St
Jamaica N.Y. 11434
City State Zip Code

HOME PHONE (718) 607-0847 WORK PHONE (212) 477-9229

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Clarke Harold Christopher
Last Name First Name Middle Name

HOME ADDRESS 2960 Gunther Ave
Bronx NY 10469
City State Zip Code

HOME PHONE 718-679-4987 WORK PHONE 718-292-4747

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CLARKE ZENOBIA A

Last Name First Name Middle Name

HOME ADDRESS 988 IRIS LANE

Baldwin NY 11510

City State Zip Code

HOME PHONE 516 223-0048 WORK PHONE 718 506-504

SIGNATURE Zenobia Clarke

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Clarke-Allen Carlene Elizabeth
Last Name First Name Middle Name

HOME ADDRESS 936 E 105th St
Brklyn N.Y 11236
City State Zip Code

HOME PHONE 718 649 5371 WORK PHONE 718 963 5300

SIGNATURE Carlene Clarke

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Clayton Cynthia

Last Name First Name Middle Name

HOME ADDRESS 322 Beech St

SO. Hempstead NY. 11550

City State Zip Code

HOME PHONE (516) 414-7118 WORK PHONE

SIGNATURE Cynthia Clayton

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CLAXTON SEAN D
Last Name First Name Middle Name

HOME ADDRESS 115-41 230 STREET

CAMBRIA HEIGHTS NY 11411
City State Zip Code

HOME PHONE 347-878-5441 WORK PHONE 347-878-5441

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Clavin Howard Eric
Last Name First Name Middle Name

HOME ADDRESS 14 Shelbourne Lane
Stony Brook NY 11790
City State Zip Code

HOME PHONE 631-689-6506 WORK PHONE 718-827-3551

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Clements Brian M.
Last Name First Name Middle Name

HOME ADDRESS 4300 MArtha AVENue APT. #2E
BX NY 10470
City State Zip Code

HOME PHONE 9177969159 WORK PHONE 9177969159

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Clemmons Paulette
Last Name First Name Middle Name

HOME ADDRESS 482 Howard Ave
Brooklyn N.Y 11233
City State Zip Code

HOME PHONE 718 483-8928 WORK PHONE 646 610 7872

SIGNATURE Sgt Clemmons

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CLOUGH, FRANCIS

Last Name First Name Middle Name

HOME ADDRESS 194-42 112TH ROAD

ST. AIBANS, NY 11412

City State Zip Code

HOME PHONE 718-468-4811 WORK PHONE 917-334-7675

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME COAN RICHARD JOHN
Last Name First Name Middle Name

HOME ADDRESS 3 CABIN LANE

East Setauket NY 11733
City State Zip Code

HOME PHONE 631-775-8298 WORK PHONE 212-477-7430

SIGNATURE [signature]

# CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME CODD BRIAN THOMAS
Last Name First Name Middle Name

HOME ADDRESS 97-15 133 Avenue
Ozone Park NY 11417
City State Zip Code

HOME PHONE (718) 845-1307 WORK PHONE (718) 677-8286

SIGNATURE Brian T. Codd

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Codd. George M
Last Name First Name Middle Name

HOME ADDRESS 41 Renfrew Pl
S.I ny 10303
City State Zip Code

HOME PHONE 646-523-0612 WORK PHONE 212-334-0616

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Coello, EDWIN —
Last Name First Name Middle Name

HOME ADDRESS 20 HARTFORD AVE
STATEN ISLAND 10310
City State Zip Code

HOME PHONE (718) 720 0259 WORK PHONE 646-610-6997

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Cohn Michael Natan

Last Name First Name Middle Name

HOME ADDRESS 9 William Close

Warwick NY 10990

City State Zip Code

HOME PHONE 845.544.2796 WORK PHONE

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME COLAMESTO MARK
Last Name First Name Middle Name

HOME ADDRESS 82 INDIA ST
BROOKLYN NY 11222-1605
City State Zip Code

HOME PHONE 718·383·5431 WORK PHONE 212·258·2840

SIGNATURE Mark Colamesto

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Colavito Nichoլas Edward
Last Name First Name Middle Name

HOME ADDRESS 97-01 134 Avenue
Ozone Park NY 11417
City State Zip Code

HOME PHONE (718) 641-6267 WORK PHONE (718) 482-6776

SIGNATURE Nicholas E. Colavito

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Coleman Melissa Monique
Last Name First Name Middle Name

HOME ADDRESS 144-07 253rd St.

Rosedale N.Y 11422
City State Zip Code

HOME PHONE (718) 723-2521 WORK PHONE (718) 393-2879

SIGNATURE Melissa M. Coleman

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Coleman Roger J.
Last Name First Name Middle Name

HOME ADDRESS 128 Central Park South #10C
New York NY 10019
City State Zip Code

HOME PHONE 646-431-8668 WORK PHONE 212-258-2844

SIGNATURE Roger Coleman

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME COLGAN MARY ELIZABETH

Last Name First Name Middle Name

HOME ADDRESS 89-23 70 ROAD, FOREST Hills

New York N.Y. 11375

City State Zip Code

HOME PHONE (718) 897-1339 WORK PHONE (646) 879-4873

SIGNATURE Mary Elizabeth Colgan

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Collado DANNY
Last Name First Name Middle Name

HOME ADDRESS 32 Noll Street, APT #1
Brooklyn NY 11206
City State Zip Code

HOME PHONE ______ WORK PHONE 347 924-7636

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME COLLICHI STEPHEN J
Last Name First Name Middle Name

HOME ADDRESS 530 West 236 ST.

BRONX , N.Y. 10463
City State Zip Code

HOME PHONE 718-543-1523 WORK PHONE 212-678-1844

SIGNATURE Stephen Collichi

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Collins JOHN THOMAS
Last Name First Name Middle Name

HOME ADDRESS 25 Campbell Lane
East Islip NY 11730
City State Zip Code

HOME PHONE 516-390-4050 WORK PHONE 631-739-3424

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Collopy (Last Name) CRAIG (First Name) William (Middle Name)

HOME ADDRESS 6 Cottonwood CT

Central Valley (City) N.Y. (State) 10917 (Zip Code)

HOME PHONE 845-774-8584 WORK PHONE 212-741-4835

SIGNATURE Sgt Craig Collopy

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME COLON BLAS A.
Last Name First Name Middle Name

HOME ADDRESS 648 - 40 ST.
BKLYN, N.Y. 11232
City State Zip Code

HOME PHONE (917) 346-7932 WORK PHONE (718) 574-1796

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Colon Steven J

Last Name First Name Middle Name

HOME ADDRESS 19 Tommy CT

Mahopac NY 10541

City State Zip Code

HOME PHONE 646 623 9431 WORK PHONE 646 805 6509

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Colon Theodore

Last Name First Name Middle Name

HOME ADDRESS 603 16th St

Bklyn NY 11218

City State Zip Code

HOME PHONE 646 251 3045 WORK PHONE 212 374 0722

SIGNATURE T. Colon

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Colon Tressi M
Last Name First Name Middle Name

HOME ADDRESS 74 West 120 th Street

NY NY 10027
City State Zip Code

HOME PHONE 212-427-7388 WORK PHONE Retired

SIGNATURE Tressi Colon

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Colucci Nicholas Paul
Last Name First Name Middle Name

HOME ADDRESS 4295 Webster Ave 2J

Bronx NY 10470
City State Zip Code

HOME PHONE 718 405-7562 WORK PHONE 212-258-2854

SIGNATURE Sgt Colucci

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME COLVIN KEVIN PETER
Last Name First Name Middle Name

HOME ADDRESS 53 BALDWIN DRIVE

WEST HEMPSTEAD NY 11552
City State Zip Code

HOME PHONE (516) 292-2713 WORK PHONE (516) 462-4702

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME CONCA IGNAZIO F

Last Name First Name Middle Name

HOME ADDRESS 602 WAINWRIGHT AVE

STATEN ISLAND NY 10312

City State Zip Code

HOME PHONE (718) 984-1659 WORK PHONE (917) 881-3109

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Concepcion (Last Name) Adam (First Name) Joseph (Middle Name)

HOME ADDRESS 124 Olcott Ave.

Croton on Hudson (City) NY (State) 10520 (Zip Code)

HOME PHONE 917-405-3560 WORK PHONE 917-405-3560

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Concepcion Roxana
Last Name First Name Middle Name

HOME ADDRESS 249 Garretson Ave
Staten Island NY 10305
City State Zip Code

HOME PHONE 718-524-6654/(718) 79-7228 WORK PHONE 718-972-2013

SIGNATURE Roxana Concepcion

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Conde Kenny Allen
Last Name First Name Middle Name

HOME ADDRESS 157-33 92st

Howard Beach NY 11414
City State Zip Code

HOME PHONE 718-848-2519 WORK PHONE 917-400-0557

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Connolly Brendan M.
Last Name First Name Middle Name

HOME ADDRESS 1430 Chelsea Rd.
WANTAGH, NY 11793
City State Zip Code

HOME PHONE (516)765-3948 WORK PHONE (917)913-9119

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Connolly Brian
Last Name First Name Middle Name

HOME ADDRESS 68 46 DARTMOUTH ST.

FOREST Hills NY 11375
City State Zip Code

HOME PHONE 718 926 1750 WORK PHONE 212 694-3023

SIGNATURE Sgt [signature]

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CONNOLLY MARYANN M.
Last Name First Name Middle Name

HOME ADDRESS 5 OLD BRICK Road
EAST Hills, NY 11577
City State Zip Code

HOME PHONE 718 805 9669 WORK PHONE 718 845-2211

SIGNATURE Maryann M. Connolly

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Connolly (Last Name) Eileen (First Name) B. (Middle Name)

HOME ADDRESS 29 Fourth Ave

Massapequa Pk (City) NY (State) 11762 (Zip Code)

HOME PHONE (516) 809-5468 WORK PHONE (718) 558-5423

SIGNATURE Eileen Connolly

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME CONNOLLY TRICIA ELIZABETH
Last Name First Name Middle Name

HOME ADDRESS 394 10th ST, GARDEN APT

BROOKLYN NY 11215
City State Zip Code

HOME PHONE 347-689-9968 WORK PHONE 646-257-0880

SIGNATURE Tricia E Connolly

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Connor Lisa

Last Name First Name Middle Name

HOME ADDRESS 1363 E. 86th ST

Bklyn NY 11236

City State Zip Code

HOME PHONE (718) 531-1866 WORK PHONE (646) 610-8860

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CONROY FRANCIS A
Last Name First Name Middle Name

HOME ADDRESS 423 LogTown RD
PORT JERVIS NY 12771
City State Zip Code

HOME PHONE 845-672-9152 WORK PHONE ~~845-0~~ 212-385-2900

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CONROY, ROBERT
Last Name First Name Middle Name

HOME ADDRESS 6 KREUZ DRIVE
WEST NYACK, N.Y. 10994-2416
City State Zip Code

HOME PHONE ______ WORK PHONE 917-710-8754

SIGNATURE Robert Conroy

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Constantine, Ian A
Last Name First Name Middle Name

HOME ADDRESS 197-20 ~~Peck~~ Peck Ave
Fresh Meadows NY 11365
City State Zip Code

HOME PHONE 917-704-4202 WORK PHONE 718-657-8892

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CONTE Richard A
Last Name First Name Middle Name

HOME ADDRESS 34 Everton Ave
Staten Island, NY. 10312
City State Zip Code

HOME PHONE 718.984-3408 WORK PHONE 646.660.1224

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME CONTE THOMAS C
Last Name First Name Middle Name

HOME ADDRESS 41 LAWRENCE AVE

STATEN ISLAND, NY 10310
City State Zip Code

HOME PHONE 718-876-6545 WORK PHONE 718-694-1305

SIGNATURE Thomas C. Conte

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Contreras, Raymond S.
Last Name First Name Middle Name

HOME ADDRESS 1375 Teller AV
Bronx NY 10456
City State Zip Code

HOME PHONE 718 676-6747 WORK PHONE 1-718-292 9776

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Conway Arlene
Last Name First Name Middle Name

HOME ADDRESS 223 Franklin Street
New Windsor NY 12553
City State Zip Code

HOME PHONE 914.774.9111 WORK PHONE 212.694.7850

SIGNATURE [signature]

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CONWAY THOMAS J
Last Name First Name Middle Name

HOME ADDRESS 116 TULLAMORE Rd
Garden City NY 11530
City State Zip Code

HOME PHONE (516)877-8136 WORK PHONE (212)570-4824

SIGNATURE Thomas J Conway

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CONWAY William PATRICK
Last Name First Name Middle Name

HOME ADDRESS 40 SINGINGWOOD DRIVE
HOLBROOK NY 11741
City State Zip Code

HOME PHONE (631) 868-3546 WORK PHONE (718) 520-9315

SIGNATURE William Conway

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Conwell James A
Last Name First Name Middle Name

HOME ADDRESS 4 Cyrus ave

Bklyn NY 11229-6005
City State Zip Code

HOME PHONE 718-648-6159 WORK PHONE 718-265-8870

SIGNATURE [signature]

**CONSENT TO SUE**

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Cooney Robert Edward
Last Name First Name Middle Name

HOME ADDRESS 490 Main Street Apt C7

Farmingdale NY 11735
City State Zip Code

HOME PHONE 516-586-5085 WORK PHONE 718-533-2036

SIGNATURE [signature] 238

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Cooper Francis M
Last Name First Name Middle Name

HOME ADDRESS 39 Ramsey Road
Commack NY 11725
City State Zip Code

HOME PHONE (631) 343-7212 WORK PHONE (718) 735-0635

SIGNATURE [signature]

(CONTINUE ON REVERSE)

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Cooper Kevin James
Last Name First Name Middle Name

HOME ADDRESS 154 Donna Drive

Baiting Hollow N.Y. 11933
City State Zip Code

HOME PHONE 631-369-1269 WORK PHONE 718-694-4337

SIGNATURE ______________________

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Cooper MARIA
Last Name First Name Middle Name

HOME ADDRESS 94-77 219 Street
Queens village NY 11428
City State Zip Code

HOME PHONE 718 343 50 13 WORK PHONE 347 6804719

SIGNATURE [signature]

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Cooper Nancy
Last Name First Name Middle Name

HOME ADDRESS 1264 Barry Dr S
Valley Stream NY 11580
City State Zip Code

HOME PHONE (516) 599-4948 WORK PHONE (917) 648-2082

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME COOPER Nybia M
Last Name First Name Middle Name

HOME ADDRESS 221-20 Murdock Ave
Queens Village NY 11429
City State Zip Code

HOME PHONE (718) 217 1472 WORK PHONE (212) 614 6741

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Coppola Anthony
Last Name First Name Middle Name

HOME ADDRESS 3974 David Place
Seaford NY 11783
City State Zip Code

HOME PHONE (516) 809-6921 WORK PHONE (718) 321-2602

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Corcoran Sean M.
Last Name First Name Middle Name

HOME ADDRESS 400 Fulton Street Apt 11A

Farmingdale N.Y. 11735
City State Zip Code

HOME PHONE 516-380-1700 WORK PHONE 51 718-558-5408

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CORDANO DAVID F

Last Name First Name Middle Name

HOME ADDRESS 14 PARK LANE

ROCKVILLE CENTRE NY 11570

City State Zip Code

HOME PHONE 5166652971 ~~WORK~~ cell PHONE 516 526 6276

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Cordiner James L
Last Name First Name Middle Name

HOME ADDRESS 20 Haven lane
Levittown NY 11756
City State Zip Code

HOME PHONE 516-242-2149 WORK PHONE (718) 868-3444

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Coldiner Neilie O'Brien
Last Name First Name Middle Name

HOME ADDRESS 20 Haven lane
Levittown NY 11756
City State Zip Code

HOME PHONE 518-796-8974 WORK PHONE 718-969-9242

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Corideo Joseph Anthony
Last Name First Name Middle Name

HOME ADDRESS 1202 Dolphin lane
Holbrook NY 11741
City State Zip Code

HOME PHONE (347) 880-1251 WORK PHONE (646) 245-5649

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Corrado Jonathan G
Last Name First Name Middle Name

HOME ADDRESS 151A Clocks Blvd

Massapequa NY 11758
City State Zip Code

HOME PHONE (516) 510-2978 WORK PHONE (212) 580-6411

SIGNATURE ______________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF -- NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CORRAO MARK S.
Last Name First Name Middle Name

HOME ADDRESS 441 - WINANT AVE
Staten Island NY 10309
City State Zip Code

HOME PHONE 718-984-7135 WORK PHONE 347-728-7850

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Coriado Vincent John
Last Name First Name Middle Name

HOME ADDRESS 111 Arlo Road, APT. 2B

Staten Island NY 10301
City State Zip Code

HOME PHONE 718 816 4174 WORK PHONE 212-741-8245

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CORREA CHRistopher
Last Name First Name Middle Name

HOME ADDRESS 190- THORNYCROFT Ave

Staten Island N.Y. 10312
City State Zip Code

HOME PHONE 917-335-1700 WORK PHONE 212-966-4140

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Corredor-Torres Gonzalo Alberto
Last Name First Name Middle Name

HOME ADDRESS 11 Kenwood Ln

New City NY 10956
City State Zip Code

HOME PHONE (845) 639-6275 WORK PHONE 718 543-7013

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CORSA John Louis

Last Name First Name Middle Name

HOME ADDRESS 1507 BARBARA LANE

MAMARONECK NY 10543

City State Zip Code

HOME PHONE 914-316-4857 WORK PHONE 718-476-7533

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CORTES LUIS IGNACIO
Last Name First Name Middle Name

HOME ADDRESS 112 MARINE AVENUE #G3
BROOKLYN N.Y. 11209
City State Zip Code

HOME PHONE 718 8339795 WORK PHONE 718 2657300

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Cortez Faishe
Last Name First Name Middle Name

HOME ADDRESS 518 Centre Ave

Lindenhurst, NY 11757
City State Zip Code

HOME PHONE 631 592 1191 Cell ~~WORK~~ PHONE 347 645 9091

SIGNATURE Faishe Cortez

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME COPTRIGHT PAUL JAmes
Last Name First Name Middle Name

HOME ADDRESS 167 meadow lane

Nanuet NY 10954
City State Zip Code

HOME PHONE 646 281-2381 WORK PHONE 212 580-6425

SIGNATURE [signature]

## CONSENT TO SUE

### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Costello MARTIN WILLIAM
Last Name First Name Middle Name

HOME ADDRESS 1868 Drumgoole Road West

Staten Island NY 10309
City State Zip Code

HOME PHONE 917-335-7632 WORK PHONE 646-210-9212

SIGNATURE Sgt [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME COSTELLO WILLIAM
Last Name First Name Middle Name

HOME ADDRESS 33 GAULDY AVE
STATEN ISLAND NY 10314
City State Zip Code

HOME PHONE 718 698 7486 WORK PHONE 917 796 5593

SIGNATURE William Costello

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME COSTON JULIAN Alexander
Last Name First Name Middle Name

HOME ADDRESS 44 POLK Street
Farmingdale NY 11735
City State Zip Code

HOME PHONE 646-243-0171 WORK PHONE ____________

SIGNATURE Julian Coston

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Cotto Hector Luis
Last Name First Name Middle Name

HOME ADDRESS 1037B E. 223rd St. 2nd FL.

Bronx N.Y. 10466
City State Zip Code

HOME PHONE 646-234-1901 WORK PHONE 646-234-1901

SIGNATURE Hector L. Cotto

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME COUGHLAN BRIAN JOSEPH

Last Name First Name Middle Name

HOME ADDRESS 344 OCEAN AVENUE

MASSAPEQUA PARK NY 11762-1813

City State Zip Code

Cell (646) 210-6540

HOME PHONE (516) 798-0975 WORK PHONE (212) 741-4835

SIGNATURE Brian J. Coughlan

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Coughlan DENNIS Thomas
Last Name First Name Middle Name

HOME ADDRESS 35-9th Avenue
Farmingdale N.Y. 11735-5742
City State Zip Code

HOME PHONE (516) 293-2578 WORK PHONE (718) 492-8300

SIGNATURE Dennis T. Coughlan

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME COUGHLIN JOHN JOSEPH
Last Name First Name Middle Name

HOME ADDRESS 3530 LOCUST AVE

WANTAGH NY 11793
City State Zip Code

HOME PHONE 516-809-7462 WORK PHONE 718 302-2715

SIGNATURE ______________________

## CONSENT TO SUE

### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Coulter Stacey
Last Name First Name Middle Name

HOME ADDRESS 21-41 35th St
Astoria NY 11105
City State Zip Code

HOME PHONE 216-798-1684 WORK PHONE 718-735-0611

SIGNATURE Stacey Coulter

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME COWAN DAMYN James
Last Name First Name Middle Name

HOME ADDRESS 18 Lester St
Staten Island NY 10314
City State Zip Code

HOME PHONE 718-477-1941 WORK PHONE 212-767-8415

SIGNATURE Damyn J. Cowan

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME COWAN KATHLEEN ANNE
Last Name First Name Middle Name

HOME ADDRESS 55 Bedford Ave
Rockaway Point NY 11697
City State Zip Code

HOME PHONE 347-204-7511 WORK PHONE 718-697-8281

SIGNATURE Kathleen Cowan

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME COWEN STEVEN EDWARD
Last Name First Name Middle Name

HOME ADDRESS 87 MASSACHUSETTS AVE

CONGERS NY 10920
City State Zip Code

HOME PHONE 845 268 6601 WORK PHONE 646 610 4503

SIGNATURE [signature]

# CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Cox Dameion
Last Name First Name Middle Name

HOME ADDRESS 925 Bryant Ave.
New Hyde Park NY 11040
City State Zip Code

HOME PHONE 516-616-0830 WORK PHONE 917-498-0424

SIGNATURE [signature]

STATING THAT THEY HAVE AGREED TO REPRESENT ME IN THIS MATTER.

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Cox (Last Name) Jessica (First Name) M (Middle Name)

HOME ADDRESS 21 NEWBURGH ST.

ELMONT (City) N.Y. (State) 11003 (Zip Code)

HOME PHONE (516)887-5617 WORK PHONE 917662-9880

SIGNATURE Jessica Cox

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Coyle John Richard
Last Name First Name Middle Name

HOME ADDRESS 155 Beach 120th St. Unit #1B
Rockaway Park NY 11694
City State Zip Code

HOME PHONE (347) 246-6252 WORK PHONE (347) 246-6252

SIGNATURE [signature]

(CONTINUE ON REVERSE)

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME COYNE ROBERT M
Last Name First Name Middle Name

HOME ADDRESS 15 TRANQUILL AVE
VALLEY COTTAGE NY 10989
City State Zip Code

HOME PHONE 914 522 8653 WORK PHONE 718 794 2300

SIGNATURE Robert M Coyne

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CRAWFORD DANIEL THOMAS
Last Name First Name Middle Name

HOME ADDRESS 220 EVERGREEN ST
S.I. NY 10308
City State Zip Code

HOME PHONE 718-605-9146 WORK PHONE 646-610-5580

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Crawford Tiffany
Last Name First Name Middle Name

HOME ADDRESS 7 Sherwood Avenue, unit 8
Ossining NY 10562
City State Zip Code

HOME PHONE 646-246-2203 WORK PHONE 212-748-8808

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CREAN THOMAS JOSEPH
Last Name First Name Middle Name

HOME ADDRESS 48 EMILY DRIVE

S. SETAUKET NY 11720
City State Zip Code

HOME PHONE 631 513-8367 WORK PHONE 212-966-5711

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CREER KENDAL

Last Name First Name Middle Name

HOME ADDRESS 662 E 52 ST

BROOKLYN NY 11203

City State Zip Code

HOME PHONE (718) 451-0159 WORK PHONE

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Crespo, Maricruz
Last Name First Name Middle Name

HOME ADDRESS 84 Tibet Drive

Carmel NY 10512
City State Zip Code

HOME PHONE 845 306 7540 WORK PHONE 347 493 8910

SIGNATURE M Crespo

# CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Cresp Robert John
Last Name First Name Middle Name

HOME ADDRESS 20 Hickory Street
Port Jefferson Station NY 11776
City State Zip Code

HOME PHONE 631-828-4024 WORK PHONE 212-~~678~~ 570 4827

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Cartelli Robert Steven

Last Name First Name Middle Name

HOME ADDRESS 932 Hillside Blvd.

New Hyde Park, NY 11040

City State Zip Code

HOME PHONE 516-502-6284 WORK PHONE 718-265-8870

SIGNATURE Sgt. Robert Cartelli

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CROCITTO, FRANK, D.
Last Name First Name Middle Name

HOME ADDRESS 27 HOFSTRA DRIVE

SMITHTOWN N.Y. 11787
City State Zip Code

HOME PHONE 631-724-5476 WORK PHONE 718-520-9315

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CRONIN MICHAEL JOHN
Last Name First Name Middle Name

HOME ADDRESS 196-73 73 AVE

FRESH MEADOWS NY 11366
City State Zip Code

HOME PHONE 718 810-7105 WORK PHONE 718 590-5504

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME CROUCH, ALEXANDER O'BRIEN
Last Name First Name Middle Name

HOME ADDRESS 331 PENINSULA BOULEVARD

LYNBROOK NY 11563
City State Zip Code

HOME PHONE 347-297-~~1090~~ 1019 WORK PHONE 718-694-3755

SIGNATURE Alexander O'Brien Crouch

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CRUZ ANDREA

Last Name First Name Middle Name

HOME ADDRESS 60-55 69th PLACE

MASPETH NY 11378

City State Zip Code

HOME PHONE (718) 424-8406 WORK PHONE (917) 699-1547

SIGNATURE ____________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CRUZ EDWARD

Last Name First Name Middle Name

HOME ADDRESS 22-15 79 Street Apt 2F

East Elmhurst NY 11370

City State Zip Code

HOME PHONE (646) 469-5034 WORK PHONE (718) 922-8001

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Cruz Elizabeth
Last Name First Name Middle Name

HOME ADDRESS 4016 Whispering Hills Drive
Chester NY 10918
City State Zip Code

HOME PHONE 845-610-4042 WORK PHONE 212-927-3491

SIGNATURE Sgt. E C

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Cruz Janette
Last Name First Name Middle Name

HOME ADDRESS 1690 metropolitan ave. apt 6C
Bronx NY 10462
City State Zip Code

HOME PHONE 718-892-3968 WORK PHONE 718-402-2279

SIGNATURE Janette Cruz

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Cruz Jose Israel

Last Name First Name Middle Name

HOME ADDRESS 1 North Circle

Stony Point NY 10980

City State Zip Code

HOME PHONE 845-290-5877 WORK PHONE 212-760-8321

SIGNATURE Jose I Cruz

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CRUZ MICHAEL

Last Name First Name Middle Name

HOME ADDRESS 254 CALHOUN Ave

BX N.Y. 10465

City State Zip Code

HOME PHONE 718.684.2880 WORK PHONE 718 212.927.3553

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME CRUZ MICHAEL
Last Name First Name Middle Name

HOME ADDRESS 108-05 ASTORIA BLVD. #6F

EAST ELMHURST NY 11369
City State Zip Code

HOME PHONE (347) 448-1425 WORK PHONE (718) 963-5368 90 PDU.

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Cruz, Tara, Cathleen
Last Name First Name Middle Name

HOME ADDRESS 82 Nelson Road
Monroe NY 10950
City State Zip Code

HOME PHONE 845-595-1043 WORK PHONE 212-694-3096

SIGNATURE Sgt. Tara Cruz