**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME IRWIN JAMES MICHAEL
Last Name First Name Middle Name

HOME ADDRESS 3315 SYCAMORE LN

YORKTOWN HGTS N.Y. 10598
City State Zip Code

HOME PHONE 914 302 2632 WORK PHONE 718 794 2303

SIGNATURE James M. Irwin

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Iscenko Michael —
Last Name First Name Middle Name

HOME ADDRESS 5 Lakeville Lane

Plainview NY 11803
City State Zip Code

HOME PHONE 347-539-1196 WORK PHONE 646-610-7062

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ISCENKO ROBERT A
Last Name First Name Middle Name

HOME ADDRESS P.O. BOX 1086
Greenwood Lake N.Y. 10925
City State Zip Code

HOME PHONE 845-595-6456 WORK PHONE NONE

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ISRAILOV, ROMAN
Last Name First Name Middle Name

HOME ADDRESS 187-28 87th Road
Jamaica NY 11432
City State Zip Code

HOME PHONE 646-284-2013 WORK PHONE 212-426-2788

SIGNATURE [signature]

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME IUCCI GERARD R
Last Name First Name Middle Name

HOME ADDRESS 1116 OVINGTON AVENUE

BROOKLYN NY 11219
City State Zip Code

HOME PHONE 917-280-5585 WORK PHONE 718-383-4467

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME IVOLELLA JAMES PETER
Last Name First Name Middle Name

HOME ADDRESS 107 S. TYSON AVENUE APT 9
FLORAL PARK N.Y. 11001
City State Zip Code

HOME PHONE 516-305-5589 WORK PHONE 646-208-0562

SIGNATURE ____________________

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Jablonsky Ira Michael
Last Name First Name Middle Name

HOME ADDRESS 1674 Ryder ST.

Brooklyn N.Y. 11234
City State Zip Code

HOME PHONE 718-252-0533 WORK PHONE 718-287-2336

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME JACELON GARY M.
Last Name First Name Middle Name

HOME ADDRESS 912 OTSEGO ROAD
West Hempstead NY 11552
City State Zip Code

HOME PHONE 516-764-0227 WORK PHONE 646-285-3540

SIGNATURE ______________________

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Jackson Cassandra
Last Name First Name Middle Name

HOME ADDRESS 54 Willow Street

Wheatley Heights Ny 11798
City State Zip Code

HOME PHONE 631 643-0471 WORK PHONE (646) 610-4770

SIGNATURE Cassandra Jackson

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME JACKSON Michael

Last Name First Name Middle Name

HOME ADDRESS 6921 Loubet Street

Forest Hills NY 11375

City State Zip Code

HOME PHONE 646-645-4244 WORK PHONE 212-741-8409

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME JACOBY JR JOHN THOMAS
Last Name First Name Middle Name

HOME ADDRESS 1828 DRUMGOOLE RD WEST

STATEN ISLAND NEW YORK 10309
City State Zip Code

HOME PHONE (718) 227-6483 WORK PHONE (718) 667-5810

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Jamerson-Barrett, Traci Lynn
Last Name First Name Middle Name

HOME ADDRESS 8 Donald Ct
Elmont, NY 11003
City State Zip Code

HOME PHONE 516-285-0460 WORK PHONE 718-868-3404

SIGNATURE Traci Jamerson-Barrett

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME James, Shantel Nicole
Last Name First Name Middle Name

HOME ADDRESS 40 Beaumont Circle #2
Yonkers NY 10710
City State Zip Code

HOME PHONE (914) 268-0512 WORK PHONE (347) 493-8922

SIGNATURE Shantel James

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME JAMET DAVID LOUIS
Last Name First Name Middle Name

HOME ADDRESS 43-18 193 STREET

FLUSHING, NEW YORK 11358
City State Zip Code

HOME PHONE 347 732-9643 WORK PHONE 917 749-8470

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Jansen Karen
Last Name First Name Middle Name

HOME ADDRESS 11 Maple Avenue
Orangeburg NY 10962
City State Zip Code

HOME PHONE 917 588 3532 WORK PHONE 212.477.7804

SIGNATURE Karen Jansen

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME JANUSZ KEVIN EUGENE
Last Name First Name Middle Name

HOME ADDRESS 55 POTOMAC LANE
SAYVILLE NY 11782
City State Zip Code

HOME PHONE (631) 834-0512 (cell) WORK PHONE (718) 558-8812

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Jara Christian

Last Name First Name Middle Name

HOME ADDRESS 1745 Central Street

Yorktown Heights NY 10598

City State Zip Code

HOME PHONE (917) 309-0366 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Jarosch Richard
Last Name First Name Middle Name

HOME ADDRESS 41-54 55 st.
Woodside N.Y. 11377
City State Zip Code

HOME PHONE 718-639-1153 WORK PHONE 212-431-6555

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME JASMIN CLYDE

Last Name First Name Middle Name

HOME ADDRESS 55 Winthrop Street Apt#6F

Brooklyn NY 11225

City State Zip Code

HOME PHONE (917)834 7972 WORK PHONE (212) 253-7511

SIGNATURE Clyde Jasmin

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME JASMIN ROGER J
Last Name First Name Middle Name

HOME ADDRESS 260 BEACH 81ST APT# 3J
Rockaway Beach N.Y 11693
City State Zip Code

HOME PHONE 347 230 4917 WORK PHONE 917 806 3450

SIGNATURE Roger Jasmin

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME JAVARUSKI, EUGENE, OWEN
Last Name First Name Middle Name

HOME ADDRESS 64 WALBROOKE AVE 2ND FL.
STATEN ISLAND, NY 10301
City State Zip Code

HOME PHONE 917 821-3121 WORK PHONE 718 667-5810

SIGNATURE Eugene O. Javaruski

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME JAVID TAHIR –
Last Name First Name Middle Name

HOME ADDRESS 6114 Little Neck Pkwy
Little Neck NY 11362
City State Zip Code

HOME PHONE 516-884-1835 WORK PHONE 646-805-6665

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Jeanty Aramis
Last Name First Name Middle Name

HOME ADDRESS 421 Beach 36 Street
Far Rockaway NY 11691
City State Zip Code

HOME PHONE 718-327-1144 WORK PHONE 718-482-6632

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME JENKINS TIMOTHY ARTHUR

Last Name First Name Middle Name

HOME ADDRESS 83 WOODLAKE DRIVE

MIDDLETOWN NY 10940

City State Zip Code

HOME PHONE 917 657-1595 WORK PHONE 212 374-0722

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Jeremenko, Tadeusz
Last Name First Name Middle Name

HOME ADDRESS 382 BAUER PLACE

Mineola N.Y. 11501
City State Zip Code

HOME PHONE 516-739-0530 WORK PHONE (917) 606-1546

SIGNATURE [signature]

STATING THAT THEY HAVE AGREED TO ...

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Jeremiah Jason Anthony
Last Name First Name Middle Name

HOME ADDRESS 875 Otsego Road
West Hempstead NY 11552
City State Zip Code

HOME PHONE 516 678 0850 WORK PHONE 212 281 7524

SIGNATURE Jason Jeremiah

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Jerome Steven Albert
Last Name First Name Middle Name

HOME ADDRESS 91 Seneca Ave.
SI NY 10301
City State Zip Code

HOME PHONE 718-273-4192 WORK PHONE 718-619-6484

SIGNATURE Steven Jerome

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Jeronimo, Pamela, Ann
Last Name First Name Middle Name

HOME ADDRESS 2 Marine Ave, 3F
Brooklyn, NY 11209
City State Zip Code

HOME PHONE 646 508 6332 WORK PHONE 646 610 8172

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME JETER-HOWARD TALISHA W
Last Name First Name Middle Name

HOME ADDRESS 34 Scott Drive

Middletown NY 10941
City State Zip Code

HOME PHONE (845) 695-1584 WORK PHONE (212) 678-1618

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Jewth Ramkumar
Last Name First Name Middle Name

HOME ADDRESS 2 Mulberry Court

Holtsville NY 11742
City State Zip Code

HOME PHONE (631) 475-9258 WORK PHONE (718) 482-6791

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Jimenez Olga

Last Name First Name Middle Name

HOME ADDRESS 1519 81st STREET

Brooklyn NY 11228

City State Zip Code

HOME PHONE 347-702-4518 WORK PHONE 718 840-0244

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Johnson Andrew Arthur
Last Name First Name Middle Name

HOME ADDRESS 470 Halstead Ave 6S

Harrison NY 10528
City State Zip Code

HOME PHONE 917-922-5892 WORK PHONE 212-694-7700

SIGNATURE [signature]

STATING THAT THEY HAVE AGREED TO RE...

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Johnson (Last Name) Collin (First Name) Hugh (Middle Name)

HOME ADDRESS 1032 Archer Pl

Baldwin (City) NY (State) 11510 (Zip Code)

HOME PHONE 516-608-9264 WORK PHONE 212-281-5303

SIGNATURE [signature]

## CONSENT TO SUE

### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME JOHNSON Deric L
Last Name First Name Middle Name

HOME ADDRESS 1240 Bedford Avenue 2D
Brooklyn NY 11216
City State Zip Code

HOME PHONE 929-261-6905 WORK PHONE 212-356-2056

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Johnson Erik C

Last Name First Name Middle Name

HOME ADDRESS 183 Crossfield Ave

SI NY 10312

City State Zip Code

HOME PHONE 718-554-4940 WORK PHONE 212-741-8454

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Johnson Matthew Thomas
Last Name First Name Middle Name

HOME ADDRESS 10 Crescent Place

Monroe NY 10950
City State Zip Code

HOME PHONE 631-682-8638 WORK PHONE 718-220-5841

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Johnson Richard William
Last Name First Name Middle Name

HOME ADDRESS 15 Maple Street
Cornwall NY 12518
City State Zip Code

HOME PHONE 9178800396 WORK PHONE 7186537000

SIGNATURE [signature]

## CONSENT TO SUE

### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME: Johnson (Last Name) Robert (First Name) W (Middle Name)

HOME ADDRESS: 76 Marine Ave

Brooklyn (City) N.Y. (State) 11209 (Zip Code)

HOME PHONE: 646 345-2331 WORK PHONE: 212 226 -2180

SIGNATURE ____________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Johnson Wayne C.
Last Name First Name Middle Name

HOME ADDRESS 65 Woodlake Dr

Middletown NY 10940
City State Zip Code

HOME PHONE 845-343-4455 WORK PHONE (718) 730-8940

SIGNATURE Wayne J

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME JONES CHRISTOPHER A
Last Name First Name Middle Name

HOME ADDRESS 126 REINHARDT RD

MIDDLETOWN NY 10940
City State Zip Code

HOME PHONE 845-342-4724 WORK PHONE 845-551-7388

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Jones Dashaun Lamont
Last Name First Name Middle Name

HOME ADDRESS 2414 settlers Ridge

New Windsor NY 12553
City State Zip Code

HOME PHONE 845 567 4307 cell ~~WORK~~ PHONE 917 681 9025

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Jones David
Last Name First Name Middle Name

HOME ADDRESS 22 Pilling St.
Bklyn NY 11207
City State Zip Code

HOME PHONE 347 787 2324 WORK PHONE 718 735 0674

SIGNATURE Sgt D Jones

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Jones Gregory A
Last Name First Name Middle Name

HOME ADDRESS 34 Dawn Drive
Shirley NY 11967
City State Zip Code

HOME PHONE 631-772-6750 WORK PHONE 718-735-0644

SIGNATURE Sgt. Gregory Jones

(CONTINUE ON REVERSE)

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME JONES KEVIN

Last Name First Name Middle Name

HOME ADDRESS 132-40 219 STREET

LAURELTON NY 11413

City State Zip Code

HOME PHONE 718 712 1477 WORK PHONE 212 281 5303

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Jones Lee Anthony
Last Name First Name Middle Name

HOME ADDRESS 90 Ormond Street

Hempstead NY 11550
City State Zip Code

HOME PHONE 516 984 2372 WORK PHONE 6466106700

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Jones Rahsiem Bakim
Last Name First Name Middle Name

HOME ADDRESS 87-46 Chelsea St Apt # 7C
Jamaica Estates NY 11432
City State Zip Code

HOME PHONE (347)561-6998 WORK PHONE (212)334-0616

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Jones Tanisha N
Last Name First Name Middle Name

HOME ADDRESS 1407 Linden Blvd Apt 12-J
Bklyn Ny 11212
City State Zip Code

HOME PHONE 718-495-4198 WORK PHONE ~~718~~ 646-610-5305

SIGNATURE Tanisha Jones

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Jozwicki MAttHew E
Last Name First Name Middle Name

HOME ADDRESS 360 E. PINE St

Long Beach NY 11561
City State Zip Code

HOME PHONE 516-705-4464 WORK PHONE 718-845-2200

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Jugraj Noel V
Last Name First Name Middle Name

HOME ADDRESS 21 Holland Ct

Valley Stream NY 11580
City State Zip Code

HOME PHONE 516 285-3652 WORK PHONE (212) 927-3277

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Jung Russell
Last Name First Name Middle Name

HOME ADDRESS 261 Mountain Rd
Port Jervis NY 12771
City State Zip Code

HOME PHONE 917 304 9393 WORK PHONE 718-885-0254

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME JUNG YEON Woo

Last Name First Name Middle Name

HOME ADDRESS 166-32 25th AVE.

WHITESTONE NY 11357

City State Zip Code

HOME PHONE 3473422365 WORK PHONE 7185332006

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Jusza, Thomas Fenton
Last Name First Name Middle Name

HOME ADDRESS 54-07 65th Pl
Maspeth NY 11378
City State Zip Code

HOME PHONE 718-606-2216 WORK PHONE 718-520-9315

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kakol Michael Joseph
Last Name First Name Middle Name

HOME ADDRESS 47 Fulton St
Massapequa Park NY 11762
City State Zip Code

HOME PHONE 917-697-2372 WORK PHONE 718-474-6555

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME KALICOVIC BEKIM ——

Last Name First Name Middle Name

HOME ADDRESS 43 GAULDY Avenue

Staten Island NY 10314

City State Zip Code

HOME PHONE (718)698-3908 WORK PHONE (718)876-8500

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KANE Edward J

Last Name First Name Middle Name

HOME ADDRESS 8 Terra Pines Corte

YAPHANK NY 11980

City State Zip Code

HOME PHONE 631-205-5368 WORK PHONE 516-819-5999

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KANG KENNETH
Last Name First Name Middle Name

HOME ADDRESS 42-26 215TH ST
BAYSIDE NY 11361
City State Zip Code

HOME PHONE 347-528-7075 WORK PHONE 718 321-2533

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Karathanasis Taso
Last Name First Name Middle Name

HOME ADDRESS 33-05 92nd st APT 5B
Jackson Heights N.Y 11372
City State Zip Code

HOME PHONE (718) 710-9051 WORK PHONE (718) 918-2004

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KARIKARI-AWERE KWADWO

Last Name First Name Middle Name

HOME ADDRESS 30 WEST 141 ST STREET Apt 10 C

NEW YORK NY 10037

City State Zip Code

HOME PHONE 646-503-9256 WORK PHONE __________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KARIMZADA, MOHAMMED H
Last Name First Name Middle Name

HOME ADDRESS 4 LANE PL.
Plainview NY 11803
City State Zip Code

HOME PHONE 516 520 1736 WORK PHONE 718 386 4101

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KCARROLL CHRISTOPHER J

Last Name First Name Middle Name

HOME ADDRESS 2445 SEVENTH ST

EAST MEADOW NY 11554

City State Zip Code

HOME PHONE (516) 640-4030 WORK PHONE ______

SIGNATURE ______

(CONTINUE ON REVERSE)

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kash Gerard James
Last Name First Name Middle Name

HOME ADDRESS 485 - 16 Street

Bklyn NY 11215
City State Zip Code

HOME PHONE (718) 965-9424 WORK PHONE (718) 330-4431

SIGNATURE Gerard Kash

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Katehis Spiridon A.
Last Name First Name Middle Name

HOME ADDRESS 8 York Street.
Malverne NY 11565
City State Zip Code

HOME PHONE 516 655-1333 WORK PHONE 718 558-5400

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Keane John Thomas
Last Name First Name Middle Name

HOME ADDRESS 37 Kennedy Place
Tuckahoe N.Y 10707
City State Zip Code

HOME PHONE 914-751-2324 WORK PHONE (212) 690-6341

SIGNATURE John Keane

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Keane Thomas Anthony
Last Name First Name Middle Name

HOME ADDRESS 279 Mineral Springs Road
Highland Mills N.Y. 10930
City State Zip Code

HOME PHONE 845-534-3414 WORK PHONE (212) 335-9023

SIGNATURE

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Kearney James D
Last Name First Name Middle Name

HOME ADDRESS 89-35 155th Ave Apt 3H
Howard Beach, NY 11414
City State Zip Code

HOME PHONE 718 641-0429 WORK PHONE 646 210-9786

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Keating Allison
Last Name First Name Middle Name

HOME ADDRESS 219-12 75th Avenue
Bayside NY 11364
City State Zip Code

HOME PHONE 718 468-4080 WORK PHONE 718-971-1416

SIGNATURE Allison Keating

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Keating Diana Lynn
Last Name First Name Middle Name

HOME ADDRESS 170 Maybury Avenue
Staten Island, NY 10308
City State Zip Code

HOME PHONE 718·227·1479 WORK PHONE 718·287·3278

SIGNATURE Diana Keating

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KEE KEVIN L.
Last Name First Name Middle Name

HOME ADDRESS 897 SUSAN PL
UNIONDALE NY 11553
City State Zip Code

HOME PHONE (516)292-8099 WORK PHONE (~~516~~ 718) ~~2~~79-5204

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Keefer CHRISTOPHER Robert
Last Name First Name Middle Name

HOME ADDRESS 272 7th AVENUE
St. James NY 11780
City State Zip Code

HOME PHONE (631) 786-5073 WORK PHONE (718) 776-9252

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Kelney, Christine
Last Name First Name Middle Name

HOME ADDRESS 36 Abbey Lane
Levittown, NY 11756
City State Zip Code

HOME PHONE 516-796-0742 WORK PHONE 212-477-8431

SIGNATURE Sgt C Kelney

CONSENT TO SUE

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kehoe Christopher

Last Name First Name Middle Name

HOME ADDRESS 325 Bedell Street

Freeport NY 11520

City State Zip Code

HOME PHONE 516 582-0356 WORK PHONE ____________

SIGNATURE ____________

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Keith Latania C.

Last Name First Name Middle Name

HOME ADDRESS 178-12 134 Avenue

Springfield Gardens, NY 11434

City State Zip Code

HOME PHONE (718) 712-9017 WORK PHONE ____________

SIGNATURE Latania Keith

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Keller Kevin Thomas
Last Name First Name Middle Name

HOME ADDRESS 3 Village Mill
Haverstraw NY 10927
City State Zip Code

HOME PHONE 845-721-1178 WORK PHONE 212-274-2760

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME KELLEY ALFRED B
Last Name First Name Middle Name

HOME ADDRESS 247 EAST 4TH STREET
BKLYN NY 11218
City State Zip Code

HOME PHONE 718-633-4101 WORK PHONE 646-284-7909

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KELLY John PATRICK
Last Name First Name Middle Name

HOME ADDRESS 5 OAKLAWN AVE
Glen Head NY 11545
City State Zip Code

HOME PHONE (516) 822-1271 WORK PHONE (631) 501-8656

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kelly (Last Name) Patrick (First Name) Henry (Middle Name)

HOME ADDRESS 525 West 238 Street, 3F

Bronx (City) New York (State) 10463 (Zip Code)

HOME PHONE (718) 548-0198 WORK PHONE (212) 239-2559

SIGNATURE Sgt Patrick H. Kelly

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kelly (Last Name) Robert (First Name) Martin (Middle Name)

HOME ADDRESS 249 Spring Road

Huntington (City) New York (State) 11743 (Zip Code)

HOME PHONE 631-271-8191 WORK PHONE 347-675-0047

SIGNATURE ______________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kelly Robert Vincent

Last Name First Name Middle Name

HOME ADDRESS 7 Crestwood DRIVE

Suffern NY 10901

City State Zip Code

HOME PHONE 845-369-7982 WORK PHONE 914-450-5154

SIGNATURE Robert Kelly

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kelly Timothy P
Last Name First Name Middle Name

HOME ADDRESS 368 N. Niagara Ave
Lindenhurst NY 11757
City State Zip Code

HOME PHONE 631-884-0633 WORK PHONE 212-239-2503

SIGNATURE Timothy P Kelly

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kemp (Last Name) Michelle (First Name) B (Middle Name)

HOME ADDRESS 456 Pershing Blvd

Rockville Centre (City) New York (State) 11570 (Zip Code)

HOME PHONE 516 766 2192 WORK PHONE 718 321 2254

SIGNATURE Michelle B. Kemp

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME KENNEDY Thomas Joseph
Last Name First Name Middle Name

HOME ADDRESS 33 Ardmore Avenue
Staten Island N.Y. 10314
City State Zip Code

HOME PHONE (718) 982-5209 WORK PHONE (917) 612 0214

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KENNEDY VINCENT
Last Name First Name Middle Name

HOME ADDRESS 94 Benedict Avenue

Staten Island NY 10314
City State Zip Code

HOME PHONE 718-727-2707 WORK PHONE ____________

SIGNATURE Vincent Kennedy

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kenney PATRICK T
Last Name First Name Middle Name

HOME ADDRESS 107 Abbey Lane
Levittown N.Y. 11756
City State Zip Code

HOME PHONE 516 398 8794 WORK PHONE 718 217 3526

SIGNATURE Patrick K[signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KENNY MICHAEL JAMES
Last Name First Name Middle Name

HOME ADDRESS 126 OLD SOUTH PLANK ROAD

WALDEN NY 12586
City State Zip Code

HOME PHONE 845-494-3962 WORK PHONE 718 542-5592

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME KENTISH GARETH DALE
Last Name First Name Middle Name

HOME ADDRESS 893 IRVINE ST APT # 3
BRONX N.Y 10474
City State Zip Code

HOME PHONE 917-373-6324 WORK PHONE 212-694-3082

SIGNATURE G. K[signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kenton Anthony George
Last Name First Name Middle Name

HOME ADDRESS 144 East 95th Street
Brooklyn NY 11212
City State Zip Code

HOME PHONE 347-306-1325 WORK PHONE 718-735-0515

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KERRIGAN KEVIN JOHN
Last Name First Name Middle Name

HOME ADDRESS 95 RICHMOND BLVD UNIT #4A
RONKONKOMA N.Y. 11779
City State Zip Code

HOME PHONE 631-471-6992 CELL ~~WORK~~ PHONE 631-806-3717

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KERRIGAN, MICHAEL, SALVATORE
Last Name First Name Middle Name

HOME ADDRESS 10 JOY RD
SELDEN NY 11784
City State Zip Code

HOME PHONE 631-846-3663 WORK PHONE ~~631~~-718-805-3204

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kersellius Grevielene

Last Name First Name Middle Name

HOME ADDRESS 42 Dittmann Way

Stafford Va 22556

City State Zip Code

HOME PHONE 540-602-2154 WORK PHONE

SIGNATURE Grevielene Kersellius

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kessba Ahmed M
Last Name First Name Middle Name

HOME ADDRESS 91 28th Ave 1FL
Brooklyn NY 11214
City State Zip Code

HOME PHONE (718) 266-4131 WORK PHONE ____________

SIGNATURE ____________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KHALAF RICHARD J
Last Name First Name Middle Name

HOME ADDRESS 340 E 80th ST APT 20L
NEW YORK NY 10075-0981
City State Zip Code

HOME PHONE 917-589-9700 WORK PHONE 212-767-8405

SIGNATURE R Khalaf

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KHAN MICHAEL

Last Name First Name Middle Name

HOME ADDRESS 57-10 Queens Blvd #5C

Woodside NY 11377

City State Zip Code

HOME PHONE 718 757 0655 WORK PHONE 718-626-9347

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KHAN SUJAT M

Last Name First Name Middle Name

HOME ADDRESS 981 Wallace Ave

Baldwin NY 11510

City State Zip Code

HOME PHONE 516-415-7408 WORK PHONE 212-281-5303

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Khazin Valentin
Last Name First Name Middle Name

HOME ADDRESS 435 Neptune Ave Apt. 21D
BROOKLYN NY 11224
City State Zip Code

HOME PHONE 347-422-6177 WORK PHONE 718-851-5541

SIGNATURE V. Khazin

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Khealie Nyya Micheale
Last Name First Name Middle Name

HOME ADDRESS 215 East 37th Street

Brooklyn New York 11203
City State Zip Code

HOME PHONE (718) 287-5442 WORK PHONE 718-330-4431

SIGNATURE ______________________

# CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Khosh Filipp
Last Name First Name Middle Name

HOME ADDRESS 2155 82nd st #2F
Brooklyn NY 11214
City State Zip Code

HOME PHONE 718-513-4909 WORK PHONE 917-743-9345

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Kienle Scott Michael
Last Name First Name Middle Name

HOME ADDRESS 39 Callahan Lane

Staten Island NY 10307
City State Zip Code

HOME PHONE 718-356-1212 WORK PHONE 718-287-3569

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KiLLiLeA SHANE AiDAN
Last Name First Name Middle Name

HOME ADDRESS 47 BeReA RD
WALDEN NY 12586
City State Zip Code

HOME PHONE 631-523-1397 WORK PHONE 646-924-6317

SIGNATURE ____________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KIM BRIAN JUNG
Last Name First Name Middle Name

HOME ADDRESS 138 SYCAMORE ST
WEST HEMPSTEAD NY 11552
City State Zip Code

HOME PHONE 516-483-8090 WORK PHONE 718-318-4204

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kim Hwan Joon
Last Name First Name Middle Name

HOME ADDRESS 25 Raff Ave

Mineola NY 11501
City State Zip Code

HOME PHONE 347 558-2636 WORK PHONE 718-657-8938

SIGNATURE ____________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kim, Jae Won
Last Name First Name Middle Name

HOME ADDRESS 3 Winding Rd
Hicksville NY 11801
City State Zip Code

HOME PHONE 347-302-8628 WORK PHONE 212-860-6551

SIGNATURE [signature]

## CONSENT TO SUE

### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME KIM RORY
Last Name First Name Middle Name

HOME ADDRESS ~~42~~ 4 TOWNHOUSE Pl. Apt 36

GREAT NECK NY 11021
City State Zip Code

HOME PHONE (917)939-4770 WORK PHONE (718)735-0515

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kim (Last Name) Suk Hyun (First Name) Stephan (Middle Name)

HOME ADDRESS 120-37 A 5th Ave

College Point (City) NY (State) 11356 (Zip Code)

HOME PHONE 646) 284-2036 WORK PHONE 718) 918-2000

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kim, Sunghoon
Last Name First Name Middle Name

HOME ADDRESS 57-09 226th St. 2 Fl
Oakland Gardens NY 11364
City State Zip Code

HOME PHONE ____________ WORK PHONE 646 772 4813

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KIM-BOROWIEC TAYLER M.
Last Name First Name Middle Name

HOME ADDRESS 204 SNEDEN AVE

STATEN ISLAND NY 10312
City State Zip Code

HOME PHONE 718-317-2262 WORK PHONE 718-330-8904

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Kindmeo, Karl

Last Name First Name Middle Name

HOME ADDRESS 2550 Olinville Ave #10E

Bronx, NY 10467

City State Zip Code

HOME PHONE 646-702-6256 WORK PHONE (718) 653-7020

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME KING DARRAN ROBERT
Last Name First Name Middle Name

HOME ADDRESS 439 AMBER STREET
BROOKLYN, NY 11208
City State Zip Code

HOME PHONE (718) 679-3956 WORK PHONE (718) 851-5541

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME King (Last Name) Nathaniel (First Name) ______ (Middle Name)

HOME ADDRESS 501 Halsey Street

Brooklyn (City) NY (State) 11233 (Zip Code)

HOME PHONE 347-236-6287 WORK PHONE ______

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME King Tara Eileen
Last Name First Name Middle Name

HOME ADDRESS 64-01 Springfield Blvd
Oakland Gardens NY 11364
City State Zip Code

HOME PHONE (718)631-3240 WORK PHONE (718) 574-1666

SIGNATURE Tara King

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KINSELLA ANDREW J
Last Name First Name Middle Name

HOME ADDRESS 29 QUINLAN AVE
STATEN ISLAND NY 10314
City State Zip Code

HOME PHONE 718-689-2142 WORK PHONE 212-385-2900

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kinsella Tonia Indrani
Last Name First Name Middle Name

HOME ADDRESS 29 Quinlan Ave
SI NY 10314
City State Zip Code

HOME PHONE 917 597 4833 WORK PHONE 212-477-7415

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KIPP DONALD KYLE
Last Name First Name Middle Name

HOME ADDRESS 246-08 SUPERIOR ROAD

FLORAL PARK NY 11001
City State Zip Code

HOME PHONE 516 437-8408 WORK PHONE 718-657-8186

SIGNATURE Donald K Kipp

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KISSIEDU KENNETH
Last Name First Name Middle Name

HOME ADDRESS 25 LEROY PLACE, #302
NEW ROCHELLE NY 10805
City State Zip Code

HOME PHONE 9143651261 WORK PHONE

SIGNATURE Kenneth Kissiedu

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kistler David Alan
Last Name First Name Middle Name

HOME ADDRESS 280 Benjamin Meadow Rd

Tuxedo NY 10987
City State Zip Code

HOME PHONE 845-781-8048 WORK PHONE 718-293-2221

SIGNATURE David Kistler

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kitching-Cadore Tselanee
Last Name First Name Middle Name

HOME ADDRESS 172 Menahan st.
Brooklyn N.Y. 11429
City State Zip Code

HOME PHONE (347)426-4993 WORK PHONE (917)498-7590

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kiyar Yalcin Billy
Last Name First Name Middle Name

HOME ADDRESS 22-53 36 Street 1st Floor
Astoria N.Y. 11105
City State Zip Code

8/30/13

HOME PHONE 718 626-2690 WORK PHONE Retired · 104 Pct

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Klausner Marc
Last Name First Name Middle Name

HOME ADDRESS 24 High Ridge Rd
Monroe NY 10950
City State Zip Code

HOME PHONE (845) 238-2524 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Klein Christopher Kenneth
Last Name First Name Middle Name

HOME ADDRESS 85-29 262nd Street
Floral Park NY 11001
City State Zip Code

HOME PHONE 631 816-1142 WORK PHONE 718 476-9301

SIGNATURE Christopher Klein

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Klimkoski Kristin Ann
Last Name First Name Middle Name

HOME ADDRESS 107 Abbey Lane
Levittown NY 11756
City State Zip Code

HOME PHONE 516 639-8926 WORK PHONE 718 963-5333

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME KLOOS RICHARD A
Last Name First Name Middle Name

HOME ADDRESS 58 SOUTH 1ST STREET

BETHPAGE N.Y. 11714
City State Zip Code

HOME PHONE 516-938-4143 WORK PHONE 718-760-7606

SIGNATURE Sgt. Richard A. Kloos

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KNAPP GREGORY MARTIN
Last Name First Name Middle Name

HOME ADDRESS 120 CLINTON AVENUE # A4J

MINEOLA NY 11501
City State Zip Code

HOME PHONE 516. 747 0782 WORK PHONE 718. 574. 1614

SIGNATURE Sgt. [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KNAPP Rickie C
Last Name First Name Middle Name

HOME ADDRESS 2790 W 5th St #21C

Brooklyn NY 11224
City State Zip Code

HOME PHONE 718-449-8294 WORK PHONE 718-851-5115

SIGNATURE SGT R [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KNIGHT DARRYL JAMESON
Last Name First Name Middle Name

HOME ADDRESS 66 Wells ROAD
Greenlawn NY 11740
City State Zip Code

HOME PHONE 631-754-8193 WORK PHONE 631-748-3882

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KNOEBEL JAMES E
Last Name First Name Middle Name

HOME ADDRESS 827 JAY DR

WANTAGH NY 11793
City State Zip Code

HOME PHONE 917-566-5349 WORK PHONE 718-963-5373

SIGNATURE James E Knoebel

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kroetig Melissa Cathy
Last Name First Name Middle Name

HOME ADDRESS 56-23 244 St.
Little Neck NY 11362
City State Zip Code

HOME PHONE (347)235-0539 WORK PHONE (646)610-8530

SIGNATURE Melissa Kroetig

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Knudsen, Justin, Paul
Last Name First Name Middle Name

HOME ADDRESS 257 Loretto Street
Staten Island, NY 10307
City State Zip Code

HOME PHONE 347-215-2618 WORK PHONE 917-952-6464

SIGNATURE ____________________

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME KO TSU-YONG
Last Name First Name Middle Name

HOME ADDRESS 243 CLAY PITTS RD.

EAST NORTHPORT NY 11731
City State Zip Code

HOME PHONE 631-704-8207 WORK PHONE 646-610-7131

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ~~Eric~~ Kobetitsch Eric
Last Name First Name Middle Name

HOME ADDRESS 18 Prospect Street EAst
Selden N.Y. 11784
City State Zip Code

HOME PHONE 631 880 3008 WORK PHONE ~~631 88~~ 718 482 6774

SIGNATURE [signature] #5288 [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Koch Christopher Owen

Last Name First Name Middle Name

HOME ADDRESS 385 Gillespie Street

Pine Bush NY 12566

City State Zip Code

HOME PHONE 917.439.4845 WORK PHONE 646.413.0500

SIGNATURE Christopher O. Koch

(CONTINUE ON REVERSE)

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kocyer John J
Last Name First Name Middle Name

HOME ADDRESS 7239 Avenue N
Bklyn NY 11234
City State Zip Code

HOME PHONE 718 759 6685 WORK PHONE 347-374-0227

SIGNATURE [signature]

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KODETSKY DESPOINA
Last Name First Name Middle Name

HOME ADDRESS 25 SHERMAN ST

HUNTINGTON NY 11743
City State Zip Code

HOME PHONE (347)452-0234 WORK PHONE

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KOGAN VLAD
Last Name First Name Middle Name

HOME ADDRESS 410 KENSINGTON CT
COPIAGUE NY 11726
City State Zip Code

HOME PHONE 646 509 7773 WORK PHONE 646 509 7773

SIGNATURE ______________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KOJS JANUSZ

Last Name First Name Middle Name

HOME ADDRESS 179 RICHMOND BLVD

RONKONKOMA NY 11779

City State Zip Code

HOME PHONE 631-468-3132 WORK PHONE 718 220 5137

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Koller Joseph John
Last Name First Name Middle Name

HOME ADDRESS 176 New York Ave
W. Hempstead NY 11552
City State Zip Code

HOME PHONE 516-565-0548 WORK PHONE 646-610-6455

SIGNATURE Joseph Koller

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Komorsky Kevin Adam
Last Name First Name Middle Name

HOME ADDRESS 1 Alling ST
Hicksville NY 11801
City State Zip Code

HOME PHONE 516 932 7206 WORK PHONE 917 754 2327

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kong William Alexander
Last Name First Name Middle Name

HOME ADDRESS 72 Jenkins Ave

North Babylon NY 11703
City State Zip Code

HOME PHONE 631 321-1358 WORK PHONE 718 735-0515

SIGNATURE Sgt. K

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KOO ANDREW CHARLES

Last Name First Name Middle Name

HOME ADDRESS 31-27 88TH ST 2ND FL.

EAST ELMHURST NY 11369

City State Zip Code

HOME PHONE 718-457-9410 WORK PHONE 917-548-7869

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KOPACK JOSEPH R
Last Name First Name Middle Name

HOME ADDRESS 1114 McLean Avenue
Wantagh NY 11793
City State Zip Code

HOME PHONE 516-783-3163 WORK PHONE

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Karabel Michael Stephan
Last Name First Name Middle Name

HOME ADDRESS 161 Ridge Rd

valley cottage NY 10989
City State Zip Code

HOME PHONE 347 865 4468 WORK PHONE 347 865 4468

SIGNATURE ______________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kornbluth Timothy Patrick
Last Name First Name Middle Name

HOME ADDRESS 51 Grand Blvd.

Massapequa Pk. N.Y. 11762
City State Zip Code

HOME PHONE 516-795-1405 WORK PHONE 718-636-6651

SIGNATURE X [signature]

(CONTINUE ON REVERSE)

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kotlyar, Michael
Last Name First Name Middle Name

HOME ADDRESS 147-37 Roosevelt Ave Apt. #6D
Flushing, NY 11354
City State Zip Code

HOME PHONE ______ WORK PHONE 212-477-7418

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kovalenko Aleksandr
Last Name First Name Middle Name

HOME ADDRESS 12 Apple Hill Dr
Highland Mills NY 10930
City State Zip Code

HOME PHONE 917-562-4987 WORK PHONE 917-562-4987

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kraemer Eric Thomas
Last Name First Name Middle Name

HOME ADDRESS 163 Thomas Powell BLVD

Farmingdale NY 11735
City State Zip Code

HOME PHONE 516-694-1352 WORK PHONE 718-636-6511

SIGNATURE ____________________

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Kraft (Last Name) Michael (First Name) Dennis (Middle Name)

HOME ADDRESS 257 N. Hawthorne Street

Massapequa (City) NY (State) 11758 (Zip Code)

HOME PHONE 516-739-0795 WORK PHONE ______

SIGNATURE Sgt Michael D. Kraft

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Krauss Peter J
Last Name First Name Middle Name

HOME ADDRESS 21 Gerek Ave.
West Islip NY 11795
City State Zip Code

HOME PHONE 631-587-3174 WORK PHONE n/a

SIGNATURE [signature]

CONSENT TO SUE
REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Krivinsky (Last Name) John (First Name) James (Middle Name)

HOME ADDRESS 8 Harbor Way

Sea Cliff (City) NY (State) 11579 (Zip Code)

HOME PHONE 917-916-8300 WORK PHONE 212-748-8806

SIGNATURE John Krivinsky

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Krohley Robert J
Last Name First Name Middle Name

HOME ADDRESS 128 Sprucewood Drive

Levittown NY 11756
City State Zip Code

HOME PHONE 917 453 9907 WORK PHONE 718 257 6217

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME KROLL Rainer D

Last Name First Name Middle Name

HOME ADDRESS 195 Canopus Hollow Rd

Putnam Valley NY 10579

City State Zip Code

HOME PHONE 845 528 9371 WORK PHONE 212 694 3115

SIGNATURE R D Kroll

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kurgic Elisa Ann
Last Name First Name Middle Name

HOME ADDRESS 21 Bellaire Rd.
Massapequa NY 11758
City State Zip Code

HOME PHONE (516) 798-3515 WORK PHONE (212) 239-2533

SIGNATURE Elisa Kurgic

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kurys Mark Christopher
Last Name First Name Middle Name

HOME ADDRESS 2847 East 196 ST
Bronx, New York 10461
City State Zip Code

HOME PHONE 917-204-9579 WORK PHONE 917-204-9579

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME KURZ BRIAN CHRISTOPHER
Last Name First Name Middle Name

HOME ADDRESS 26 LA GRANGE PL

WEST ISLIP NY 11795
City State Zip Code

HOME PHONE (631) 422-2762 WORK PHONE (718) 476-7595

SIGNATURE Brian Kurz

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KURZ Michael R
Last Name First Name Middle Name

HOME ADDRESS 1856 WALTOFFER ANNEX
NORTH BELLMORE NY 11710
City State Zip Code

HOME PHONE (516) 506-1277 WORK PHONE (718) 969-6699

SIGNATURE Michael Kurz

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kurz Stephen L.
Last Name First Name Middle Name

HOME ADDRESS 24 Page Lane
Westbury NY 11590
City State Zip Code

HOME PHONE 516-997-4999 WORK PHONE 516-220-9959

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KWAN TSZ C
Last Name First Name Middle Name

HOME ADDRESS 2720 86 STREET APT 3A
BROOKLYN NY 11223
City State Zip Code

HOME PHONE 917-723-8465 WORK PHONE 917-723-8465

SIGNATURE ____________________

# CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME KWONG RAYMOND
Last Name First Name Middle Name

HOME ADDRESS 102-11 67th Road Apt. 522
Forest Hills NY 11375
City State Zip Code

HOME PHONE 917-886-9128 WORK PHONE 718-851-5611

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME LA TORRE HARRY

Last Name First Name Middle Name

HOME ADDRESS 94-10 59 Avenue 1L

Elmhurst NY 11373

City State Zip Code

HOME PHONE 718 699 2713 WORK PHONE 718 834 3200

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ~~Thom~~ LaBarbera Thomas John
Last Name First Name Middle Name

HOME ADDRESS 367 OCEAN AVE
EAST ROCKAWAY NY 11518
City State Zip Code

HOME PHONE (516) 599-6862 WORK PHONE (516) 317-0391

SIGNATURE Thomas J LaBarbera

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LACALAMITA DAniel
Last Name First Name Middle Name

HOME ADDRESS 4219 Amboy Road Apt 4A
Staten Island N.Y. 10308
City State Zip Code

HOME PHONE 917-217-6337 WORK PHONE 718-386-4195

SIGNATURE

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Ladyzhenskiy Feliks
Last Name First Name Middle Name

HOME ADDRESS 24 Globe Avenue
Staten Island NY 10314
City State Zip Code

HOME PHONE (718) 477-0371 WORK PHONE (718) 840-0580

SIGNATURE [signature]

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LAFATA Joseph MARK
Last Name First Name Middle Name

HOME ADDRESS 1718 62ND STreet
Brooklyn NY 11204
City State Zip Code

HOME PHONE 718 781 4823 WORK PHONE 646 342 0626

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME LAFAUCI, Anthony Michael
Last Name First Name Middle Name

HOME ADDRESS 152 Falmouth St
Brooklyn N.Y. 11235
City State Zip Code

HOME PHONE (718) 646-7208 WORK PHONE (718) 258-4443

SIGNATURE S/ [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME LAGANI Cynthia
Last Name First Name Middle Name

HOME ADDRESS 154 Lawrence Ave
Bklyn ny 11230
City State Zip Code

HOME PHONE 718 552 2205 WORK PHONE 718 851 5527

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LAI AARON K

Last Name First Name Middle Name

HOME ADDRESS 312 Beach 37th ST FL 2

Far Rockaway, NY 11691

City State Zip Code

HOME PHONE 347-680-3296 WORK PHONE 212-477-9736

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Lai Fan King
Last Name First Name Middle Name

HOME ADDRESS 10 Westminster Road
Syosset NY 11791
City State Zip Code

HOME PHONE 516-433-1649 WORK PHONE 718-553-9560

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LAI JIMMY
Last Name First Name Middle Name

HOME ADDRESS 15 PARK ROW, APT. 17K

NEW YORK N.Y. 10038
City State Zip Code

HOME PHONE 917 566-3192 WORK PHONE 212 693-8369

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Laliberte Keith R.
Last Name First Name Middle Name

HOME ADDRESS 47 Pickwick Dr.
Hicksville NY 11801
City State Zip Code

HOME PHONE (516) 931-0636 WORK PHONE (718) 293-2202

SIGNATURE [signature]

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Lally (Last Name) Brendan (First Name) M (Middle Name)

HOME ADDRESS 8 Maple Court

Bay Shore (City) NY (State) 11706 (Zip Code)

HOME PHONE 631-647-3423 WORK PHONE 212 694-3096

SIGNATURE

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Lam Michael
Last Name First Name Middle Name

HOME ADDRESS 73-04 188th street

Fresh Meadows NY 11366
City State Zip Code

HOME PHONE 347-671-5269 WORK PHONE (718) 735-0515

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Lamberty Noel

Last Name First Name Middle Name

HOME ADDRESS 150 W 96 St

New York N.Y. 10025

City State Zip Code

HOME PHONE 917 7313297 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LAMENDOLA JOSEPH ANTHONY
Last Name First Name Middle Name

HOME ADDRESS 26 KALOA LANE

PLAINVIEW NY 11803
City State Zip Code

HOME PHONE 516-330-2691 WORK PHONE ____________

SIGNATURE ____________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Lomenel ola Loida I
Last Name First Name Middle Name

HOME ADDRESS 25 Sunset Road
Massapequa NY 11758
City State Zip Code

HOME PHONE 516-809-6231 WORK PHONE 718-657-8810

SIGNATURE ____________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Lampasone Jill
Last Name First Name Middle Name

HOME ADDRESS 3507 Stratford Rd

Wantagh NY 11793
City State Zip Code

HOME PHONE (516) 731-1541 WORK PHONE (718) 969-5202

SIGNATURE Jill Lampasone

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LANCASTER PURNELL RODNEY
Last Name First Name Middle Name

HOME ADDRESS 361 CLINTON AVE APT # 11F
BROOKLYN NY 11238
City State Zip Code

HOME PHONE 718 909 1337 WORK PHONE 1 212 281 7524

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Lanciotti James
Last Name First Name Middle Name

HOME ADDRESS 84 Ellis Ave
Northport NY 11768
City State Zip Code

HOME PHONE 631-445-3325 WORK PHONE ______

SIGNATURE ______

# CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME LANE BRIAN K
Last Name First Name Middle Name

HOME ADDRESS 38 GRAND AVE

SI NY 10301
City State Zip Code

HOME PHONE 718 442-0748 WORK PHONE 718-851-5511

SIGNATURE Brian K. Lane

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LANE DENNIS MICHAEL
Last Name First Name Middle Name

HOME ADDRESS 132 MUNSON AVE
WEST HEMPSTEAD NEW YORK 11552
City State Zip Code

HOME PHONE 516-485-2989 WORK PHONE 718-851-5641

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LASGAN MARTIN J
Last Name First Name Middle Name

HOME ADDRESS 1486 EAST 46 STREET

BKLYN NY 11234
City State Zip Code

HOME PHONE 718-377-5666 WORK PHONE 718-827-3550

SIGNATURE ______________________

(CONTINUE ON REVERSE)

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LANGE KEVIN

Last Name First Name Middle Name

HOME ADDRESS 11 Florence CT.

Valley Cottage NY 10989

City State Zip Code

HOME PHONE (845) 267-8883 WORK PHONE (646) 322-5008

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LaPenta Joseph Christopher
Last Name First Name Middle Name

HOME ADDRESS 331 Edison St. 2FL
Staten Island NY 10306
City State Zip Code

HOME PHONE 718-702-9028 WORK PHONE ____________

SIGNATURE ____________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LAPINSKA EWA

Last Name First Name Middle Name

HOME ADDRESS 68 GARDEN STR #5H

BROOKLYN NY 11206

City State Zip Code

HOME PHONE 718-309-5042 WORK PHONE

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Laplanche, Jean-David
Last Name First Name Middle Name

HOME ADDRESS 240-76 67 Ave, 2nd FL
Douglaston, NY, 11362
City State Zip Code

HOME PHONE (718) 279-0625 WORK PHONE (718) 918-2000

SIGNATURE J. David Laplanche

# CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME LAPortA Anthony Vincent
Last Name First Name Middle Name

HOME ADDRESS 256 SLATER BLVD

Staten Island NY 10305
City State Zip Code

HOME PHONE 347-884-1614 WORK PHONE 718-876-8476

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LAPPNER PAUL WILLIAM
Last Name First Name Middle Name

HOME ADDRESS 65 Avenue A

Holbrook NY 11741
City State Zip Code

HOME PHONE 631-379-2545 WORK PHONE 718-476-8355

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LaRegina Thomas

Last Name First Name Middle Name

HOME ADDRESS 9 Monfort DR.

Huntington N.Y. 11743

City State Zip Code

HOME PHONE 631 659 3395 WORK PHONE 212-253-2216

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Larkin William Thomas
Last Name First Name Middle Name

HOME ADDRESS 17 44th Street
Lindenhurst NY 11757
City State Zip Code

HOME PHONE 631-484-2000 WORK PHONE 347-232-9721

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Larkin-Blennau Justin Richard Cameron
Last Name First Name Middle Name

HOME ADDRESS 87-11 256th Street

Floral Park NY 11001
City State Zip Code

HOME PHONE 718 347 6489 WORK PHONE 718 822 5448

SIGNATURE Justin Larkin-Blennau

## CONSENT TO SUE

### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LaRocca Paul John
Last Name First Name Middle Name

HOME ADDRESS 329 Thornycroft Ave
Staten Island NY 10312
City State Zip Code

HOME PHONE 7189840278 WORK PHONE ____________

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LARoche Anthony James
Last Name First Name Middle Name

HOME ADDRESS 105-47 Ditmars Blvd
East Elmhurst NY 11369
City State Zip Code

HOME PHONE 718-812-3292 WORK PHONE 646-610-6730

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LaRose Thomas R

Last Name First Name Middle Name

HOME ADDRESS 1035 Post Ave

Staten Island NY 10302

City State Zip Code

HOME PHONE 718-727-7028 WORK PHONE 718-667-2220

SIGNATURE Sgt 8748

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LASTRES Louis

Last Name First Name Middle Name

HOME ADDRESS 66 New Street.

STATEN ISLAND, NY 10302

City State Zip Code

HOME PHONE 718-207-1493 WORK PHONE 212-274-2760

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LATA JEAN MARIE
Last Name First Name Middle Name

HOME ADDRESS 145 SYCAMORE AVE
BETHPAGE NY 11714
City State Zip Code

HOME PHONE 516 938-6118 WORK PHONE 646 610-6176

SIGNATURE Jean M. Lata

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME LAU BRIAN G.
Last Name First Name Middle Name

HOME ADDRESS 243-70 72nd AVE
Little Neck NY 11362
City State Zip Code

HOME PHONE 718-578-8014 WORK PHONE ____________

SIGNATURE Sgt [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Lau Yiu Tung
Last Name First Name Middle Name

HOME ADDRESS 924 Homecrest Court

Brooklyn NY 11223
City State Zip Code

HOME PHONE (646) 462 1980 (Cell) WORK PHONE (718 2216600 (TD32)

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Laureano Laurismendy
Last Name First Name Middle Name

HOME ADDRESS 117 Osceola Avenue

Deer Park NY 11729
City State Zip Code

HOME PHONE 646-342-6396 WORK PHONE (718) 574-0411

SIGNATURE [signature]

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LAVECCHIA MICHAEL ANTHONY
Last Name First Name Middle Name

HOME ADDRESS 476 S. 14th ST.
LINDENHURST NY 11757
City State Zip Code

HOME PHONE (631) 592-2336 WORK PHONE (347) 458-3693

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Lavelle Jennifer Ann
Last Name First Name Middle Name

HOME ADDRESS 2 Trent Lane

Smithtown NY 11787
City State Zip Code

HOME PHONE (516)690-3558 WORK PHONE ____________

SIGNATURE Sgt Jennifer Lavelle

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Lavelle Richard Christopher
Last Name First Name Middle Name

HOME ADDRESS 51 Chestnut Lane

Levittown NY 11756
City State Zip Code

HOME PHONE 516-790-5355 WORK PHONE 718-969-5276

SIGNATURE ____________________

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME LAVEZZO 3rd PETER A

Last Name First Name Middle Name

HOME ADDRESS 568 WEST FULTON ST.

LONG BEACH NY 11561

City State Zip Code

HOME PHONE 516-431-1716 WORK PHONE 212-477-7444

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Laviano Joseph J
Last Name First Name Middle Name

HOME ADDRESS 2448 HAMPTON STreeT

East Meadow NY 11554
City State Zip Code

HOME PHONE 516 679 4330 WORK PHONE 516-313-5040

SIGNATURE Joseph J Laviano

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LAWRENCE Christopher JAMES
Last Name First Name Middle Name

HOME ADDRESS 14 UNION St.
Cornwall NY 12518
City State Zip Code

HOME PHONE 845-534-4734 WORK PHONE 917-440-7964

SIGNATURE [signature]