**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MASSA PETE

Last Name First Name Middle Name

HOME ADDRESS 3656 JOHNSON AVE. #5B

BRONX NY 10463

City State Zip Code

HOME PHONE (914) 424-4035 WORK PHONE (718) 653-7248

SIGNATURE Peter Massa

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MASSETTI MARK A.
Last Name First Name Middle Name

HOME ADDRESS 78 HUNT ave APT 4A
Pearl River NY 10965
City State Zip Code

HOME PHONE (646) 206-6746 WORK PHONE (212) 239-3010

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Massucci Robert Paul

Last Name First Name Middle Name

HOME ADDRESS 142 North Windhorst Ave.

Bethpage N.Y. 11714

City State Zip Code

HOME PHONE 516-822-1445 WORK PHONE 718-476-7595

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MASTANDREA VITO
Last Name First Name Middle Name

HOME ADDRESS 146 Grahamtown RD
MIDDLETOWN NY 10940
City State Zip Code

HOME PHONE 845 697 4190 WORK PHONE 212 712 5264

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Masterson Christopher
Last Name First Name Middle Name

HOME ADDRESS 985 Oceanfront St Apt 15
Long Beach NY 11561
City State Zip Code

HOME PHONE 516 967 3399 WORK PHONE 646 210 9254

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MASTRANDE, ANDREW, JAMES
Last Name First Name Middle Name

HOME ADDRESS 28 DONALD Place
EAST ROCKAWAY, NY 11518
City State Zip Code

HOME PHONE 516 695 9957 WORK PHONE 718 439 4241

SIGNATURE Sgt [signature]

## CONSENT TO SUE

### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Mastromarino Louis Joseph

Last Name First Name Middle Name

HOME ADDRESS 46 Mosely Ave

Staten Island NY 10312

City State Zip Code

HOME PHONE (718) 213-0581 WORK PHONE (718) 667-2224

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Mateo-Jerez John
Last Name First Name Middle Name

HOME ADDRESS 153 Bennett Ave Apt 5D

NY NY 10040
City State Zip Code

HOME PHONE 212 928 5846 WORK PHONE 718 220 5203

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Matthews Kevin Richard

Last Name First Name Middle Name

HOME ADDRESS 109 Terry Rd

Sayville NY 11782

City State Zip Code

HOME PHONE 631-838-4341 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Matthies William

Last Name First Name Middle Name

HOME ADDRESS 1 Jefferson Ave Apt. G12

Rockville Centre NY 11570

City State Zip Code

HOME PHONE 516-650-4608 WORK PHONE 718-476-9311

SIGNATURE [signature]

## CONSENT TO SUE

### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME: MATULA (Last Name) ROBERT (First Name) JOHN (Middle Name)

HOME ADDRESS: 210 EDGEGROVE AVE.

STATEN IS. (City) NY. (State) 10312 (Zip Code)

HOME PHONE: 917-363-4887 WORK PHONE: 718 254 1430

SIGNATURE: [signature]

(CONTINUE ON REVERSE)

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME MATURO RUSSELL
Last Name First Name Middle Name

HOME ADDRESS 77 WAYACROSS RD

MAHOPAC NY 10541
City State Zip Code

HOME PHONE 914-282-8606 WORK PHONE 718-692-1220

SIGNATURE ____________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Matz, Markus Andreas
Last Name First Name Middle Name

HOME ADDRESS 10 Jay Court

Carmel, N.Y. 10512
City State Zip Code

HOME PHONE 845-306-7322 WORK PHONE 718-822-5448

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Marceli Joseph Anthony
Last Name First Name Middle Name

HOME ADDRESS 1112 Howard Drive
Westbury NY 11590
City State Zip Code

HOME PHONE ______ WORK PHONE 646-235-2078

SIGNATURE ______

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MAURIELLO ALFRED PETER
Last Name First Name Middle Name

HOME ADDRESS 17 LEAF HAVEN COURT
MIDDLETOWN N.Y. 10941
City State Zip Code

HOME PHONE 845 673-5075 ~~WORK~~ CELL PHONE 914 850-1314 * BEST #

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Mayo Rebecca L.
Last Name First Name Middle Name

HOME ADDRESS 620 East 20th St. Apt 4D

New York, NewYork 10009
City State Zip Code

HOME PHONE 212-979-9417 WORK PHONE 646-610-5513

SIGNATURE Sgt R Mayo

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MAZUR JORDAN S
Last Name First Name Middle Name

HOME ADDRESS 4 PARK Avenue, #18G
New York NY 10016
City State Zip Code

HOME PHONE 917-608-3766 WORK PHONE 212-741-8241

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McCAffery, Michael Joseph
Last Name First Name Middle Name

HOME ADDRESS 1024 North Ontario Ave
Lindenhurst NY 11757
City State Zip Code

HOME PHONE 631-225-4084 WORK PHONE 718-868-3444

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME McCall Terrance R
Last Name First Name Middle Name

HOME ADDRESS 10-21 162 Street SD

Whitestone NY 11357
City State Zip Code

HOME PHONE 347-581-9880 WORK PHONE 718-636-6651

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McCANN JAMES M
Last Name First Name Middle Name

HOME ADDRESS 222 BELLPORT AVENUE

MEDFORD NY 11763
City State Zip Code

HOME PHONE (631) 924-8150 WORK PHONE (631) 626-9838

SIGNATURE Sgt. J McC

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MCCARTHAN RYAN JOSEPH

Last Name First Name Middle Name

HOME ADDRESS 127 LINCOLN DRIVE

OAKDALE NY 11769

City State Zip Code

HOME PHONE 631-885-4987 WORK PHONE 718-482-6712

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McCARTHY JOHN W
Last Name First Name Middle Name

HOME ADDRESS 364 38TH STREET

LINDENHURST N.Y. 11757
City State Zip Code

HOME PHONE 631-957-0903 WORK PHONE 718-712-7774

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MCCARTHY (Last Name) MICHAEL (First Name) WALTER (Middle Name)

HOME ADDRESS 28 VIOLET AVE

HICKSVILLE (City) N.Y. (State) 11801 (Zip Code)

HOME PHONE 516-935-5315 WORK PHONE 718-268-4799

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME McCarthy (Last Name) Sean (First Name) P (Middle Name)

HOME ADDRESS 929 Leeds Drive

North Bellmore (City), NY (State) 11710 (Zip Code)

HOME PHONE 516-785-4773 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McCarthy Thomas P.
Last Name First Name Middle Name

HOME ADDRESS 58 Teddy Ct.
Ronkonkoma NY 11779
City State Zip Code

HOME PHONE 631 406 6912 WORK PHONE 917 881 7992

SIGNATURE Thomas P. McCarthy

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME McCAUGHEY, BRIAN T
Last Name First Name Middle Name

HOME ADDRESS 39-60 52ND ST #2C
WOODSIDE, NY 11377
City State Zip Code

HOME PHONE (718) 507-8930 WORK PHONE (718) 636-6651

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McClinton Young Stephanie Alicia
Last Name First Name Middle Name

HOME ADDRESS 31 HARVARD street
Valley Stream NY 11580
City State Zip Code

HOME PHONE 516 6135399 WORK PHONE 646 6106130

SIGNATURE ____________________

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME McComiskey JAMES FRANCIS

Last Name First Name Middle Name

HOME ADDRESS 131 HEREFORD STREET

STATEN ISLAND NY 10308

City State Zip Code

HOME PHONE 718 966 0329 WORK PHONE 718 876 8492

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME McCORMACK KARYN MARGARET
Last Name First Name Middle Name

HOME ADDRESS 1435 WEAVER STREET

SCARSDALE N.Y 10583
City State Zip Code

HOME PHONE 914-481-4239 MOBILE ~~WORK~~ PHONE 917-577-1150

SIGNATURE Karyn McCormack

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME McCORMACK PETER DAVID
Last Name First Name Middle Name

HOME ADDRESS 1435 WEAVER STREET
SCARSDALE N.Y. 10583
City State Zip Code

HOME PHONE 914-481-4239 MOBILE ~~WORK~~ PHONE 646 761 0511

SIGNATURE Peter Mc Cormack

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McCoy Marcus Bilal

Last Name First Name Middle Name

HOME ADDRESS 33-25 110 St

Corona NY 11368

City State Zip Code

HOME PHONE 347-724-6641 WORK PHONE 646-610-8464

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME McDonagh John Patrick
Last Name First Name Middle Name

HOME ADDRESS 20 East Palisades Ave
Nanuet NY 10954
City State Zip Code

HOME PHONE 845-608-7360 WORK PHONE ____________

SIGNATURE Sgt. [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McDonald Charles Stephen
Last Name First Name Middle Name

HOME ADDRESS 23 Jenkins street
Islip NY 11751
City State Zip Code

HOME PHONE (631) 581-2102 WORK PHONE (718) 321-2254

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McDowell Terence Martin
Last Name First Name Middle Name

HOME ADDRESS 7101 Shore Rd Apt 2C
Brooklyn NY 11209
City State Zip Code

HOME PHONE 347 922 8171 WORK PHONE 347 922 8171

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McElligott (Last Name) Sean (First Name) Michael (Middle Name)

HOME ADDRESS 3 Nicole Place

Pearl River (City) NY (State) 10965 (Zip Code)

HOME PHONE 845-653-2737 WORK PHONE 212-860-6414

SIGNATURE Sean McElligott

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME McENEANEY Phillip Gregory
Last Name First Name Middle Name

HOME ADDRESS 64 Bedford Avenue

Rockaway Point NY 11697
City State Zip Code

HOME PHONE 917 992-7484 WORK PHONE 718 694-3740

SIGNATURE Phillip McEneaney

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MCENROE JOHN JAMES
Last Name First Name Middle Name

HOME ADDRESS 422 RAILROAD AVE
ST. JAMES NY 11780
City State Zip Code

HOME PHONE 631 592 9393 WORK PHONE 718 595 8910

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McEvoy / Andrew / Patrick
Last Name / First Name / Middle Name

HOME ADDRESS 18 Retz Road
Pearl River / NY / 10965
City / State / Zip Code

HOME PHONE 845-201-8012 WORK PHONE 212-477-9744

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McFARLANE MICHAEL ELIOT
Last Name First Name Middle Name

HOME ADDRESS 5 MARIE TERRACE

Goshen New York 10924
City State Zip Code

HOME PHONE 845-291-1925 WORK PHONE 845-615-1833

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME McGeough Una A
Last Name First Name Middle Name

HOME ADDRESS 404 E 55th St 13G

NY NY 10022
City State Zip Code

HOME PHONE 917-680-9871 WORK PHONE 347-386-6793

SIGNATURE Una A McGeough

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME McGibbon Christopher James
Last Name First Name Middle Name

HOME ADDRESS 375 Bay 8th Street
Brooklyn NY 11228
City State Zip Code

HOME PHONE 917 951 8449 WORK PHONE 718 439 4241

SIGNATURE Ch [signature]

## CONSENT TO SUE

### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McGill Michael Brian
Last Name First Name Middle Name

HOME ADDRESS 1248 73 st

Bklyn NY 11228
City State Zip Code

HOME PHONE 718-921-9002 WORK PHONE 718-258-4443

SIGNATURE Michael McGill

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME McGlynn, Eileen Marie
Last Name First Name Middle Name

HOME ADDRESS 9 Blossom Ave
Holtsville, NY 11742
City State Zip Code

HOME PHONE 631-289-3465 WORK PHONE 646-276-7630

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McGovern Christopher James
Last Name First Name Middle Name

HOME ADDRESS 20 Pine St.
Blue Point NY 11715
City State Zip Code

HOME PHONE 631-868-0848 WORK PHONE 631-365-1862

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME McGovern Peter Anthony
Last Name First Name Middle Name

HOME ADDRESS 23 Mobile Ave
SI NY 10306
City State Zip Code

HOME PHONE 718 351 6613 WORK PHONE 646 210 9130

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McGovern Thomas M
Last Name First Name Middle Name

HOME ADDRESS 2a midland Blvd
Lake Ronkonkoma NY 11779
City State Zip Code

HOME PHONE 631 615-6934 WORK PHONE 631-338-3763

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McGrath Christine G.

Last Name First Name Middle Name

HOME ADDRESS 6 Bolendor Ct.

N. Babylon NY 11703

City State Zip Code

HOME PHONE 631-661-1948 WORK PHONE 718-969-6599

SIGNATURE Christine G. McGrath

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME MCGRAW, REGINALD —
Last Name First Name Middle Name

HOME ADDRESS 562 DECATUR STREET.

BROOKLYN, N.Y. 11233
City State Zip Code

HOME PHONE (718) 455-3021 WORK PHONE (718) 797-1785

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME McGrory Sean Patrick.
Last Name First Name Middle Name

HOME ADDRESS 163-11 85th St

Howard Beach N.Y. 11414
City State Zip Code

HOME PHONE 718-843-8854 WORK PHONE 718-636-6445

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME McGuigan Vincent

Last Name First Name Middle Name

HOME ADDRESS 3919 Worthmor drive

Seaford NY 11783

City State Zip Code

HOME PHONE 516 557 2263 WORK PHONE 646 610 4770

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McGuire Patrick J
Last Name First Name Middle Name

HOME ADDRESS 34-19 201 Street

Bayside N.Y. 11361
City State Zip Code

HOME PHONE 718-224-4760 WORK PHONE 212-477-7430

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McGuire Steven
Last Name First Name Middle Name

HOME ADDRESS 161 Crystal Ave
SI NY 10302
City State Zip Code

HOME PHONE 646-210-9206 WORK PHONE 347-909-2157

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ~~Thomas~~ McHUGH Thomas Bernard

Last Name First Name Middle Name

HOME ADDRESS 126 Hampton Rd

No. Babylon, NY 11703

City State Zip Code

HOME PHONE 631-422-6158 WORK PHONE 212-741-8211

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McKenna Francis Xavier
Last Name First Name Middle Name

HOME ADDRESS 49 Buena Vista Terr

Central Valley NY 10917
City State Zip Code

HOME PHONE 845-827-5562 WORK PHONE 718-722-5807

SIGNATURE FX McKenna

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McKenna Joseph Michael
Last Name First Name Middle Name

HOME ADDRESS 34 Bronxville Lane

Bronxville NY 10708
City State Zip Code

HOME PHONE 914 497 7842 WORK PHONE 914 497 7842

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McKenna Scott Alen
Last Name First Name Middle Name

HOME ADDRESS 434 Lido Parkway

Lindenhurst NY 11757
City State Zip Code

HOME PHONE (631) 957-0259 WORK PHONE 718-784-5424

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McKenna Stephen Gerard
Last Name First Name Middle Name

HOME ADDRESS 63 Jefferson Street
Garden City N.Y. 11530
City State Zip Code

HOME PHONE 516-458-3816 WORK PHONE 212-239-2503

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McKENNEY CARLTON A
Last Name First Name Middle Name

HOME ADDRESS 83-29- 253rd STREET

BELLEROSE NY 11426
City State Zip Code

HOME PHONE 718 962-1298 WORK PHONE 212 2817524

SIGNATURE Carlton McKenney

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McKenzie Rohan Markland
Last Name First Name Middle Name

HOME ADDRESS 93 Capital Drive
Washingtonville N.Y. 10992
City State Zip Code

HOME PHONE (845) 497-2237 WORK PHONE (917) 364-4829

SIGNATURE Rohan McKenzie

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McKinney Nathan Aykeith
Last Name First Name Middle Name

HOME ADDRESS 534 Drumgoole Road West
Staten Island NY 10312
City State Zip Code

HOME PHONE (917) 589-8260 WORK PHONE (718) 805-3277

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME M CLaine Sean Patrick
Last Name First Name Middle Name

HOME ADDRESS 102 Floyd Rd

Shirley NY 11967
City State Zip Code

HOME PHONE (917) 405-3736 WORK PHONE ____________

SIGNATURE [signature]

(CONTINUE ON REVERSE)

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McLaughlin Kathleen Anne.
Last Name First Name Middle Name

HOME ADDRESS 172 Old Middletown Road
Pearl River, New York 10965
City State Zip Code

HOME PHONE (845) 735-1168 Cell Phone ~~WORK PHONE~~ 845-323-5938

SIGNATURE Kathleen McLaughlin

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME McLAUGHLIN THOMAS PAUL
Last Name First Name Middle Name

HOME ADDRESS 9 RIVERSIDE DRIVE

SUFFERN NY 10901
City State Zip Code

HOME PHONE 845-357-5251 WORK PHONE 646-610-5103

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McLAUGHLIN THOMAS OWEN
Last Name First Name Middle Name

HOME ADDRESS 48 DUNE CT.

NORTHPORT NY 11768
City State Zip Code

HOME PHONE (631) 757-6449 WORK PHONE (718) 378-8301

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MCLEAN DURAN C
Last Name First Name Middle Name

HOME ADDRESS 1579 E 52 St

BROOKLYN N.Y. 11234
City State Zip Code

HOME PHONE 347-623-5045 WORK PHONE 718 735 0515

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McLOONE KEVIN JOSEPH
Last Name First Name Middle Name

HOME ADDRESS 239 CROCUS AVE
FLORAL PARK NY 11001
City State Zip Code

HOME PHONE 516-352-4491 WORK PHONE 516 647 2408

SIGNATURE K McLoone

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McMANUS THOMAS PATRICK
Last Name First Name Middle Name

HOME ADDRESS 159 TENTH STREET

BethPAGE N.Y. 11714
City State Zip Code

HOME PHONE 516 931-7209 WORK PHONE (212) 741-8241

SIGNATURE Thomas McManus

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McMillan Carolynn
Last Name First Name Middle Name

HOME ADDRESS 104-17 204th St.
St. Albans N.Y. 11412
City State Zip Code

HOME PHONE 718 740-6610 WORK PHONE 718 730 8603 / 646-276-3559

SIGNATURE Carolynn McMillan

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME McNally Gregory J

Last Name First Name Middle Name

HOME ADDRESS 551 Bay Ridge Pkwy

Brooklyn NY 11209

City State Zip Code

HOME PHONE ______ WORK PHONE (212)678-1846

SIGNATURE ______

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McNAMARA THOMAS GERARD
Last Name First Name Middle Name

HOME ADDRESS 10 William Close
WARWICK NY 10990
City State Zip Code

HOME PHONE 917 753-9743 WORK PHONE 212 239-2500

SIGNATURE [signature]

# CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McNeil Daniel

Last Name First Name Middle Name

HOME ADDRESS 1541 68 ST 2D

Brooklyn NY 11219

City State Zip Code

HOME PHONE 917-757-0164 WORK PHONE 718-875-2369

SIGNATURE Daniel McNeil

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MCNEILL WILLIE A.
Last Name First Name Middle Name

HOME ADDRESS 105 Chapel Hill Drive
Brentwood NY 11717
City State Zip Code

HOME PHONE (631)273-6228 WORK PHONE (917)328-6993

SIGNATURE [signature]

# CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McNevin John
Last Name First Name Middle Name

HOME ADDRESS 1067 Oaks Drive

Franklin Square NY 11010
City State Zip Code

HOME PHONE (516) 519-8050 WORK PHONE (718) 784-5411

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME McQuillen Matthew

Last Name First Name Middle Name

HOME ADDRESS 450 Annadale Rd

Staten Island NY 10312

City State Zip Code

HOME PHONE 718-605-0988 WORK PHONE 646-610-6100

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McReynolds Reginald

Last Name First Name Middle Name

HOME ADDRESS 108 Creekside Circle

Springvalley N.Y. 10977

City State Zip Code

HOME PHONE 646-773-6005 WORK PHONE 718-330-3518

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME McRorie (Last Name) Jessica (First Name) Mae (Middle Name)

HOME ADDRESS 1035 Neill Ave

Bronx (City) NY (State) 10461 (Zip Code)

HOME PHONE 646 851 9499 WORK PHONE 646 610 6700

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McSweeney Thomas
Last Name First Name Middle Name

HOME ADDRESS 8 Bruce Lane South
Kings Park NY 11754
City State Zip Code

HOME PHONE 6312691517 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McWatters Thomas Owen
Last Name First Name Middle Name

HOME ADDRESS 21 Medford lane
EAST Northport NY 11731
City State Zip Code

HOME PHONE 631 368-0777 WORK PHONE 347-931-0271

SIGNATURE Thomas McWatters

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME MEDINA HIRAM ANTONIO
Last Name First Name Middle Name

HOME ADDRESS 126-KEATING PL.
STATEN ISLAND NY. 10314
City State Zip Code

HOME PHONE 718 982-0288 WORK PHONE 718-377-6510

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Medina Jaime
Last Name First Name Middle Name

HOME ADDRESS 30 Foreman Road
Cold Spring NY 10576
City State Zip Code

HOME PHONE 845-265-4043 WORK PHONE retired

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Mednick MARC E
Last Name First Name Middle Name

HOME ADDRESS 47 Brookside Loop
Staten Island NY 10309
City State Zip Code

HOME PHONE 718-227-8571 WORK PHONE ____________

SIGNATURE Marc Mednick

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Meegan Patrick Gerard
Last Name First Name Middle Name

HOME ADDRESS PO Box 2473

Monroe NY 10949
City State Zip Code

HOME PHONE 718-578-8123 WORK PHONE 212-477-9618

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MEEHAN THOMAS PATRICK
Last Name First Name Middle Name

HOME ADDRESS 200 WOODHILLS DRIVE #216

GOSHEN NY 10924
City State Zip Code

HOME PHONE 845-988-6712 WORK PHONE 212-741-8454

SIGNATURE Sgt Thomas P. Meehan

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MEEHAN WILLIAM JOHN
Last Name First Name Middle Name

HOME ADDRESS 7 MARLAN Court

SMITHTOWN NEW YORK 11787
City State Zip Code

HOME PHONE 631-366-0512 WORK PHONE (718) 963-5327

SIGNATURE William J Meehan

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Meeks James M
Last Name First Name Middle Name

HOME ADDRESS 350 Sleight Avenue
Staten Island NY 10307
City State Zip Code

HOME PHONE 718 966-6222 WORK PHONE 917-291-3694

SIGNATURE James M. Meeks

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Mei Anthony Joesph
Last Name First Name Middle Name

HOME ADDRESS 125 DARNELL LANE
SI NY 10309
City State Zip Code

HOME PHONE 718 227-6592 WORK PHONE 718 876-8500

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Meier Heidi
Last Name First Name Middle Name

HOME ADDRESS 303 Beach 146 St

Neponsit NY 11694
City State Zip Code

HOME PHONE 718-474-5747 WORK PHONE 718-760-7633

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Meisenholder Michael Paul
Last Name First Name Middle Name

HOME ADDRESS 132 Jerusalem Avenue

Massapequa Park NY 11762
City State Zip Code

HOME PHONE 516-541-0641 WORK PHONE 646-610-8902

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Melendez Angel M
Last Name First Name Middle Name

HOME ADDRESS 25 Shaina COURT
Staten ISLAND NY 10303
City State Zip Code

HOME PHONE 7188160610 WORK PHONE 7186675459

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MELENDEZ DAVID
Last Name First Name Middle Name

HOME ADDRESS 2995 MARION Ave. #6A
BX NY 10458
City State Zip Code

HOME PHONE (347)879-7171 WORK PHONE (212) 426-2788

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Melhado (Last Name) Daryl (First Name) ______ (Middle Name)

HOME ADDRESS 78 Woodland Drive

Carmel (City) NY (State) 10512 (Zip Code)

HOME PHONE 845 225-1395 WORK PHONE 917-484-2652

SIGNATURE D. Melhado

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MELIN EDWARD J
Last Name First Name Middle Name

HOME ADDRESS 64 SOUTH BAY AVE
Brightwaters NY 11718
City State Zip Code

HOME PHONE 631-262-9731 WORK PHONE 631-974-2535

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Melhus Jesse P

Last Name First Name Middle Name

HOME ADDRESS 227 74 st

BKLYN NY 11209

City State Zip Code

HOME PHONE 9177480167 WORK PHONE ______

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Memoli David Vincent

Last Name First Name Middle Name

HOME ADDRESS 793 Jewett Avenue Staten Island, N.Y. 10314

City State Zip Code

HOME PHONE (718)720-6456 WORK PHONE (718)876-8408

SIGNATURE David V. Memoli

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Mendez Jose Luis
Last Name First Name Middle Name

HOME ADDRESS 196 Ashland Place Apt# 4

Brooklyn NY 11217
City State Zip Code

HOME PHONE 718-650-0954 WORK PHONE 718-482-6770

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MENDEZ WILLIAM LUIS
Last Name First Name Middle Name

HOME ADDRESS 8 WILLETS LANE
SYOSSET NY 11791
City State Zip Code

HOME PHONE 516 334 0251 WORK PHONE ~~516~~ OU (718) 636-6441

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Mendiola Donny J.

Last Name First Name Middle Name

HOME ADDRESS 103 WOODBURY RD

HAUPPAUGE NY 11788

City State Zip Code

HOME PHONE 917-567-7845. WORK PHONE 917-567-7845

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Mendoza (Last Name) Sylvia (First Name) Yvette (Middle Name)

HOME ADDRESS 3 Nicole Place

Pearl River (City) NY (State) 10965 (Zip Code)

HOME PHONE (845)653-2758. WORK PHONE (718)293-0614.

SIGNATURE ____________________

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Menendez Jenny A.

Last Name First Name Middle Name

HOME ADDRESS 58 McGregor Lane

Crompond ny 10517

City State Zip Code

HOME PHONE (914) 528-3451 WORK PHONE (212) 422-5210

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME MENTORE, RON

Last Name First Name Middle Name

HOME ADDRESS 7914 ROCKAWAY BEACH BOULEVARD #1K

ROCKAWAY BEACH NY. 11693

City State Zip Code

HOME PHONE (718) 868-1207 WORK PHONE (718) 840-0245

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Meola Gerardo Remigio
Last Name First Name Middle Name

HOME ADDRESS 193 Mosely Avenue
Staten Island New York 10312
City State Zip Code

HOME PHONE 917-682-8488 WORK PHONE ____________

SIGNATURE Gerardo Meola

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Mercado Eduardo

Last Name First Name Middle Name

HOME ADDRESS 110 - West Castor Place

SI NY 10309

City State Zip Code

HOME PHONE (718) 554-4894 WORK PHONE (646) 296-2054

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME MERCADO HECTOR VINCENT
Last Name First Name Middle Name

HOME ADDRESS 143 WAIT STREET
WALDEN NY 12586
City State Zip Code

HOME PHONE (917) 340-5557 WORK PHONE (212) 966-5711

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Mercado Ivan

Last Name First Name Middle Name

HOME ADDRESS 856 Stratford Drive

East Meadow N.Y. 11554

City State Zip Code

HOME PHONE 516-385-4985 WORK PHONE 646-251-1507

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MERCADO JOSE L.

Last Name First Name Middle Name

HOME ADDRESS 1236 BIRCH ST.

UNIONDALE N.Y. 11553

City State Zip Code

HOME PHONE (516) 833-5350 WORK PHONE (347) 234-2777

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Mercedes Nehemias
Last Name First Name Middle Name

HOME ADDRESS 3119 Bailey Ave Apt, #4C

Bronx NY 10463
City State Zip Code

HOME PHONE (347) 326-7041 WORK PHONE (718) 293-8311

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Mercedes Richard

Last Name First Name Middle Name

HOME ADDRESS 2 Austin Court

Monroe NY 10950

City State Zip Code

HOME PHONE 845-238-3457 WORK PHONE 212-678-1846

SIGNATURE ____________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Merkoski Suzette
Last Name First Name Middle Name

HOME ADDRESS 336 Thieriot Ave

Bx N.Y. 10473
City State Zip Code

HOME PHONE 646 319-4378 WORK PHONE (718) 369-5411

SIGNATURE ____________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Merrick Vance D

Last Name First Name Middle Name

HOME ADDRESS 4403 Ave M

Brooklyn NY 11234

City State Zip Code

HOME PHONE 718 253 4774 WORK PHONE (718) 922-8001

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MeRRILL Michael James
Last Name First Name Middle Name

HOME ADDRESS 95 New Hampshire ave
Massapequa NY 11758
City State Zip Code

HOME PHONE 516 804 5747 WORK PHONE 212 477 7415

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MEYER KEVIN Patrick

Last Name First Name Middle Name

HOME ADDRESS 114 Abbott Street

North Massapequa NY 11758

City State Zip Code

HOME PHONE 917-331-0942 WORK PHONE 646-579-0330

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Meyer Raymond Thomas
Last Name First Name Middle Name

HOME ADDRESS 32 Cedar Court

Newburgh NY 12550
City State Zip Code

HOME PHONE (845) 742-8186 WORK PHONE (212) 694-7703

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Meyers Larry

Last Name First Name Middle Name

HOME ADDRESS 138 Church St Apt 4A

Kings Park NY 11754

City State Zip Code

HOME PHONE (631) 269-5614 WORK PHONE (718) 735-0515

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Michael (Last Name) Kerrissa (First Name) S (Middle Name)

HOME ADDRESS 225-08 135th Avenue

Laurelton (City) NY (State) 11413 (Zip Code)

HOME PHONE (718)949-0035 WORK PHONE (646)221-7194

SIGNATURE Kerrissa Michael

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Michel Jessica Elena

Last Name First Name Middle Name

HOME ADDRESS 17-32 166 St

Whitestone NY 11357

City State Zip Code

HOME PHONE 718-229-0332 WORK PHONE 718-279-5211

SIGNATURE [signature]

## CONSENT TO SUE

### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MIEDREICH JOHN P
Last Name First Name Middle Name

HOME ADDRESS 382 TULIP AVE
FLORAL PARK NY 11364
City State Zip Code

HOME PHONE — WORK PHONE 347-578-3385

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Mifsud Luisa
Last Name First Name Middle Name

HOME ADDRESS 75-24 Furmanville Ave
Middle Village N.Y 11379
City State Zip Code

HOME PHONE 718-784-1458 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MIGDOL RORY J
Last Name First Name Middle Name

HOME ADDRESS 154 SCRANTON Avenue
STATEN Island NY 10312
City State Zip Code

HOME PHONE (718) 227-5544 WORK PHONE (646) 479-5845

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MIKULUS PETER S
Last Name First Name Middle Name

HOME ADDRESS 19 CLARK STREET
PLAINVIEW NY 11803
City State Zip Code

HOME PHONE 516 935-4493 WORK PHONE 646-610-8591

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Miles (Last Name) Bonnie (First Name) Elizabeth (Middle Name)

HOME ADDRESS 116 Joan Court

Elmont (City) NY (State) 11003 (Zip Code)

HOME PHONE 516-302-8878 WORK PHONE 646-610-7815

SIGNATURE Bonnie Miles

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Mileski John E
Last Name First Name Middle Name

HOME ADDRESS 581 ~~Center~~ Briarwood Ave

West Islip NY 11795
City State Zip Code

HOME PHONE 631-539-2939 WORK PHONE 718-827-3621

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MILEVOJ DAVOR
Last Name First Name Middle Name

HOME ADDRESS 17 LAUREL ST

GARDEN CITY NY 11530
City State Zip Code

HOME PHONE 718 767 1505 WORK PHONE 917 416 1380

SIGNATURE ____________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Miller Chantay M
Last Name First Name Middle Name

HOME ADDRESS 26 Dogwood Drive
Bloomingburg NY 12721
City State Zip Code

HOME PHONE (347) 426-6635 WORK PHONE (212) 760-8321

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Miller Charresse
Last Name First Name Middle Name

HOME ADDRESS 479 Park Place- 4B
Brooklyn NY 11238
City State Zip Code

HOME PHONE 718 398-3259 WORK PHONE 718 834-3201

SIGNATURE Sgt Charresse Miller

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Miller (Last Name) Daniel (First Name) Mark (Middle Name)

HOME ADDRESS 420 Shore Road Apt. 2N

Long Beach (City) NY (State) 11561 (Zip Code)

HOME PHONE 516-270-2651 WORK PHONE 212-690-6341

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Miller David Matthew
Last Name First Name Middle Name

HOME ADDRESS 24 East Raleigh AVE

SI , NY 10310
City State Zip Code

HOME PHONE 718 815 5483 WORK PHONE 212 868 2585

SIGNATURE David Miller

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MILLER DESMOND PIERRE
Last Name First Name Middle Name

HOME ADDRESS 1019 VAN SICLEN AVE APT 4K
BKLYN NY 11207
City State Zip Code

HOME PHONE (718) 257-0238 WORK PHONE ____________

SIGNATURE ____________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Miller, Joseph L
Last Name First Name Middle Name

HOME ADDRESS 92-65 220th St
Queens Village NY 11428
City State Zip Code

HOME PHONE 718-614-4424 WORK PHONE ________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Miller Michael Robert
Last Name First Name Middle Name

HOME ADDRESS 276 ASPEN KNOLLS WAY
STATEN ISLAND NY 10312
City State Zip Code

HOME PHONE 718-966-4092 WORK PHONE 917-499-6444

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Miller Peter Brian
Last Name First Name Middle Name

HOME ADDRESS 779 Klondike Ave
Staten Island NY 10314
City State Zip Code

HOME PHONE (718) 761-5453 WORK PHONE (718) 706-1308

SIGNATURE Sgt Peter Miller

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Miller Richard Antonio
Last Name First Name Middle Name

HOME ADDRESS 48 Meadowbrook ct
Patterson NY 12563
City State Zip Code

HOME PHONE 845 319 6126 WORK PHONE 212-253-5662

SIGNATURE [signature]

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Miller (Last Name) Valerie (First Name) Maureen (Middle Name)

HOME ADDRESS 6080 West 204th St #3A

New York (City) NY (State) 10034 (Zip Code)

HOME PHONE 646.420.3897 WORK PHONE 212.741.8443

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Milligan Derrick E
Last Name First Name Middle Name

HOME ADDRESS 814 Demott Ave
Baldwin NY 11510
City State Zip Code

HOME PHONE 718-974-5971 WORK PHONE 646-463-9581

SIGNATURE [signature]

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Mills Peter
Last Name First Name Middle Name

HOME ADDRESS 107 Bogert Av
Pearl River NY 10965
City State Zip Code

HOME PHONE 845 920 8139 WORK PHONE 917 684 4589

SIGNATURE Peter Mills

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Milne Scott N
Last Name First Name Middle Name

HOME ADDRESS 354 Fairbanks Ave.
Staten Island, NY 10306
City State Zip Code

HOME PHONE 718-980-2480 WORK PHONE 718-834-3201

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MILONE RALPH J
Last Name First Name Middle Name

HOME ADDRESS 59 DEMOPOLIS AVE

STATEN Island NY 10308
City State Zip Code

HOME PHONE 718-605-6326 WORK PHONE 718-265-8870

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Milone William Kevin
Last Name First Name Middle Name

HOME ADDRESS 6 Pelican Road

Levittown NY 11756
City State Zip Code

HOME PHONE 1 (516)-735-0624 WORK PHONE (212) 477-8438

SIGNATURE Will K Mil

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME MILTENBERG JAMES F.
Last Name First Name Middle Name

HOME ADDRESS 10 TRI BROOK DRIVE
South SALEM N.Y. 10590
City State Zip Code

HOME PHONE ______ WORK PHONE ______

SIGNATURE James F. Miltenberg

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Mims, Wayne A
Last Name First Name Middle Name

HOME ADDRESS 999 E 108 Street Apt. 3C
Brooklyn NY 11236
City State Zip Code

HOME PHONE 347-432-0009 WORK PHONE 718-735-0635

SIGNATURE Sgt. Wayne Mims

STATING THAT THEY HAVE AGREED TO REPRESENT ME IN THIS ...

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MINARCZYK PETER Joseph
Last Name First Name Middle Name

HOME ADDRESS 9 Wells Place
Huntington Station NY 11746
City State Zip Code

HOME PHONE 516 456 7601 WORK PHONE 718 969 5276

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MINAYA TARA MARIE
Last Name First Name Middle Name

HOME ADDRESS 87 Surrey Commons
Lynbrook, NY 11563
City State Zip Code

HOME PHONE 917-226-9407 WORK PHONE ____________

SIGNATURE ____________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ~~Dennis~~ Mincisi Dennis J.

Last Name First Name Middle Name

HOME ADDRESS 1 Mine Road

Monroe NY 10950

City State Zip Code

HOME PHONE 845-782-2576 WORK PHONE 212-927-3272

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MINIERO EUGENE
Last Name First Name Middle Name

HOME ADDRESS 84 DAVID ST.
STATEN ISLAND N.Y. 10308
City State Zip Code

HOME PHONE 718-667-7995 WORK PHONE 347-684-4652

SIGNATURE E. M[illegible]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Miniero Lillian

Last Name First Name Middle Name

HOME ADDRESS 67-64 79th Street

Middle Village NY 11379

City State Zip Code

HOME PHONE 917.941.0837 WORK PHONE

SIGNATURE L. Miniero

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Minogue Michael T
Last Name First Name Middle Name

HOME ADDRESS 1638 11th Ave 2nd Floor
Brooklyn NY 11215
City State Zip Code

HOME PHONE 917-538-9554 WORK PHONE 718-963-5333

SIGNATURE Sgt [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Mirabal Robert A
Last Name First Name Middle Name

HOME ADDRESS 209 E. Erie Street

Blauvelt NY 10913
City State Zip Code

HOME PHONE 646 996-5796 WORK PHONE 646. 996-5796

SIGNATURE ____________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Miranda Ali T
Last Name First Name Middle Name

HOME ADDRESS 2045 East 53rd Place
Brooklyn N.Y 11234
City State Zip Code

HOME PHONE 347-731-0983 WORK PHONE 347-731-0983

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME MIRANDA DANIEL JOSEPH
Last Name First Name Middle Name

HOME ADDRESS 155 37TH STREET

LINDENHURST NY 11757
City State Zip Code

HOME PHONE 631-532-6917 WORK PHONE 212-374-2801

SIGNATURE Daniel J. Miranda

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Miranda Daniel —

Last Name First Name Middle Name

HOME ADDRESS 24 Sluga Drive

New Windsor NY 12553

City State Zip Code

HOME PHONE (845) 563-0689 WORK PHONE (845) 774-6902

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Mirkin Boris
Last Name First Name Middle Name

HOME ADDRESS 1677 E34 St

Brooklyn NY 11234
City State Zip Code

HOME PHONE 917-971-9319 WORK PHONE

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Mishiyev Roman
Last Name First Name Middle Name

HOME ADDRESS 15 Rockne St
Staten Island NY. 10314
City State Zip Code

HOME PHONE 7183170490 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MISIR NAVIN N
Last Name First Name Middle Name

HOME ADDRESS 89-80 SPRINGFIELD BLVD.

QUEENS VILLAGE NY 11427
City State Zip Code

HOME PHONE 646-662-3845 WORK PHONE ~~646-662-~~ 718-221-6600

SIGNATURE Navin Misir

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Mitchell (Last Name) Matthew (First Name) John (Middle Name)

HOME ADDRESS 1948 Ryder Street

Brooklyn (City) NY (State) 11234 (Zip Code)

HOME PHONE (718) 258-9635 WORK PHONE (718) 876-8478

SIGNATURE Sgt Matt Mitchell

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MITCHELL RODNEY LEON
Last Name First Name Middle Name

HOME ADDRESS 6 WEST FOREST AVE
ROOSEVELT N.Y. 11575
City State Zip Code

HOME PHONE (917) 846-1203 WORK PHONE ______

SIGNATURE R. Mitchell

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Mitchell Sean P
Last Name First Name Middle Name

HOME ADDRESS 47 Maple Dr

Lindenhurst NY 11757
City State Zip Code

HOME PHONE 631 226-2068 WORK PHONE 718 735 0635

SIGNATURE Sean Mitchell

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MITSKARIS LOUKAS

Last Name First Name Middle Name

HOME ADDRESS 3299 CAMBRIDGE AVE APT #5E

BRONX NY 10463

City State Zip Code

HOME PHONE 718-432-2923 WORK PHONE 718-590-8875

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME MOBERG AlFRED John
Last Name First Name Middle Name

HOME ADDRESS 253 Hecker Street

Staten Island New York 10307
City State Zip Code

HOME PHONE 718-948-5179 WORK PHONE 718-851-5500

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Moccia Michael Joseph
Last Name First Name Middle Name

HOME ADDRESS 10 Manchester Road Apt 2L
Eastchester NY 10701
City State Zip Code

HOME PHONE 914-793-1096 WORK PHONE 718-653-7000

SIGNATURE Michael J. Moccia

## CONSENT TO SUE

### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Mock Mario M.
Last Name First Name Middle Name

HOME ADDRESS 445 Abingdon ave.
S.I. N.Y. 10308
City State Zip Code

HOME PHONE 347-203-8700 WORK PHONE 347-250-1449

SIGNATURE Mario Mock

# CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME MODESTIL RICHARD
Last Name First Name Middle Name

HOME ADDRESS 7 DR REED BLVD
AMITYVILLE NY 11701
City State Zip Code

HOME PHONE 631-592-2826 WORK PHONE 2 718-287-3205

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Moldowsky Peter Alan
Last Name First Name Middle Name

HOME ADDRESS 37 State Place

Huntington NY 11743
City State Zip Code

HOME PHONE 631-365-3285 WORK PHONE 718-851-5541

SIGNATURE Sgt. Peter Moldowsky

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Mole NAtHAN D

Last Name First Name Middle Name

HOME ADDRESS 443 Louis ave

S. floral park N.Y 11001

City State Zip Code

HOME PHONE 917-747-3906 WORK PHONE 718-657-8186

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Molina JanetMarie
Last Name First Name Middle Name

HOME ADDRESS 35 Glen Lane
Levittown NY 11756
City State Zip Code

HOME PHONE 516-513-1476 WORK PHONE 347-886-2072

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MOLINA MARIA C
Last Name First Name Middle Name

HOME ADDRESS 362 KLONDIKE AVE
STATEN ISLAND, NY 10314
City State Zip Code

HOME PHONE 718.983.6284 WORK PHONE 212.258.2858

SIGNATURE Maria Molina

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MOLINARO LORENZO

Last Name First Name Middle Name

HOME ADDRESS 30 LUDLOW STREET

STATEN ISLAND NY 10312

City State Zip Code

HOME PHONE 718-854-8585 WORK PHONE 718-714-8403

SIGNATURE Lorenzo Molinaro

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MOLOKWU ANIWETA B.
Last Name First Name Middle Name

HOME ADDRESS 621 NOSTRAND AVENUE #4R
BROOKLYN, NEW YORK 11216
City State Zip Code

HOME PHONE (347) 495-5387 WORK PHONE (718) 240-4891

SIGNATURE Aniweta B. Molokwu

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MOMPLAISIR ROSE I
Last Name First Name Middle Name

HOME ADDRESS 287 Wallace St

Freeport NY 11520
City State Zip Code

HOME PHONE 917) 969-8177 WORK PHONE ____________

SIGNATURE ____________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Monahan Edward

Last Name First Name Middle Name

HOME ADDRESS 166 Parkwood St

Ronkonkoma N.Y. 11779

City State Zip Code

HOME PHONE 631 585-0440 WORK PHONE 718 217-3526

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Monahan Kenneth T
Last Name First Name Middle Name

HOME ADDRESS 81 Brook St.
West Sayville N.Y. 11796
City State Zip Code

HOME PHONE 631-750-5380 WORK PHONE 631-766-8990

SIGNATURE [signature]

# CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Moncada Guillermo Andres
Last Name First Name Middle Name

HOME ADDRESS 131 E. Melrose St
Valley Stream NY 11580
City State Zip Code

HOME PHONE (516) 596-7890 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MONDONE, PAUL
Last Name First Name Middle Name

HOME ADDRESS 68 McVEIGH AVE
STATEN ISLAND, NY 10314
City State Zip Code

HOME PHONE (917) 513-6232 WORK PHONE (212) 741-8241

SIGNATURE Paul Mondone

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Monkowski Matthew Allan

Last Name First Name Middle Name

HOME ADDRESS 495 N. Delaware Ave

Lindenhurst NY 11757

City State Zip Code

HOME PHONE (631) 884-5612 WORK PHONE (718) 636-6611

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MONTALBAN MERVIN
Last Name First Name Middle Name

HOME ADDRESS 1108 ELLSWORTH Avenue
BRONX NY 10465
City State Zip Code

HOME PHONE 347-524-3172 WORK PHONE ____________

SIGNATURE [signature]

# CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Montes Juan
Last Name First Name Middle Name

HOME ADDRESS 25 Evans Ave
Patchogue NY 11772
City State Zip Code

HOME PHONE 631-730-2829 WORK PHONE ______

SIGNATURE ______

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MONTESQUIEU ALEX
Last Name First Name Middle Name

HOME ADDRESS 45-24 42 ST #3A

SUNNYSIDE NY 11104
City State Zip Code

HOME PHONE 631-860-1056 WORK PHONE 718-776-9116

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Montgomery Felicia Dora

Last Name First Name Middle Name

HOME ADDRESS 151 West 195th

Bronx NY 10468

City State Zip Code

HOME PHONE 718-219-0579 WORK PHONE 212-580-6441

SIGNATURE Felicia Montgomery

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MONTUORI JOSEPH ROBERT
Last Name First Name Middle Name

HOME ADDRESS 2833 COVERED BRIDGE ROAD
MERRICK NY 11566
City State Zip Code

HOME PHONE 516 582 7209 WORK PHONE 718 217 3529

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MOORE (Last Name) MERRILL (First Name) ALISTER (Middle Name)

HOME ADDRESS 1266 E 93RD ST

BKLYN (City) N.Y. (State) 11236 (Zip Code)

HOME PHONE 917-650-1219 WORK PHONE 718-797-7185

SIGNATURE Merrill A. Moore

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MOORE, 3rd (Last Name) JAMES (First Name) Henry (Middle Name)

HOME ADDRESS 663 East 221st Street

Bronx (City) NY (State) 10467 (Zip Code)

HOME PHONE 718 994 3252 WORK PHONE 718 543 5708

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME: Mora (Last Name) Cesar (First Name) ____ (Middle Name)

HOME ADDRESS: 408 Adams Ave

SI (City) NY (State) 10306 (Zip Code)

HOME PHONE: 718-668-2951 WORK PHONE: 212-741-4847

SIGNATURE: [signature]

(CONTINUE ON REVERSE)

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MORALES DAVID Vincent

Last Name First Name Middle Name

HOME ADDRESS 23 HALFCircle DRIVE

Holbrook NY 11741

City State Zip Code

HOME PHONE 631 467 3618 WORK PHONE 718 377 1444

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MORALES, JOSE

Last Name First Name Middle Name

HOME ADDRESS 43 BUCKBERG MOUNTAIN ROAD

TOMKINS COVE NY 10986

City State Zip Code

HOME PHONE (845)429 - 0248 WORK PHONE (212)477-7415

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MORALES LOURDES M
Last Name First Name Middle Name

HOME ADDRESS 60 OLD OREGON ROAD

CORTLANDT MANOR, NY 10567
City State Zip Code

HOME PHONE 914 526 8503 WORK PHONE 646 610 5063

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME morales mario
Last Name First Name Middle Name

HOME ADDRESS 3200 netherland ave 5G

Bx ny 10463
City State Zip Code

HOME PHONE 6463027820 WORK PHONE

SIGNATURE Sgt Mario Morales

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Morales Rafael A
Last Name First Name Middle Name

HOME ADDRESS 235 Beach 100 Street
Rockaway Park NY 11694
City State Zip Code

HOME PHONE ~~718-699-0055~~ 917-992-3976 WORK PHONE 212-477-7415

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Morales Rosa Matilda
Last Name First Name Middle Name

HOME ADDRESS 75 Hempstead RD
Spring Valley NY 10977
City State Zip Code

HOME PHONE 917-592-4267 WORK PHONE 212-860-6534

SIGNATURE Rosa M Morales

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Morali, Solomon
Last Name First Name Middle Name

HOME ADDRESS 362 Clermont Ave
Brooklyn N.Y. 11238
City State Zip Code

HOME PHONE 718 857-0429 WORK PHONE 212 334-0616

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MORAN CHRISTOPHER

Last Name First Name Middle Name

HOME ADDRESS 27-21 203 STREET

BAYSIDE NY 11360

City State Zip Code

HOME PHONE (917) 902-3196 WORK PHONE

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Moran (Last Name) Juan (First Name) O (Middle Name)

HOME ADDRESS 28 Hazel Ave

Farmingdale (City) NY (State) 11735 (Zip Code)

HOME PHONE (516) 756-3673 WORK PHONE (212) 374-0722

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MORAN Michael E
Last Name First Name Middle Name

HOME ADDRESS 3750 Hudson MANOR TERRACE #4BE

BRONX NY 10463
City State Zip Code

HOME PHONE 646-463-4391 WORK PHONE 646-463-4391

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Moran Raymond Joseph
Last Name First Name Middle Name

HOME ADDRESS 34 Roderick RD ~~West Islip~~
West Islip NY 11795
City State Zip Code

HOME PHONE 631-365-6361 WORK PHONE ____________

SIGNATURE Raymond Moran

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MORANT NADIA N
Last Name First Name Middle Name

HOME ADDRESS PO BOX 847
BRONX NY 10462
City State Zip Code

HOME PHONE (347) 200-7901 WORK PHONE (347) 200-7901

SIGNATURE Nadia N. Morant

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MOREAU Donice A

Last Name First Name Middle Name

HOME ADDRESS 256 MANHATTAN AVE

W. BABYLON NY 11704

City State Zip Code

HOME PHONE 631 539-6598 WORK PHONE 718 922 5029

SIGNATURE [signature]

(CONTINUE ON REVERSE)

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MOREAU EDDY

Last Name First Name Middle Name

HOME ADDRESS 256 MANHATTAN AVE

W. BABYLON NY 11704

City State Zip Code

HOME PHONE 631 539-6598 WORK PHONE 718 735-0635

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Morel WENDY
Last Name First Name Middle Name

HOME ADDRESS 445 West 240th Street #2K
Bronx NY 10463
City State Zip Code

HOME PHONE 347-341-5585 WORK PHONE 718-330-8774

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Morell Edward
Last Name First Name Middle Name

HOME ADDRESS 15 Cheshire Pl.
East North Port NY 11731
City State Zip Code

HOME PHONE 631 651 8083 WORK PHONE 718 830-8600

SIGNATURE E. Morell

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MORENO JUAN C
Last Name First Name Middle Name

HOME ADDRESS 61 Oakland ave

LYNBROOK NY ~~115~~ 11563
City State Zip Code

HOME PHONE 347-307-1005 WORK PHONE 718-735-0635

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MORGAN DONALD JOSEPH
Last Name First Name Middle Name

HOME ADDRESS 3700 FILONA LANE
OCEANSIDE NY 11572
City State Zip Code

HOME PHONE 516 594-5084 WORK PHONE 718 738-1867

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Morris Scott E
Last Name First Name Middle Name

HOME ADDRESS 335 Columbine Ct

Yorktown NY 10598
City State Zip Code

HOME PHONE 914-305-4410 WORK PHONE 718 361 1030

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Morrison Jill Louise

Last Name First Name Middle Name

HOME ADDRESS 48 Mulberry Ave

S.I. NY 10314

City State Zip Code

HOME PHONE (718) 477-0464 WORK PHONE (917) 733-2563

SIGNATURE [signature]