**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME RODESCHIN PETER JOESPH
Last Name First Name Middle Name

HOME ADDRESS 1350 Union Blvd.

Bay Shore NY 11706
City State Zip Code

HOME PHONE 631-697-5801 WORK PHONE 631-921-6376

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Rodgers David —
Last Name First Name Middle Name

HOME ADDRESS 449 Atlantic St.

East Northport, NY 11731
City State Zip Code

HOME PHONE 631 368 0265 WORK PHONE 917 880-0461

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME RODIN RUSSELL A
Last Name First Name Middle Name

HOME ADDRESS 3746 Bayview AVE
BROOKLYN NY 11224
City State Zip Code

HOME PHONE 718-996-7214 WORK PHONE 718-361-1030

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Rodrigo (Last Name) Patrick (First Name) Rogers (Middle Name)

HOME ADDRESS 39 Washington Rd

Monroe (City) NY (State) 10950 (Zip Code)

HOME PHONE 845-238-3741 WORK PHONE 646-610-8181

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Rodriguez Agueda M.
Last Name First Name Middle Name

HOME ADDRESS 1360 Mace Avenue

Bronx, NY 10469
City State Zip Code

HOME PHONE (718) 944-4759 WORK PHONE (718) 748-8808

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Rodriguez Albert F
Last Name First Name Middle Name

HOME ADDRESS 3119 Bailey Ave Apt. 1C
BX NY 10463
City State Zip Code

HOME PHONE 646-713-6744 WORK PHONE 718-293-3039

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Rodriguez Alvin
Last Name First Name Middle Name

HOME ADDRESS 1085 Warburton Ave
Yonkers NY Apt 306 10701
City/ State Zip Code

HOME PHONE (917) 670-0622 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Rodriguez David Earl
Last Name First Name Middle Name

HOME ADDRESS 2133 Milburn Ave

Baldwin NY 11510
City State Zip Code

HOME PHONE 516 637 1536 WORK PHONE 212-694-3120

SIGNATURE [signature]

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME RODRIGUEZ, DENNIS
Last Name First Name Middle Name

HOME ADDRESS 15 SALZBURG RD
WASHINGTONVILLE, N.Y. 10992
City State Zip Code

HOME PHONE (845) 614-5598 WORK PHONE (212)

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME RODRIGUEZ ELI

Last Name First Name Middle Name

HOME ADDRESS 3 OVERHILL DRIVE

SMITHTOWN NY. 11787

City State Zip Code

HOME PHONE 631-406-7125 WORK PHONE 718-287-3205

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME RODRIGUEZ (Last Name) ERIC (First Name) ______ (Middle Name)

HOME ADDRESS 90-12 102nd

RICHMOND HILL (City) NY (State) 11418 (Zip Code)

HOME PHONE 347·280·5750 WORK PHONE 718·735·0611

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Rodriguez Fidel —
Last Name First Name Middle Name

HOME ADDRESS 3065 Sedgwick Ave

Bronx NY 10468
City State Zip Code

HOME PHONE 917-690-3503 WORK PHONE 718-330-4080

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Rodriguez Flavio

Last Name First Name Middle Name

HOME ADDRESS 515 W. 183st #4B

New York NY 10033

City State Zip Code

HOME PHONE 718-877-8879 WORK PHONE 212-678-1602

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Rodriguez, Guillermo Cesar
Last Name First Name Middle Name

HOME ADDRESS 63 Walnut Ave. East
Farmingdale, N.Y. 11735
City State Zip Code

HOME PHONE 631-236-9048 WORK PHONE 646-610-5076

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME RODRIGUEZ JULISSA
Last Name First Name Middle Name

HOME ADDRESS 51 FIELDSTONE DR. APT. 7S

HARTSDALE NY 10530
City State Zip Code

HOME PHONE 914-949-1010 WORK PHONE 718-885-2500

SIGNATURE Julissa Rodriguez

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Rodriguez Marcos A

Last Name First Name Middle Name

HOME ADDRESS 1725 Decatur st

Ridgewood NY 11385

City State Zip Code

HOME PHONE 6462096273 WORK PHONE 718 345 4900

SIGNATURE ______________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME RODRIGUEZ ROBERT A
Last Name First Name Middle Name

HOME ADDRESS 1849 PHELAN PLACE #2

BRONX NY 10453
City State Zip Code

HOME PHONE (718) 294 4201 WORK PHONE (212) 239-2503

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME RODRIGUEZ ROBERT
Last Name First Name Middle Name

HOME ADDRESS 10 Pleasant St
Florida NY 10921
City State Zip Code

HOME PHONE 845-508-6237 WORK PHONE 212 281-5303

SIGNATURE Robert Rodriguez

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Rodriquez Agustine

Last Name First Name Middle Name

HOME ADDRESS 72 South Terrace Place

Valley Stream NY 11580

City State Zip Code

HOME PHONE 516 770 0501 WORK PHONE 212-860-1842

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Rodriguez Jeffrey —
Last Name First Name Middle Name

HOME ADDRESS 70 Elson St
Staten Island, NY 10314
City State Zip Code

HOME PHONE (718) 982-9873 WORK PHONE (646) 610-7622

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Rodriguez Steven
Last Name First Name Middle Name

HOME ADDRESS 1360 - MACE Ave
Bx NY 10469
City State Zip Code

HOME PHONE 718 944 4759 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Roe Andrew Thomas
Last Name First Name Middle Name

HOME ADDRESS 151 Village Green Court
Warwick NY. 10990
City State Zip Code

HOME PHONE 845-239-9516 WORK PHONE 347-236-4132

SIGNATURE Andrew Roe

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ROGERS SEAN JACKSON
Last Name First Name Middle Name

HOME ADDRESS 1670 82nd ST.

Brooklyn NY 11214
City State Zip Code

HOME PHONE 718-564-0961 WORK PHONE ______

SIGNATURE ______

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ROGERS TIMOTHY SEAN
Last Name First Name Middle Name

HOME ADDRESS 83 MADISON STREET

HUNTINGTON NY 11743
City State Zip Code

HOME PHONE 631-374-7835 WORK PHONE 718-573-5022

SIGNATURE ______________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ROHAN KIERAN W
Last Name First Name Middle Name

HOME ADDRESS 252-10 83 AVE
BELLEROSE N.Y. 11426
City State Zip Code

HOME PHONE 718-831-1742 WORK PHONE 718-276-4112

SIGNATURE Sgt. [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Rohs Robert
Last Name First Name Middle Name

HOME ADDRESS 159-11 16 Ave

Whitestone NY 11357
City State Zip Code

HOME PHONE ~~718~~ (C) 347-732-4568 WORK PHONE

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Rojas Luis Felipe

Last Name First Name Middle Name

HOME ADDRESS 261 Balcom Ave

Bronx N.Y. 10465

City State Zip Code

HOME PHONE 347 293-8375 WORK PHONE 646-267-0772

SIGNATURE [signature]

## CONSENT TO SUE

### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ROJAS ZANDRO A
Last Name First Name Middle Name

HOME ADDRESS 58-02 79 Street.
Middle Village NY 11379.
City State Zip Code

HOME PHONE 646 894 0901. WORK PHONE 718 963 5300

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Rojecki John William
Last Name First Name Middle Name

HOME ADDRESS 532 Centre Ave

Lindenhurst NY 11757
City State Zip Code

HOME PHONE 631 884 0729 WORK PHONE 718 574 0441

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Rodon David

Last Name First Name Middle Name

HOME ADDRESS 83-05 98th st Apt 6-T

Woodhaven NY 11421

City State Zip Code

HOME PHONE 718-339-0216 WORK PHONE 718-706-1308

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Romain Patrick Paul

Last Name First Name Middle Name

HOME ADDRESS 17 Lyons Lane

Coram NY 11727

City State Zip Code

HOME PHONE 631 507 4594 WORK PHONE 718 482 6779

SIGNATURE ______________________

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Roman Eric Joseph
Last Name First Name Middle Name

HOME ADDRESS 60-20 70 st
Maspeth NY 11378
City State Zip Code

HOME PHONE (718) 458-9491 WORK PHONE (212) 570-4836

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Roman Waldo Jose
Last Name First Name Middle Name

HOME ADDRESS 108 Ellwood Street #32

New York NY 10040
City State Zip Code

HOME PHONE (212) 304-2671 WORK PHONE (347) 893-1379

SIGNATURE ____________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Romano Salvatore Anthony
Last Name First Name Middle Name

HOME ADDRESS 219 Gansevoort Blvd.
Staten Island, NY 10314
City State Zip Code

HOME PHONE (718)477-2633 WORK PHONE (646)610-7302

SIGNATURE Salvatore A. Romano

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Romalo Anastasia —
Last Name First Name Middle Name

HOME ADDRESS 210 Avenue A
Ronkonkoma N.Y. 11779
City State Zip Code

HOME PHONE (631) 615-6705 WORK PHONE

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ROPER KAMALA
Last Name First Name Middle Name

HOME ADDRESS 1790 TROY AVENUE

BROOKLYN NY 11234
City State Zip Code

HOME PHONE 718-941-0838 WORK PHONE 718-257-2008

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ROSA NOEL —

Last Name First Name Middle Name

HOME ADDRESS 251 Seaman Ave. Apt. 5E

New York NY 10034

City State Zip Code

HOME PHONE 914-403-7233 (cell) WORK PHONE 718-293-2221

SIGNATURE Noel Rosa

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Rosado Martha Milagros
Last Name First Name Middle Name

HOME ADDRESS 2054 Virgil Pl
Bronx NY 10473
City State Zip Code

HOME PHONE 718-409-3037 WORK PHONE 212-281-5990

SIGNATURE Martha M. Rosado

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ROSAL CARLOS ENRIQUE

Last Name First Name Middle Name

HOME ADDRESS 86-28 124TH STREET

RICHMOND HILL NY 11418

City State Zip Code

HOME PHONE (917)658-4546 WORK PHONE

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Roscanelli Vincent Mark
Last Name First Name Middle Name

HOME ADDRESS 8831 Ft. Hamilton Pkwy Apt 1G
Brooklyn N.Y. 11209
City State Zip Code

HOME PHONE 347-247-2827 WORK PHONE 718-832-5464

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Rosorio Andres A
Last Name First Name Middle Name

HOME ADDRESS 24-34 Beach Channel DR #1
QNS NY 11691
City State Zip Code

HOME PHONE 718-310-0145 WORK PHONE 212-690-8808

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ROSARIO ANGELO LOUIE
Last Name First Name Middle Name

HOME ADDRESS 445 NEPTUNE AVE APT. 7F
BROOKLYN NY 11224
City State Zip Code

HOME PHONE 347-933-3624 WORK PHONE 646-826-7201

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ROSARIO EVELIO Vincent
Last Name First Name Middle Name

HOME ADDRESS 122 CRYSTAL BROOK HOLLOW ROAD
PORT JEFFERSON STATION, NEW YORK 11776
City State Zip Code

HOME PHONE 631-828-5325 WORK PHONE 718-321-2357

SIGNATURE [signature]

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Rosario Moises
Last Name First Name Middle Name

HOME ADDRESS 3311 Giles Place Apt. #4E
Bronx NY 10463
City State Zip Code

HOME PHONE 917-939-6719 WORK PHONE 212 678-1325

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Rosario Nesquelma
Last Name First Name Middle Name

HOME ADDRESS 1888 Seward Ave #1
Bronx NY 10473
City State Zip Code

HOME PHONE (347) 591-2461 WORK PHONE (212) 452-0600

SIGNATURE Nesquelma Rosario

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ROSATO LAURA ELEANOR
Last Name First Name Middle Name

HOME ADDRESS 584 MIDDLE ROAD
BAYPORT NY 11705
City State Zip Code

HOME PHONE 631-868-3012 WORK PHONE (718) 276-1429

SIGNATURE Laura Rosato

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ROSCHER JAMES THOMAS

Last Name First Name Middle Name

HOME ADDRESS 98-01 67th Avenue - Apartment 7T

REGO PARK NY 11374

City State Zip Code

HOME PHONE 917-596-4423 WORK PHONE 646-610-5592

SIGNATURE James Thomas Roscher

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Rose Duane M
Last Name First Name Middle Name

HOME ADDRESS 20 Radburn Dr

Farmingville NY 11738
City State Zip Code

HOME PHONE 631-926-4871 WORK PHONE 718-422-4810

SIGNATURE Duane Rose

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Rose Kurtis Vaughn
Last Name First Name Middle Name

HOME ADDRESS 265 Cabrini Blvd. apt 1A

New York NY 10040
City State Zip Code

HOME PHONE 347-573-2697 WORK PHONE 718-292-6161

SIGNATURE ______

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Rosen Sasha H.
Last Name First Name Middle Name

HOME ADDRESS 151 Beach 96 Street #5C

Rockaway Beach NY 11693
City State Zip Code

HOME PHONE 917-363-4721 WORK PHONE 718 474 6555

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Rosenberg Chad L
Last Name First Name Middle Name

HOME ADDRESS 12 Farley Dr.

West Haverstraw NY 10993
City State Zip Code

HOME PHONE 845-729-5536 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Rosenberg Jeffrey Thomas

Last Name First Name Middle Name

HOME ADDRESS 100 Port Ave.

Ronkonkoma NY 11779

City State Zip Code

HOME PHONE 631 748-8327 WORK PHONE 646-805-6400

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Rosenthal Jeffrey Alan
Last Name First Name Middle Name

HOME ADDRESS 10 Guild Lane

Levittown N.Y. 11756
City State Zip Code

HOME PHONE (516)622-3844 WORK PHONE (516)343-2757

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Rosiak, Annalisa

Last Name First Name Middle Name

HOME ADDRESS 8 Berkley Rd

Mineola NY 11501

City State Zip Code

HOME PHONE (516) 225-0515 WORK PHONE (718) 574-1641

SIGNATURE Annalisa Rosiak

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Rossello Manuel A
Last Name First Name Middle Name

HOME ADDRESS 152 E New York Ave
Valley Stream NY 11580
City State Zip Code

HOME PHONE 9176813987 WORK PHONE ________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ~~Keith~~ Rossiter Keith Patrick
Last Name First Name Middle Name

HOME ADDRESS 560 Rathbun Ave

Staten Island NY 10312
City State Zip Code

HOME PHONE (718) 966-2363 WORK PHONE (718) 361-6044

SIGNATURE Keith Rossiter

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Rostkowski William

Last Name First Name Middle Name

HOME ADDRESS 149 Hilary ST

OAKDAle NY 11769

City State Zip Code

HOME PHONE 631 560-2934 WORK PHONE

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Rothman Adam Scott
Last Name First Name Middle Name

HOME ADDRESS 191 Clinton St SA
Brooklyn NY 11201
City State Zip Code

HOME PHONE 718 554 3830 WORK PHONE 646 610 5505

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Roughneen Kevin Francis
Last Name First Name Middle Name

HOME ADDRESS 81 King Avenue
Yonkers NY 10704
City State Zip Code

HOME PHONE (914) 803-1035 WORK PHONE (212) 860-6440

SIGNATURE Kevin Roughneen

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ROUSE, THOMAS JOSEPH
Last Name First Name Middle Name

HOME ADDRESS 70 LINCOLN AVE

ROCKVILLE CENTRE NY 11570
City State Zip Code

HOME PHONE (516) 652-1013 WORK PHONE (

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ROUZINOS, TEDDY —

Last Name First Name Middle Name

HOME ADDRESS 16 63 155 STREET

WHITESTONE, NY. 11357

City State Zip Code

HOME PHONE (646) 279-7185 WORK PHONE (212) 570-4824

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ROWE MARLOW OMAR

Last Name First Name Middle Name

HOME ADDRESS 179 EAST 54 ST. APT. 1R

BROOKLYN NY 11203

City State Zip Code

HOME PHONE 718 495-1273 WORK PHONE 718 636 6651

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Royall (Last Name) Kevin (First Name) Maurice (Middle Name)

HOME ADDRESS 59 East 117th Street Apt #3

New york (City) Ny (State) 10035 (Zip Code)

HOME PHONE 212) 369-0121 WORK PHONE 917) 684-9754

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME RUGGIERI JOHN
Last Name First Name Middle Name

HOME ADDRESS 30 Mandy Court
Staten Island N.Y. 10309
City State Zip Code

HOME PHONE 718-356-2420 WORK PHONE 718-986-1283

SIGNATURE John Ruggieri

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Ruggiero Nicole —
Last Name First Name Middle Name

HOME ADDRESS 127 Lincoln Drive
Oakdale NY 11769
City State Zip Code

HOME PHONE (631) 589-2634 ~~WORK~~ Cell PHONE (516) 967-6016

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Ruiz Alfredo
Last Name First Name Middle Name

HOME ADDRESS 265 East 66th Street APT-5F

NewYork NY 10065
City State Zip Code

HOME PHONE 347-525-3513 WORK PHONE 718-221-6600

SIGNATURE Alfredo R

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Ruiz, Eric
Last Name First Name Middle Name

HOME ADDRESS 2879 Dudley Avenue
Bronx NY 10461
City State Zip Code

HOME PHONE 646-400-4345 WORK PHONE 212-477-7407

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Ruiz Lina M

Last Name First Name Middle Name

HOME ADDRESS 23 Mellow ln

Westbury NY 11590

City State Zip Code

HOME PHONE 347-235-0364 WORK PHONE (718) 772-7891

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within ~~the las~~t three years.**

NAME Ruiz Ramiro

Last Name First Name Middle Name

HOME ADDRESS 23 Mellow ln

Westbury NY 11590

City State Zip Code

HOME PHONE 347-235-0364 WORK PHONE (718) 827-3551

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME RUIZ, RICHARD
Last Name First Name Middle Name

HOME ADDRESS 3 PERRY TRAIL
CARMEL, NY 10512
City State Zip Code

HOME PHONE 845-228-0644 WORK PHONE 718-220-5841

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Rummel Edward M
Last Name First Name Middle Name

HOME ADDRESS 132 Lafayette Street
Williston Park NY 11596
City State Zip Code

HOME PHONE 516 805 4989 WORK PHONE ______

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Russell Andrew Terrence
Last Name First Name Middle Name

HOME ADDRESS 94-20 222nd Street

Queens Village NY 11428
City State Zip Code

HOME PHONE (631) 356-5437 WORK PHONE (718) 574-1614

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Russell Kathleen M
Last Name First Name Middle Name

HOME ADDRESS 7 Heck Rd

Garnerville NY 10923
City State Zip Code

HOME PHONE (917) 685 2039 WORK PHONE ____________

SIGNATURE Kathleen Russell

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME RUSSO ANDREW THOMAS
Last Name First Name Middle Name

HOME ADDRESS 944 CARLTON Blvd

StatenISLAND NY 10312
City State Zip Code

HOME PHONE 917 560 4027 WORK PHONE 718 330 3518

SIGNATURE Andrew Russo

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Russo Gennaro
Last Name First Name Middle Name

HOME ADDRESS 618 Washington St. 3A
New York NY 10014
City State Zip Code

HOME PHONE (914) 588-9940 WORK PHONE same

SIGNATURE Gennaro Russo

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME RUSSO KENNETH MICHAEL
Last Name First Name Middle Name

HOME ADDRESS 95 WOHSEEPEE DR
BRIGHTWATERS NY 11718
City State Zip Code

HOME PHONE 631-666-3840 WORK PHONE ______

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME RUSSO Philip ANTHONY
Last Name First Name Middle Name

HOME ADDRESS 1737 66th STREET

BROOKLYN NY 11204
City State Zip Code

HOME PHONE 347-374-6324 WORK PHONE 718-972-7842

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Ruthizer, Tyler N.
Last Name First Name Middle Name

HOME ADDRESS 200 Central Park RD
Plainview, NY 11803
City State Zip Code

HOME PHONE 516-270-7950 WORK PHONE 718-533-2006

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Ruvinskiy Rostislav
Last Name First Name Middle Name

HOME ADDRESS 67 Waldron Ave
Staten Island NY 10301
City State Zip Code

HOME PHONE (347) 236 0053 WORK PHONE (347) 672 3710

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Ryabinin Andriy
Last Name First Name Middle Name

HOME ADDRESS 16 Ericsson Pl
New York NY 10038
City State Zip Code

HOME PHONE (212)6710530 WORK PHONE ____________

SIGNATURE ____________

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Ryan (Last Name) Brendan (First Name) (Middle Name)

HOME ADDRESS 90-08 32 Avenue Apt. 411

East Elmhurst (City) NY (State) 11369 (Zip Code)

HOME PHONE 718 606 2276 WORK PHONE 646 610-8817

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME RYAN (Last Name) EDWARD (First Name) JAMES (Middle Name)

HOME ADDRESS 89 Twombly AVE

Staten Island (City) NEW YORK (State) 10306 (Zip Code)

HOME PHONE 718-448-2296 WORK PHONE 646-584-9932

SIGNATURE Edward J Ryan

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Ryan Erin Patricia
Last Name First Name Middle Name

HOME ADDRESS 54 Mosely Avenue
Staten Island New York 10312
City State Zip Code

HOME PHONE (718) 227-8619 WORK PHONE 646-610-6806

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Ryan John Peter
Last Name First Name Middle Name

HOME ADDRESS 990 Rockland Avenue

S. I. NY 10314
City State Zip Code

HOME PHONE 718-983-5501 WORK PHONE 718-876-8484

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME RYAN JOHN Joseph
Last Name First Name Middle Name

HOME ADDRESS 3944 Eve Drive
SEAFORD N.Y. 11783
City State Zip Code

HOME PHONE (516) 221-7564 WORK PHONE (347) 865-3383

SIGNATURE John J. Ryan

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME RYAN PATRICK MARTIN
Last Name First Name Middle Name

HOME ADDRESS 77 Bronx River Road Apt 3G

YONKERS NY 10704
City State Zip Code

HOME PHONE 914 237 1601 WORK PHONE 718 822 5807

SIGNATURE Patrick Ryan

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Ryan Thomas P
Last Name First Name Middle Name

HOME ADDRESS 3799 Cape Pointe Circle
Jupiter Florida 33477
City State Zip Code

HOME PHONE ______________ cell ~~WORK~~ PHONE 516-982-4501

SIGNATURE Thomas Ryan

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME RZONCA JON-KRISTIAN —
Last Name First Name Middle Name

HOME ADDRESS 32 COLONIAL STREET

EAST NORTHPORT NY 11731
City State Zip Code

HOME PHONE (631) 493-2329 WORK PHONE (718) 533-2002

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME SABBIO THOMAS

Last Name First Name Middle Name

HOME ADDRESS 310 SHELDON AVE

STATEN ISLAND NY 10312

City State Zip Code

HOME PHONE 347-886-2873 WORK PHONE 718-876-8478

SIGNATURE ______

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Saccone Joseph Anthony
Last Name First Name Middle Name

HOME ADDRESS 184 Browns Road

Nesconset NY 11767
City State Zip Code

HOME PHONE 631 265 0908 WORK PHONE 646 696 2712

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME SANDERLIN, Robert M.
Last Name First Name Middle Name

HOME ADDRESS 338 EVANS AVE

OCEANSIDE NY 11572
City State Zip Code

HOME PHONE 516-761-1160 WORK PHONE 718-287-3205

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Sadlier Teresa Mary

Last Name First Name Middle Name

HOME ADDRESS 4 June Road

Chester, N.Y 10918

City State Zip Code

HOME PHONE (845) 469-0901 WORK PHONE (718) 220-5201

SIGNATURE Sgt Teresa M. Sadlier

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME SAGNELLI Michael J

Last Name First Name Middle Name

HOME ADDRESS 1772 PARK Drive

SEAFORD NY 11783

City State Zip Code

HOME PHONE 516-221-4644 WORK PHONE 212-477-7415

SIGNATURE [signature]

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Saint Robert Michelle N
Last Name First Name Middle Name

HOME ADDRESS 394 East 57th Street
Brooklyn NY 11203
City State Zip Code

HOME PHONE 718-451-0690 WORK PHONE 212-580-6441

SIGNATURE Michelle SaintRobert

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME SALATO ANTHONY M
Last Name First Name Middle Name

HOME ADDRESS 60 NEW ST.
LYNBROOK NY 11563
City State Zip Code

HOME PHONE 516-413-5959 WORK PHONE 718-321-0346

SIGNATURE [signature]

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Salisbury Janna Lee
Last Name First Name Middle Name

HOME ADDRESS 140 Devon Loop #12
Staten Isl. NY 10312
City State Zip Code

HOME PHONE (917) 801 - 8038 WORK PHONE (718) 875-6228

SIGNATURE Janna Salisbury

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME SALMON DAVID KEITH
Last Name First Name Middle Name

HOME ADDRESS 267 Beach 136 ST

Belle Harbor N.Y. 11694
City State Zip Code

HOME PHONE 718-634-5212 WORK PHONE 718-827-3551

SIGNATURE David K. Salmon

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME SAMBRISKI, MICHAEL D
Last Name First Name Middle Name

HOME ADDRESS 370 W. BROADWAY APT. 3A
LONG BEACH, NY 11561
City State Zip Code

HOME PHONE (516) 442-3846 WORK PHONE (516) 805-0848

SIGNATURE Michael D Sambriski

CONSENT TO SUE
REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME SAMINATH DHANAN J
Last Name First Name Middle Name

HOME ADDRESS 480 RATHBUN AVENUE

STATEN ISLAND N.Y 10312
City State Zip Code

HOME PHONE 718-356-5276 WORK PHONE 718-876-8500

SIGNATURE Dhanan J Saminath

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Sample Kevon Arthur
Last Name First Name Middle Name

HOME ADDRESS 548 Macon St

BKlyn NY 11233
City State Zip Code

HOME PHONE 347-413-6554 WORK PHONE 718-827-3551

SIGNATURE St [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME: SAMUEL (Last Name) ANTHONY (First Name) CURTIS (Middle Name)

HOME ADDRESS: 121 WALNUT ST

LYNBROOK (City) NY (State) 11563 (Zip Code)

HOME PHONE: 516-825-3013 WORK PHONE: 718-230-4418

SIGNATURE: [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME SAMUEL MATHEWS
Last Name First Name Middle Name

HOME ADDRESS 12 RELLA DRIVE

NEW CITY NY 10956
City State Zip Code

HOME PHONE 845-362-5398 WORK PHONE 212-966-5479

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME SÁNCHEZ ADRIAN ——
Last Name First Name Middle Name

HOME ADDRESS 15 NANCY DRIVE
NEW CITY NY 10956
City State Zip Code

HOME PHONE ________ WORK PHONE (718) 918-2024

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Sanchez Eloy Neftali
Last Name First Name Middle Name

HOME ADDRESS 2280 OLINVILLE AVE
Bronx NY 10467
City State Zip Code

HOME PHONE (212)281-5303 WORK PHONE ______

SIGNATURE ______

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME SANCHEZ FABIAN
Last Name First Name Middle Name

HOME ADDRESS 54 OVERTON ST

DEER PARK NY 11729
City State Zip Code

HOME PHONE 631 903 4948 WORK PHONE ____________

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Sanchez Lorraine A
Last Name First Name Middle Name

HOME ADDRESS 66-41 Saunders ST
Rego Park, NY 11374
City State Zip Code

HOME PHONE (347) 267-5531 WORK PHONE ~~(347) 630~~ (718) 574-0441

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Sanchez Tania

Last Name First Name Middle Name

HOME ADDRESS 63 Etna St.

Brooklyn NY 11208

City State Zip Code

HOME PHONE (347) 529-0450 WORK PHONE (718) 735-0635

SIGNATURE Tania [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME SANDERS LEONARD PAtrick
Last Name First Name Middle Name

HOME ADDRESS 604 MAPLE ST Apt #2
BKLYN N.Y. 11203
City State Zip Code

HOME PHONE (347) 435-3673 WORK PHONE (212) 374-2801

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME SANDERS RICHARD RALPH
Last Name First Name Middle Name

HOME ADDRESS 100 E. HARTSDALE AVE. APT. TEE
HARTSDALE NY 10530
City State Zip Code

HOME PHONE (914) 557-3666 WORK PHONE (212) 239-2220

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Sandhu (Last Name) Jaspreet (First Name) (Middle Name)

HOME ADDRESS 86-14 235th CT

Queens Village (City) N.Y (State) 11427 (Zip Code)

HOME PHONE ______ WORK PHONE 212-748-8808

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME SANDOVAL Eduard Valentin
Last Name First Name Middle Name

HOME ADDRESS 161 Sweezy Ave
Freeport NY 11520
City State Zip Code

HOME PHONE 347-479-4919 WORK PHONE 718-735-0515

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Sandseth Silvia

Last Name First Name Middle Name

HOME ADDRESS 90 8th Street

Staten Island NY 10306

City State Zip Code

HOME PHONE 917-288-4777 WORK PHONE 718-876-8437

SIGNATURE Silvia Sandseth

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Sannasardo Robert D
Last Name First Name Middle Name

HOME ADDRESS 767 Blackberry Lane
Yorktown Heights NY 10598
City State Zip Code

HOME PHONE 917-533-1502 WORK PHONE 212-281-5303

SIGNATURE Robert Sannasardo

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Sansone Philip F.
Last Name First Name Middle Name

HOME ADDRESS 218 Neal Dow Ave

SI NY 10314
City State Zip Code

HOME PHONE 718-981-5286 WORK PHONE 347-266-0543

SIGNATURE

## CONSENT TO SUE

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Santana, Alberto
Last Name First Name Middle Name

HOME ADDRESS 2800 Marion Ave
Bronx, NY 10458
City State Zip Code

HOME PHONE 718-365-2029 WORK PHONE 212-580-6441

SIGNATURE [signature]

(CONTINUE ON REVERSE)

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Santana Jay Robert

Last Name First Name Middle Name

HOME ADDRESS 170 Little East Neck Rd So

Babylon NY 11702

City State Zip Code

HOME PHONE 631-539-2445 WORK PHONE 718-257-6216

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Santiago Harry
Last Name First Name Middle Name

HOME ADDRESS 57 Elson St
Staten Island NY 10314
City State Zip Code

HOME PHONE 718 982 5346 WORK PHONE 718 851 4304

SIGNATURE Sgt. S [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Santiago (Last Name) Joseph (First Name) Michael (Middle Name)

HOME ADDRESS 7506 20 Ave APT 3B

Brooklyn (City) NY (State) 11214 (Zip Code)

HOME PHONE 3475227792 WORK PHONE 7188400382

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME SANTIAGO SAMMY
Last Name First Name Middle Name

HOME ADDRESS 29 Valley View Road
Otisville N.Y. 10963
City State Zip Code

HOME PHONE 845-412-5140 WORK PHONE Retired

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Santora Richard James
Last Name First Name Middle Name

HOME ADDRESS 376 Brookfield Ave

Staten Island NY 10308
City State Zip Code

HOME PHONE 917-681-4983 WORK PHONE 718-383-4427

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME SANTOS ERWIN RAMON
Last Name First Name Middle Name

HOME ADDRESS 9 WOOD POND ROAD
CORNWALL NY 12518
City State Zip Code

HOME PHONE (845) 863-5313 WORK PHONE ____________

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME SANTOS Fernando
Last Name First Name Middle Name

HOME ADDRESS 94 OLD Mill Road
Wallkill NY 12589
City State Zip Code

HOME PHONE 845-564-0752 WORK PHONE (212) 860-6414

SIGNATURE Fernando Santos

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME SANTOS, JAVIER
Last Name First Name Middle Name

HOME ADDRESS 14 WINDERMERE AVE

GREENWOOD LAKE, NY 10925
City State Zip Code

HOME PHONE 845-282-9696 WORK PHONE 718-543-7013

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Santos Valerie Anne

Last Name First Name Middle Name

HOME ADDRESS 76-03 69 Place

Glendale NY 11385

City State Zip Code

HOME PHONE 347-617-5378 WORK PHONE 718-636-6651

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME SANTOS YAJAIRA EULALIA
Last Name First Name Middle Name

HOME ADDRESS 9 HARRISON STREET
Lake Ronkonkoma New York 11779
City State Zip Code

HOME PHONE 917-499-3417 WORK PHONE 212-477-5744

SIGNATURE Yajaira E Santos

CONSENT TO SUE
REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Sarosy Brian C.
Last Name First Name Middle Name

HOME ADDRESS 2395 Willow St.
Wantagh NY 11793
City State Zip Code

HOME PHONE 516 781 0191 WORK PHONE 718 827 3551

SIGNATURE [signature]

(CONTINUE ON REVERSE)

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME SARRACINO GUADALUPE
Last Name First Name Middle Name

HOME ADDRESS 4 TOBI LANE
NEW CITY NY 10956
City State Zip Code

HOME PHONE 845 323-4321 CELL ~~WORK~~ PHONE 914 755-0657

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME SAVIANO, Joseph Michael
Last Name First Name Middle Name

HOME ADDRESS 4 POLK AVENUE

EAST Northport NY 11731
City State Zip Code

HOME PHONE 917-685-5929 WORK PHONE 718-279-5204

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Scala James W
Last Name First Name Middle Name

HOME ADDRESS 724 Bohemia PKWY
Sayville N.Y. 11782
City State Zip Code

HOME PHONE 63-563-0725 WORK PHONE 212-258-2869

SIGNATURE James W Scala

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME SCANLAN KEVIN

Last Name First Name Middle Name

HOME ADDRESS 26 AVERY RD

CARMEL NY 10512

City State Zip Code

HOME PHONE (845) 300-6987 WORK PHONE (718) 542-4771

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Scanlon John Joseph
Last Name First Name Middle Name

HOME ADDRESS 65 Lt. Cox Drive
Pearl River NY 10965
City State Zip Code

HOME PHONE 845-735-7309 WORK PHONE 845-494-9377

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Scaparro, Michael Thomas
Last Name First Name Middle Name

HOME ADDRESS 190 Shelter Lane
Levittown, NY 11756
City State Zip Code

HOME PHONE 516 967-6820 WORK PHONE 646 610 6464

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME SCARPANTONIO DONNA MARIE
Last Name First Name Middle Name

HOME ADDRESS 3996 RALPH ST. SOUTH

SEAFORD NY 11783
City State Zip Code

HOME PHONE (516) 781-0456 WORK PHONE (718)

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Scavelli Guy

Last Name First Name Middle Name

HOME ADDRESS 137-37 68 Drive APT # A

Kew Gardens N.Y 11367

City State Zip Code

HOME PHONE 516-852-4234 WORK PHONE 718-482-6633

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Schafer Kristen
Last Name First Name Middle Name

HOME ADDRESS 130 Bay Ridge Pkwy Apt 6E
Brooklyn NY 11209
City State Zip Code

HOME PHONE (718) 354 5878 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Schatz, John E.

Last Name First Name Middle Name

HOME ADDRESS 64-56 84th Street

Middle Village NY 11379

City State Zip Code

HOME PHONE (718) 628-9677 WORK PHONE (718) 996-3443

SIGNATURE [signature]

(CONTINUE ON REVERSE)

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME SCHENCK JONATHAN PETER

Last Name First Name Middle Name

HOME ADDRESS 15 EASTON STREET

STONY POINT N.Y. 10980

City State Zip Code

HOME PHONE 845-323-4386 ~~WORK~~ Cell PHONE 845-304-9618

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Schmidt, Matthew, Robert
Last Name First Name Middle Name

HOME ADDRESS 192 Arthur Avenue
Staten Island, NY 10305
City State Zip Code

HOME PHONE 718 448-6694 WORK PHONE 718 972-7713

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Timothy Schmidt J
Last Name First Name Middle Name

HOME ADDRESS 6 Lindberg Place
Williston Place NY 11591
City State Zip Code

HOME PHONE 516-414-7114 WORK PHONE 718-657-8854

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME SCHMIDT WILLIAM E
Last Name First Name Middle Name

HOME ADDRESS 12 FAULKNER AVE
NORTH BABYLON NY 11703
City State Zip Code

HOME PHONE (631) 586-1658 WORK PHONE (718) 230-4400

SIGNATURE

(CONTINUE ON REVERSE)

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Schmitt Matthew David

Last Name First Name Middle Name

HOME ADDRESS 43 Eskew Ct

Pine Bush N.Y. 12566

City State Zip Code

HOME PHONE (845) 609-7261 WORK PHONE (845)-800-0134

SIGNATURE ______________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME SCHNEIDER Adam Christopher
Last Name First Name Middle Name

HOME ADDRESS 255-07 87 Rd
FLORAL PARK N.Y 11001
City State Zip Code

HOME PHONE 718-6 343-3150 WORK PHONE 718-558-8814

SIGNATURE Adam Schneider

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Schneider Donald Michael
Last Name First Name Middle Name

HOME ADDRESS 31 Avenue B
Holbrook NY 11741
City State Zip Code

HOME PHONE 631 648 0326 WORK PHONE 718 217 3796

SIGNATURE Donald M. Schneider

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Schneider Mark Ross

Last Name First Name Middle Name

HOME ADDRESS 18 Cornelia Lane

Lake Grove NY 11755

City State Zip Code

HOME PHONE 631-737-3118 WORK PHONE ____________

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME SCHOLL CHRISTOPHER CHARLES
Last Name First Name Middle Name

HOME ADDRESS 68 GRAYSON STREET

STATEN ISLAND NY 10306
City State Zip Code

HOME PHONE 347-248-9093 WORK PHONE 646-510-5393

SIGNATURE Christopher Scholl

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Schreiber Robert

Last Name First Name Middle Name

HOME ADDRESS 52-45 Douglaston Parkway

Douglaston N.Y. 11362

City State Zip Code

HOME PHONE (917) 446-3227 WORK PHONE (718) 805-3278

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Schroeder John G
Last Name First Name Middle Name

HOME ADDRESS 69-31 66th Place
Glendale NY 11385
City State Zip Code

HOME PHONE (718)-418-8019 WORK PHONE (718)-969-8969

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME SCHRYNEMAKERS JOHN A.
Last Name First Name Middle Name

HOME ADDRESS 1575 TOMLINSON AVE
BRONX NEW YORK 10461
City State Zip Code

HOME PHONE (718)824-3916 WORK PHONE (646)522-0638

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Schudde Erika M
Last Name First Name Middle Name

HOME ADDRESS 10 Olde Wagon Rd.
Warwick NY 10990
City State Zip Code

HOME PHONE 917-685-5778 WORK PHONE 212-678-1325

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME SCHULZ PETER JOSEPH
Last Name First Name Middle Name

HOME ADDRESS 177 SOUTH MAIN STREET

PEARL RIVER NY 10965
City State Zip Code

HOME PHONE 845-920-1356 WORK PHONE 212-694-3066

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Schumacher Peter A
Last Name First Name Middle Name

HOME ADDRESS 29 Pimlico Drive

Commack NY 11725
City State Zip Code

HOME PHONE 631-864-1446 WORK PHONE 718-383-1834

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Schwager (Last Name) Mari (First Name) M (Middle Name)

HOME ADDRESS 2610 E 64th Street

Brooklyn (City) NY (State) 11234 (Zip Code)

HOME PHONE 917-297-1987 WORK PHONE 718-482-6861

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Schwartz Kevin Thomas
Last Name First Name Middle Name

HOME ADDRESS 2740 East 64th St
Brooklyn NY 11234
City State Zip Code

HOME PHONE 718 975 5174 WORK PHONE ____________

SIGNATURE ____________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Schwartz Martin Lee

Last Name First Name Middle Name

HOME ADDRESS 1721 Tenbroeck Ave

Bronx NY 10461

City State Zip Code

HOME PHONE 718 597 1426 ~~WORK~~ Cell PHONE 347-908 1682

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Schwille George Peter
Last Name First Name Middle Name

HOME ADDRESS 82-68 Langdale Street

New Hyde Park NY 11040
City State Zip Code

HOME PHONE 718 343-0297 WORK PHONE 718 318-4200

SIGNATURE [signature]

STATING THAT THEY HAVE AGREED TO REPRESENT ME IN THIS MATTER.

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Sciacca (Last Name) Daniel (First Name) Joseph (Middle Name)

HOME ADDRESS 526 Darlington Ave

Staten Island (City) NY (State) 10309 (Zip Code)

HOME PHONE (718) 356-6898 WORK PHONE (718) 667-2241

SIGNATURE [signature]

## CONSENT TO SUE

### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME SCIACCA, GASPAR ERICK
Last Name First Name Middle Name

HOME ADDRESS 66-22 70th STREET

MIDDLE VILLAGE NY 11379
City State Zip Code

HOME PHONE 718 326-8669 WORK PHONE 212-860-6414

SIGNATURE ____________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Sciarillo Jude
Last Name First Name Middle Name

HOME ADDRESS 109 East 29th St
NY NY 10016
City State Zip Code

HOME PHONE 646 599 1729 WORK PHONE

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Scifo (Last Name) John (First Name) J. (Middle Name)

HOME ADDRESS 271 SHERMAN STREET

Lynbrook (City) NY (State) 11563 (Zip Code)

HOME PHONE 917-699-7006 WORK PHONE 646-610-7307

SIGNATURE

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Sciove Salvatore

Last Name First Name Middle Name

HOME ADDRESS 38 Kathleen Crescent

Coram NY 11727

City State Zip Code

HOME PHONE 347-840-2676 WORK PHONE ________

SIGNATURE [signature]

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Scire Joseph William
Last Name First Name Middle Name

HOME ADDRESS 21955 74 Ave #2
Oakland Gardens NY 11364
City State Zip Code

HOME PHONE (718) 413-5417 WORK PHONE (718) 451-9600

SIGNATURE Joseph W Scire

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Scocca Paul Thomas
Last Name First Name Middle Name

HOME ADDRESS 11 Campo Ave
Selden N.Y. 11784.
City State Zip Code

HOME PHONE 631 8467652 WORK PHONE 646 210 9348

SIGNATURE [signature]

(CONTINUE ON REVERSE)

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Scogmanillo Carl
Last Name First Name Middle Name

HOME ADDRESS 310 Clark Blvd
Massapequa Park N.Y. 11762
City State Zip Code

HOME PHONE 516-313-9803 WORK PHONE 718-827-3551

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Scognamiglio George
Last Name First Name Middle Name

HOME ADDRESS 121 Hunter Ridge Road
Massapequa NY 11758
City State Zip Code

HOME PHONE 516 795-5607 WORK PHONE 718 558-5424

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Scott Christopher Duane.
Last Name First Name Middle Name

HOME ADDRESS 144 Carnegie avenue
Elmont NY 11003
City State Zip Code

HOME PHONE 516-448-11439 WORK PHONE 718 963-5300

SIGNATURE [signature]

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Scotto VINCENT
Last Name First Name Middle Name

HOME ADDRESS 41 EDGEWOOD DRIVE
CENTRAL VALLEY, NY 10917
City State Zip Code

HOME PHONE 917-602-5717 WORK PHONE ______

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME SEALY KELLEY DAWN
Last Name First Name Middle Name

HOME ADDRESS 300 McDONOUGH STREET
BROOKLYN NY 11233
City State Zip Code

HOME PHONE 718 493 4072 WORK PHONE 7188586038

SIGNATURE Kelley D Sealy

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Seda Lisa Janet
Last Name First Name Middle Name

HOME ADDRESS 600 McCall Avenue
West Islip, NY 11795
City State Zip Code

HOME PHONE 631-321-1049 WORK PHONE 646-610-6921

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Sedacca Angelo A.
Last Name First Name Middle Name

HOME ADDRESS 58-30 251st Street
Little Neck, NY 11362-2121
City State Zip Code

HOME PHONE 718-229-1122 WORK PHONE 347-493-8913/8920

SIGNATURE Angelo Sedacca

CONSENT TO SUE

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Seeley Andrew J
Last Name First Name Middle Name

HOME ADDRESS 23 Bayberry Drive
St. James NY 11780
City State Zip Code

HOME PHONE 631 584 2328 WORK PHONE 718 657 8186

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Seidenberg Adam David
Last Name First Name Middle Name

HOME ADDRESS 2727 Lee Place

Bellmore NY 11710
City State Zip Code

HOME PHONE 516 790-3592 WORK PHONE ____________

SIGNATURE Adam Seidenberg

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Seiling Michael John
Last Name First Name Middle Name

HOME ADDRESS 516 Maitland St.

East Meadow NY 11554
City State Zip Code

HOME PHONE (516) 222-0807 WORK PHONE 212-767-8424

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME: Semioli (Last Name) Carmine (First Name) ______ (Middle Name)

HOME ADDRESS: 141 Hastings Avenue

Croton-on-Hudson (City) NY (State) 10520 (Zip Code)

HOME PHONE: 347-243-6748 WORK PHONE: 212-678-1846

SIGNATURE: ______

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Sena Michael Ralph
Last Name First Name Middle Name

HOME ADDRESS 12 JAY COURT
Bohemia N.Y. 11716
City State Zip Code

HOME PHONE 631-589-1911 WORK PHONE 718-636-6445

SIGNATURE

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME SENA MICHAEL F
Last Name First Name Middle Name

HOME ADDRESS 734 CORRELL AVENUE
STATEN ISLAND NY 10309
City State Zip Code

HOME PHONE 718-840-2536 WORK PHONE 718-984-0726

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Senat Charles A
Last Name First Name Middle Name

HOME ADDRESS 4515 Ave H

Brooklyn NY 11234
City State Zip Code

HOME PHONE ______________ WORK PHONE 646-915-7177

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME SEPE MATTHEW C.
Last Name First Name Middle Name

HOME ADDRESS 16 COTTAGE AVE
BAY SHORE NY 11706
City State Zip Code

HOME PHONE 631 793-2218 WORK PHONE 718 845-2200

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME SEREDNIY RUSLAN
Last Name First Name Middle Name

HOME ADDRESS 102-21 63Rd RD Apt: A61

Forest Hills NY 11375
City State Zip Code

HOME PHONE 631 790 4036 WORK PHONE 718 963 5311

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME SERRANO CARLOS RENE
Last Name First Name Middle Name

HOME ADDRESS 95-27 80th STREET

OZONE PARK NY 11416
City State Zip Code

HOME PHONE (718)607-0204 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME SERRANO JOSEPH D.
Last Name First Name Middle Name

HOME ADDRESS 238 VILLAGE DRIVE
FLORIDA N.Y. 10921
City State Zip Code

HOME PHONE 845 544-1201 ~~WORK~~ Cell PHONE 347 882-2205

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Sesack William Thomas
Last Name First Name Middle Name

HOME ADDRESS 2900 Esser Road

Wantagh NY 11793
City State Zip Code

HOME PHONE 516 826-9350 WORK PHONE 631 682-8230

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Sestito, Anthony Joseph
Last Name First Name Middle Name

HOME ADDRESS 163 Crossfield Ave
Staten Island, NY 10312
City State Zip Code

HOME PHONE 718-227-2046 WORK PHONE 646-208-0643

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Sexton Marian
Last Name First Name Middle Name

HOME ADDRESS 22 Mountainview Rd.
Greenwood Lake, NY 10925
City State Zip Code

HOME PHONE 845-595-6589 WORK PHONE (212) 678-1851

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME SEYMOUR WENDEL NATHANIEL
Last Name First Name Middle Name

HOME ADDRESS 10215 AVENUE N

BROOKLYN NY 11236
City State Zip Code

HOME PHONE (347) 408-5250 WORK PHONE (718) 574-0441

SIGNATURE Wendel N. Seymour

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Shaughnessy William James
Last Name First Name Middle Name

HOME ADDRESS 2615 Harway Avenue
Brooklyn NY 11214
City State Zip Code

HOME PHONE 917-796-5838 WORK PHONE (718) 692-1220

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Shapiro Jack
Last Name First Name Middle Name

HOME ADDRESS 9 Parnam Knoll Rd

Miller Place NY 11764
City State Zip Code

HOME PHONE 631 331 6308 WORK PHONE N/A - (Ret.)

SIGNATURE [signature]

# CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME SHARMA RUTH

Last Name First Name Middle Name

HOME ADDRESS 2400 HUNTER AVE APT 15C

BRONX NY 10475

City State Zip Code

HOME PHONE (718) 379-2184 WORK PHONE (718) 918-2024

SIGNATURE Ruth Sharma

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME SHARPE ARZINA M
Last Name First Name Middle Name

HOME ADDRESS 28 PUTNAM ROAD
CORTLANDT MANOR , NY 10567
City State Zip Code

HOME PHONE 917-312-0412 WORK PHONE 212-927-3555

SIGNATURE Arzina M Sharpe

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Shea Cheryl C.
Last Name First Name Middle Name

HOME ADDRESS 61 E. 95 Street, #6

New York NY 10128
City State Zip Code

HOME PHONE (212) 203-1508 WORK PHONE (212) 860-6449

SIGNATURE Cheryl Shea

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME SHEA DAVID JOHN

Last Name First Name Middle Name

HOME ADDRESS 283 DECKER AVE

SI NY 10302

City State Zip Code

HOME PHONE 646 646 6663 WORK PHONE 718 834 3201

SIGNATURE SGT David J Shea

(CONTINUE ON REVERSE)

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Shea Patrick Joseph
Last Name First Name Middle Name

HOME ADDRESS 84-37 248 Street
Bellerose NY 11426
City State Zip Code

HOME PHONE 718-343-0179 WORK PHONE 718-353-5772

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Sheahan Richard Michael
Last Name First Name Middle Name

HOME ADDRESS 5 Aron Ct.

Bethpage NY 11714
City State Zip Code

HOME PHONE 516·938·0386 WORK PHONE 212·477·7411

SIGNATURE ______________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Sheahan Richard A

Last Name First Name Middle Name

HOME ADDRESS 360 Barlow Av ; Apt # 17A

Staten Island NY 10308

City State Zip Code

HOME PHONE 347-630-7095 WORK PHONE 718-697-8507

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Sheahan Thomas James
Last Name First Name Middle Name

HOME ADDRESS 17 Cypress Road

Suffern NY 10901
City State Zip Code

HOME PHONE 845 504 5769 WORK PHONE 212 477 7415

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME SHEEHAN KEVIN JOSEPH
Last Name First Name Middle Name

HOME ADDRESS 71 LOUISIANA ST
LONG BEACH NY 11561
City State Zip Code

HOME PHONE 516-509-5132 WORK PHONE 718 558 5400

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME SHEPPARD KENAN JAMES
Last Name First Name Middle Name

HOME ADDRESS 12 SPRING MEADOW WAY

NEWBURGH N.Y. 12550
City State Zip Code

HOME PHONE 845-562-1618 WORK PHONE 845-391-4768

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Sherman, Jennifer Louise
Last Name First Name Middle Name

HOME ADDRESS 36-30 213th Street Apt 1B
Bayside NY 11361
City State Zip Code

HOME PHONE 718 423 5301 WORK PHONE 646 610 7362

SIGNATURE Jen L. Sherman

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Shipu, Shazad A.
Last Name First Name Middle Name

HOME ADDRESS 62 Peterson St.
Brentwood, N.Y. 11717
City State Zip Code

HOME PHONE ______________ WORK PHONE (917)816-8430

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME SHROV DANIEL JOSEPH
Last Name First Name Middle Name

HOME ADDRESS 576 S. GREENE AVE
LINDENHURST NY 11757
City State Zip Code

HOME PHONE 631-226-2862 WORK PHONE 718-318-4207

SIGNATURE Sgt Daniel Shrov

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME SHUM EISON

Last Name First Name Middle Name

HOME ADDRESS 29-30 137TH ST., APT 2J

FLUSHING NY 11354

City State Zip Code

HOME PHONE (718) 359-7788 WORK PHONE (212) 966-5711

SIGNATURE Eison Shum