**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME JOHNSON DERRICK —
Last Name First Name Middle Name

HOME ADDRESS 67 COCOANUT ST
Central Islip New York 11722
City State Zip Code

HOME PHONE 917-577-8023 WORK PHONE 718-240-1730/32

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME JOHNSON WILLIAM J.

Last Name First Name Middle Name

HOME ADDRESS 210 EAST BROADWAY, APT. 6G

LONG BEACH, NY 11561

City State Zip Code

HOME PHONE 917·582·0879 WORK PHONE

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Johnston Scott Charles
Last Name First Name Middle Name

HOME ADDRESS 77 Rope Lane

Levittown NY 11756
City State Zip Code

HOME PHONE 516 796 5937 WORK PHONE 718-276-1479

SIGNATURE Scott Johnston

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Jones (Last Name) Carolyn (First Name) Y (Middle Name)

HOME ADDRESS 116-17 227 th ST

Cambria Heights (City) NY (State) 11411 (Zip Code)

HOME PHONE (718) 978-9170 WORK PHONE (212) 477-9222

SIGNATURE Carolyn Y. Jones

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME JONES MICHAEL
Last Name First Name Middle Name

HOME ADDRESS 984 HENHAWK RD
BAldwin N.Y. 11510
City State Zip Code

HOME PHONE (516) 623-6254 WORK PHONE (516) 860-9394

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Jones Michael

Last Name First Name Middle Name

HOME ADDRESS 243 Pond Rd

Bohemia NY 11716

City State Zip Code

HOME PHONE 631-219-1241 WORK PHONE 718 386-2289

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME JONES RICHARD J
Last Name First Name Middle Name

HOME ADDRESS 25 MARBLE STREET

STATEN ISLAND NY 10314
City State Zip Code

HOME PHONE 718-494-0523 WORK PHONE ____________

SIGNATURE ____________

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Jorge Radhimir D
Last Name First Name Middle Name

HOME ADDRESS 3246 Kingsbridge Ave Apt. 3D
Bronx NY 10463
City State Zip Code

HOME PHONE 212-544-9161 WORK PHONE 718-232-5022

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Joseph ROSALYN
Last Name First Name Middle Name

HOME ADDRESS 1528 DARLING STREET

BALDWIN NY 11510
City State Zip Code

HOME PHONE 516 623-1318 WORK PHONE 718-558-3962

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Josey Felicia Yvette
Last Name First Name Middle Name

HOME ADDRESS 86 Lindsay Drive
Palm Coast, Florida 32137
City State Zip Code

HOME PHONE (386)246-6221 WORK PHONE (917) 447-1008

SIGNATURE Felicia Y Josey

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME JOSHUA GELONO

Last Name First Name Middle Name

HOME ADDRESS 91 SHOREVIEW DRIVE #1

YONKERS NEW YORK 10710

City State Zip Code

HOME PHONE (914) 787-8639 WORK PHONE (718) 299-3933

SIGNATURE Gelono Joshua

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Junious Ernest L

Last Name First Name Middle Name

HOME ADDRESS 2855 University Ave #6A

Bronx NY 10468

City State Zip Code

HOME PHONE 917 679 3365 WORK PHONE 212 678-1389

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME KAISER (Last Name) MICHAEL (First Name) KONRAD (Middle Name)

HOME ADDRESS 421 SPROUT BROOK Rd

GARRISON (City) NY (State) 10524 (Zip Code)

HOME PHONE 845 736 4292 WORK PHONE 347 493 8410

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kelin David J
Last Name First Name Middle Name

HOME ADDRESS 31 Devon street

Malverne NY 11565
City State Zip Code

HOME PHONE 516 825-5009 WORK PHONE 718-730-8937

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KANTHARIA, AALOK

Last Name First Name Middle Name

HOME ADDRESS 416 MARYLAND Ave. Apt. #1D

STATEN ISLAND, NY 10305

City State Zip Code

HOME PHONE 646-302-4375 WORK PHONE ______

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kautter Douglas Lenard
Last Name First Name Middle Name

HOME ADDRESS 121 3rd Place #5

Brklyn NY 11231
City State Zip Code

HOME PHONE 347 228 1593 WORK PHONE 718 876 8478

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KAVANAGH GREGORY C. [illegible]
Last Name First Name Middle Name

HOME ADDRESS 88 OVERLOOK ROAD

WHITE PLAINS N.Y. 10605-2521
City State Zip Code

HOME PHONE (914) 681-0598 WORK PHONE (718) 293-8218

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KEARNEY, CRAIG J
Last Name First Name Middle Name

HOME ADDRESS 313 Gillette STREET
Dix Hills NY 11746
City State Zip Code

~~HOME~~ CELL PHONE 631 220 6901 ~~WORK~~ Home PHONE 631 242 3041

SIGNATURE Craig J Kearney

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KEENAN KEVIN FRANCIS
Last Name First Name Middle Name

HOME ADDRESS 146 HULL AVENUE
STATEN ISLAND NY 10306
City State Zip Code

HOME PHONE 347-861-0388 WORK PHONE 718-765-4100

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kelch Timothy Leander

Last Name First Name Middle Name

HOME ADDRESS 40 Gerard Ave E.

Malverne NY 11565

City State Zip Code

HOME PHONE 516-404-0341 WORK PHONE 718-330-3518

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kells Steven R
Last Name First Name Middle Name

HOME ADDRESS 226 FENDALE STREET

FRANKLIN SQUARE N.Y. 11010
City State Zip Code

HOME PHONE (516) 385-8680 WORK PHONE (718) 712-777

SIGNATURE Steven R Kells

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME KELSCH William Michael
Last Name First Name Middle Name

HOME ADDRESS 125 OSCEOLA AVE
DeeR PArK N.Y 11729
City State Zip Code

HOME PHONE 631 243 2213 WORK PHONE 212 253-7512

SIGNATURE William Kelsch

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Keneally Melissa
Last Name First Name Middle Name

HOME ADDRESS 101 Ryerson Rd
Warwick ny 10990
City State Zip Code

HOME PHONE 845 986 2247 WORK PHONE 914 419 9506

SIGNATURE Melissa Keneally

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kennis Christopher George
Last Name First Name Middle Name

HOME ADDRESS 101 Sunfish Lane

Monroe NY 10950
City State Zip Code

HOME PHONE 845-837-1057 WORK PHONE 347-493-8940

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KHALIL HAYTHAM M
Last Name First Name Middle Name

HOME ADDRESS 22389 CHEROKEE ROSE PL
LAND O LAKES FL 34639-3110
City State Zip Code

HOME PHONE (813) 995-0763 WORK PHONE ______

SIGNATURE H. Khalil

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KHANZADA OWAIS ZAFFARUDDIN
Last Name First Name Middle Name

HOME ADDRESS 840 PALISADE AVE, 1G
YONKERS NY 10703
City State Zip Code

HOME PHONE (347) 366-7666 WORK PHONE (718) 590-5511

SIGNATURE Owais Khanzada

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME KID Thomas J.
Last Name First Name Middle Name

HOME ADDRESS 2393 Maple Ave.
Cortlandt Manor NY 10567
City State Zip Code

HOME PHONE 914 737 3375 WORK PHONE 347-992-2233

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kielb David

Last Name First Name Middle Name

HOME ADDRESS 479 Leverett Ave

Staten Island NY 10308

City State Zip Code

HOME PHONE 718 554-4550 WORK PHONE 718 236-2212

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kim Charlie

Last Name First Name Middle Name

HOME ADDRESS 5 Metropolitan Oval Apt. 10F

Bronx NY 10462

City State Zip Code

HOME PHONE 718 354 5351 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KIM CHON H
Last Name First Name Middle Name

HOME ADDRESS 635 W 42 st Apt 34 H
NEW YORK NY 10036
City State Zip Code

HOME PHONE 347-992-5422 WORK PHONE 212-678-1353

SIGNATURE ____________

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME King MARY July
Last Name First Name Middle Name

HOME ADDRESS 151 Ridge ST, APT 1A
New York NY 10002
City State Zip Code

HOME PHONE 2123538970 WORK PHONE 347 4938905

SIGNATURE Mary J. King

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME King Robert Brian
Last Name First Name Middle Name

HOME ADDRESS 60 Westwood Ave
New Rochelle N.Y. 10801
City State Zip Code

HOME PHONE 914-235-8585 WORK PHONE 917-573-3646

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KINNEY STEPHEN DOUGLAS
Last Name First Name Middle Name

HOME ADDRESS 325 EDELWEISS ROAD

WEST ISLIP NY 11795
City State Zip Code

HOME PHONE 516 286 4133 WORK PHONE 718 474 6555(8)

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kipp Kwamee N
Last Name First Name Middle Name

HOME ADDRESS 113 VERONICA LANE

North Babylon NY 11703
City State Zip Code

HOME PHONE (631) 582-1672 WORK PHONE (718) 230-4400

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KIRRANE JOHN J
Last Name First Name Middle Name

HOME ADDRESS 3222 GIEBERICH PLACE
BX NY 10465
City State Zip Code

HOME PHONE 718-824-7627 WORK PHONE 917-669-1069

SIGNATURE Sgt J John Kirrane

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kissel Walter John

Last Name First Name Middle Name

HOME ADDRESS 44 Mildred Avenue

Staten Island NY 10314

City State Zip Code

HOME PHONE 718-698-6009 WORK PHONE 718-826-3211

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Klein James M

Last Name First Name Middle Name

HOME ADDRESS 141 Verbena Avenue

Floral Park NY 11001

City State Zip Code

HOME PHONE 516·327·5064 WORK PHONE —

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kletzkin Scott Isaac
Last Name First Name Middle Name

HOME ADDRESS 27 Preston Lane
Syosset NY 11791
City State Zip Code

HOME PHONE 347 865 8320 WORK PHONE 718-627-6641

SIGNATURE [signature]

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KLUBNICK JOSEPH PAUL
Last Name First Name Middle Name

HOME ADDRESS 656 HICKSVILLE ROAD

MASSAPEQUA NY 11758
City State Zip Code

HOME PHONE 516 220 1091 WORK PHONE 646 260 0739

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME KNORR DEREK J
Last Name First Name Middle Name

HOME ADDRESS 243 GERVIL ST

SI NY 10309
City State Zip Code

HOME PHONE 646-350-7845 WORK PHONE 718-697-8465

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Knox Brandi
Last Name First Name Middle Name

HOME ADDRESS 8825 Ransom St

Queens Village NY 11427
City State Zip Code

HOME PHONE 917-353-1119 WORK PHONE 718-220-5841

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KO HENRY H.
Last Name First Name Middle Name

HOME ADDRESS 147-16 CHERRY AVE

FLUSHING NY 11355
City State Zip Code

HOME PHONE 917-881-5515 WORK PHONE 718-626-7485

SIGNATURE SGT [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME KOCHOR RYAN J
Last Name First Name Middle Name

HOME ADDRESS 15 ROUTE 17

TUXEDO PARK NY
City State Zip Code

HOME PHONE (201) 410-8165 WORK PHONE

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Koenig Adiv

Last Name First Name Middle Name

HOME ADDRESS 243 Club

Woodmere NY 11598

City State Zip Code

HOME PHONE 516-603-8092 WORK PHONE 718 345 4900

SIGNATURE Sgt [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kolovic Ivan

Last Name First Name Middle Name

HOME ADDRESS 98 Spruce St #2A

Yonkers NY 10701

City State Zip Code

HOME PHONE 914-613-4176 WORK PHONE 914-804-0312(Cell)

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KONEFAL MICHAEL

Last Name First Name Middle Name

HOME ADDRESS 1 THE GLEN

NEW CITY NY 10956

City State Zip Code

HOME PHONE 845 708 5042 WORK PHONE 347 582 0228

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KONG KENNETH

Last Name First Name Middle Name

HOME ADDRESS 35-49 89th Street

Jackson Heights, NY 11372

City State Zip Code

HOME PHONE 718-577-8958 WORK PHONE 646-610-8939.

SIGNATURE [signature]

# CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KORABEL, JONATHAN, PAUL
Last Name First Name Middle Name

HOME ADDRESS 28 NORMANDY VILLAGE APT #3

NANUET, NY 10954
City State Zip Code

HOME PHONE (845) 590-2002 WORK PHONE (718) 299-3933

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kosak Rachael Marie
Last Name First Name Middle Name

HOME ADDRESS 86-19 77 Avenue
Glendale, NY 11385
City State Zip Code

HOME PHONE (516) 448-6776 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kotarski Joseph A
Last Name First Name Middle Name

HOME ADDRESS 934 N. 7th Street

New Hyde park NY 11040
City State Zip Code

HOME PHONE (516) 358-0854 WORK PHONE (718) 276-3070

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KOVACC BRIAN ROSS
Last Name First Name Middle Name

HOME ADDRESS 94 POPLAR ST

NANUET NY 10954
City State Zip Code

HOME PHONE 845-270-8248 WORK PHONE 718-402-2279

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Krauss Erik G.

Last Name First Name Middle Name

HOME ADDRESS 408 McCall Ave.

West Islip NY 11795

City State Zip Code

HOME PHONE 631-669-0192 WORK PHONE (718) 969-5100

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kreppel Robyn L.
Last Name First Name Middle Name

HOME ADDRESS 738 Revere Ave Apt-4
Bronx NY 10465
City State Zip Code

HOME PHONE 914 500 7477 WORK PHONE N/A

SIGNATURE Sgt. Robyn L. Kr

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KRETH ERNEST K.
Last Name First Name Middle Name

HOME ADDRESS 82 ABERDEEN ROAD

NEW HYDE PARK NY 11040
City State Zip Code

HOME PHONE (516) 775-2115 WORK PHONE (718) 276 3319

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Krull Jr VLADIMIR

Last Name First Name Middle Name

HOME ADDRESS 941 McLEAN AVE APT 1B9

YONKERS NY 10704

City State Zip Code

HOME PHONE ______________ WORK PHONE 917-698-5394

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KUNG (Last Name) STEVEN (First Name) — (Middle Name)

HOME ADDRESS 173 ARLYN DRIVE WEST

MASSAPEQUA (City) N.Y. (State) 11758 (Zip Code)

HOME PHONE 516-797-2104 WORK PHONE 718-276-4112

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KUNST DONALD GREGORY
Last Name First Name Middle Name

HOME ADDRESS 177 GIBBS POND RD

NESCONSET NY 11767
City State Zip Code

HOME PHONE 631-406-6236 WORK PHONE 631-498-8239

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Kurian Ben

Last Name First Name Middle Name

HOME ADDRESS 123-40 83rd Ave. Apt 2D

Queens NY 11415

City State Zip Code

HOME PHONE 917 885 2884 WORK PHONE 718 474 6555

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME KWOK SIMON
Last Name First Name Middle Name

HOME ADDRESS 19 TATTERSON STREET
ROSLYN NY 11576
City State Zip Code

HOME PHONE (347) 368-6386 WORK PHONE (718) 687 0817

SIGNATURE ____________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as NYPD sergeant for some time period after within the last three years.**

NAME Kyriannis Lukas E
Last Name First Name Middle Name

HOME ADDRESS 23-08 144 Street
Whitestone NY 11357
City State Zip Code

HOME PHONE (718)461-1574 WORK PHONE (347) 271 - 6499

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LABURDA GEORGE Albert
Last Name First Name Middle Name

HOME ADDRESS 32-45 69 ST APT 5L
Woodside NY 11377
City State Zip Code

HOME PHONE 718 813-7711 WORK PHONE 212 690 8842

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Lackos Steven N
Last Name First Name Middle Name

HOME ADDRESS 92 Winnecomac Circle

Kings Park New York 11754
City State Zip Code

HOME PHONE 631-292-2747 WORK PHONE

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Lagrasta Deborah Marie
Last Name First Name Middle Name

HOME ADDRESS 1353 Lakes Road
Monroe NY 10950
City State Zip Code

HOME PHONE 845-238-2167 WORK PHONE 845-820-5640

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Lambright Pamela Anita
Last Name First Name Middle Name

HOME ADDRESS 172-40 133rd Ave Apt 13F
Jamaica NY 11434
City State Zip Code

HOME PHONE (718) 977-1535 WORK PHONE (718) 268-5299

SIGNATURE Pamela [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME LAMITOLA JASON EDWARD
Last Name First Name Middle Name

HOME ADDRESS 12 APPOMATTOX CT
CORAM NY 11727
City State Zip Code

HOME PHONE 631-403-4139 WORK PHONE

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LAMonica Robert A

Last Name First Name Middle Name

HOME ADDRESS 41 River Heights Drive

Smithtown NY 11787

City State Zip Code

HOME PHONE 917 301 5448 WORK PHONE ____________

SIGNATURE ____________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Lanaro Michael Joseph
Last Name First Name Middle Name

HOME ADDRESS 30 Rayner St.

West Babylon NY 11704
City State Zip Code

HOME PHONE 631-669-0279 WORK PHONE 718-969-4029

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LANE John James

Last Name First Name Middle Name

HOME ADDRESS 1111 Mirabelle Ave

Westbury NY 11590

City State Zip Code

HOME PHONE 631 804 8175 WORK PHONE 718 482 6720

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME LANKAMER MIKOLAJ HENRYK
Last Name First Name Middle Name

HOME ADDRESS 221 BEACH 80th STREET, APT #2G
ROCKAWAY BEACH NY 11693
City State Zip Code

HOME PHONE 718-474-0891 WORK PHONE 646-479-3662

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LANZA JOSEPH J
Last Name First Name Middle Name

HOME ADDRESS 223 (N) 3rd ST
BETHPAGE NY 11714
City State Zip Code

HOME PHONE 516 850 1241 WORK PHONE 212 767 8400

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LAPORTA ANTHONY

Last Name First Name Middle Name

HOME ADDRESS 44 Center Drive

malba N.Y. 11357

City State Zip Code

HOME PHONE (718) 767-1327 WORK PHONE (646) 805-6409

SIGNATURE Anthony LaPorta

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LAPPIN ROBBERT B
Last Name First Name Middle Name

HOME ADDRESS 123 Park Side Drive
Suffern NY 10901
City State Zip Code

HOME PHONE (347) 907-0102 WORK PHONE (718) 794-2303

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME LARI RENATO M

Last Name First Name Middle Name

HOME ADDRESS 19 CHERNUCHA AVE

MERRICK NY 11566

City State Zip Code

HOME PHONE 516 223-6882 WORK PHONE 718 321-3758

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LaRosa Jeffrey Michael
Last Name First Name Middle Name

HOME ADDRESS 25 Teplitz Court
Montgomery NY 12549
City State Zip Code

HOME PHONE 718-644-2236 WORK PHONE 718 409 1654

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LARSON Robert P
Last Name First Name Middle Name

HOME ADDRESS 94 William Ave
Staten Island NY 10308
City State Zip Code

HOME PHONE (718) 605-3675 WORK PHONE (718) 627-5835

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LARSON THOMAS FRANCIS
Last Name First Name Middle Name

HOME ADDRESS 666 SHORE ROAD APT. 5H
LONG BEACH, N.Y. 11561
City State Zip Code

HOME PHONE 516-425-0907 WORK PHONE 718-626-6685

SIGNATURE Thomas F Lar

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LASKOWSKI RAFAEL A

Last Name First Name Middle Name

HOME ADDRESS 1030-26 FRANKLIN AVE

~~VALLE~~ VALLEY STREAM, NY 11580

City State Zip Code

HOME PHONE 516 837 8444 WORK PHONE 718 969-5100

SIGNATURE ________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Latimer Matthew Edward

Last Name First Name Middle Name

HOME ADDRESS 1337 Broadway APT C22

Hewlett NY 11557

City State Zip Code

HOME PHONE 516-812-7629 WORK PHONE 212-678-1618

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME LATORRE SALVATORE

Last Name First Name Middle Name

HOME ADDRESS 180 LEVERETT AVE

Staten Island NY 10308

City State Zip Code

HOME PHONE 718 536 8723 WORK PHONE 718 840 2632

SIGNATURE ______________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LATTUGA JOSEPH PATRICK
Last Name First Name Middle Name

HOME ADDRESS 77 MEDFORD ROAD
S. I. N. Y. 10304
City State Zip Code

HOME PHONE 718-351-4375 WORK PHONE 212-477-7493

SIGNATURE [signature]

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LAU EDDIE
Last Name First Name Middle Name

HOME ADDRESS 270 CLINTON RD
GARDEN CITY NY 11530
City State Zip Code

HOME PHONE 917-587-6608 WORK PHONE 718-302-2709

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Lau, Michael
Last Name First Name Middle Name

HOME ADDRESS 14-34 Waters Edge DR
Bayside NY 11360
City State Zip Code

HOME PHONE 918 8475393 WORK PHONE 718 4022279

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LAVINO ANTHONY
Last Name First Name Middle Name

HOME ADDRESS 13 SURREY RD

CHESTER NY 10918
City State Zip Code

HOME PHONE (845) 469-9589 WORK PHONE (718) 542-0888

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Lawrence Latisha A
Last Name First Name Middle Name

HOME ADDRESS 445 W. 240 Street Apt. 7D
Bronx NY 10463
City State Zip Code

HOME PHONE (646) 456-2247 WORK PHONE (347) 493-8920

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LEANDRY, VICTOR
Last Name First Name Middle Name

HOME ADDRESS 16-18 Old Broadway #1A
New York, N.Y. 10027
City State Zip Code

HOME PHONE 212-222-4246 WORK PHONE ____________

SIGNATURE Victor Leandry

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Lee Benjamin B
Last Name First Name Middle Name

HOME ADDRESS 10 Windermere Drive
Holbrook NY 11741
City State Zip Code

HOME PHONE 631-902-5010 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LEE Clifford

Last Name First Name Middle Name

HOME ADDRESS 1683 Bard Ln

East Meadow NY 11554

City State Zip Code

HOME PHONE 917-282-3945 WORK PHONE 718-520-9271

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Lee Jeanne Yu-Han

Last Name First Name Middle Name

HOME ADDRESS 1348 E. 7th St.

Brooklyn NY 11230

City State Zip Code

HOME PHONE 718-252-4034 WORK PHONE 718-257-6217

SIGNATURE Sgt Jeanne Y Lee

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LEE KENG YAN
Last Name First Name Middle Name

HOME ADDRESS 2229 Knapp Street Apt 1D
Brooklyn NY 11229
City State Zip Code

HOME PHONE 718-934-0175 WORK PHONE 917-776-7907

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LEE KEUN
Last Name First Name Middle Name

HOME ADDRESS One Bay club DR Apt 5T

Bayside NY 11360
City State Zip Code

HOME PHONE 347-604-0525 WORK PHONE 212-927-~~2653~~ 3397

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Lee, Leonard —
Last Name First Name Middle Name

HOME ADDRESS 7 Jackson Street
Highland Mills N.Y. 10930
City State Zip Code

HOME PHONE 845 827 5085 WORK PHONE 212 760 8301

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME LEE MELISSA Yu.
Last Name First Name Middle Name

HOME ADDRESS 1028 BRINSMADE AVE
BRONX NY 10465
City State Zip Code

HOME PHONE (718)8228059 WORK PHONE (212) 375 9363

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LEE STACY

Last Name First Name Middle Name

HOME ADDRESS 196 BAY 19TH STREET

BROOKLYN NY 11214

City State Zip Code

HOME PHONE 718 837-6926 WORK PHONE 212 334-0742

SIGNATURE Sgt. Lee

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LEE STEVEN
Last Name First Name Middle Name

HOME ADDRESS 53-28 OCEANIA ST.
OAKLAND GARDENS NY 11364
City State Zip Code

HOME PHONE 718 224 2092 WORK PHONE 917 662 0585

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Lee Vincent

Last Name First Name Middle Name

HOME ADDRESS 185 Park Row #5F

New York NY 10038

City State Zip Code

HOME PHONE 212-732-4686 WORK PHONE 212-477-7651

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LEIGHTON FINBARR TIMOTHY
Last Name First Name Middle Name

HOME ADDRESS 284 N. UTICA AVE
N. MASSAPEQUA NY 11758
City State Zip Code

HOME PHONE 516-996-0082 WORK PHONE 718-969-5276

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Leitenis Andrew
Last Name First Name Middle Name

HOME ADDRESS 217 Richard Ave
North Merrick NY 11566
City State Zip Code

HOME PHONE 516-316-4741 WORK PHONE 718-765-4375

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Leonard Thomas John
Last Name First Name Middle Name

HOME ADDRESS 33 SEQUOIA DRIVE

HAUPPAUGE NY 11788
City State Zip Code

HOME PHONE 631-486-8177 WORK PHONE 347-452-4215

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Lewis Carlos H
Last Name First Name Middle Name

HOME ADDRESS 1348 E100th Street
Brooklyn NY 11236
City State Zip Code

HOME PHONE (718)444-2480 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Lewis Lori
Last Name First Name Middle Name

HOME ADDRESS 11828 Wake bluff DR.
Raleigh N.C. 27614
City State Zip Code

HOME PHONE 919 848-8307 WORK PHONE 917 939-7410

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

**NAME** LI STEVEN MANFEI
Last Name First Name Middle Name

**HOME ADDRESS** 8746 26 AVE. #2FL.
BROOKLYN NY 11214
City State Zip Code

**HOME PHONE** ~~718-260-1636~~ 718-373-3488 **WORK PHONE** 917-660-1636

**SIGNATURE** [signature]

## CONSENT TO SUE

### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LIEBESOTT (Last Name) SCOTT (First Name) EDWARD (Middle Name)

HOME ADDRESS 57 PHILADELPHIA AVE

MASSAPEQUA PK (City) NY (State) 11762 (Zip Code)

HOME PHONE 516-798-0998 WORK PHONE 347-386-2272

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LIGUORI NICHOLAS DAVID
Last Name First Name Middle Name

HOME ADDRESS ~~224~~ 2274 OAK ST

MERRICK NY 11566
City State Zip Code

HOME PHONE (516) 868-1760 WORK PHONE ______

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Liso Thomas J.
Last Name First Name Middle Name

HOME ADDRESS 3182 LAYTON AVE.
BRONX NY 10465
City State Zip Code

HOME PHONE 646-302-1231 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LIUZZO THOMAS

Last Name First Name Middle Name

HOME ADDRESS 58-12 189th STREET

FRESH MEADOWS NY 11365

City State Zip Code

HOME PHONE 718-357-7634 WORK PHONE 212-741-4851

SIGNATURE ______________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LOCCISANO ROBERT SAVERIO
Last Name First Name Middle Name

HOME ADDRESS 73 Tompkins St
E. Northport NY 11731
City State Zip Code

HOME PHONE 631 261 9878 WORK PHONE 347 493 8920

SIGNATURE R-t Loccisano

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Lomar Jewel Alana
Last Name First Name Middle Name

HOME ADDRESS 17 OAK Hill Road
Middletown NY 10941
City State Zip Code

HOME PHONE 845 673-5754 WORK PHONE 212 694 7700

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Long Gerard F
Last Name First Name Middle Name

HOME ADDRESS 15 Pratt Street

Mt. Vernon NY 10550
City State Zip Code

HOME PHONE 914-668-4195 WORK PHONE 212-927-9441

SIGNATURE Gerard Long

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Long Gregory Michael
Last Name First Name Middle Name

HOME ADDRESS 240-24 144 Avenue

Rosedale NY 11422
City State Zip Code

HOME PHONE 347-804-6212 WORK PHONE 718-636-6511

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LOONEY, MICHAEL D

Last Name First Name Middle Name

HOME ADDRESS 84 S QUAKER HILL RD

PATTERSON, NY 12563

City State Zip Code

HOME PHONE (914) 621-1895 WORK PHONE (212) 767-8400

SIGNATURE Michael D. Looney

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Lopez Andrew David

Last Name First Name Middle Name

HOME ADDRESS 341 W. 24th APT # 12J

N.Y N.Y. 10011

City State Zip Code

HOME PHONE (646) 235-2304 WORK PHONE (646) 235-2304

SIGNATURE Sgt Andrew Lopez

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Lopez Francisco Ulises
Last Name First Name Middle Name

HOME ADDRESS 514 West 213th street
New York , NY 10034
City State Zip Code

HOME PHONE 646 3098117 WORK PHONE 212 6781611

SIGNATURE Francisco Lopez

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LOPEZ FREDDY F

Last Name First Name Middle Name

HOME ADDRESS 154 LAKESIDE Drive

OAKDALE NY 11769

City State Zip Code

HOME PHONE 6312442830 WORK PHONE 5166614256

SIGNATURE ____________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Lopez Larry
Last Name First Name Middle Name

HOME ADDRESS 365 West 25 st #15J

NY NY 10001
City State Zip Code

HOME PHONE 917-837-9930 WORK PHONE

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Lopez, Maria Mercedes
Last Name First Name Middle Name

HOME ADDRESS 2939 Milton Pl
Bronx NY 10465
City State Zip Code

HOME PHONE 718-792-2534 WORK PHONE 718-367-5411

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Lopez-Maceda Iran G
Last Name First Name Middle Name

HOME ADDRESS 51 Poplar Dr

Monroe NY 10950
City State Zip Code

HOME PHONE (845)238-3059 WORK PHONE (718) 678-1611

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Lovell Wayne Leocardio

Last Name First Name Middle Name

HOME ADDRESS PO Box 30

Coram NY 11727

City State Zip Code

HOME PHONE 631 696-0388 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LOZA FERNANDO Enrique
Last Name First Name Middle Name

HOME ADDRESS 17 FAWN RIDGE DRIVE

CORTLANDT MANOR NEW YORK 10567
City State Zip Code

HOME PHONE (646) 320 8552 WORK PHONE (646) 320-8552

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Lubrano Erik Jon
Last Name First Name Middle Name

HOME ADDRESS 72-03 Caldwell Ave.
Maspeth NY 11378
City State Zip Code

HOME PHONE 718·894·0007 WORK PHONE 917·604·8740

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Lucas Anthony John
Last Name First Name Middle Name

HOME ADDRESS 2919 Randall Ave

Bx NY 10465
City State Zip Code

HOME PHONE 914 469 5453 WORK PHONE

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LUCAS PATRICIA Ann
Last Name First Name Middle Name

HOME ADDRESS 2078 Cropsey Ave Apt 6G
BKlyn NY 11214
City State Zip Code

HOME PHONE (347) 702-6461 WORK PHONE (212) 452-0604

SIGNATURE Sgt Patricia Ann Lucas

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Lunny Daniel Patrick
Last Name First Name Middle Name

HOME ADDRESS 302 marine avenue apt. B6
Brooklyn NY. 11209
City State Zip Code

HOME PHONE 7188015609 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME LYNCH CHRISTOPHER JOSEPH
Last Name First Name Middle Name

HOME ADDRESS 24 BENNINGTON DR

TAPPAN NY 10983
City State Zip Code

HOME PHONE 845-398-0522 WORK PHONE N/A

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME MacNear STanely A
Last Name First Name Middle Name

HOME ADDRESS 9 Apollo Lane

Hicks ville NY. 11801
City State Zip Code

HOME PHONE 516-822-0508 WORK PHONE 845-729-7294

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Magliente (Last Name) Timothy (First Name) V (Middle Name)

HOME ADDRESS 16 Elmira Ave

Staten Island (City) NY (State) 10314 (Zip Code)

HOME PHONE (718)448-7528 WORK PHONE

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MAGUIRE, JOHN T
Last Name First Name Middle Name

HOME ADDRESS 9 LAKEVIEW DRIVE

KATONAH, NY 10536
City State Zip Code

HOME PHONE 347-234-8559 WORK PHONE 718-293-3443

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MAHON ROBERT A.
Last Name First Name Middle Name

HOME ADDRESS 43 STOOTHOFF ROAD.

EAST NORTHPORT NY 11731
City State Zip Code

HOME PHONE 631-266-1235 WORK PHONE 212-760-8351

SIGNATURE Robert A. Mahon

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Mahoney James Anthony
Last Name First Name Middle Name

HOME ADDRESS 317 Darlington Ave

Staten Island NY 10312
City State Zip Code

HOME PHONE (718) 594-7999 WORK PHONE (718) 965-6317

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MAIBRUCH HOWARD L

Last Name First Name Middle Name

HOME ADDRESS 25 OBAN STREET

STATEN ISLAND NY 10312

City State Zip Code

HOME PHONE 718-984-3935 WORK PHONE N/A

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Maisonave Alexis
Last Name First Name Middle Name

HOME ADDRESS 43 Cornwall Lane

Middletown N.Y. 10940
City State Zip Code

HOME PHONE 845-467-4674 WORK PHONE 212-860-6844

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Maki Christopher David
Last Name First Name Middle Name

HOME ADDRESS 26 Retz Rd

Pearl River NY 10965
City State Zip Code

HOME PHONE 7183540109 WORK PHONE 7184096342

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Malave Magali
Last Name First Name Middle Name

HOME ADDRESS 78 68 80 St
Glendale NY 11385
City State Zip Code

HOME PHONE ____________ WORK PHONE 347-944-4704

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Maldonado, Kimberly Marie
Last Name First Name Middle Name

HOME ADDRESS 183 15th St.

W. Babylon, NY 11704
City State Zip Code

HOME PHONE 631-278-3744 WORK PHONE 718-276-2118

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Mallick Daniel Lee
Last Name First Name Middle Name

HOME ADDRESS 49 High St,
Staten Island, NY 10305
City State Zip Code

HOME PHONE 718-448-6547 WORK PHONE 718-257-6211

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Maloney Kevin Joseph
Last Name First Name Middle Name

HOME ADDRESS 61 Ravenwood Drive

Kings Park NY 11754
City State Zip Code

HOME PHONE 631-724-1121 WORK PHONE 718-626-6685

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Manalastas Ramon

Last Name First Name Middle Name

HOME ADDRESS 10 Kenny St.

Hauppauge NY 11788

City State Zip Code

HOME PHONE (631) 265-2468 WORK PHONE (718) 217-3523

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MANARA MARC
Last Name First Name Middle Name

HOME ADDRESS 12 Maple Ave
Florida NY 10921
City State Zip Code

HOME PHONE 9173279661 WORK PHONE 2126947740

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MANCINI MAIRA ——

Last Name First Name Middle Name

HOME ADDRESS 31 WINSTON ST.

S.I. N.Y. 10312

City State Zip Code

HOME PHONE (718) 967-5901 WORK PHONE (347) 322-9471

SIGNATURE Maira [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MANCINI STEVEN J

Last Name First Name Middle Name

HOME ADDRESS 197 Columbus Avenue

WEST HARRISON NY 10604

City State Zip Code

HOME PHONE 914-997-2548 WORK PHONE 646-610-8711

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Manders, Christopher, Michael
Last Name First Name Middle Name

HOME ADDRESS 56 Florence Ave
Massapequa, NY 11758
City State Zip Code

HOME PHONE 516-238-8809 WORK PHONE 516-238-8809

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Manfredi Joseph M
Last Name First Name Middle Name

HOME ADDRESS 75-20 Bell Blvd 4D

Bayside NY 11364
City State Zip Code

HOME PHONE 516-220-5001 WORK PHONE 718 321-2289

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Mangan Wayne T
Last Name First Name Middle Name

HOME ADDRESS 79 North St

Huntington Station NY 11746
City State Zip Code

HOME PHONE 632 742-2740 WORK PHONE ~~631~~ 646-610-6020

SIGNATURE Wayne T Mangan

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MANISCALCO SALVATORE
Last Name First Name Middle Name

HOME ADDRESS 41 Cheryl Road
N. MASSAPEQUA NY 11758
City State Zip Code

HOME PHONE 516 753-3737 WORK PHONE 212 2537511

SIGNATURE Salvatore Maniscalco

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME MANNUZZA SEBASTIAN J
Last Name First Name Middle Name

HOME ADDRESS 25-40 SHORE BLVD, 14M
ASTORIA, NY 11102
City State Zip Code

HOME PHONE 718-274-9886 WORK PHONE N/A

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Mara Shaun T
Last Name First Name Middle Name

HOME ADDRESS 51 Terrace Drive
East Northport NY 11731
City State Zip Code

HOME PHONE 631 742 3056 WORK PHONE 631 742 3056

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Marachilian Hariton K
Last Name First Name Middle Name

HOME ADDRESS 70 Humphrey Drive
Syosset NY 11791
City State Zip Code

HOME PHONE 718-791-5298 WORK PHONE 212-239-9801

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MARCO Thomas Michael
Last Name First Name Middle Name

HOME ADDRESS 692 Union AVE
Holtsville NY 11742
City State Zip Code

HOME PHONE 631-793-5533 WORK PHONE 718-276-2118

SIGNATURE Thomas Marco

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MARESCA ANTHONY DEWEY
Last Name First Name Middle Name

HOME ADDRESS 47 STECHER STREET

S.I. N.Y 10312
City State Zip Code

HOME PHONE 718 984-7837 WORK PHONE ______________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MARESCA (Last Name) DOUGLASS (First Name) C (Middle Name)

HOME ADDRESS 2 SHORT HILL ROAD

NEW CITY (City) NY (State) 10956 (Zip Code)

HOME PHONE 845-634-7037 WORK PHONE 914-584-5142

SIGNATURE ____________________

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MARINACCIO CARL

Last Name First Name Middle Name

HOME ADDRESS 137 MANOR ST.

PLAINVIEW NY 11803

City State Zip Code

HOME PHONE 516-433-3705 WORK PHONE 718-330-4771

SIGNATURE Carl Marinaccio

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Marino Joseph P.
Last Name First Name Middle Name

HOME ADDRESS 531 Eltingville Blvd
Staten Island N.Y. 10312
City State Zip Code

HOME PHONE 718 948-3670 WORK PHONE 718 714-8403

SIGNATURE Joseph P. Marino

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MARINO JOSEPH SALVATORE
Last Name First Name Middle Name

HOME ADDRESS 82 GARY STREET
Staten Island NY 10312
City State Zip Code

HOME PHONE (347) 983-4248 WORK PHONE (718) 697-8791

SIGNATURE Joseph Marino

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME MARKU VISAR
Last Name First Name Middle Name

HOME ADDRESS 1413 York Ave Apt 13
New York NY 10021
City State Zip Code

HOME PHONE (646) 579-3338 WORK PHONE (212) 927-9711

SIGNATURE Sgt. [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Masoni Gary Andrew

Last Name First Name Middle Name

HOME ADDRESS 52 Meadows Lane

Middletown NY 10941

City State Zip Code

HOME PHONE 845-344-0747 WORK PHONE 917-405-8458

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MARSALISI PETER M
Last Name First Name Middle Name

HOME ADDRESS 161 Pinehill Rd.

Highland Mills NY 10930
City State Zip Code

HOME PHONE ______ WORK PHONE 914 646 3576

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MARTE SERGIO
Last Name First Name Middle Name

HOME ADDRESS 1296 Midland Ave apt B3
~~N~~ Yonkers NY 10704
City State Zip Code

HOME PHONE 646 4362808 WORK PHONE

SIGNATURE Sea. Marte

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MARTIN COLBERT COREY
Last Name First Name Middle Name

HOME ADDRESS 99 PATTERSON AVE

HEMPSTEAD NY 11550
City State Zip Code

HOME PHONE (516) 481-6792 WORK PHONE (718) 222-7330

SIGNATURE C. Martin Jr

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME MARTIN DAMON BERLIN

Last Name First Name Middle Name

HOME ADDRESS 490 CLARENDON ROAD

UNIONDALE NY 11553

City State Zip Code

HOME PHONE 516 485 6804 WORK PHONE 718 827 3528

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Martin John Christopher
Last Name First Name Middle Name

HOME ADDRESS 4431 Westminster Blvd
Erie P.A. 16506
City State Zip Code

HOME PHONE 516-650-8022 WORK PHONE 814-520-6772

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MARTINEZ Andres

Last Name First Name Middle Name

HOME ADDRESS 392 Oliver PLACE #42

Bronx NY 10458

City State Zip Code

HOME PHONE 718.364.2635 WORK PHONE 212-767-8405

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MARTINEZ, DARIO

Last Name First Name Middle Name

HOME ADDRESS 1105 FERNGATE DRIVE

FRANKLIN SQUARE, NY, 11010

City State Zip Code

HOME PHONE 516-326-8343 WORK PHONE 212-693-8087

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MARTINEZ Edward R
Last Name First Name Middle Name

HOME ADDRESS 234 CALHOUN AVE
BRONX NY 10465
City State Zip Code

HOME PHONE 347-880-1225 718 828-3895 WORK PHONE (212) 343-3702

SIGNATURE Edward Martinez

## CONSENT TO SUE

### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MARTINEZ ISAIAS —
Last Name First Name Middle Name

HOME ADDRESS 225 Swinton Avenue
Bronx NY 10465
City State Zip Code

HOME PHONE 347-621-5831 WORK PHONE 347-512-8715

SIGNATURE Sgt. Isaias Martinez

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME MARTINEZ, Jesús N.
Last Name First Name Middle Name

HOME ADDRESS 6 Barnard Court
Highland Mills, NY 10930
City State Zip Code

HOME PHONE (718) 885-3881 WORK PHONE (917) 345-6379

SIGNATURE Sgt. [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME MARTINEZ JOHN Erik
Last Name First Name Middle Name

HOME ADDRESS 122 Sommer Ave
S.I. N.Y 10314
City State Zip Code

HOME PHONE 646-373-4304 WORK PHONE 718 840-0572

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MARTINEZ JOSE
Last Name First Name Middle Name

HOME ADDRESS 890 TRINITY AVENUE APT. 10 G
BRONX N.Y 10456
City State Zip Code

HOME PHONE 646 522-7688 WORK PHONE 718 409-6342

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Mascia Anthony J

Last Name First Name Middle Name

HOME ADDRESS 68 New Holland vlg

Nanuet NY 10954

City State Zip Code

HOME PHONE 347 443-9867 WORK PHONE

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Masters Edward John
Last Name First Name Middle Name

HOME ADDRESS 2442 Revere Lane

Seaford N.Y. 11783
City State Zip Code

HOME PHONE 516-679-0205 WORK PHONE 718-558-8812

SIGNATURE Edward J. Masters

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Nateo Carmen
Last Name First Name Middle Name

HOME ADDRESS 3242 Decatur Ave Apt 4
Bronx NY 10467
City State Zip Code

HOME PHONE (917) 673 6191 WORK PHONE (212) 927-9441

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Matew Biju

Last Name First Name Middle Name

HOME ADDRESS 120 Sampson Ave

Albertson NY 11507

City State Zip Code

HOME PHONE 516-746-3245 WORK PHONE 212-693 8916

SIGNATURE Biju Mathew

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Matos Manuel

Last Name First Name Middle Name

HOME ADDRESS 83 South Little Tor Road

New City N.Y. 10956

City State Zip Code

HOME PHONE (917) 645-8233 WORK PHONE (646) 610-7009

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MATTHEW JOSEPH A
Last Name First Name Middle Name

HOME ADDRESS 150-41 FOCH BLVD

JAMAICA NY 11434
City State Zip Code

HOME PHONE ~~718~~-347-264-9494 WORK PHONE 718-875-4819

SIGNATURE Joseph M[illegible]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MATVIIV RUSLAN

Last Name First Name Middle Name

HOME ADDRESS 2652 CROPSEY AVE #10A

BROOKLYN NY 11214

City State Zip Code

HOME PHONE (718) 930-7474 WORK PHONE (718) 626-6641

SIGNATURE R Matviiv

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MAURO JOSEPH JOHN

Last Name First Name Middle Name

HOME ADDRESS 1206 HAWTHORN WAY

NEW WINDSOR NY 12553

City State Zip Code

HOME PHONE 845 563-0468 WORK PHONE 212 927-3397

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME Mazzocchi Frank
Last Name First Name Middle Name

HOME ADDRESS 538 74 Street

Brooklyn NY 11209
City State Zip Code

HOME PHONE (718) 238-2338 WORK PHONE (718) 965 6341

SIGNATURE Frank Mazzocchi

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McAlister Lawrence Robert
Last Name First Name Middle Name

HOME ADDRESS 95 Harbor Beach Rd

Miller Place ny 11764
City State Zip Code

HOME PHONE 631-928-1713 WORK PHONE 718-321-2340

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McAllister Brian
Last Name First Name Middle Name

HOME ADDRESS 229 West. 112th Street Apt 1
New York NY 10026
City State Zip Code

HOME PHONE 917-709-6778 WORK PHONE —

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McBride Martin

Last Name First Name Middle Name

HOME ADDRESS 3327 Union Blvd

East Islip NY 11730

City State Zip Code

HOME PHONE 631-872-1725 WORK PHONE 212-722-6710

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McCole Ian Matthew
Last Name First Name Middle Name

HOME ADDRESS 124 Smith St Apt 3F

Freeport NY 11520
City State Zip Code

HOME PHONE 516 641 7462 WORK PHONE 212

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McCABE PATRICK
Last Name First Name Middle Name

HOME ADDRESS 4314 ONEIDA AVE

BRONX NY 10470
City State Zip Code

HOME PHONE ____________ WORK PHONE (718) 543-5738

SIGNATURE Patrick McCabe

**CONSENT TO SUE**

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME McCabe Robert V
Last Name First Name Middle Name

HOME ADDRESS 4 SAMYN ROAD
SPARROWBUSH NY 12780
City State Zip Code

HOME PHONE (845) 856-8260 WORK PHONE (718) 476-9301

SIGNATURE Robert McCabe

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McCabe Terence Daniel
Last Name First Name Middle Name

HOME ADDRESS 82-74 89 St

Glendale NY 11385
City State Zip Code

HOME PHONE 347-581-1337 WORK PHONE ____________

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McCARRON Daniel

Last Name First Name Middle Name

HOME ADDRESS 229 West 255th St.

Bronx NY 10471

City State Zip Code

HOME PHONE 718-796-1094 WORK PHONE 347-672-5833

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McCasey Patrick Joseph
Last Name First Name Middle Name

HOME ADDRESS 296 Watch Hill Road
Cortlandt Manor NY 10567
City State Zip Code

HOME PHONE 914-737-0419 WORK PHONE 718-542-5570

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McCORMACK JOSEPH PATRICK
Last Name First Name Middle Name

HOME ADDRESS 46 CORTLANDT ROAD
MAHOPAC NY 10541
City State Zip Code

HOME PHONE 845-628-7728 WORK PHONE 845-494-9438

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McCormick, John K
Last Name First Name Middle Name

HOME ADDRESS 2045 Stirrup Path
Seaford, NY 11783
City State Zip Code

HOME PHONE 516-404-5806 WORK PHONE 718-712-7774

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME McCrossum Suzanne —
Last Name First Name Middle Name

HOME ADDRESS 2 Maple Court

Mahopac NY 10541
City State Zip Code

HOME PHONE (845) 628-7299 WORK PHONE (718) 292-3059

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McELROY BRIAN
Last Name First Name Middle Name

HOME ADDRESS 277 Knollwood lane
Seaford NY 11783
City State Zip Code

HOME PHONE 516-735-1811 WORK PHONE 718-969-5004

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McGANN MARY J
Last Name First Name Middle Name

HOME ADDRESS 67 Flitt St
Tappan NY 10983
City State Zip Code

HOME PHONE 845 613-7263 WORK PHONE 212-580-6411

SIGNATURE Mary McGann

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McGarry James
Last Name First Name Middle Name

HOME ADDRESS 3721 Oceanside Rd. East
Oceanside N.Y. 11572
City State Zip Code

HOME PHONE 917-733-4857 WORK PHONE ——

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McGEOWN BRIAN J.

Last Name First Name Middle Name

HOME ADDRESS 2460 WANTAGH AVE

WANTAGH NY 11793

City State Zip Code

HOME PHONE 5168260924 WORK PHONE 718 321 2254

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McLivney John L
Last Name First Name Middle Name

HOME ADDRESS 25 Toller Ln

Levittown NY 11756
City State Zip Code

HOME PHONE 516 993 8439 WORK PHONE

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McGovern Michael C
Last Name First Name Middle Name

HOME ADDRESS 109 Huron St
Port Jeff station NY 11776
City State Zip Code

HOME PHONE 631 476 4285 WORK PHONE 212 239 9801

SIGNATURE [signature]

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME McGOWAN MICHAEL F
Last Name First Name Middle Name

HOME ADDRESS 346 Jefferson AVE
Staten Island NY 10306
City State Zip Code

HOME PHONE 718-351-8328 WORK PHONE 718-840-2548

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McGOWAN RAYMOND PATRICK
Last Name First Name Middle Name

HOME ADDRESS 45-67 193 Street

Flushing NY 11358-3441
City State Zip Code

HOME PHONE 718-309-7252 WORK PHONE Retired

SIGNATURE Raymond P. McGowan

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McGuinness Ryan M
Last Name First Name Middle Name

HOME ADDRESS 171A Pierce Street
Staten Island NY 10304
City State Zip Code

HOME PHONE 718-447-4805 WORK PHONE 718-636-6530

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McHugh Eugene F
Last Name First Name Middle Name

HOME ADDRESS 1015 OLD Post Rd

MAMARONECK, NY 10543
City State Zip Code

HOME PHONE (914) 698 3498 WORK PHONE (718) 653-7010

SIGNATURE [signature]

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McHugh (Last Name) Michael (First Name) Thomas (Middle Name)

HOME ADDRESS 13 Country Court

Monroe (City) NY (State) 10950 (Zip Code)

HOME PHONE 845-821-5213 WORK PHONE 212-927-9441

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME MCINERNEY JAMES MICHAEL

Last Name First Name Middle Name

HOME ADDRESS 6836 BURNS STREET APT F3

FOREST HILLS NY 11375

City State Zip Code

HOME PHONE 718 480 3809 WORK PHONE 718 361 6259

SIGNATURE [signature]

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME McInerney James Joseph
Last Name First Name Middle Name

HOME ADDRESS 42 Independence Way
Miller Place NY 11764
City State Zip Code

HOME PHONE 631 509 5874 WORK PHONE 718 476 6825

SIGNATURE [signature]