UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

EDMUND SMALL, et al.,

Plaintiff,

-against-

CITY OF NEW YORK and THE NEW YORK CITY POLICE DEPARTMENT,

Defendants.

---------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

14 Civ. 0369 (unassigned)

**PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, now assigned to represent defendants in the above-referenced action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications or other information relating to this matter be addressed to me.

Dated: New York, New York
June 2, 2014

**ZACHARY W. CARTER**
Corporation Counsel of the
City of New York
Attorney for Defendants
100 Church Street, Room 2-104
New York, New York 10007
Tel: (212) 356-4015
aoconnor@law.nyc.gov

By: ______________________________
Andrea O'Connor
Assistant Corporation Counsel

14 Civ. 0369 (unassigned)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDMUND SMALL, et al.,

Plaintiff,

-against-

CITY OF NEW YORK and THE NEW YORK CITY POLICE DEPARTMENT,

Defendants.

**NOTICE OF APPEARANCE**

***ZACHARY W. CARTER***
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street, Room 2-104*
*New York, N.Y. 10007*
*Of Counsel: Andrea O'Connor*
*Tel: (212) 356-4015*
*Matter No. 2012-018564*

*Due and timely service is hereby admitted.*

*New York, N.Y.* ................................................ *, 20*…....

......................................................................., *Esq.*

*Attorney for* ....................................................................