# APPENDIX A

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _ABRAHAM_ _Nidhin_ _Parhope_
        Last Name        First Name        Middle Name

HOME ADDRESS _688_ _Fenwoth_ _Blvd_

_Franklin_ _Square_ _N-y_ _11010_
   City            State          Zip Code

HOME PHONE _(516) 565 -5160_ WORK PHONE _(718) 922-8001_

SIGNATURE _Nidhin Abraham_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____ABRAMS_____DONALD_____
          Last Name                      First Name                        Middle Name

HOME ADDRESS ___2363   BEECH   ST_____
        ___WANTAGH_____NY_____11793_____
          City                              State                          Zip Code

HOME PHONE _516 375 5694_ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Acevedo_____ ___Alberto_____ ___C_____
           Last Name                 First Name          Middle Name

HOME ADDRESS ___65-85  162nd  Street_____
               ___Flushing_____ ___N.Y_____ ___11365_____
               City                 State           Zip Code

HOME PHONE ___718-313-8755___ WORK PHONE ___718-542-4275___

SIGNATURE ___Alberto C. Acevedo_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   Acosta                    Tomas
       Last Name                 First Name              Middle Name

HOME ADDRESS   3809   Avenue M

       Brooklyn        N.Y.              11234
       City            State             Zip Code

HOME PHONE  (718) 252-2129  WORK PHONE  (718) 986-2605

SIGNATURE   Tomás Acosta M.

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Adames_____ _Dawn_____ _Maria_____
        Last Name                First Name        Middle Name

HOME ADDRESS _762 Caryl Street_____

_Franklin Sq_____ _NY_ _11010_____
        City             State        Zip Code

HOME PHONE _516 214-4916_____    WORK PHONE _718 476-9301___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    _ADAMS_    _COURTNEY_    _MILTON_
       Last Name    First Name    Middle Name

HOME ADDRESS    _180-06, 145 DR._

_JAMAICA_    _N.Y._    _11434_
   City    State    Zip Code

HOME PHONE _(718) 341-3587_    WORK PHONE _212 281-7524_

SIGNATURE    _(signature)_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____Addeo_____John_____C_____

                Last Name                 First Name           Middle Name

HOME ADDRESS _____3674 Shore Pkwy #1_____

                  Brooklyn_____NY_____11235_____

                   City                 State           Zip Code

HOME PHONE ___347 312 4531_____ WORK PHONE ___718 564 4803_____

SIGNATURE ___Collarup16 @ Gmail.com_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    Adonis          Kizzy          Joy
            Last Name       First Name       Middle Name

HOME ADDRESS    792 East 35 Street

                     Brooklyn          NY          11210
                     City          State          Zip Code

HOME PHONE  (847) 405-5416   WORK PHONE

SIGNATURE  _[signature]_

## CONSENT TO SUE

### REQUEST TO BECOME PARTY-PLAINTIFF -- NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _ADORNO_  _JOHN_  _M_

Last Name          First Name          Middle Name

HOME ADDRESS _152 COUNTY ROUTE 1_

_WARWICK_        _NY_            _10990_

City              State            Zip Code

HOME PHONE _845-544-7066_    WORK PHONE _718 653-7000 office_
_845-406-2189 cell_

SIGNATURE _John Adorno_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Aguilar_____Danny_____
            Last Name                  First Name                   Middle Name

HOME ADDRESS ___79-20 68th RD,_____

_____Middle Village_____NY_____11379_____
            City                              State                        Zip Code

HOME PHONE _718-894-1498_____ WORK PHONE _____

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    AHMED                          ABRAHAM                    K
        Last Name                      First Name                 Middle Name

HOME ADDRESS    88 Propose Road

        Shirley              NY              11967
        City                State           Zip Code

HOME PHONE    347-210-0438        WORK PHONE    718 - 784 - 5411

SIGNATURE    _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   Albanese                    Jeannette                    —
       Last Name                   First Name                   Middle Name

HOME ADDRESS   5 Vivienne Ct

               Valley Cottage        NY          10989
               City                  State       Zip Code

HOME PHONE  845 358 4123          WORK PHONE  646 276 -8843

SIGNATURE  Jeannette All

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____Alexander_____Robert_____S_____
          Last Name                First Name              Middle Name

HOME ADDRESS _____61   Woodland   Rd_____
          _____Miller Place_____N Y_____11764_____
                    City                  State              Zip Code

HOME PHONE __631 509  4443_____   WORK PHONE __631  388  8610_____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Alfano_____Steven_____Michael____
       Last Name              First Name          Middle Name

HOME ADDRESS ___47-10   39th   Street_____
          ___Sunnyside_____NY_____11104___
          City             State          Zip Code

HOME PHONE ___917-417-1418_____ WORK PHONE ___918-482-6771___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    _Ali_    _RiAYASAT_    _——_
        Last Name              First Name              Middle Name

HOME ADDRESS    _8301 BAY PARKWAY APT. 108_

_Brooklyn_    _NY_    _11214_
City              State              Zip Code

HOME PHONE _347-707-9750_    WORK PHONE _347-707-959750_

SIGNATURE    _Sh__

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Aliff_____FRANK_____Anthony___
Last Name                       First Name                Middle Name

HOME ADDRESS ___119 Blythe Place_____
___STATEN Island____New York_____10306___
City                          State                     Zip Code

HOME PHONE _718 9792297_____ WORK PHONE _19174059988___

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____ *Alix* _____ *Jacy* _____ *Rafael* _____

         Last Name            First Name          Middle Name

HOME ADDRESS ____ *784 Jennings ST 2 FL* _____

                                    *Bronx*           *NY*           *10459*

                                 City            State           Zip Code

HOME PHONE ____ *(347) 647-0269* ____ WORK PHONE ____ *(718) 293 - 8311*

SIGNATURE _____ *[signature]* _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  Allen                    Edward                    J

Last Name                    First Name                    Middle Name

HOME ADDRESS  115 Ravenhurst Ave

STATEN Island        NY        10310

City                    State                    Zip Code

HOME PHONE  ~~212 646~~ 479 6785  WORK PHONE  212 477.7419

SIGNATURE  _Schmd_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___ALLEN_____EQUASHIA_____Victoria_____
Last Name                    First Name                    Middle Name

HOME ADDRESS ___415 Beach 37th Street_____

___Far Rockaway_____N.Y.____11691____
City                         State                    Zip Code

HOME PHONE ___917 8061881_____ WORK PHONE _____

SIGNATURE ___Equashia Allen_____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Alohan___ ___Joseph___ ___N___
       Last Name       First Name       Middle Name

HOME ADDRESS ___87 Simonson Avenue___

___Staten Island  N.Y.___ ___10303___
       City       State       Zip Code

HOME PHONE _____ WORK PHONE ___718-576-0779___

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _ALRUBAYAI_____ _SAMIR_____ _M_____
          Last Name                    First Name                   Middle Name

HOME ADDRESS _362 MARCUS GARVEY BLVD._____

_BROOKLYN_____ _NY_____ _11221_____
          City                              State                        Zip Code

HOME PHONE _646-284-1378____ WORK PHONE _646-284-1378____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   ALSTON                          DAVON               KORI
       Last Name                       First Name          Middle Name

HOME ADDRESS   7 HAMPTON DR

       NANUET              NY          10954
       City                State       Zip Code

HOME PHONE (718) 506-5680      WORK PHONE (718) 293-2202

SIGNATURE   Davon K. Al—

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Altcheri_____Jamiel_____S._____
　　　　　　Last Name　　　　　　First Name　　　　　　Middle Name

HOME ADDRESS _____670 Rhinelander Ave_____

_____Bronx_____NY_____10462_____
　　　　　　City　　　　　　　　State　　　　　　　Zip Code

HOME PHONE _718 915 1235_ WORK PHONE _____

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Alvarez_____Jacqueline_____
         Last Name                      First Name                    Middle Name

HOME ADDRESS ___8 Mcgoven Drive_____
         ___garnerville_____NY._____10923_____
              City                      State                    Zip Code

HOME PHONE ___646-308-5291_____ WORK PHONE ___718-293-8218_____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  _AMILL_____  _Frank_____  _____
       Last Name                    First Name                   Middle Name

HOME ADDRESS  _717 WEST 177 Street  Apt 35_____

_New York_____  _NY_____  _10033_____
City                         State               Zip Code

HOME PHONE  _646-423-3613_____  WORK PHONE  _718-299-3933_____

SIGNATURE  _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Amacelano_____ ___Miguel_____ _____
         Last Name                First Name              Middle Name

HOME ADDRESS ___18 Elm Drive_____

___Stony Point_____ ___NY_____ ___10980_____
         City                State            Zip Code

HOME PHONE ___845-664-8360_____ WORK PHONE ___845-270-7043_____

SIGNATURE ___Miguel Amar_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  Anders                    Scott                    NMN
      Last Name                 First Name               Middle Name

HOME ADDRESS  1461 Pelham Pkwy N

              Bronx             N.Y.              10469
              City              State             Zip Code

HOME PHONE (347)245-7274    WORK PHONE (646)210-9104

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    ANDERSEN                STEVEN              JOSEPH
        Last Name               First Name          Middle Name

HOME ADDRESS    30   JANICE   LANE

                SELDEN              NY                  11784
                City               State               Zip Code

HOME PHONE   631  478-1886        WORK PHONE   718  786-0230

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _ANDRE_ _EMMANUEL_
        Last Name                  First Name         Middle Name

HOME ADDRESS _130 BRABHURST Ave_

_New York_ _NY_ _10039_
        City                State             Zip Code

HOME PHONE _347-331-9114_    WORK PHONE _____

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Anthony_____ _Nathaniel_____ _____
         Last Name                First Name           Middle Name

HOME ADDRESS _6 ORCHARD COURT_____

              _Chestnut Ridge_ _NY_____ _10977_____
               City          State          Zip Code

HOME PHONE _845·3563577_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _ANTONY_____THOMAS_____JOSEPH_____
         Last Name                First Name                Middle Name

HOME ADDRESS _20 SPRUCE_____

_VALLEY STREAM NY_____11581_____
         City                        State                        Zip Code

HOME PHONE _516-860-4377__ WORK PHONE _____

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Anticev_____ _Domagoj_____ _____
      Last Name                  First Name                Middle Name

HOME ADDRESS _163-30 17th Avenue_____
             _Whitestone_____ _NY_____ _11357_____
             City            State        Zip Code

HOME PHONE _917-501-5855_____   WORK PHONE _917-418-2049_____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   Api                    Stephen              J
       Last Name              First Name           Middle Name

HOME ADDRESS   1638 Pilgrim Ave

               Bronx              NY              10461
               City               State           Zip Code

HOME PHONE  718 597 6306        WORK PHONE  929 237 0156

SIGNATURE

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _AQUINO_____ _JOSE_____ _M_____
             Last Name               First Name             Middle Name

HOME ADDRESS _7222 CALDWELL AVE 3FL_____

               _MASPETH_____ _NY_____ _11378_____
               City              State              Zip Code

HOME PHONE _(917)539-5138_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ____ARIAS_____WALDYS_____
            Last Name                         First Name                    Middle Name

HOME ADDRESS ___3204    ELY    AVENUE   #1_____
                     ___Bronx_____N.Y_____10469_____
                        City                    State              Zip Code

HOME PHONE _718- 975-3545_____ WORK PHONE _646- 852- 0191_____

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  Arica      Hugo      G
         Last Name        First Name        Middle Name

HOME ADDRESS  148-39  230th  Place

                 Rosedale      NY      11413
                 City          State          Zip Code

HOME PHONE  718 525 4016      WORK PHONE

SIGNATURE  *Hugo A.*

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____
       Last Name                    First Name                    Middle Name

HOME ADDRESS _____
                City                      State                    Zip Code

HOME PHONE _____ WORK PHONE _____

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Arroyo_____Jose_____EDWin_____
        Last Name              First Name        Middle Name

HOME ADDRESS ___1885  W. Quail Meadow  Ct._____

___Hernando_____Fl._____34442_____
   City                      State              Zip Code

HOME PHONE __352 513-5749__ WORK PHONE _Cell_ 718 551-8594_

SIGNATURE __Jose Arroyo_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___ASAM_____ ___JOHN_____ ___R_____
       Last Name              First Name           Middle Name

HOME ADDRESS ___20 CRESCENT BEACH RD_____
         ___Glen Cove_____ ___N.Y___ ___11542_____
        City             State          Zip Code

HOME PHONE ___917 538-4845___ WORK PHONE ___718 971 – 1400___

SIGNATURE ___John R Asam (signature)_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____ASSAYOI_____HAMEED_____

Last Name                              First Name                              Middle Name

HOME ADDRESS ____50 Brook St_____

____Staten Island____NY____10301_____

City                              State                              Zip Code

HOME PHONE ___347 6003054_____WORK PHONE ___(718) 948 3341____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Atalla_____Joseph_____
              Last Name                    First Name              Middle Name

HOME ADDRESS _____210  Sandalwood  Dr_____

_____Staten  Island_____NY_____10308_____
                City                    State               Zip Code

~~HOME~~ Cell PHONE ____201  370  8275____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____ATILSS_____ , __MITCHELL_____
            Last Name             First Name         Middle Name

HOME ADDRESS _____3405 RIVERDALE AVE APT 2_____

                       __BRONX_____   __NY___     __10463__
                       City            State         Zip Code

HOME PHONE ____646-470-8201____ WORK PHONE _____

SIGNATURE ____[signature]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Aviles_____ _Jasmin_____ _____
        Last Name                First Name           Middle Name

HOME ADDRESS _760 Brady Ave    #119_____

         _Bronx_____ _NY_____ _10462._____
         City                State           Zip Code

HOME PHONE _3476210707_____    WORK PHONE _6463207007_____

SIGNATURE _Jasmin_____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____Badillo_____Abraham_____
          Last Name                    First Name              Middle Name

HOME ADDRESS ___100   Barrymore    BLVD_____

          ___franklin     Sq      N.Y_____11010_____
                City                    State              Zip Code

HOME PHONE __(347) 513-0861_____ WORK PHONE __(718) 257-6217___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Bagley_____, _____Reginald_____ _____Thomas_____
          Last Name                 First Name            Middle Name

HOME ADDRESS _____6 Autumn lane_____

_____Amityville_____ _____NY_____ _____11701_____
        City                State            Zip Code

HOME PHONE _____631-608-8169_____ WORK PHONE _____

SIGNATURE _____[signature]_____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Bakioglu_____Metin_____
        Last Name                    First Name                    Middle Name

HOME ADDRESS ___85 Maryland Ave_____

___Staten Island_____NY_____10305_____
City                              State                    Zip Code

HOME PHONE ___718-447 0990___ WORK PHONE ___718-236-2672___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  _BALGAHOOM_____  _KHADAFi_____  _B._____
        Last Name                         First Name                  Middle Name

HOME ADDRESS  _39 GRAND St Apt 3215_____

_MAMARONECK_____  _NY_____  _10543_____
City                                State                        Zip Code

HOME PHONE _(718) 877-7975___ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  _Balsamo_  _Louis_  _J_
 Last Name   First Name   Middle Name

HOME ADDRESS  _3351  4th  Street_

_Oceanside_   _N.Y._   _11572_
 City   State   Zip Code

HOME PHONE _516-608-9991_   WORK PHONE _718-845-2260_

SIGNATURE  _Louis J Balsamo_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    BARBATO,                LAURA                ANN
        Last Name               First Name           Middle Name

HOME ADDRESS    3880  ORLOFF AVE.  APT # 6D

                BRONX            NY              10463
                City             State           Zip Code

HOME PHONE  773-670-5287          WORK PHONE

SIGNATURE

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  Barber                    Matthew                George
         Last Name                First Name              Middle Name

HOME ADDRESS  66-69  78 st.  Middle Village  1st Floor

              Middle Village          NY              11379
              City                     State           Zip Code

HOME PHONE  718-894-5038      WORK PHONE  646-620-4073

SIGNATURE  Matt G. Barber

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___ Barkman ___ Gilbert ___ L ___
                Last Name                  First Name            Middle Name

HOME ADDRESS ___ 265 Mohican ave ___
                   Ronkonkoma ___ NY ___ 11779 ___
                   City                State            Zip Code

HOME PHONE ___ 631-981-0108 ___ WORK PHONE ___ 718-930-5934 ___

SIGNATURE ___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____Bartels_____DAMIEN_____J_____
          Last Name                          First Name                Middle Name

HOME ADDRESS ___55-02 69 PLACE, MASPETH, NY 11378_____

_____MASPETH_____NY_____11378_____
          City                          State                    Zip Code

HOME PHONE __(646)270-0562___ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME: _Bartolomei, Claudia_          _Patricia_
     Last Name          First Name          Middle Name

HOME ADDRESS: _76 Hearth Lane_

_Westbury_          _NY_          _11590_
     City          State          Zip Code

HOME PHONE _516 338-7528_   WORK PHONE _718 520-9154_

SIGNATURE _Claudia Bartolomei_

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    _BASES_                          _DAVID_              _L_
              Last Name                        First Name            Middle Name

HOME ADDRESS    _27 LIVINGSTON RD_

              _SCARSDALE_            _NY_            _10583_
              City                          State          Zip Code

HOME PHONE    _914-723-5889_    WORK PHONE    _718-920-1236_

SIGNATURE    _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Batista_____ ___Jose_____ _____
Last Name                              First Name            Middle Name

HOME ADDRESS ___907 Clarence Ave 1st floor_____

___Bronx_____ ___NY_____ ___10465_____
City                                   State                      Zip Code

HOME PHONE ___(347) 810-7149_____    WORK PHONE ___(212) 694-3098___

SIGNATURE ___Sgt. J Batista_____

CONSENT TO SUE
REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Batista_____Tiffany_____
         Last Name                First Name               Middle Name

HOME ADDRESS ___800 Courtlandt Ave_____# 3rd flr.____
                  ___Bronx_____n.y._____10451_____
                   City            State          Zip Code

HOME PHONE __718 993 5763___ WORK PHONE __718 543 5708___

SIGNATURE ___Tiffy Batista_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Bautista_____ ___Henry_____ _____
         Last Name                              First Name              Middle Name

HOME ADDRESS ___495   ODell   Ave  #31_____

              ___Yonkers_____ ___ny_____ ___10703_____
                    City                State                Zip Code

HOME PHONE ___646296-6440___ WORK PHONE ___212-690-8801___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Beckel_____Eric_____
            Last Name                 First Name             Middle Name

HOME ADDRESS ___782 Peekskill Hollow Rd_____

___Putnam Valley_____N Y_____10579_____
            City              State              Zip Code

*Cell 914 774 9352*

HOME PHONE _845 526 4065_____ WORK PHONE _718 - 653 - 7000____

SIGNATURE ___[signature]_____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    *BENEVENTI*              *PATRICK*              *N*
         Last Name                    First Name              Middle Name

HOME ADDRESS    *106-21 79 STREET*

           *OZONE PARK*        *N.Y.*              *11417*
            City                        State              Zip Code

HOME PHONE *(718) 848-5883*        WORK PHONE *(718) 321-2254*

SIGNATURE *Patrick Beneventi*

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _Benintendo_____ _Jonathan_____ _Joseph_____
      Last Name                        First Name           Middle Name

HOME ADDRESS _36 Cambridge Ave._____

_Bethpage_____ _NY_____ _11714_____
City                  State            Zip Code

HOME PHONE _(516) 931 - 1382_____ WORK PHONE _(917) 903 - 7040_____

SIGNATURE _Jonathan J. Benintendo_____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  _Bennett_ _Steven_ _David_
　　　　Last Name　　　　　　First Name　　　　　Middle Name

HOME ADDRESS  _215 3d St_

_East Northport    New York    11731_
City　　　　　　　　　State　　　　　　Zip Code

HOME PHONE _631-807-7948_    WORK PHONE _718-784 5423_

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Benson_____BenJamin_____
            Last Name                           First Name                    Middle Name

HOME ADDRESS ___6  Brookline  CT_____

            ___Wading River____NY_____11792_____
                     City                      State              Zip Code

HOME PHONE ___631-828-4948_____ WORK PHONE ___631-495-1436_____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Berkowitz_____JASON_____Chris_____
         Last Name                              First Name                       Middle Name

HOME ADDRESS ____18 Murer Ct_____
              ____Setauket_____NY_____11733_____
                   City                              State                    Zip Code

HOME PHONE __631-678-1972____ WORK PHONE __Same_____

SIGNATURE _____

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    _BERRIO_____ _JUAN_____ _____
        Last Name                    First Name                  Middle Name

HOME ADDRESS    _12   WYANDANCH   AVE_____

        _Babylon_____ _NY_____ _11702_____
        City                    State                  Zip Code

HOME PHONE _516  404  9251_____ WORK PHONE _718  776  9116____

SIGNATURE _____Juan Berrio_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    Berrios          Eric          Martin
        Last Name        First Name    Middle Name

HOME ADDRESS    120 Casals Place

                Bronx          N.Y.          10475
                City           State         Zip Code

HOME PHONE  917-613-7198    WORK PHONE  718-292-6456

SIGNATURE   Eric Berrios

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Bibbins Blakes_____ _Shaquonda_____ _Monique_____
       Last Name                      First Name              Middle Name

HOME ADDRESS _155 Bay St Apt 50_____

_Staten Island_____ _NY_____ _10301_____
City                        State              Zip Code

HOME PHONE _410-459-7128_____ WORK PHONE _718-385-0295_____

SIGNATURE _Shaquonda Bibbins Blakes_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Bigg___ ___James___ ___F___
         Last Name        First Name        Middle Name

HOME ADDRESS ___214-32  43rd Ave  Apt 321___

      ___Bayside___ ___N/Y___ ___11361___
        City        State        Zip Code

HOME PHONE ___(718) 767-3205___    WORK PHONE ___(917) 617-2620___

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Birchwood_ _OmAR_ _Michael_
         Last Name                First Name             Middle Name

HOME ADDRESS _40 Adrianne LA_

_Staten Island_ _NY_ _10303_
    City   917 - 572 -1325(cell)   State            Zip Code

HOME PHONE _347- 857-6524_ WORK PHONE _718- 922-3350_

SIGNATURE _Omar Birchwood_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  BISACCIO          DARREN          ANTHONY
      Last Name          First Name          Middle Name

HOME ADDRESS  11 GLENHOLLOW DRIVE

HOLTSVLLE          N.Y          11742
    City          State          Zip Code

HOME PHONE (631) 289-1084          WORK PHONE 631 766-7571

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Bishop_____Chancellor_____Elliot_____
            Last Name                              First Name                         Middle Name

HOME ADDRESS ___172   Beach   62   Street_____

                     ___Arverne_____NY_____11692_____
                            City                            State                      Zip Code

HOME PHONE ___(347) 230-4669___ WORK PHONE ___(646) 523-5841___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Bivona_____Christopher_____D_____
             Last Name                     First Name              Middle Name

HOME ADDRESS ___1256 Madison Ave_____

               West Islip_____NY_____11795_____
               City                    State              Zip Code

HOME PHONE __631 680 1211_____ WORK PHONE __718 520 9311_____

SIGNATURE _____

CONSENT TO SUE
REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _BIZGU_____ ALEXANDRU_____ S_____
        Last Name                    First Name              Middle Name

HOME ADDRESS    _21  FAWN  LANE_____

                _SI_____ NY_____ 10306_____
                City            State            Zip Code

HOME PHONE _917-225-7800_____   WORK PHONE _718-946-3331_____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___BLACER_____ZOFF_____

         Last Name                First Name           Middle Name

HOME ADDRESS ___747 10TH Ave 9E_____

         ___New York_____NY_____10019_____

         City               State           Zip Code

HOME PHONE ___(212) 581-3697_____ WORK PHONE ___(212) 826-3211_____

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME      BLAKE                    KEVIN              E
          Last Name                First Name         Middle Name

HOME ADDRESS    629    KAPPOCK   ST  #2G

                BRONX              NY              10463
                City               State           Zip Code

HOME PHONE  7187577104        WORK PHONE  212 452 0639

SIGNATURE  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___BLANCHARD, _____PHILIPPE _____JOHN___
         Last Name            First Name            Middle Name

HOME ADDRESS ___86-07  247  STREET___
___BELLEROSE____NY_____11426___
         City            State            Zip Code

HOME PHONE ___7183473134___ WORK PHONE ___718 299 4204___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____ *BLATT* _____ *JONATHAN* _____
          Last Name                First Name           Middle Name

HOME ADDRESS _____ *14428  69 AVE* _____
_____ *FLUSHING   NY* _____ *11367* _____
          City               State           Zip Code

HOME PHONE _____ *718-757-4907* _____ WORK PHONE _____

SIGNATURE _____ *J Blatt* _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    Bletcher                     Michael                    Taron
        Last Name                    First Name                 Middle Name

HOME ADDRESS    205    Huntington    Ave                        1st fln.

                Bronx               NY                    10465
                City                State                 Zip Code

HOME PHONE (718) 866-7043    WORK PHONE _____

SIGNATURE    M. Bletcher

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___BOBE_____ ___PEDRO_____ ___N_____
             Last Name                     First Name            Middle Name

HOME ADDRESS ___70   STAGG ST_____

               ___BKlyN_____ ___NY_____ ___11206_____
               City                  State              Zip Code

HOME PHONE ___917-370-9140_____ WORK PHONE ___718-574-1614_____

SIGNATURE ___P. Bobe_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___BOCHNO_____WILLIAM_____—_____
        Last Name                First Name            Middle Name

HOME ADDRESS ___248   RIDGE  RD_____

         ___NEW CITY_____NY_____10956_____
            City               State              Zip Code

HOME PHONE ___845-323-4336___ ~~WORK~~ CELL PHONE ___917-439-8525___

SIGNATURE ___William Bochno_____

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Bohannon_____ _Brian_____ _J_____

          Last Name                            First Name              Middle Name

HOME ADDRESS __505 McCall Avenue_____

         __West Islip_____ _NY_____ _11795_____

             City                      State               Zip Code

HOME PHONE _631-445-9179_____    WORK PHONE _718-657-8855___

SIGNATURE _LT Brian Bohannon Jr_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME     Bolin           Shane         Joseph
           Last Name               First Name         Middle Name

HOME ADDRESS    1740 Mulford Ave. #6D   Bronx, NY 10461

             Bronx            NY           10461
             City               State           Zip Code

HOME PHONE   718.427.3896        WORK PHONE _____

SIGNATURE _____

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    BONFANTI          ANTHONY          VINCENT
          Last Name              First Name              Middle Name

HOME ADDRESS    15624   STARLING WATER DRIVE

          LiTHiA          FL          33547
          City              State              Zip Code

HOME PHONE  813 - 324 - 7567    WORK PHONE   RETIRED

SIGNATURE  _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    Bonilla                    Franklin                Arismendy
             Last Name                First Name              Middle Name

HOME ADDRESS    2420 hunter Ave   Apt 12D

                 Bronx              NY               10451
                 City               State            Zip Code

HOME PHONE    646-739-1572      WORK PHONE    646-314-0134

SIGNATURE    _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    _Bosch_    _Daniel_

           Last Name         First Name        Middle Name

HOME ADDRESS    _20 Luke CT._

           _S.I._      _N.Y._      _10306_

           City         State        Zip Code

HOME PHONE    _(718) 979-4790_    WORK PHONE    _(917) 836-6980_

SIGNATURE    _[signature]_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    BOUILLON           ,   BERTRAN
       Last Name              First Name         Middle Name

HOME ADDRESS    471  VANDERBILT  AVE.  #3A

              Brooklyn    NY    11238
           City          State        Zip Code

HOME PHONE    718 - 623 - 8216   WORK PHONE    (212) 834 - 0741

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  DOUZY                           MCCHARLES
      Last Name                       First Name              Middle Name

HOME ADDRESS  1240 EAST 39th Street

              BROOKLYN          NY              11210
              City              State           Zip Code

HOME PHONE  917-532-3873    WORK PHONE  718·542 5592

SIGNATURE  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _Bowen_____ _Kai_____ _E_____
　　　　　Last Name　　　　　　　　　First Name　　　　Middle Name

HOME ADDRESS _150 West Columbia St_____

　　　　_Hempstead_____ _NY_____ _11550_____
　　　　　City　　　　　　　　　State　　　　　　Zip Code

HOME PHONE _917-553-8349_____ WORK PHONE _____

SIGNATURE _K. Bowen_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    Boylan        Michael        Theodore
         Last Name              First Name            Middle Name

HOME ADDRESS    2 Bay Club Drive   Apt PHZ2

         Bayside          NY       11360
         City                   State              Zip Code

HOME PHONE    718-926-0218        WORK PHONE    718-361-1030

SIGNATURE    _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Bozzonetti, Robert, Edward_____
         Last Name                    First Name                    Middle Name

HOME ADDRESS ___85 Oliver St, #3B_____

___Brooklyn, NY 11209_____
         City                          State                          Zip Code

HOME PHONE ___646·522·1358_____  WORK PHONE ___718·236·2672____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _Brennan_    _Derek_    _Anthony_
          Last Name          First Name          Middle Name

HOME ADDRESS    _3279   Hull   Ave   #4_

          _Bronx_          _New York_          _10467_
          City          State          Zip Code

HOME PHONE  _(718) 655 0687_    WORK PHONE  _(212) 690 8808_

SIGNATURE    _Derek Brennan_

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   Brennan                    Kevin              P
        Last Name                 First Name         Middle Name

HOME ADDRESS   216  RONNI  DRIVE

        EAST MEADOW, NY               11554
        City           State          Zip Code

HOME PHONE 516 216 1178       WORK PHONE 646 265 4817

SIGNATURE   K. Brennan

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _BRIGGS_    _WILLIE_    _LAMAAR_
        Last Name              First Name         Middle Name

HOME ADDRESS    _968 TROY AVENUE_

_BROOKLYN_    _NEW YORK_    _11203_
City              State              Zip Code

HOME PHONE _718-941-1253_    WORK PHONE _718-402-2279_

SIGNATURE _Willie L. Briggs_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  BRIJMOHAN          PERRY
<br>Last Name                        First Name                        Middle Name

HOME ADDRESS  100-47 FRANCIS Lewis BLVD
<br>Queens Village N.Y.                11423
<br>City                        State                        Zip Code

HOME PHONE  718 813 6083     WORK PHONE _____

SIGNATURE  _Perry B_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Briscoe_____Paul_____Michael_____
        Last Name                        First Name                        Middle Name

HOME ADDRESS ____82 Hillcrest Ave_____

____Staten Island_____NY_____10308_____
                City                              State                        Zip Code

HOME PHONE ___718-980-4636_____ WORK PHONE ___646-276-4448_____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___BRIZUELA_____JOSE_____
         Last Name                    First Name              Middle Name

HOME ADDRESS ___473 OGORMAN AVE_____

___SI_____NY_____10308_____
   City                    State              Zip Code

HOME PHONE ___917 846 6787___ WORK PHONE ___212 826 3241___

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____Brody_____Brian_____
          Last Name            First Name                Middle Name

HOME ADDRESS _____1362 Saxon Ave_____

_____Bay shore____NY_____11706_____
          City            State          Zip Code

HOME PHONE ___631-647-5053___ WORK PHONE ___212·239 9801_____

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _BROOKS_ _BRYAN_ _Austin_
     Last Name          First Name          Middle Name

HOME ADDRESS _16 Blackberry Drive_

_Brewster, NY 10509_
     City          State          Zip Code

HOME PHONE _845-279-0087_     WORK PHONE _718-537-8788_
                                      _646-629-1659 (cell)_

SIGNATURE _[signature]_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Brousseau_____Jeffrey_____Michael____
        Last Name                 First Name            Middle Name

HOME ADDRESS ___58 Sullivan Road_____

___Farmingdale    NY    11735____
          City                  State           Zip Code

HOME PHONE ___516 293-1530___ WORK PHONE ___718-385-7140___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Brown___ ___Carlene___ ___Annmarie___
Last Name          First Name          Middle Name

HOME ADDRESS ___4509   Whispering   Hills___
___Chester___ ___NY___ ___10918___
City                State            Zip Code

HOME PHONE ___(917) 971-4820___  WORK PHONE ___(718) 292-3909___

SIGNATURE ___Sgt. Carlene Brown___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  _Brown_____ _Damion_____ _M_____
Last Name                                     First Name                        Middle Name

HOME ADDRESS  _1936 Fowler Ave #2_____

_Bronx_____ _NY_____ _10462_____
City                                   State                              Zip Code

HOME PHONE  _917/295-4258_____ WORK PHONE _____

SIGNATURE  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    BROWN                    IAW                    B
        Last Name                First Name                Middle Name

HOME ADDRESS    312    MIDWOOD    ST

      UNIONDALE            NY                    11553
      City                        State                        Zip Code

HOME PHONE    516-489 7410    WORK PHONE    646 610 5390

SIGNATURE    Iaw Brown

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Brown_____ _Voretta_____ _____
        Last Name                  First Name              Middle Name

HOME ADDRESS _5026 Kings Highway PH_____

        _Brooklyn_____ _NY_____ _11234_____
         City                   State             Zip Code

HOME PHONE _917-734-5858_____ WORK PHONE _____

SIGNATURE _Voretta Brown_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___BROWNE___ ___THOMAS___ ___MICHAEL___
           Last Name           First Name           Middle Name

HOME ADDRESS ___11 BROOK ST___
           ___PUTNAM VALLEY___ ___N.Y.___ ___10579___
           City           State           Zip Code

HOME PHONE ___(845) 528-0399___ WORK PHONE ___N/A___

SIGNATURE ___[signature]___

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____BUCKLEY_____CORNELIUS_____G._____
            Last Name                First Name             Middle Name

HOME ADDRESS _____229 Doane Ave_____

_____S. I._____N.Y._____10308_____
             City                State             Zip Code

HOME PHONE (718) 227-8254 ___ WORK PHONE (718) 697-8610

SIGNATURE _____Cornelius Buckley_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____Bukofzer-Tavarez_____Rebeca_____Cecelia_____
　　　　　　Last Name　　　　　　　　First Name　　　　　Middle Name

HOME ADDRESS ___40 Howe Ave_____

　　　　　　___Bronx_____NY_____10473_____
　　　　　　City　　　　　　　State　　　　　　Zip Code

HOME PHONE __718-822-2460_____ WORK PHONE __212-690-6341_____

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____BURGIO_____     ___ANTHONY___     ___CHARLES___
              Last Name                              First Name              Middle Name

HOME ADDRESS ___82M  Rockledge  Road_____

___HARTSDALE_____     ___NY_____     ___10530_____
         City                              State                          Zip Code

HOME PHONE ___914- 723 - 0111_____     WORK PHONE ___(212) 741-4811_____

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Burgos_____Maribel_____
            Last Name                    First Name              Middle Name

HOME ADDRESS ___603 East 94 Street_____

                  ___Brooklyn_____NY._____11236_____
                      City                 State               Zip Code

HOME PHONE __347-645-1293_____ WORK PHONE _____

SIGNATURE __Mari Burgos_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____Burke_____Nicole_____Alexas_____
         Last Name                    First Name                    Middle Name

HOME ADDRESS _____170-10 130 Ave      Apt-3C_____
                    _____Jamaica  NY              11434_____
                         City            State           Zip Code

HOME PHONE (718) 723-0484   WORK PHONE (917) 482-4867

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Busceni_____ _James_____ _Michael_____
       Last Name               First Name           Middle Name

HOME ADDRESS _1004 Jackson Ave._____

            _Franklin Square_____ _N.Y._____ _11010_____
            City             State          Zip Code

HOME PHONE _516 3028850_____ WORK PHONE _718 712 3574_____

SIGNATURE _James Busceni_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Bushuyev_____Yevgeniy_____
         Last Name              First Name              Middle Name

HOME ADDRESS ___7406 17th Ave # A5_____

___BK_____NY_____11204_____
   City              State            Zip Code

HOME PHONE ___646 701 2697____ WORK PHONE ___646 701 2697____

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _Butler_    _Gregory_    _J_
            Last Name          First Name         Middle Name

HOME ADDRESS    _77 Bellevue Ave_

           _Oceanside_    _NY_    _11572_
            City           State         Zip Code

HOME PHONE  _(516) 608-9061_    WORK PHONE  _(212)-343-3702_

SIGNATURE    _Gregory Butler_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Byrne_ _Thomas_ _Arthur_
         Last Name          First Name          Middle Name

HOME ADDRESS _34 Lonergan Drive_
         _Suffern_          _NY_          _10901_
         City          State          Zip Code

HOME PHONE _845-548-9258_ WORK PHONE _718-430-0506_

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Cabral_____ _Pedro_____ _A_____
Last Name                    First Name                    Middle Name

HOME ADDRESS _407 Hendrickson Ave._____

_Valley Stream_ _NY_ _11580_
City                    State                    Zip Code

HOME PHONE _718-316 8572_ WORK PHONE _71____

SIGNATURE _Cabral_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _Cabrera_    _Samantha_    _Maria_
    Last Name            First Name            Middle Name

HOME ADDRESS    _81-11 263rd Street_

_Floral Park_    _New York_    _11004_
City            State            Zip Code

HOME PHONE  _718-831-9877_    WORK PHONE  _718-974-0242_

SIGNATURE  _[signature]_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _Caesar_    _Colin_    _Lester_
        Last Name              First Name              Middle Name

HOME ADDRESS    _8 the Serpentine_

_New Rochelle_    _NY_    _10801_
City              State              Zip Code

HOME PHONE _914 365 1855_  WORK PHONE _718 402 4428_

SIGNATURE _[signature]_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___CALDERON_____ ___Jovanny_____ ___F._____
        Last Name                        First Name                    Middle Name

HOME ADDRESS ___341 Emerson Place_____

___Uniondale_____ ___N.Y._____ ___11553_____
City                    State                    Zip Code

HOME PHONE __347-744-0247____ WORK PHONE __347-744-4841____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  <u>CALEB</u>                                   <u>SENTA</u>
      Last Name                          First Name              Middle Name

HOME ADDRESS  <u>99  METROPOLITAN   OVAL    4B</u>

              <u>BRONX</u>              <u>NY</u>              <u>10462</u>
              City                    State            Zip Code

HOME PHONE  <u>718 892 5694</u>          WORK PHONE _____

SIGNATURE  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____Calle_____ _____Julio_____ ____E._____
　　　　　Last Name　　　　　　　　First Name　　　　　　　Middle Name

HOME ADDRESS ___37-24 Warren St. Apt 2R_____

___Jackson Heights　　　 N Y　　　　　 11372____
　　　　City　　　　　　　　State　　　　　　　Zip Code

HOME PHONE __646 - 642 - 5670___ WORK PHONE __212 - 690 - 6343__

SIGNATURE _____Julio Calle_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _CALLENDER_____ _DALE_____ _ARLENE_____
     Last Name                         First Name          Middle Name

HOME ADDRESS _1325 EAST 100 th Street 2ND FLOOR_____

_BROOKLYN_____ _New York_____ _11236_____
     City                          State                Zip Code

HOME PHONE _9175676743_____ WORK PHONE _347 643-8783,86_____

SIGNATURE _Dale Call_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  *Calvente*              *Jose*              *A*
Last Name                    First Name              Middle Name

HOME ADDRESS  *18 Emily Lane*

*Monroe*              *N.Y*              *10950*
City                    State                    Zip Code

HOME PHONE  *845-751-0214*      WORK PHONE  *845-238-2404*

SIGNATURE  *J. Calvente*

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  _Campbell_ , _Martin_  _Jerome_
      Last Name        First Name        Middle Name

HOME ADDRESS  _782  Bonnie Dr_

_Baldwin_          _N-Y_          _11510_
City                State              Zip Code

HOME PHONE  _516-868-3869_    WORK PHONE  _718-221-6600_

SIGNATURE  _[signature]_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME <u>Cancelino</u>     <u>Joseph</u>
      Last Name             First Name             Middle Name

HOME ADDRESS <u>3959 WORTHMOR DRive</u>

<u>Seaford     N.Y.     11783</u>
      City             State             Zip Code

HOME PHONE <u>516 809 6065</u>    WORK PHONE <u>516 356 6961</u>

SIGNATURE <u>Joseph Cancelino</u>

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  _CANGRO_  _MATHEW_  _CHARLES_
      Last Name          First Name          Middle Name

HOME ADDRESS  _67-03  BURNS  STREET_

_FOREST HILLS  NY_  _11375_
City                      State                      Zip Code

HOME PHONE _929-245-0326_  WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _CAROLAN_____ , _STEPHEN_____ _GERARD_____
      Last Name                              First Name              Middle Name

HOME ADDRESS ___565 STATION RD_____

___ROCK TAVERN___ , _N.Y._____ _12575_____
      City                          State                    Zip Code

HOME PHONE __845-496-8921_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Carrasco___ , ___Janice___ ___A.___
        Last Name        First Name        Middle Name

HOME ADDRESS ___12 Brenner Ridge Rd.___
        ___Pleasant Valley    NY 12569___
        City        State        Zip Code

HOME PHONE ___845.337 4450___ WORK PHONE ___631-786-6962___

SIGNATURE ___Janice Carrasco___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Carter_____Mary_____V_____
            Last Name                          First Name              Middle Name

HOME ADDRESS _69 Princeton St._____

_____Williston Park_____NY_____11596_____
            City                          State                    Zip Code

HOME PHONE _631 664 1395_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___CASCONE_____JOHN_____W_____

        Last Name                 First Name             Middle Name

HOME ADDRESS ___66 OXFORD ST_____

            ___ROSLYN HEIGHTS_____NY_____1157?_____

            City                State              Zip Code

HOME PHONE _(516) 621-2724_____ WORK PHONE _(718) 221-6600_____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____CASEY_____Thomas_____Michael_____
　　　　　　Last Name　　　　　　　　First Name　　　　　　Middle Name

HOME ADDRESS ____17 Central Ave_____
　　　　　　　　　____Tappan_____NY_____10983_____
　　　　　　　　　　　City　　　　　　　State　　　　　　Zip Code

HOME PHONE _(718) 920 - 1733___ WORK PHONE _(715) 920 - 1236___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Catania_ _Anthony_ _Joseph_
        Last Name          First Name          Middle Name

HOME ADDRESS _63 Ilyse Ct_

_Staten Island  NY_ _10306_
City                    State                    Zip Code

HOME PHONE _(718) 351-5621_   WORK PHONE _(718) 265-8444_

SIGNATURE _[signature]_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Cella_____Robert_____Anthony_____
           Last Name                       First Name            Middle Name

HOME ADDRESS ___3932 William Street_____
                 ___SeaFord_____N.Y._____11783_____
                     City           State         Zip Code

HOME PHONE ___(516) 783-3637___ WORK PHONE ___(347) 582-0202___

SIGNATURE ___Robert Cella_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  Chabas _____ Joseph _____ W _____
      Last Name                First Name              Middle Name

HOME ADDRESS  150 Arthur St _____

              Massapequa Pk    NY              11762
              City                   State           Zip Code

HOME PHONE (516) 799-0366    WORK PHONE 78 (48) 4876

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  _Chaffer_____  _Eric_____  _Ronald_____
      Last Name          First Name         Middle Name

HOME ADDRESS  _1778 Bushwick Avenue_____

_Merrick_____  _NY_____  _11566_____
City               State           Zip Code

HOME PHONE  _516 771 5223_  ~~WORK~~ *cell* PHONE  _516 238 3247_

SIGNATURE  _Eric Clifer_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  _CHAI_____   _JE_____   _S_____
              Last Name                       First Name             Middle Name

HOME ADDRESS  _39  Bowling  LN_____

                _Deer Park_____   _N-Y_____   _11729_____
                City               State             Zip Code

HOME PHONE _631-242-2858____   WORK PHONE _718-869-9355____

SIGNATURE  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _CHAN_ _CHRISTOPHER_ _WING_
Last Name    First Name    Middle Name

HOME ADDRESS _147-09 17 Ave_

_Whitestone_ _NY_ _11357_
City    State    Zip Code

HOME PHONE _917-626-1601_    WORK PHONE _718-520-9350_

SIGNATURE _[signature]_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___CHAN_____DANIEL_____
        Last Name                    First Name                    Middle Name

HOME ADDRESS ___188  Bay 17th St  3E_____
                ___Brooklyn_____NY_____11214_____
                City                        State                        Zip Code

HOME PHONE _347-268-2446_ WORK PHONE _212-334-0741_

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME     _CHAN_____     _DENNIS_____     ___—___
         Last Name                    First Name                    Middle Name

HOME ADDRESS   _98 Bay 43 St 2ND FL_____

         _Brooklyn_____   _NY_____   _11214_____
         City                        State            Zip Code

HOME PHONE  _718 266 1315_  WORK PHONE  _917 416 5521_

SIGNATURE  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Chang_____ _Tik_____ _____
       Last Name                First Name           Middle Name

HOME ADDRESS _21 Gillian CT_____

_Monroe_____ _NY_____ _10950_____
       City               State           Zip Code

HOME PHONE _845 662 3040_ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Chan Shue_____ _Suyini_____ _____
　　　　Last Name　　　　　　　　First Name　　　　　　Middle Name

HOME ADDRESS _245    West 139th_____

_____NYC_____ ___NY_____ ___10030_____
　　　　City　　　　　　　　State　　　　　　　Zip Code

HOME PHONE _212 690-4455_____ WORK PHONE _917 681-7991_____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____CHARLES_____WALTER_____
              Last Name                    First Name                    Middle Name

HOME ADDRESS __610 Beattie RD_____

__Rock Tavern_____NY_____12575_____
              City                          State                    Zip Code

HOME PHONE _845 863-5675_____ WORK PHONE _N/A_____

SIGNATURE _____Walter Chrl_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Chan_____ ___Alan_____ _____
       Last Name                    First Name           Middle Name

HOME ADDRESS ___138-70  Elder  Ave  #5R_____

___Flushing_____ ___Ny_____ ___11355_____
     City                   State            Zip Code

HOME PHONE ___917-609-1720_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___CHEEK_____EDWARD_____KIRK___
　　　　　Last Name　　　　　　　First Name　　　　　　Middle Name

HOME ADDRESS __1121 TINTON AVE_____PH_____
　　　　　　　　___Bx_____NY_____10456___
　　　　　　　　　City　　　　　　　State　　　　　　Zip Code

HOME PHONE _718.328.3677_ WORK PHONE _212 927 3200_

SIGNATURE ___Edwl K. Chea_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  Chervoni                    Lynda                Ginnette
      Last Name                   First Name           Middle Name

HOME ADDRESS  82 Bayside Lane
              Staten Island          NY          10309
              City                   State       Zip Code

HOME PHONE  718-966-2669    WORK PHONE (646)299-1994

SIGNATURE  Lynda G. Chervoni

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _CHIARANTANO_ _DANIEL_ _ANTHONY_
Last Name        First Name        Middle Name

HOME ADDRESS _1835 E. 36 ST    PH_

_BKLYN._ _NY_ _11234_
City        State        Zip Code

HOME PHONE _917 826-9110_    WORK PHONE _____

SIGNATURE _Daniel A. Chiarantano_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____O'Mien_____William_____
            Last Name                    First Name                    Middle Name

HOME ADDRESS ____45 Twin Pines Drive_____

____Brooklyn_____NY_____11239_____
            City                    State                    Zip Code

HOME PHONE __718 642 3298_____ WORK PHONE __718 236 2611_____

SIGNATURE ___William O'Mien_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _CHIFFRILLER_ _THUMAS_ _AQUINAS_
     Last Name          First Name          Middle Name

HOME ADDRESS _200-19 34th AVENUE_
     _BAYSIDE_      _NY_      _11361_
     City           State      Zip Code

HOME PHONE _(718)4907309_ WORK PHONE _718 784 5423_

SIGNATURE _[signature]_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Choi_____Charles_____
       Last Name                    First Name               Middle Name

HOME ADDRESS _____41-16   149th   #2_____
                _____Flushing_____N.Y._____11355_____
                    City               State           Zip Code

HOME PHONE ___917-687-2632___ WORK PHONE ___718-386-2289___

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _CHOWDHURY_ _KARAM_ _U_
          Last Name              First Name              Middle Name

HOME ADDRESS _168-14 88 Avenue, 1st FlR_

_Jamaica_          _NY_          _11432_
City                        State                    Zip Code

HOME PHONE _718-291-1963_  WORK PHONE _718-299-3900_

SIGNATURE _Karam Chowdhury_

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____Chowdhury_____ + _____Tarakur_____ _____R._____
          Last Name                    First Name                Middle Name

HOME ADDRESS _____104-24 Rosita Rd_____

_____OZONE PARK,_____ _____NY_____ _____11417_____
          City                    State                    Zip Code

HOME PHONE _____718-848-4481_____ WORK PHONE _____646-643-5277_____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  *CHRISTIE*     *JOHN*     *PATRICK*
         Last Name         First Name         Middle Name

HOME ADDRESS   *136 Dover Green*

              *Staten Island*   *NY*     *10312*
                City          State         Zip Code

HOME PHONE *(917) 748-8435*     WORK PHONE *(718) 946-3341*

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF -- NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _CHRISTODOULOU_         _CHRISTOPHER_         _Michael_
         Last Name                First Name              Middle Name

HOME ADDRESS  _116 Central Ave_

         _LYNBROOK_          _NY_          _11563_
         City                State          Zip Code

HOME PHONE  _516 - 812 - 9090_    WORK PHONE  _917 - 836 - 8810_

SIGNATURE  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Cicarello_____Frank_____Joseph_____
        Last Name                    First Name          Middle Name

HOME ADDRESS ____80   Kobb  blvd_____

_____West  ISCip   NY_____11795____
        City                    State              Zip Code

HOME PHONE __631-461-1417____   WORK PHONE __718 257-6211____

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____CIPRIANI_____ _____FRANK_____ _____JOSEPH_____
            Last Name              First Name          Middle Name

HOME ADDRESS _____119 EAST MACON AVE._____

                _____STATEN ISLAND_____ _____NY_____ _____10308_____
                   City            State           Zip Code

HOME PHONE _____718 966 1616_____ WORK PHONE _____917 846·6875_____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___CLAMP_____MAGG;C_____
           Last Name                First Name            Middle Name

HOME ADDRESS ___39 ACKERMAN ST_____

           ___SI_____NY_____10308_____
             City            State            Zip Code

HOME PHONE _347 215 2247_____ WORK PHONE _347 583 9241_____

SIGNATURE ___[signature]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    _Clark_          _Melissa_
        Last Name              First Name              Middle Name

HOME ADDRESS    _657  Madison  Avenue_

        _Lindenhurst_          _N.Y._          _11757_
        City                          State                  Zip Code

HOME PHONE _631-592-9661_          WORK PHONE _____

SIGNATURE _____

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _Clark_ _Robert_ _Arthur_
Last Name                      First Name                      Middle Name

HOME ADDRESS _1358 Prospect Place_

_Brooklyn N_ _NY_ _11213_
City                      State                      Zip Code

HOME PHONE _(718) 756 3796_    WORK PHONE _(646) 750 - 6959_

SIGNATURE _[signature]_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Clarke_____Genienne_____L._____
     Last Name               First Name           Middle Name

HOME ADDRESS ___111-03____146th___Street_____
     ___Jamaica_____NY_____11430_____
     City             State          Zip Code

HOME PHONE ___(718) 845-6628___ WORK PHONE ___(718) 657-6210___

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _CLARKE, JAMES, ANTON_
          Last Name                First Name          Middle Name

HOME ADDRESS _34 GRANT AVE_

              _ISLIP_, _N.Y_, _117-51_
              City            State           Zip Code

HOME PHONE _(631) 224-4683_    WORK PHONE _(718) 969-7366_

SIGNATURE _Sgt J. Clarke_

CONSENT TO SUE
REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Clarke_____Raymond_____C._____
           Last Name              First Name              Middle Name

HOME ADDRESS __3 Owens Drive_____

__Highland Mills____N.Y.____10930____
        City                  State              Zip Code

HOME PHONE _845-928-5496_ WORK PHONE _718 402-4429_

SIGNATURE _Raymond C. Clarke_____

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____CLEMENZA_____ROBERT_____ANTHONY_____
             Last Name                          First Name                    Middle Name

HOME ADDRESS _____11F Signs Rd._____
                    _____STATEN ISLAND       NY_____10314_____
                              City                        State                   Zip Code

HOME PHONE (347) 645-6503_____ WORK PHONE (718) 876-8478

SIGNATURE _____Robt Clemz_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Cohen_____ _Richard_____ _A_____
            Last Name                              First Name                        Middle Name

HOME ADDRESS _161-40 90 Street_____

_Howard Beach_____ _NY_____ _11414_____
         City                                  State                      Zip Code

HOME PHONE _718-848-7382_ WORK PHONE _718-946-3311_

SIGNATURE _Richard Cohen_____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  _Coleman_        _James_        _Edward_
       Last Name            First Name            Middle Name

HOME ADDRESS  _1 Richbell Rd Apt 122 C_

_Larchmont, NY_        _10538_
City                State                Zip Code

HOME PHONE _(914) 630 - 0092_    WORK PHONE _(212) 343 - 3702_

SIGNATURE  _James E Coleman_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Coleman_ _Kevin_ _James_
         Last Name            First Name            Middle Name

HOME ADDRESS _201 E 15 STREET, APT. 7 B_

_New York_ _NY_ _10003_
City            State            Zip Code

HOME PHONE _646.263.1666_    WORK PHONE _718.542.2314_

SIGNATURE _[signature]_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Collins, Crystal Rochelle
_____
Last Name        First Name        Middle Name

HOME ADDRESS 1505 Bushwick Ave
Brooklyn        ny        11207
City        State        Zip Code

HOME PHONE (718) 919-1308    WORK PHONE 646 498-1041

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  COLLINS                    DANIEL              PATRICK
_____
Last Name                        First Name          Middle Name

HOME ADDRESS  14 Villa Road
_____

Pearl River            NY                    10965
_____
City                   State                 Zip Code

HOME PHONE  (845) 735-8091        WORK PHONE  (718) 720-5202
_____

SIGNATURE  Sgt Danl Coll
_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Colon_____Omar_____
　　　　　　　Last Name　　　　　　　　　First Name　　　　　　　Middle Name

HOME ADDRESS __1036 Hunter Ave        APT 3_____
　　　　　　　　__Valley    Stream    NY_____11580_____
　　　　　　　　　City　　　　　　　State　　　　　　　　Zip Code

HOME PHONE __716 285-0069_____ WORK PHONE __718 922-8189_____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME __COLON_____ __REINALDO_____ _____
    Last Name                    First Name              Middle Name

HOME ADDRESS __810 W. 183RD ST._____ __#1C_____
                                                           
__NEW YORK____ __NY____ __10033_____
    City              State           Zip Code

HOME PHONE __(917)567-7418____ WORK PHONE _____

SIGNATURE __Reinaldo Colon_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    Connizzo                Michael            J
        Last Name              First Name        Middle Name

HOME ADDRESS   208 Hosmer Ave.

               Bronx            NY            10465
               City           State          Zip Code

HOME PHONE 347-281-8612    WORK PHONE 1-718-293-1563

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Connolly_____ ___Christopher___ ___Michael___
           Last Name           First Name        Middle Name

HOME ADDRESS ___217 Atlantic Ave_____

___Massapequa Park    NY___ ___11762___
          City              State          Zip Code

HOME PHONE ___(516) 798-5336___ WORK PHONE ___(917) 559-0650___

SIGNATURE ___[signature]___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Connolly_____Christopher_____Owen____
          Last Name                  First Name        Middle Name

HOME ADDRESS ___38 Twixt Hills Rd._____

              ___St. James_____N.Y._____11780___
                 City          State         Zip Code

HOME PHONE (631) 780-5209   WORK PHONE (212) 268-3439

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  Connolly                    Daniel              Peter
      Last Name                   First Name          Middle Name

HOME ADDRESS  69-40  NANSEN  STREET

              FOREST  HILLS    NY          11375
              City             State        Zip Code

HOME PHONE  917 710 1775    WORK PHONE  646 221 5572

SIGNATURE  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _CONNORS_    _MICHAEL_    _JOHN_
    Last Name    First Name    Middle Name

HOME ADDRESS  _25 WEAVER LANE_

_LEVITTOWN_    _NY._    _11756_
    City    State    Zip Code

HOME PHONE _(516) 731- 3968_    WORK PHONE _(212) 268-3229_

SIGNATURE _Michael J. Connors_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   _Contreras_      _Tancredo_      _Melvin_
       Last Name      First Name      Middle Name

HOME ADDRESS   _99 Winchester Drive_

      _Monroe_      _NY_      _10950_
      City      State      Zip Code

HOME PHONE _845-837-1921_      WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF — NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  Conversano        Christopher        Richard
      Last Name          First Name         Middle Name

HOME ADDRESS  897 Park Ave

              Huntington        N.Y.              11743
              City              State             Zip Code

HOME PHONE (631) 271-3822    WORK PHONE (631) 374-0198

SIGNATURE  C.C.

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    _Cooke_          _GERARD_          _A._
          Last Name              First Name           Middle Name

HOME ADDRESS    _646 PARKSIDE DRIVE_
          _Jericho_        _NY_        _11753_
          City              State        Zip Code

HOME PHONE _576 - 938 - 6906_ WORK PHONE _718 - 626 - 9320_

SIGNATURE _Gerard a. Cooke_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Corda_____ ___Joseph_____ ___S_____
      Last Name             First Name          Middle Name

HOME ADDRESS ___160-08_____ ___87 st_____

___Howard Beach____ ___NY_____ ___11414_____
City                 State        Zip Code

HOME PHONE _718 - 322 - 4479____ WORK PHONE _212 - 268 - 3229_

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME      Cornejo                    Kema                   Monique
          Last Name                 First Name             Middle Name

HOME ADDRESS    64 Grandview Ave.

                Staten IS      , NY                 10303
                City             State              Zip Code

HOME PHONE  718-524-8678    WORK PHONE  718-948-9311

SIGNATURE  KCornejo

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME     Cornier     Joseph     Angel
         Last Name            First Name           Middle Name

HOME ADDRESS     77-11 61 st.

         Glendale          NY          11385
         City              State        Zip Code

HOME PHONE (646) 302-8573   WORK PHONE (718) 542-4775

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____CORREIA_____,_____ANTHONY_____RAYMOND_____
               Last Name                       First Name          Middle Name

HOME ADDRESS ___221-09___114 RD_____

             CAMBRIA HTS , N.Y._____11411_____
               City               State            Zip Code

HOME PHONE ___718-740-0761_____ WORK PHONE ___718-875-8375_____

SIGNATURE _____Anthony R. Correia_____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _Cortes_____ _Joseph_____ _K____
         Last Name             First Name        Middle Name

HOME ADDRESS _130   29  ST_____ _APT   4C___
           _Brooklyn_____ _NY_____ _11232_____
           City            State        Zip Code

HOME PHONE _917  340  3287_ WORK PHONE _212  927  3272_

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _Cosgrove_    _Kevin_    _Michael_
        Last Name         First Name         Middle Name

HOME ADDRESS    _41-09   60 Street_

        _Woodside_    _NY_    _11377_
        City             State          Zip Code

HOME PHONE _718 683 4902_    WORK PHONE _718 626 9347_

SIGNATURE _Kevin Cosgrove_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Costanzo_____John_____Glenn_____
         Last Name                      First Name            Middle Name

HOME ADDRESS ___216   Brady   Road._____

_____Warwick_____NY_____10990_____
         City                            State                 Zip Code

HOME PHONE _845-986-9150_____   WORK PHONE _718-920-1236_

SIGNATURE ___Sgt. John Costanzo_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Cottingham___ ___Christopher___ ___Michael___
           Last Name          First Name          Middle Name

HOME ADDRESS ___221 Mcdonald Ave___
     ___Brooklyn___ ___NY___ ___11218___
     City        State        Zip Code

HOME PHONE ___917 - 613 - 0416___ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _COTTO_____ _EDGAR_____ _____
           Last Name                     First Name                    Middle Name

HOME ADDRESS _7 WOODED WAY_____

_CALVERTON_____ _NY_____ _11933_____
           City                            State                         Zip Code

HOME PHONE _(631) 591-2367_____  WORK PHONE _(718) 922-8001_

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Courgnaud_____ _Morgan____ _Francis - Antoine____
         Last Name             First Name          Middle Name

HOME ADDRESS _62  71 110th Street, Apt D3_____

_Forest Hills , N Y___ _11375_____
         City            State          Zip Code

HOME PHONE _(917)854-9592__ WORK PHONE _(514)654-6462__

SIGNATURE _____

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  COYLE, WILLIAM            JOHN
      Last Name              First Name              Middle Name

HOME ADDRESS  1 VIVIAN LANE

CHESTER, NY            10918
City          State          Zip Code

HOME PHONE (845) 294-0827   WORK PHONE (212) 741-8241

SIGNATURE  _William J Coyle_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Crawley_ _Wilbert_ _B._

       Last Name        First Name       Middle Name

HOME ADDRESS _2876 Briggs Ave_

       _Bronx_ _N.Y._ _10458_

       City        State       Zip Code

HOME PHONE _718-679-6777_ WORK PHONE _718 482 6655_

SIGNATURE _[signature]_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____CREMIN_____CORNELEUS_____PATRICK_____
　　　　　　　Last Name　　　　　　　　　First Name　　　　　　　　Middle Name

HOME ADDRESS _____322　EAST　242ND ST._____

_____Bronx_____NY_____10470_____
　　　　　City　　　　　　　　　State　　　　　　　　Zip Code

HOME PHONE __347 275-3425_____ WORK PHONE _718 542- 7115____

SIGNATURE _____Sgt [signature]_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Crespo_____Angel_____L_____
           Last Name                      First Name                      Middle Name

HOME ADDRESS ___786 Bronx River Rd. Apt B37_____

_____Yonkers_____NY_____10708_____
           City                          State                        Zip Code

HOME PHONE _(914) 237-7190_____  WORK PHONE _(917) 569-3706_____

SIGNATURE _____

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _CRESPO_____VICTOR_____A._____
          Last Name                   First Name           Middle Name

HOME ADDRESS _267 BAY SHORE RD._____

_BAY SHORE      NY_____11706____
     City               State          Zip Code

HOME PHONE _646-319-2543___  WORK PHONE _646-319-2543___

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___CRIMMINS___, ___KEVIN___ ___ANTHONY___
　　　　　Last Name　　　　　First Name　　　　Middle Name

HOME ADDRESS ___18 HAYES DRIVE___
___EASTCHESTER___ ___NY___ ___10709___
　　　　　City　　　　　State　　　　Zip Code

HOME PHONE _917-939-4410_ WORK PHONE _718-822-5403_

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  CROZIER          STEVE          GEORGE
      Last Name        First Name     Middle Name

HOME ADDRESS  33 WOODLAND AVE

      ROCKVILLE CENTRE   NY   11570
      City               State   Zip Code

HOME PHONE  516 536 1969   WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____Cruz_____Abraham_____
　　　　　　　Last Name　　　　　　　　　　First Name　　　　　　　Middle Name

HOME ADDRESS ____71-15　65　St.　　　B-1_____

_____Glendale ,　NY　　　　11385_____
　　　　　　City　　　　　　　　　State　　　　　　　Zip Code

HOME PHONE _347-599-0070_____ WORK PHONE _347-678-6037___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Cruz Jr_____Carlos_____
           Last Name                 First Name              Middle Name

HOME ADDRESS _____2581 Nassau Ave_____
_____Wantagh_____NY_____11793_____
           City               State            Zip Code

HOME PHONE ___(646)322-1943___ WORK PHONE _____

SIGNATURE _____Carlos Cruz Jr_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___CRUZ___ _____FREDY_____ _____
　　　　　Last Name　　　　　　　　　　First Name　　　　　　Middle Name

HOME ADDRESS ___2070  BRONX  PARK  EAST  # 4P___

　　　　　　　___BX___ ___N Y___ ___10462___
　　　　　　　　City　　　　　　　State　　　　　Zip Code

HOME PHONE ___646 - 339 - 3862___　　WORK PHONE ___212 - 927 - 3272___

SIGNATURE ___Cruz . F___

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Cruz___ ___Miguel___ ___Angel___
       Last Name            First Name            Middle Name

HOME ADDRESS ___2040 – 21st Drive.   Apt 5F___

___Brooklyn___ ___NY___ ___11214___
       City            State            Zip Code

HOME PHONE ___(718) 266-2346___   WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   Cuevas                     Eric                          —
         Last Name                First Name                Middle Name

HOME ADDRESS   26719   N   14th Lane

                Phoenix            AZ              85085
                City               State           Zip Code

HOME PHONE   623 215 2198   WORK PHONE   —

SIGNATURE   Eric Cuevas

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____CUI._____BENJAMIN_____LUEI_____
         Last Name                  First Name            Middle Name

HOME ADDRESS _____11___MESA___ROAD_____

                 SYOSSET_____NY_____11791_____
               City                State            Zip Code

HOME PHONE _917-363-3003_ WORK PHONE _718- 476- 5645._

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Cunningham___ ___Andrew___ ___R___
      Last Name          First Name          Middle Name

HOME ADDRESS ___234 Holt Drive___

___Pearl River___ ___NY___ ___10965___
      City              State        Zip Code

HOME PHONE ___646 610 8586___    WORK PHONE ___646·610·8586___

SIGNATURE ___Andrew Cunningham___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Curcio_____ERIC_____Joseph_____
               Last Name                    First Name                    Middle Name

HOME ADDRESS ___442 Arthur Kill Rd_____

_____Staten Island_____NY_____10308_____
               City                              State                         Zip Code

HOME PHONE (718) 966-2284_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    CURRAN    PETER    JOSEPH
        Last Name    First Name    Middle Name

HOME ADDRESS    4295 WEBSTER AVENUE 6F

    BRONX    NY    10470
    City    State    Zip Code

HOME PHONE _____ WORK PHONE (516) 770-1822

SIGNATURE    Peter J. Curran