# APPENDIX A

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____CURRAN_____ _____TERENCE_____ _____JAMES_____
        Last Name                      First Name              Middle Name

HOME ADDRESS ___74-17____58 AVENUE_____

___Middle Village NY_____11379___
        City                    State                    Zip Code

HOME PHONE (718) 426-5363____ WORK PHONE (718) 353-4991__

SIGNATURE _____Terence J Curran _____

CONSENT TO SUE
REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  _CURUMi_____  _ATANASIE_____  ___—_____
         Last Name                    First Name              Middle Name

HOME ADDRESS  _500 W 235 ST_____

            _BRONX_____  _NY_____  _10463_____
             City                  State          Zip Code

HOME PHONE _718-549-7719_____  WORK PHONE _718-353-7960___

SIGNATURE  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  *Czerepak*          *Robert*          *A*
Last Name          First Name          Middle Name

HOME ADDRESS  *8704 3rd Ave.*

*Brooklyn*          *N.Y.*          *11209*
City          State          Zip Code

HOME PHONE  *718-383-4879*          WORK PHONE  *718-627-6641*

SIGNATURE  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____DAILEY_____COREY_____
      Last Name              First Name              Middle Name

HOME ADDRESS ___125 BENNETT AVE_____

___HEMPSTEAD_____NY_____11550_____
City                    State              Zip Code

HOME PHONE _347-865-0169_____ WORK PHONE _____

SIGNATURE _____Corey Paul_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Dallemand Daniel_____

Last Name                                        First Name                          Middle Name

HOME ADDRESS ___2363 Grand Ave    Apt 1A2_____

___Baldwin          NY          11510_____

City                          State                    Zip Code

HOME PHONE ___(516) 362-6290___    WORK PHONE ___(347) 200-5603___

SIGNATURE ___Sgt._____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  _Daniels_          _Oswald_          _Irving_
      Last Name          First Name        Middle Name

HOME ADDRESS  _14 Miller Ave_

_Freeport_          _NY_          _11520_
City                State         Zip Code

HOME PHONE  _516-223-2085_     WORK PHONE  _718-806-5010_

SIGNATURE  _Oswald Daniels_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _Dannecker         Michael         Lawrence_
     Last Name               First Name               Middle Name

HOME ADDRESS _44 Belmar Drive West_
_Staten Island, NY         10314_
     City               State               Zip Code

HOME PHONE _7184775072_   WORK PHONE _718 6672208_

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF -- NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  *Davon*                    *Mark*                    *L*
Last Name                          First Name                 Middle Name

HOME ADDRESS  *12 Welwyn Road 2L*

*Great Neck*        *NY*              *11021*
City                     State              Zip Code

HOME PHONE  *914-772-0940*        WORK PHONE  *914-772-0940*

SIGNATURE  *[signature]*

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    DARIO       MICHAEL       ANTHONY
          Last Name          First Name          Middle Name

HOME ADDRESS    26 BENTLEY LANE

            STATEN ISLAND      NY      10307
               City           State          Zip Code

HOME PHONE   646 7846460    WORK PHONE   718 227 0753

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF -- NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____Davila_____ _____Julio_____ _____Jose_____
         Last Name                First Name              Middle Name

HOME ADDRESS _____2428    Matthews    Avenue    C4_____

_____Bronx_____ _____NY_____ _____10467_____
      City                    State                     Zip Code

HOME PHONE __(347) 613 - 2678__    WORK PHONE __(718) 794 - 2300__

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    Davis          Chris          T
        Last Name          First Name         Middle Name

HOME ADDRESS    219 Lynch Ave

                  New Hampton      NY      10958
                  City            State        Zip Code

HOME PHONE   845-355-2396      WORK PHONE   913-745-4737

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___DAVIS_____LEONARD_____C._____
            Last Name              First Name          Middle Name

HOME ADDRESS ___173  FANNING  ST._____

             ___S.I._____N.Y._____103/4_____
               City           State           Zip Code

HOME PHONE ___718-983-1153___ WORK PHONE ___917-932-4069___

SIGNATURE ___[signature]___

CONSENT TO SUE
REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  DAwes                    James              Adrian
       Last Name               First Name         Middle Name

HOME ADDRESS  614 40th street Apt D7

              Brooklyn          NY                 11232
              City              State              Zip Code

HOME PHONE  347-365-0262   WORK PHONE

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____DEAK_____PETER_____S_____
             Last Name              First Name         Middle Name

HOME ADDRESS ____152 SEWARD STREET_____

_____BUCHANAN_____NY_____10511_____
       City          State         Zip Code

HOME PHONE _914-293-0601___    WORK PHONE _718-543-5823_

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___DeAntonio___ ___Bryan___ ___Lawrence___
          Last Name          First Name          Middle Name

HOME ADDRESS ___1800 Narragansett Ave___

___Bronx___ ___NY___ ___10461___
   City                State              Zip Code

HOME PHONE ___917 770-5195___ WORK PHONE ___718 590-2817___

SIGNATURE ___B DeAnt___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____DeBellis_____Regina_____
          Last Name                          First Name                    Middle Name

HOME ADDRESS _____70 Drake Avenue_____

_____Staten Island_____NY_____10314_____
          City                                State                    Zip Code

HOME PHONE (718) 448 9816_____    WORK PHONE (718) 439-4230_____

SIGNATURE _____Sgt DiB_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___DeCaro___ , ___Gerardo.___
      Last Name          First Name          Middle Name

HOME ADDRESS ___601 east. 186 Street___

___Bronx___ ___NY___ ___10458___
City          State          Zip Code

HOME PHONE ___718·367·1607___ WORK PHONE ___347·217·2003___

SIGNATURE ___Gerardo DeCaro___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Deen_____ _MeeR_____ _F_____
         Last Name               First Name         Middle Name

HOME ADDRESS _1603  Astor  Ave_____
               _Bronx_____ _NY_____ _10469_____
               City            State        Zip Code

HOME PHONE _718- 519-1620____ WORK PHONE _718 - 822- 5448_

SIGNATURE _Meer Deen_____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ____DeGregorie____ ____Demetrio____ ____Daniel____
         Last Name             First Name         Middle Name

HOME ADDRESS ____140 Broad St____
     ____Williston Park____ ____NY____ ____11596____
          City            State        Zip Code

HOME PHONE ____(516) 214-6897____    WORK PHONE ____(718) 318-4204____

SIGNATURE ____[signature]____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____Deixler_____Lonnie_____
            Last Name                          First Name                    Middle Name

HOME ADDRESS _____176 Greencroft Avenue_____

_____Staten Island_____NY_____10308_____
            City                          State                    Zip Code

HOME PHONE ____718 541 8062_____ WORK PHONE ___212 826 3211_____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  _DEJESUS_     _DAVID_     _JOSEPH_
   Last Name     First Name    Middle Name

HOME ADDRESS  _141 Shoreham Rd_

     _Massapequa_  _NY_  _11758_
      City     State    Zip Code

HOME PHONE  _516-799-7536_  WORK PHONE _____

SIGNATURE  _David DeJesus_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    DeJesus                    Jose            A
             Last Name              First Name        Middle Name

HOME ADDRESS    1025 Revere Ave

                  Bronx                  NY              10465
                  City                    State            Zip Code

HOME PHONE    347-810-7257        WORK PHONE    Retired

SIGNATURE    Jose DeJesus

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  DELA CRUZ          SERAPHIM
      Last Name                    First Name                    Middle Name

HOME ADDRESS  102  BUFFALO  AVENUE

              LINDENHURST          NY              11757
              City                        State                    Zip Code

HOME PHONE  (917) 214-1970      WORK PHONE  (718) 474 6555

SIGNATURE  _____

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Delacruz_____ _Jose_____ _A_____
　　　　　Last Name　　　　　　　　　　　　First Name　　　　Middle Name

HOME ADDRESS _223　Leslie　ave_____

　　　　　_New Windsor_____ _NY_____ _12553_____
　　　　　City　　　　　　　　　　　State　　　　　　　Zip Code

HOME PHONE (845) 561-3327_____ WORK PHONE (718) 292-6161_____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Delaney_____Colin_____Michael_____
        Last Name              First Name              Middle Name

HOME ADDRESS ____72-28  65 Place_____

____Glendale_____NY_____11385_____
     City                    State                Zip Code

HOME PHONE ___718 418  0295___ WORK PHONE __631 258-0746__

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___DeLeo___ ___Joseph___ ___Anthony___
           Last Name              First Name          Middle Name

HOME ADDRESS ___3610 Roger Drive___

             ___Wantagh___ ___NY___ ___11793___
              City           State         Zip Code

HOME PHONE ___(718) 689-4026___ WORK PHONE ___(718) 236-2521___

SIGNATURE ___Sgt DeL___

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _DeLeon_____ _Carlos_____ _____
     Last Name                    First Name                 Middle Name

HOME ADDRESS _5___ _M. la___ _Roas_____ _____

_Warwick_____ _NY_____ _10990_____
City                  State                Zip Code

HOME PHONE _917-562-4551___    WORK PHONE _718-220-5841___

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    Dennison                          Darell
        Last Name                        First Name              Middle Name

HOME ADDRESS    49 Homestead   Lane

                Levittown            NY              11756
                City                State           Zip Code

HOME PHONE   646-408-6403        WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _DeRosa_____ _Robert_____ _Christopher_____
Last Name                        First Name              Middle Name

HOME ADDRESS _3208 Amelia Dr_____

_Mohegan Lake  NY_____ _10547_____
City                              State                    Zip Code

HOME PHONE _(914) 202-29-29_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF -- NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  Despaigne                    Doris              M
      Last Name                    First Name         Middle Name

HOME ADDRESS  2067 Independence Dr
              New Windsor   NY        12553
              City          State     Zip Code

HOME PHONE  845 567- 1240        WORK PHONE _____

SIGNATURE  Doris Despaigne

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   DESPOT        ODELLE        DARREN
       Last Name     First Name    Middle Name

HOME ADDRESS   248-18  88TH DRIVE

   BELLEROSE   NY      11426
   City        State   Zip Code

HOME PHONE  347-676-583   WORK PHONE _____

SIGNATURE  _____

**CONSENT TO SUE**

REQUEST TO BECOME PARTY-PLAINTIFF -- NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    Devine                  Michael              Patrick
        Last Name               First Name           Middle Name

HOME ADDRESS    30 Concerto Court

                Eastport        New York             11941
                City            State                Zip Code

HOME PHONE    516-782-6827    WORK PHONE    646-610-5430

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Dey_____ ___Neil-Rodric___ ___Joel_____
          Last Name              First Name        Middle Name

HOME ADDRESS ___110-61 Farmers Blvd_____

___St. Albans_____ ___NY_____ ___11412_____
    City             State        Zip Code

HOME PHONE ___718-910-4919_____ WORK PHONE _____

SIGNATURE ___[signature]_____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Diani_____Meshaq_____Nxele_____
             Last Name                    First Name               Middle Name

HOME ADDRESS __1012  Hollywood  Ave_____

             __Bronx_____NY_____10465_____
             City                     State                   Zip Code

HOME PHONE __347  398  5316_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____ Diaz,_____ Damaris_____
             Last Name                    First Name           Middle Name

HOME ADDRESS _2400 Johnson Ave    #5A_____

_Bronx_____ ny_____ 10463_____
           City                State             Zip Code

HOME PHONE _347-578-0422_____ WORK PHONE _347-427-6926____

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  _DIAZ_____  _ERVIN_____  _____
      Last Name                First Name              Middle Name

HOME ADDRESS  _7438  64 st_____

_Glendale_____  _ny_____  _11385_____
City                State         Zip Code

HOME PHONE _646-387-6995_____  WORK PHONE _____

SIGNATURE _(signature)_____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  DIAZ                         Jason
      Last Name                    First Name                    Middle Name

HOME ADDRESS  55 HalleyStreet    Apt 2 D

              Yonkers              NY                            10704
              City                 State                         Zip Code

HOME PHONE 917-450-5970        WORK PHONE (718) 822-5448

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   _Diaz_                    _Jose_              _R_
         Last Name              First Name          Middle Name

HOME ADDRESS   _291 Fisher Avenue   1FL_

   _White Plains_      _NY_              _10606_
   City                State           Zip Code

HOME PHONE _914-328-7863_    WORK PHONE _347-819-4923_

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  DIAZ                    LAUREN                NICOLE
      Last Name               First Name            Middle Name

HOME ADDRESS   1 Sadore Lane   #4L

               Yonkers          NY                 10710
               City             State              Zip Code

HOME PHONE  917 439 9892        WORK PHONE _____

SIGNATURE  _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    Diaz                    Tiersa               Amette
        Last Name              First Name           Middle Name

HOME ADDRESS    4016 Rockaway Beach Blvd

        Far Rockaway            NY                   11691
        City                    State                Zip Code

HOME PHONE  718-868-3212        WORK PHONE  718-318-4228

SIGNATURE   Sgt Tiersa Diaz

CONSENT TO SUE
REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   DIEHL                          Robert
        Last Name                    First Name                      Middle Name

HOME ADDRESS   133 Pleasure Avenue

               Lake Ronkonkoma        N.Y              11779
               City                   State            Zip Code

HOME PHONE  516-220-2426    WORK PHONE  516-220-2426

SIGNATURE   R Diehl

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   DIGGS                    NIKIA              N
       Last Name               First Name         Middle Name

HOME ADDRESS   190·17  Williamson  Ave

       Springfield  Gardens     NY          11413
       City                     State       Zip Code

HOME PHONE   718·930·7804          WORK PHONE _____

SIGNATURE   _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____*DILBERT*_____*NOEL*_____*L*_____
     Last Name              First Name         Middle Name

HOME ADDRESS ___19 RUBY LANE_____

___HUNTINGTON STATION NY    11746_____
City            State           Zip Code

HOME PHONE _347-279-0818___ WORK PHONE _646-285-1160___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF -- NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME   Dillon               Shelagh              Mary
       Last Name            First Name            Middle Name

HOME ADDRESS   298  N. Richmond Ave

      Massapequa   NY        11758
      City                State        Zip Code

HOME PHONE  516 7990513      WORK PHONE  212 931-7797

SIGNATURE   Shelagh M Dillon

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Di Nicola___ ___Alain___ ___Flavis___
        Last Name           First Name        Middle Name

HOME ADDRESS ___39-61 58 Street___

        ___Woodside___ ___N.Y___ ___11377___
        City         State        Zip Code

HOME PHONE ___(718) 899-6992___ WORK PHONE ___#33 6 29 26 5989___

SIGNATURE ___[signature]___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   Distefano                Alfonso
           Last Name                    First Name                    Middle Name

HOME ADDRESS   254   Barbara   ST

             SI              NY              10306
            City              State              Zip Code

HOME PHONE   718-987-3406        WORK PHONE   917 715 2347

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Dixon_____Christopher_____Shawn_____
             Last Name                    First Name           Middle Name

HOME ADDRESS ____758____Lincoln____Place_____

                     Brooklyn_____NY_____11216_____
                      City                State            Zip Code

HOME PHONE ___718-493-9836_____ WORK PHONE ___917-642-0366_____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _DOHERTY_ _LINDA_ _ROSE_
      Last Name                First Name            Middle Name

HOME ADDRESS _75-02 189 street_
                _FRESH MEADOWS NY 11366_
                City              State            Zip Code

HOME PHONE _718-807-8057_ WORK PHONE _____

SIGNATURE _[signature]_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   DONGGILIO          JIMMY          B
       Last Name                   First Name              Middle Name

HOME ADDRESS   4402 Rockaway Bch Blvd.

FAR ROCKAWAY          NY          11691
City                         State                 Zip Code

HOME PHONE   917.783.2372   WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Donofrio_____Adam_____M.___
        Last Name           First Name        Middle Name

HOME ADDRESS ___24 Yerkes Road___

___North Salem, NY 10560___
        City        State        Zip Code

HOME PHONE ___914.447.0385___ WORK PHONE ___914.447.0385___

SIGNATURE ___A. M. [signature]___

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____Donovan_____Matthew_____R_____

           Last Name                      First Name            Middle Name

HOME ADDRESS ____374 Virginia Ave_____

_____Staten Island_____NY_____10305_____

           City                State           Zip Code

HOME PHONE __718 447-4790_____ WORK PHONE __646 627-6675__

SIGNATURE _____

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    _DORDAL_____EDWIN_____

Last Name                          First Name              Middle Name

HOME ADDRESS    53  DAFFODEL CT_____

STATEN ISLAND         NY              10312_____

City                              State              Zip Code

HOME PHONE (718) 967-2043_____    WORK PHONE  646-610-7816_____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Dorsett_____Andrew_____
        Last Name                        First Name                    Middle Name

HOME ADDRESS ___449   West   End   Avenue_____

___E. Yaphank_____NY_____11967_____
City                              State                        Zip Code

HOME PHONE ___631- 775- 6340_____ WORK PHONE ___917-696-2755____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ____Dorst_____John_____T_____
        Last Name              First Name            Middle Name

HOME ADDRESS ___147-31    38 Ave   Apt A47_____

___Flushing_____NY._____11354_____
   City              State           Zip Code

HOME PHONE 646-345-2326_____ WORK PHONE 718 805 3204___

SIGNATURE _____John J. Dorst_____

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME        Dos Santos,            Jonpierre
            Last Name              First Name              Middle Name

HOME ADDRESS        490 Main Street Apt B8

                    Farmingdale        New York        11735
                    City               State           Zip Code

HOME PHONE    (917) 573-8786    WORK PHONE    (212) 690-8808

SIGNATURE

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____DOTRES_____DIEGO_____Enrique_____

            Last Name                       First Name                 Middle Name

HOME ADDRESS _____218 Shebrooke Rd_____

_____Lindenhurst_____NY_____11757_____

             City                      State                 Zip Code

HOME PHONE _(631) 225-2756_____ WORK PHONE _(917) 596 6606_____

SIGNATURE _____Diego Dotres_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  Douse          Christopher          Michael
       Last Name              First Name              Middle Name

HOME ADDRESS  120 Leo Lane

               Deer Park          N.Y.          11729
               City                State          Zip Code

HOME PHONE (631) 242-2819    WORK PHONE (516) 903-0288

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME   DOWLING          TIMOTHY          MICHAEL
_____Last Name_____First Name_____Middle Name_____

HOME ADDRESS   240 Garth Rd. Apt. 1L2
_____

Scarsdale          NY          10583
_____City_____State_____Zip Code_____

HOME PHONE   845 - 674 - 5623    WORK PHONE   212 - 477 - 9758

SIGNATURE   _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  _DRANTYEV-HYACINTHE, Vilaine_____
　　　　　Last Name　　　　　　　　　　First Name　　　　　　　　Middle Name

HOME ADDRESS  _88 MEARAN LOOP_____

_Staten Island    NY    10307_____
　　　　City　　　　　　State　　　　　Zip Code

HOME PHONE _347-452-2293_  WORK PHONE _347-452-2293_

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   DREW                          MARTA
       Last Name              First Name              Middle Name

HOME ADDRESS   155 IROQUOIS STREET

       RONKONKOMA          NY              11779
       City                State           Zip Code

HOME PHONE 631·676·2670     WORK PHONE 516·435·6782

SIGNATURE   [signature]

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___DRYSDALE_____SASTRI_____K_____
         Last Name              First Name           Middle Name

HOME ADDRESS ___111 ROCKMART AVE_____
         ___Elmont_____NY_____11003.____
              City            State         Zip Code

HOME PHONE __516 305 4566___ WORK PHONE __718-402-2279__

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____DUNCAN_____Kurt_____A._____
Last Name                                           First Name                            Middle Name

HOME ADDRESS _____9 Watkins Terrace_____

_____Amityville_____N.Y._____11701_____
City                                    State                                    Zip Code

HOME PHONE __631-236-6217_____  WORK PHONE __718-573-5045____

SIGNATURE ___[signature]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Dunlavey_____ ___Michael_____ ___R_____
           Last Name                              First Name               Middle Name

HOME ADDRESS ___6 Stegmayer Lane_____

               ___New city_____ ___NY___ ___10956_____
                  City                     State            Zip Code

HOME PHONE ___845-623-0008_____ WORK PHONE _____

SIGNATURE ___[signature: Michael Dunlavey]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    Dunton                     Valerie                  Roberta
        Last Name                    First Name               Middle Name

HOME ADDRESS    249    Thomas    S.    Boyland    Street    Apt 6B
        Brooklyn              NY                    11233
        City                        State                    Zip Code

HOME PHONE    718 345 5088    WORK PHONE    718 858 6038

SIGNATURE    Valerie R. Dunton

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Duplessis_____ _Robert_____ _P_____
          Last Name                          First Name                              Middle Name

HOME ADDRESS _72   ABERDEEN   ST_____

_MALVERNE        N Y        11565_____
          City                              State                    Zip Code

HOME PHONE _(516) 376 5878___ WORK PHONE _(917) 939-1957____

SIGNATURE _Robert Duplessis_____

**(CONTINUE ON REVERSE)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF -- NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Durkin_____Thomas_____M_____
           Last Name                First Name            Middle Name

HOME ADDRESS ___17____Connecticut____Ave_____

_____Long_Beach_____NY_____11561_____
         City                State            Zip Code

HOME PHONE __516 - 220 - 0162___   WORK PHONE __516 212 - 860 - 6586__
                                                 +mo

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Dwyer_____Ryan_____Patrick_____
           Last Name                        First Name           Middle Name

HOME ADDRESS ____411  Starke  Ave_____

_____East  Meadow_____NY_____11554_____
    City                   State           Zip Code

HOME PHONE _____  WORK PHONE __917  863  7037__

SIGNATURE _____[signature]_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  _EASON_  _ERICA_  _Michele_
      Last Name        First Name        Middle Name

HOME ADDRESS  _97 BROWNS RD_

_WALDEN_    _N.Y._    _12586_
City        State        Zip Code

HOME PHONE  _845-713-4413_  WORK PHONE  _646-772-0790_

SIGNATURE  _Erica M Eason_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    Echevarria Jr.          Edwin
        Last Name               First Name               Middle Name

HOME ADDRESS    113 Danbury St.

        Bay Shore               NY                       11706
        City                    State                    Zip Code

HOME PHONE (631) 665-2032          WORK PHONE

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  _Edmund_____  _Joseph_____  _Bernard_____
         Last Name                              First Name              Middle Name

HOME ADDRESS  _1744    Albany Ave_____

              _Brooklyn_____  _NY_____  _11218_____
              City                          State              Zip Code

HOME PHONE  _917-453 9641_____    WORK PHONE  _917-453 9641_____

SIGNATURE  _Joseph Edmund_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    Eiler Jr                Robert          Francis
        Last Name               First Name      Middle Name

HOME ADDRESS    24 Pleasant Dr.

                Highland Mills        NY         10930
                City                  State      Zip Code

HOME PHONE    845-928-2261        WORK PHONE

SIGNATURE    Robert Eiler Jr

CONSENT TO SUE
REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___ETLL_____  ___BENJAMIN_____  ___DAVID_____
Last Name                    First Name                    Middle Name

HOME ADDRESS ___2 TERRACE CIRCLE_____

___GREAT NECK___  ___NY___  ___11021___
City                    State                    Zip Code

HOME PHONE __516 398 1796_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Elie-Pierre___ ___Raymond___ _____
    Last Name              First Name              Middle Name

HOME ADDRESS ___1730   E 49 ST_____

___Brooklyn___ ___NY___ ___11234___
    City                      State              Zip Code

HOME PHONE ___646-413-3235___ WORK PHONE ___212-927-3200___

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  Ellington,  Robert  Keith
Last Name        First Name        Middle Name

HOME ADDRESS  92 Wyandanch BlVD.
Commack, NY   [illegible] Zip Code
City        State        Zip Code

HOME PHONE  631-543-6239    WORK PHONE  212-678-1618
917-208-3562

SIGNATURE  [signature]

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _Elwood_____Christopher_____R_____
      Last Name                  First Name               Middle Name

HOME ADDRESS _61 Birchfield Ave._____
          _Babylon_____NY_____11702_____
             City                State            Zip Code

HOME PHONE _631-669-2943_ WORK PHONE _516-410-2451_

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  _ENCKE, AMANDA LYNN_
　　　　Last Name　　　　　　　　　First Name　　　　　　　Middle Name

HOME ADDRESS  _293 UNION AVE._

_NEW WINDSOR, NY 12553_
　　　　City　　　　　　　　State　　　　　　　Zip Code

HOME PHONE _(845) 784-4425_  WORK PHONE _RETIRED_

SIGNATURE _Sgt Amanda L. Encke_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Epps_ , _Quathisha_ —
Last Name        First Name        Middle Name

HOME ADDRESS _19 Mountain Park Road_

_Monroe_ , _NY_ _10950_
City        State        Zip Code

HOME PHONE _845-837-1896_ WORK PHONE _718-794-2303_

SIGNATURE _Quathisha Epps_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    ERICKSON,    RICHARD
_____
Last Name                          First Name                     Middle Name

HOME ADDRESS    25 VISTA AVE
_____

STATEN ISLAND    NY    10304
_____
City                               State                          Zip Code

HOME PHONE  718 987-1169    WORK PHONE  718 636-6524

SIGNATURE  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Espinal_____Alberto_____D_____
            Last Name                  First Name           Middle Name

HOME ADDRESS _20 0  E  71 ST_____

               ___Bklyn_____NY_____11234_____
                  City               State           Zip Code

HOME PHONE _718-208-3707_____ WORK PHONE _718-946-3344_

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Esposito_____ _Christopher_____ _DoNAdo_____
　　　　　Last Name　　　　　　　　　　　　　First Name　　　　　　　　　　　　　Middle Name

HOME ADDRESS _43  Green Wood Rd_____

　　　　　　　_BAYshore_____ _NY_____ _11706_____
　　　　　　　　City　　　　　　　　　　　　　State　　　　　　　　　　　Zip Code

HOME PHONE _631-445-3893_____   WORK PHONE _(212) 281-5303_____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    Esposito                     Monica                    A
        Last Name                   First Name                 Middle Name

HOME ADDRESS    3 Mozart Lane

                Bethpage          NY              11714
                City              State           Zip Code

HOME PHONE  516-644-2449  WORK PHONE 212-268-3447

SIGNATURE    Sgt M Esposito

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___ESPOSITO___ ___WILLIAM___ ___JOSEPH___
        Last Name           First Name         Middle Name

HOME ADDRESS ___2015   126  Street___

___College Point___ ___NY___ ___11356___
       City              State         Zip Code

HOME PHONE ___631 960-1309___ WORK PHONE ___718___

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Evans_____John_____James_____
        Last Name              First Name         Middle Name

HOME ADDRESS ___239   Bertram  Pl_____

___Bethpage    NY_____11714_____
      City               State          Zip Code

HOME PHONE ___516-390-8925___ WORK PHONE _____

SIGNATURE ___John J Evans (signature)_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  _EVERETT_____  _ERIC_____  _OMAR_____
               Last Name                     First Name                  Middle Name

HOME ADDRESS  _3610 TIBBETT Ave_____  _#2_____
                 _Bronx_____  _N.Y_____  _10463_____
                 City                     State                  Zip Code

HOME PHONE  _(347)593-6273_  WORK PHONE  _____

SIGNATURE  _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _EWINGS_____ _CHARLES_____ _RICHARD_____
           Last Name              First Name          Middle Name

HOME ADDRESS _67 COUNTRY CLUB LANE_____

_POMONA_____ _NY_____ _10970_____
           City             State          Zip Code

HOME PHONE _845 406 3667_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  FABARA                    CARLOS                   A

Last Name                          First Name                    Middle Name

HOME ADDRESS  118-14  43RD AVE  APT 5D

Kew Gardens    NY    11415

City                              State                        Zip Code

HOME PHONE  516-860-7181    WORK PHONE  Sgt 718-520-9315

SIGNATURE

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    FAIN                    EDWARD                    JAMES
        Last Name               First Name                Middle Name

HOME ADDRESS    5    OTSEGO PLACE

                COMMACK          NY              11725
                City             State           Zip Code

HOME PHONE  631-499-2907    WORK PHONE  718-426-1154

SIGNATURE  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  Faison, Khadija

      Last Name               First Name           Middle Name

HOME ADDRESS  137-33 231st

           Laurelton, NY, 11413

      City             State           Zip Code

HOME PHONE (718) 569-8336     WORK PHONE (718) 657-8933

SIGNATURE  Khadija Faison

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  Fallona          Michael          Patrick
      Last Name              First Name            Middle Name

HOME ADDRESS  20  Lancaster  Aur

              Nrs Conset     NY          11762
              City              State           Zip Code

HOME PHONE  (631) 513-2138  WORK PHONE  (212) 452-0600

SIGNATURE  Mud PFall

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Farrell_ _Brendan_ _Michael_
Last Name                         First Name                Middle Name

HOME ADDRESS _839 Bermuda Rd_

_West Babylon_ _NY_ _11704_
City                   State             Zip Code

HOME PHONE _631 983 8720_    WORK PHONE _631 626 5751_

SIGNATURE _[signature]_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _FARRELL_ _BRIAN_ _Joseph_
Last Name        First Name        Middle Name

HOME ADDRESS _450 PENA DR_

_BRIGHTWATERS NY_ _11718_
City        State        Zip Code

HOME PHONE _(631) 647-3494_  WORK PHONE _(631) 433-5935_

SIGNATURE _[signature]_

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    Farrell                          Brian              Patrick
        Last Name                        First Name         Middle Name

HOME ADDRESS    16 Laura Road

                Monroe              NY              10950
                City               State           Zip Code

HOME PHONE  914-907-9136        WORK PHONE  212-694-7782

SIGNATURE  _Brian P. Farrell_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    *Farrell*                        *Stephen*                    *John*
           Last Name                        First Name                    Middle Name

HOME ADDRESS    *6 Frostfield Place*

           *Melville*          *NY*                *11747*
           City                    State                Zip Code

HOME PHONE    *(631) 427-1540*          WORK PHONE

SIGNATURE    *Stephen Farrell*

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  _FARRELL_____  _STEVEN_____  _Louis_____
              Last Name                        First Name                    Middle Name

HOME ADDRESS  _54 UNION STREET_____

                 _WEST SAYVILLE_____  _N.Y._____  _11796_____
                       City                     State                Zip Code

HOME PHONE  _631 750-6232_____  WORK PHONE  _718 827-3551_____

SIGNATURE  _[signature]_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Farrone_____Michael_____John_____

                Last Name                         First Name                Middle Name

HOME ADDRESS _____81-47 250 st_____

                     _____Bellerose_____N-Y._____11426_____

                           City                      State                Zip Code

HOME PHONE __718 343 8457_____ WORK PHONE _____

SIGNATURE _____[signature]_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___FAZAL_____IBRAR_____
          Last Name                   First Name             Middle Name

HOME ADDRESS ___186 LLEWELLYN PLACE_____

___STATEN ISLAND_____NY_____10310_____
          City               State             Zip Code

HOME PHONE ___718-273-3979_____ WORK PHONE _____

SIGNATURE ___Ibra Fl_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _Fazio_____    _Damon_____    _Michael_____
             Last Name                             First Name                          Middle Name

HOME ADDRESS    _10 Beechwood place_____

_Massapequa Park_____    _NY_____    _11762_____
City                                              State                                Zip Code

HOME PHONE   _516-797-2274_____    WORK PHONE   _718-318-4229_____

SIGNATURE   _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    _FELIZ_          _Katiuska_          _I._
           Last Name              First Name                Middle Name

HOME ADDRESS    _37 Sengstacken Drive_

    _Stony Point_          _NY_          _10980_
         City                        State              Zip Code

HOME PHONE  _917-266-2273_      WORK PHONE  _(212) 646-694-7703_

SIGNATURE  _[signature]_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  _FELIZ_  _LUISA_  _ANNETTY_
        Last Name        First Name        Middle Name

HOME ADDRESS  _16 RAVINE AVENUE_

       _YONKERS_     _NY_     _10701_
       City       State       Zip Code

HOME PHONE  _646 - 357 - 2693_    WORK PHONE  _718 - 590 - 1845_

SIGNATURE  _Luisa Fiy_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Felton_____ _Christopher_____ _Andrew_____
       Last Name                    First Name              Middle Name

HOME ADDRESS ___555 Wadleigh Ave_____

        ___West Hempstead____ ___NY___ ___11552_____
           City                 State        Zip Code

HOME PHONE _(516) 860-5295____ WORK PHONE _____

SIGNATURE _Christopher Felton_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Feng_____  _____John_____  _____J_____
            Last Name              First Name              Middle Name

HOME ADDRESS ___60 32  68 Ave___

_____Ridgewood_____  _____NY_____  _____11385_____
            City                    State                    Zip Code

HOME PHONE ___917-939-9556___   WORK PHONE ___718-542-9775___

SIGNATURE ___[signature]___

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  Fennessy          John          Joseph
      Last Name          First Name    Middle Name

HOME ADDRESS  2313 Evergreen St.

      Yorktown Hgts   N.Y.      10598
      City            State     Zip Code

HOME PHONE  (914) 245-8713   WORK PHONE  (718) 542-4435

SIGNATURE  _[signature]_

CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Feola_____ _____Melissa_____ _____Rebecca_____
          Last Name              First Name              Middle Name

HOME ADDRESS __4 Crestview Drive_____

__Pleasantville__  __NY__  __10570__
      City              State          Zip Code

HOME PHONE __914 474·0972__  WORK PHONE _____

SIGNATURE _____M Feola_____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  FERNANDEZ                    Jerusalem
_____
Last Name                         First Name                    Middle Name

HOME ADDRESS  211 Beach Breeze LN.
_____

ARverne              NY                    11692
_____
City                  State                  Zip Code

HOME PHONE  718-634-3308          WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Fernandez_____ _Jovanny_____ _____
           Last Name                    First Name          Middle Name

HOME ADDRESS _21 Trotting Dr._____

               _Chester_____ _NY._____ _10918_____
                 City                 State             Zip Code

HOME PHONE _917-312-2184_____ WORK PHONE _718-215-7300_____

SIGNATURE _Jovanny Fernand_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    Fernandez    Robert
        Last Name    First Name    Middle Name

HOME ADDRESS    173-31 47 Avenue

         Flushing    NY    11358
         City    State    Zip Code

HOME PHONE    718 423 4825    WORK PHONE    917 692 6601

SIGNATURE

(CONTINUE ON REVERSE)

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  Ferrara          Frank          J
Last Name          First Name          Middle Name

HOME ADDRESS  2920    Ave  Z    # 313

Brooklyn    NY    11229
City          State          Zip Code

HOME PHONE  718 954 4055  WORK PHONE  718 439 4202

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Ferrara_____Paul_____Michael_____
              Last Name                              First Name                      Middle Name

HOME ADDRESS ____279  W. End  Ave_____

____Shirley_____N Y_____11967_____
              City                                      State                            Zip Code

HOME PHONE _631- 455- 3648___  WORK PHONE __718- 476-9311___

SIGNATURE _____Paul Ferrara_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  Ferrigno                    Matthew              John
        Last Name                    First Name              Middle Name

HOME ADDRESS  516 Parker Avenue

Levittown              n y              11756
        City                    State              Zip Code

HOME PHONE  516 731-6762   WORK PHONE  718 573-5000

SIGNATURE  _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME      FERRO                          SALVATORE                    G
              Last Name                              First Name                     Middle Name

HOME ADDRESS     638 ALWICK AVENUE

                        WEST ISLIP          NEW YORK           11795
                              City                           State                   Zip Code

HOME PHONE  631-321-7599            WORK PHONE        631-678-1803  (CELL)

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    FIALLO                    RAMON                    MARTIN
        Last Name                 First Name               Middle Name

HOME ADDRESS    67 ASPEN  KNOLLS  WAY

                STATEN  ISLAND      NY                    10312
                City                State                 Zip Code

HOME PHONE (718) 948 0893        WORK PHONE    1 718  876-1286

SIGNATURE    Ramon M Fiallo

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    FIELDS        WILLIAM        L
          Last Name           First Name           Middle Name

HOME ADDRESS    9147 88TH    RD #1A

          WOODHAVEN        NY        11421
          City           State           Zip Code

HOME PHONE   718 775-8161      WORK PHONE   718 345-6963

SIGNATURE   _(signature)_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____ FINEGAN _____ KEVIN _____ JAMES _____
               Last Name               First Name           Middle Name

HOME ADDRESS _____ 181 PEARSALL DRIVE #5C _____

_____ MT. VERNON _____ NY _____ 10552 _____
         City             State            Zip Code

HOME PHONE (914) 530-5230      WORK PHONE (718) 542-2319

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    Fiorello                Lawrence                    Robert
        Last Name              First Name                  Middle Name

HOME ADDRESS    15 Helen ct

        Floral Park          NY              11001
        City                    State            Zip Code

HOME PHONE (917) 805-1144  WORK PHONE 718 353-1005

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___FITZSIMMONS___ ___ROBERT___ ___E___
       Last Name             First Name        Middle Name

HOME ADDRESS ___5535 NETHERLAND AV. 5B___

          ___BX___     ___NY___     ___10471___
           City         State       Zip Code

HOME PHONE ___718-482___   917-295-4766  WORK PHONE ___718-482-6770___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____Flanagan_____Jean_____C._____
        Last Name                    First Name                    Middle Name

HOME ADDRESS ___402   Hawthorne   Avenue_____

___Staten   Island____NY_____10314_____
        City                            State                    Zip Code

HOME PHONE ___(718) 477-5529_____ WORK PHONE ___(718) 735-0635___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  _Fleming_    _William_    _James_
      Last Name      First Name      Middle Name

HOME ADDRESS  _58 Clark Avenue_

_Cornwall on Hudson_    _NY_    _12520_
City                State        Zip Code

HOME PHONE _845-458-5148_    WORK PHONE _718-286-9253_

SIGNATURE  _Will J F___

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___FLOOD_____GERARD_____EUGENE____
Last Name           First Name          Middle Name

HOME ADDRESS ___57 SHELLEY DRIVE_____

___BETHPAGE_____NY_____11714_____
City         State         Zip Code

HOME PHONE ___516 712 9605___ WORK PHONE ___347 203 1535___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Florez_____ ___Vincent_____ _____
Last Name                         First Name                         Middle Name

HOME ADDRESS ___50 County Pl_____

___Deer Park_____ ___NY_____ ___11729_____
City                                   State                             Zip Code

HOME PHONE ___917 757-0723___ WORK PHONE ___646 610-7622___

SIGNATURE ___V. [signature]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    FLYNN                  JOHN                    J.
        Last Name              First Name              Middle Name

HOME ADDRESS    70  VINCENT  ROAD

        HICKSVILLE            NY              11801 - 1910
        City                  State           Zip Code

HOME PHONE  516-644-7351       WORK PHONE  718-677-8264

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___FOLEY    STEPHEN   J._____
      Last Name              First Name              Middle Name

HOME ADDRESS ___1745 WARREN PL_____

___N. MERRICK,  NY  11566_____
      City              State              Zip Code

HOME PHONE ___(516)404-1210 608-2359___ WORK PHONE ___(516) 404-1210___

SIGNATURE ___[signature]_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___FONTANA___ ___VINCENT___ ___J___
       Last Name            First Name            Middle Name

HOME ADDRESS ___1731   WASHINGTON   AVENUE___

___SEAFORD___ ___NY___ ___11783___
   City            State            Zip Code

HOME PHONE _516 - 765 - 3312_   WORK PHONE _212 - 741 - 8241_

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    Fortunato, Elizabeth    Theresa
       Last Name           First Name       Middle Name

HOME ADDRESS    3544 Raven Street

         Levittown       NY       11756
         City          State       Zip Code

HOME PHONE  631-521-0341    WORK PHONE  646-610-6861

SIGNATURE    _[signature]_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Foster-Screen_____ _____Craig_____ _____
　　　　　　　Last Name　　　　　　First Name　　　　Middle Name

HOME ADDRESS ___41 Convent Ave ___ Apt 6C _____

_____ ___NY,___ ___NY___ ___10027___
　　　　　　　City　　　　　　State　　　　　Zip Code

HOME PHONE ___(212) 662-6864___ WORK PHONE _____

SIGNATURE ___Craig Foster___ _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    Fox                    Timothy              John
        Last Name              First Name           Middle Name

HOME ADDRESS   33-11   Crescent   Street,   Apt 3R

        Astoria  ~~New York~~      N Y                  11106
        City                    State               Zip Code

HOME PHONE   862-452-6220   WORK PHONE   718-922-8016

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF -- NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    FRANCIS                    LARRY                    TYRONE
             Last Name                  First Name                Middle Name

HOME ADDRESS    373  BAINBridge  St.

             BKlyN              NY              11233
             City                State            Zip Code

HOME PHONE  718 610 9331          WORK PHONE _____

SIGNATURE  _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    FRANCO                      MARIA
        Last Name                   First Name          Middle Name

HOME ADDRESS    14 MASSACHUSETTS DRIVE

        NEWBURGH            NY          12550
        City                State       Zip Code

HOME PHONE    917-703-9630        WORK PHONE

SIGNATURE

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    Franciponc                    Richard              Joseph
        Last Name              First Name              Middle Name

HOME ADDRESS    221 Spiral Rd

        Holtsville              NY              11742
        City                    State              Zip Code

HOME PHONE    631-239-6023        WORK PHONE    718-321-2299

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME   Franks                          David                      Philip
       Last Name                       First Name                 Middle Name

HOME ADDRESS   1349 O Street

               Elmont              NY              11003
               City                State           Zip Code

HOME PHONE   (347) 233-9531          WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___FREDERICKS_____WAVERLY_____T_____
          Last Name           First Name         Middle Name

HOME ADDRESS ___28 HUBSHOP RD._____
___CHESTER_____NY_____10918_____
       City         State         Zip Code

HOME PHONE (845) 610-3607   WORK PHONE (718) 409-1794

SIGNATURE ___[signature]_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    FREESE        GLENN

        Last Name              First Name              Middle Name

HOME ADDRESS    644 PROPP AVE

            FRANKLIN SQ     NY        11010

            City               State            Zip Code

HOME PHONE   516 486 6284    WORK PHONE   718 476 7576

SIGNATURE   *Glenn Free*

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  FRIAS                    JOSE                    M
      Last Name                First Name              Middle Name

HOME ADDRESS  1485 SAINT LAWRENCE AVE

              BRONX          NY          10460
              City           State       Zip Code

HOME PHONE  646.535.2170  WORK PHONE  212-694-7700

SIGNATURE  _____

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    Frias                      Miguel
        Last Name                  First Name                    Middle Name

HOME ADDRESS    50 Nimitz Plc
                Yonkers            NY            10710
                City               State         Zip Code

HOME PHONE (914) 751-6172    WORK PHONE (917) 881-2977

SIGNATURE    _Miguel_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____FRIAS_____YOVANNY_____ANTONIO____
            Last Name               First Name          Middle Name

HOME ADDRESS ___3929 SETON AVE._____

           ___BRONX_____N.Y._____10466_____
              City            State         Zip Code

HOME PHONE _347-284-4755___ WORK PHONE _347-277-9059_

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  Gaeta                           Geoffrey                    Joseph
      Last Name                       First Name                  Middle Name

HOME ADDRESS  24 Sanford St

              Staten Island      NY              10307
              City               State           Zip Code

HOME PHONE  7189485392        WORK PHONE  7188574365

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    GAGLIARDI                    THOMAS                    FRANCIS
_____    _____    _____
Last Name                   First Name                  Middle Name

HOME ADDRESS    38 LAURELTON AVE
_____

          LAKE GROVE                    NY                    11755
_____    _____    _____
City                        State                       Zip Code

HOME PHONE  631 467 2702      WORK PHONE  646 275 4825

SIGNATURE  _Thomas Gagl_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Gallagher_ _Keith_ _Robert_
          Last Name         First Name        Middle Name

HOME ADDRESS _137 Beach 121st Street_

_Rockaway Park_ _NY_ _11694_
        City        State       Zip Code

HOME PHONE _917-805-6712_   WORK PHONE _718-868-3404_

SIGNATURE _Keith R. Gallagher_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  _GALLAGHER , PEGGY          ANN_
　　　　　Last Name　　　　　　　　First Name　　　　　　Middle Name

HOME ADDRESS  _1080 HYMAN AVE_

_BAYSHORE        NY        11706_
　　　　City　　　　　　State　　　　　　Zip Code

HOME PHONE _631-647-7812_      WORK PHONE  _RETIRED_

SIGNATURE _Peggy Gallagher_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  Gallitelli                          Robert                    M
      Last Name                          First Name                Middle Name

HOME ADDRESS  58 Colten Rd

            Mahopac              NY              10541
            City                 State           Zip Code

HOME PHONE (845)628-0430       WORK PHONE (917)647-1610

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Galvin_____James_____Christopher_____
           Last Name                              First Name              Middle Name

HOME ADDRESS ___11 Hayes Stree_____

____Nesconset_____NY_____11767_____
           City                              State                  Zip Code

HOME PHONE _631-654-5568_____ WORK PHONE _718-220-5211_____

SIGNATURE _____James Galvin_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    GANCI        GIUSEPPE
            Last Name            First Name           Middle Name

HOME ADDRESS    3    HURON RD.

                SHIRLEY        NY          11967
                City             State           Zip Code

HOME PHONE   631-848-2538     WORK PHONE (718) 922-8001

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Gandolfi_____Michael_____Angelo_____
        Last Name                    First Name                 Middle Name

HOME ADDRESS ___252-23 63 Ave_____

___Little Neck_____NY_____11362_____
        City                          State                    Zip Code

HOME PHONE ___718-225-6453_____ WORK PHONE ___212-767-8451_____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___GANLEY___ ___ROBERT___ ___STEVEN___
        Last Name         First Name      Middle Name

HOME ADDRESS ___42 CASWELL LANE___

___STATEN ISLAND___ ___NY___ ___10317___
        City         State      Zip Code

HOME PHONE ___(718) 761-0540___    WORK PHONE ___(718) 946-3341___

SIGNATURE ___[signature]___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___GANNON_____BERNARD_____THOMAS_____
            Last Name               First Name         Middle Name

HOME ADDRESS ___2814 SCHURZ AVE #2_____

        ___BRONX , N.Y. 10465_____
           City            State         Zip Code

HOME PHONE _(917) 304 - 3505___ WORK PHONE _(646) 610 ~ 4070___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Garay_____Brian_____
        Last Name                                    First Name                    Middle Name

HOME ADDRESS _____41   Brookside Ave_____

_____Putnam Valley_____NY_____10579_____
        City                                State                        Zip Code

HOME PHONE __914-263-1386____ WORK PHONE __718 or 914-263-1386__

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Garay_ _Marita_ _____

 Last Name          First Name          Middle Name

HOME ADDRESS _869 Havemeyer Ave_

_Bronx_ _NY_ _10473_

 City          State          Zip Code

HOME PHONE _(347) 273-5657_  WORK PHONE _(718) 590-5524_

SIGNATURE _M. Garay_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _GARCIA_____ _BRENDA._____ _Noemi_____
       Last Name                First Name          Middle Name

HOME ADDRESS _127 Roe Street_____

              _Staten Island_____ _NY_____ _10310_____
                City             State          Zip Code

HOME PHONE _____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  Garcia                           Joseph                           A
      Last Name                        First Name                       Middle Name

HOME ADDRESS  1960  Lufting  Ave

              Bronx              NY              10961
              City              State           Zip Code

HOME PHONE  914-774-9382    WORK PHONE  718-292-9776

SIGNATURE  _Joseph Garcia_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____GARCIA_____Kim_____Lee_____
         Last Name                              First Name                         Middle Name

HOME ADDRESS ___38  CREAMERY  Drive_____
      _____New  Windsor_____NY_____12553_____
              City                          State                          Zip Code

HOME PHONE _(845) 569-3956_____ WORK PHONE _(718) 822-54____

SIGNATURE ___Kim R Garcia_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Garcia_____Victor_____—_____
            Last Name                        First Name                  Middle Name

HOME ADDRESS ___2 Brandon Rd._____

___Brewster_____NY_____10509_____
           City                   State           Zip Code

HOME PHONE __(845) 278-2475___ ~~WORK~~ Cell PHONE __(914) 320-7991__

SIGNATURE ___Vida Garcia_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___GARCIA_____ ___VLADIMIR___ ___ADONIS___
        Last Name                First Name        Middle Name

HOME ADDRESS ___313 UNDERHILL AVP_____

       ___BRONX___ ___N.Y.___ ___10473___
          City             State         Zip Code

HOME PHONE ___(347) 963-9164_____ WORK PHONE ___(646) 610-5000___

SIGNATURE ___SGT Garcia_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _GASHI_ _DRITON_
         Last Name                   First Name           Middle Name

HOME ADDRESS _349 BUCHANAN AVE #1_

                      _S.i._          _NY_          _10314_
                      City              State          Zip Code

HOME PHONE _917 519 - 9371_    WORK PHONE _____

SIGNATURE _[signature]_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    _GATTIS_    _WILLIAM_    _GARVEY_
        Last Name               First Name             Middle Name

HOME ADDRESS    _199 CANterbuRy GAte_

               _LynBrook_    _Ny_    _11563_
               City            State           Zip Code

HOME PHONE _516-593-3248_    WORK PHONE _718-361-1030_

SIGNATURE    _William Gee_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____*GAUTREAUX*_____ _____*JOSE*_____ _____*M.*_____
                  Last Name                              First Name                          Middle Name

HOME ADDRESS _____*2102 HOLLAND AVE. APT 4E*_____
                    _____*BRONX*_____ _____*NY*_____ _____*10462*_____
                              City                            State                        Zip Code

HOME PHONE _____*917-416-6340*_____ WORK PHONE _____*718-430-6812*_____

SIGNATURE _____*(signature)*_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Geary_____Edward_____
　　　　Last Name　　　　　　　　　　　First Name　　　　　　　　Middle Name

HOME ADDRESS ___11 Riverview ct_____

_____Stony Point_____NY_____1098_____
　　　　City　　　　　　　　　State　　　　　　Zip Code

HOME PHONE ___845-786-3283_____ WORK PHONE ___212-226-2180_____

SIGNATURE ___Edward Geary_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME     _Gee_____ _Michael_____ _____
         Last Name                First Name                    Middle Name

HOME ADDRESS   _135-34 82nd Drive Apt 1F_____

               _Briarwood_____ _NY_____ _11435_____
               City                State            Zip Code

HOME PHONE  _718_____   WORK PHONE  _718-920-1236_____

SIGNATURE  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Genco_____ ___Victor_____ _____
        Last Name                      First Name          Middle Name

HOME ADDRESS ___16221   102nd   Street_____
             ___Howard Beach_____ ___NY_____ ___11414_____
                City                State        Zip Code

HOME PHONE ___718  848  4690_____ WORK PHONE ___347 7436566_____

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   Geoghan                     Brian
      Last Name             First Name           Middle Name

HOME ADDRESS   1665 Washington Avenue

      Seaford       NY       11783
      City           State          Zip Code

HOME PHONE   917-578-3207   WORK PHONE   212-452-0654

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___George___ ___Anil___ ___Varghese___
         Last Name           First Name        Middle Name

HOME ADDRESS ___2655 Hubbard Street___

___Brooklyn___ ___NY___ ___11235___
      City         State        Zip Code

HOME PHONE ___917-693-4325___ WORK PHONE ___718-920-1236___

SIGNATURE ___Anil George___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____GERARD_____MICHAEL_____JAMES___
               Last Name                        First Name               Middle Name

HOME ADDRESS ___26___HUNTS BRIDGE ROAD_____

_____YONKERS_____NY_____10704_____
              City                      State               Zip Code

HOME PHONE __914 457 7749_____ WORK PHONE ___917-335-5947___

SIGNATURE ___Sg Michael J Gerard_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME   _Gergenti   Jr_   _Joseph_   _Paul_
        Last Name            First Name          Middle Name

HOME ADDRESS   _372   Croaton St_

               _Ronkonkoma_   _NY_   _11779_
               City              State          Zip Code

HOME PHONE  _631 - 648 - 0649_    WORK PHONE  _631 - 871 - 3164_

SIGNATURE  _[signature]_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____GERVASIO_____ _____Daniel_____ _____Louis_____
　　　　　Last Name　　　　　　　　　　First Name　　　　　　　　　Middle Name

HOME ADDRESS ___12 CHANTICLEER CT_____

_____HUNTINGTON_____ _N Y_____ ___11743_____
　　　City　　　　　　　　　　State　　　　　　　　Zip Code

HOME PHONE _831 892-0302_____ WORK PHONE _646 805-6651_____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____Gherardi_____John_____
             Last Name                    First Name              Middle Name

HOME ADDRESS _____173  10th Street_____

_____Bethpage_____NY_____11714_____
                City                State              Zip Code

HOME PHONE __631-921-4794_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    GIARRANTANO                DOMINICK
           Last Name                        First Name                      Middle Name

HOME ADDRESS    41 ADAMS ST. WEST

                EAST ISLIP,              N.Y.              11730
                City                          State                        Zip Code

HOME PHONE (631) 277-3741        WORK PHONE (212) 334-0711

SIGNATURE _[signature]_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Gibbs_____IRA_____R._____

Last Name                                    First Name                         Middle Name

HOME ADDRESS ___66  Capital  DRIVE_____

___Washingtonville, N.Y._____10992_____

City                                            State                              Zip Code

HOME PHONE _(845) 614-5628_____  WORK PHONE _(212) 860·6551_____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _GIBBS_____ _MICHAEL_____ _JAMES_____
        Last Name               First Name          Middle Name

HOME ADDRESS _40 MITCHELL AVENUE_____

_EAST ELAA NORTHPORT NY 11731_____
      City            State          Zip Code

HOME PHONE _917.604.6146____ WORK PHONE _646.610.5000____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___GIGA_____ ___GEORGE_____ ___Joseph_____
    Last Name              First Name              Middle Name

HOME ADDRESS ___45  INWOOD  DRIVE_____

___BARDONIA_____ ___N.Y._____ ___10954_____
    City              State              Zip Code

HOME PHONE (845) 623-6519    WORK PHONE (917) 623-3342

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  GIGLIOTTI                          NATALE
        Last Name                          First Name                          Middle Name

HOME ADDRESS  56 WOODROW Parkway
        Babylon              NY              11702    11702
        City                          State                          Zip Code

HOME PHONE  (631) 748-1332  WORK PHONE (212) 826-3241

SIGNATURE  [signature]

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  Gilbert-Rubin,    Kristina    Marie
Last Name        First Name        Middle Name

HOME ADDRESS  2357 Granville Ct.

Yorktown Heights, NY        10598
City        State        Zip Code

HOME PHONE  917-337-6253        WORK PHONE  917-337-6253

SIGNATURE  K. Gilbert Rubin

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____Gill_____Mary_____P_____
　　　　　　Last Name　　　　　　　　　First Name　　　　　　　　Middle Name

HOME ADDRESS ___18 Lexington Hill unit 5_____

_____Harriman_____NY_____10926_____
　　　　City　　　　　　　　State　　　　　Zip Code

HOME PHONE __845-494 0615_____ WORK PHONE _____

SIGNATURE ___Mary Gill_____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Gillis___ ___Ryan___ ___James___
        Last Name           First Name          Middle Name

HOME ADDRESS ___63-169  Alderton  Street.___

___Rego Park___ ___NY___ ___11374___
    City              State          Zip Code

HOME PHONE ___347-502-3923___ WORK PHONE ___(718) - 542-2314___

SIGNATURE ___Ryan J Gillis___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    _Gilot_                              _Rochener_
        Last Name                    First Name                    Middle Name

HOME ADDRESS    _712 Dale Place_

                _Uniondale_          _NY_              _11553_
                City                  State              Zip Code

HOME PHONE _5164140393_      WORK PHONE _9175707065_

SIGNATURE _[signature]_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _GITTENS_ _TRACY_ _NICOLE_
Last Name        First Name        Middle Name

HOME ADDRESS _90 - 08  184  Place  Hollis_

_Queens_ _NY_ _11423_
City        State        Zip Code

cell 917-741-0580
HOME PHONE _718-454-1766_ WORK PHONE _____

SIGNATURE _Tracy Gittens_

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _Gitto_____ _Robert_____ _Matthew_____
   Last Name                          First Name              Middle Name

HOME ADDRESS _370 Broadway_____

_Massapequa Park_ _New York_ _11762_
   City                    State                Zip Code

HOME PHONE _(516) 541-8005_____  WORK PHONE _(646) 826-7201_

SIGNATURE _[signature]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  GLAZE          REINALDO          J
      Last Name              First Name              Middle Name

HOME ADDRESS  581 North Erie Avenue
              Lindenhurst        NY          11757
              City              State              Zip Code

HOME PHONE  631-884-0030    WORK PHONE  646-610-8902

SIGNATURE  R Glaze

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Goetz___ ___John___ ___Steven___
       Last Name            First Name        Middle Name

HOME ADDRESS ___102 Barwick Street___

___Floral Park___ ___NY___ ___11001___
      City         State        Zip Code

HOME PHONE ___(516) 476-8524___ WORK PHONE ___(646) 610-7622___

SIGNATURE ___John Goetz___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____GOLDSTEIN_____DAVID_____RANDALL_____
           Last Name              First Name              Middle Name

HOME ADDRESS __390 CHESTNUT DRIVE_____

__HEWLETT_____NY_____11557_____
   City              State              Zip Code

HOME PHONE __310-560-8459__ WORK PHONE __718-574-0441__

SIGNATURE __David Goldstein_____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  Goldstein                    Douglas
      Last Name                    First Name              Middle Name

HOME ADDRESS  2162  Redmond RD

              Merrick             NY              11566
              City                State           Zip Code

HOME PHONE  516-287-6737    WORK PHONE  718-318-4200

SIGNATURE  Douglas Goldstein

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    GOMOLA                    PATRICK                    Michael

            Last Name                    First Name                    Middle Name

HOME ADDRESS    27 Yale Blvd

    New Hyde Park NY                    11040

    City                    State                    Zip Code

HOME PHONE    516 537 2305    WORK PHONE    718 5209311

SIGNATURE    Patrick Gomola

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF -- NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___GONG___ ___GREGORY___ _____
Last Name                First Name              Middle Name

HOME ADDRESS ___146 AMITY ST, #1___
___BROOKLYN___ ___NY___ ___11201___
City                State              Zip Code

HOME PHONE ___718.875.0401___ WORK PHONE ___N/A___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Gonzalez_____Angel_____A_____
         Last Name            First Name          Middle Name

HOME ADDRESS ___729 Prospect Ave  #1N_____

            ___Bronx_____NY_____10455_____
            City           State         Zip Code

HOME PHONE _____ WORK PHONE ___718 220 5201___

SIGNATURE ____[signature]_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Gonzalez_____Anthony_____—_____
         Last Name                          First Name                  Middle Name

HOME ADDRESS ___2315   STORY   AVENUE_____
                _____Bronx_____New York_____10473_____
                     City                State                Zip Code

HOME PHONE ___718  824 5750___ WORK PHONE ___212  335 - 9045___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _Gonzalez_ _Georgina_ _____
    Last Name            First Name            Middle Name

HOME ADDRESS _108-10 86 Street_____

_Ozone Park    NY    11417_
    City        State        Zip Code

HOME PHONE _347-262-5568_ WORK PHONE _____

SIGNATURE _G. Gonzalez_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME Gonzalez, Lamont, Robert
     Last Name                 First Name              Middle Name

HOME ADDRESS 26 Quasaich Avenue

New Windsor            NY            12553
     City                 State            Zip Code

HOME PHONE 845 467 - 3755     WORK PHONE 212 - 426 - 2723

SIGNATURE Lamont R

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Gonzalez___, ___Paulina___ _____

         Last Name             First Name          Middle Name

HOME ADDRESS ___350 65 Street #20C___

         ___Brooklyn___, ___NY___ ___11220___

         City           State        Zip Code

HOME PHONE ___718-909-4152___ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___GORE___ ___BRIAN___ ___J___
Last Name          First Name          Middle Name

HOME ADDRESS ___38 Ridge Road___

___Chester___ ___NY___ ___10918___
City          State          Zip Code

HOME PHONE ___845-469-7757___ WORK PHONE ___646-805-6178___

SIGNATURE ___Brian Gore___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _GRADDICK_____FRANCIS_____
           Last Name                      First Name            Middle Name

HOME ADDRESS _503 SPANN ST_____
               _MT. PLEASANT____S. C._____29464_____
                City                 State           Zip Code

HOME PHONE _718·288·7634___ WORK PHONE _____

SIGNATURE _Francis Graddick_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  _Grahofke_  _William_  _Charles_
      Last Name          First Name          Middle Name

HOME ADDRESS  _749 11th Street_

_West Babylon NY_  _11704_
City          State          Zip Code

HOME PHONE  _631 225-1823_  WORK PHONE  _631 867-8663 cell._

SIGNATURE  _____

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  GRANT  ,  AHEISHA
      Last Name        First Name        Middle Name

HOME ADDRESS  1325  East  83  Street

BROOKLYN  NY  11236
City        State        Zip Code

HOME PHONE  347 432 1129        WORK PHONE  718 439 4225

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___GRANT___ ___ISCHALER___

Last Name            First Name            Middle Name

HOME ADDRESS ___850 Goodrich Street___

___Uniondale___ ___NY___ ___11553___

City            State            Zip Code

HOME PHONE ___516-538-5041___ WORK PHONE ___212-860-1842___

SIGNATURE _____

## CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF — NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Grantham_____ _Deshon_____ _____
     Last Name                First Name              Middle Name

HOME ADDRESS _1559 E 94th street_____
_____Brooklyn_____ _N.Y._____ _11236_____
        City                  State         Zip Code

HOME PHONE _(917) 698-5498, (917) 350-6698_   WORK PHONE _(718) 386-4195_

SIGNATURE _Deshon Grantham_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  GRASSO            JOHNNY            JAMES
      Last Name          First Name        Middle Name

HOME ADDRESS  14  PAVILION  ROAD

SUFFERN          NY          10901
City              State        Zip Code

HOME PHONE  845 - 641 - 7436    WORK PHONE  718 - 409 - 1505

SIGNATURE  _Signature_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Green_____Daniel_____S_____
Last Name                           First Name                      Middle Name

HOME ADDRESS _____212 Winchester ave_____
_____Staten Island_____Ny_____10312_____
City                          State                   Zip Code

HOME PHONE ___718 967 7885___ WORK PHONE ___917 612 6091___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   Green                    Naeemah              Simone
       Last Name                First Name           Middle Name

HOME ADDRESS   14 E. 118th St. 2ND Fl.

               NY                    NY              10035
               City                  State           Zip Code

HOME PHONE   (646) 284-7253    WORK PHONE   718 590-8617

SIGNATURE   Naeemah S. Green

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____GUERRERO_____JOSE_____
　　　　　Last Name　　　　　　　First Name　　　　　Middle Name

HOME ADDRESS _____615 WARBURTON AVE_____

_____Yonkers,_____NY_____10701_____
　　　　　City　　　　　　State　　　　　Zip Code

HOME PHONE __914-751-2529__ WORK PHONE __914-409-2111__

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Guillen_____ ___Ramon_____ ___Antonio_____
            Last Name                    First Name           Middle Name

HOME ADDRESS ___600  LOCUST ST APT 4D_____

           ___MT VERNON_____ ___NY_____ ___10552_____
             City                State           Zip Code

HOME PHONE ___718.877.1747_____ WORK PHONE ___718.542.4775_____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___GURLEY_____JEFFERY_____
        Last Name              First Name              Middle Name

HOME ADDRESS ___146-05  182  STREET_____

___SPRINGFIELD GARDENS  NY  11413___
        City              State              Zip Code

HOME PHONE _917-770-1654_ WORK PHONE _____

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Gutierrez_____, _Edwin_____ _M_____
Last Name          First Name          Middle Name

HOME ADDRESS _182 13th Strpet_____

_Brooklyn_____ _N.Y._____ _11215_____
City          State          Zip Code

HOME PHONE _718-490-0881_ WORK PHONE _212-741-8241_

SIGNATURE _Edwin M. [signature]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF -- NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    _Hacker_    _Scott_    _Martin_
        Last Name          First Name          Middle Name

HOME ADDRESS    _893 Father Capodanno Blvd_

    _Staten Island   NY           10305_
    City                 State               Zip Code

HOME PHONE  _(718)351-0147_   WORK PHONE  _718 265 - 7309_

SIGNATURE  _Scott Hac_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____Hain Michael J_____

              Last Name                            First Name               Middle Name

HOME ADDRESS ___4 Second Ave_____

                   Merrick               NY                   11566

                   City                        State                    Zip Code

HOME PHONE _516, 993-4787_____   WORK PHONE _718-439-4236_____

SIGNATURE _____