# APPENDIX A

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___*Haines*___ ___*Donald*___ ___*Thomas*___
      Last Name              First Name              Middle Name

HOME ADDRESS ___*1414 Holiday Park Drive*___

___*Wantagh*___ ___*NY*___ ___*11793*___
      City              State              Zip Code

HOME PHONE ___*516 804 3006*___ WORK PHONE ___*646 610 7225*___

SIGNATURE ___*Don Haines*___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _Hall_ _Evan_ _A_
Last Name        First Name        Middle Name

HOME ADDRESS _2 Oakridge Dr._

_South Salem_ _NY_ _10590_
City        State        Zip Code

HOME PHONE _646-438-1938_    WORK PHONE _718-430-6794_

SIGNATURE _[signature]_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    Hamboussi, Gaouiharo                                    G

       Last Name                         First Name                 Middle Name

HOME ADDRESS    152 Bay 93rd St

                   Rockaway Beach        NY        11693

                   City                      State              Zip Code

HOME PHONE  718.598.8003          WORK PHONE

SIGNATURE

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _HAMBURGER_____ _SCOTT_____ _C_____
Last Name                          First Name                  Middle Name

HOME ADDRESS _224-43  MANOR  RD_____
_QUEENS VILLAGE    NY_____ _11427_____
City                          State                        Zip Code

HOME PHONE _(516)655-7455____ WORK PHONE _(718)657-8938____

SIGNATURE _Sgt S Hamburger_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____HAMILTON_____Scott_____
          Last Name                     First Name                    Middle Name

HOME ADDRESS _____18 BURHAM DR._____
                     _____SMITHTOWN_____NY_____11787_____
                       City                  State               Zip Code

HOME PHONE __631 361 5444__  WORK PHONE __347 582 0166__

SIGNATURE _____Scott Hamilton_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Hsmmerschmitt_____Thomas_____
          Last Name                              First Name                    Middle Name

HOME ADDRESS ___186 monroe street_____

          _____Massapequa Park____ NYS_____ 11762_____
          City                              State                    Zip Code

HOME PHONE (516) 984-7777_____ WORK PHONE 212-452-0604_____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    HANEY                    Timothy                Lee
        Last Name                First Name             Middle Name

HOME ADDRESS    7 FRENE    LN        BSMT APT
                STATEN   Island    NY        10307
                City                State        Zip Code

HOME PHONE   609-558-6582 (cell)    WORK PHONE   718 221 6600

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  _Hanna_ _Nadirah_

Last Name        First Name        Middle Name

HOME ADDRESS  _2043 East 55th St._

_Brooklyn_        _NY_        _11234_

City        State        Zip Code

HOME PHONE _(347) 254-8716_  WORK PHONE _(718) 542-4775_

SIGNATURE  _Nadirah Hana_

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    HANSEN                    FREDERICK
        Last Name                 First Name              Middle Name

HOME ADDRESS    738   WOODROW  Rd.

        Staten  Island     NY           10312
        City              State          Zip Code

HOME PHONE    718-317-8832    WORK PHONE    917-494-8819

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    HARRIS                William            J.
        Last Name             First Name         Middle Name

HOME ADDRESS    100 Dorothea Place

        Staten Island,    New York        10306
        City              State           Zip Code

HOME PHONE  718-351-5473        WORK PHONE  212-334-0741

SIGNATURE  _____

CONSENT TO SUE
REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  HARRISON                    AYANNA
      Last Name                   First Name              Middle Name

HOME ADDRESS  154 Jefferson ave  #1

              BKlyn            NY              11216
              City             State           Zip Code

HOME PHONE  917 883 2042        WORK PHONE  718 875 6228

SIGNATURE  A. Harri

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME   Harvey                    Lawrence              Vincent
       Last Name                 First Name            Middle Name

HOME ADDRESS    8209  268ᵗʰ St.  Upper A

                Floral Park      NY                    11004
                City             State                 Zip Code

HOME PHONE   (914) 260-9735   WORK PHONE   (718) 293-1563

SIGNATURE    Lawrence V. Harvey

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  HAWKINS      RAYMOND          Joseph.
      Last Name                First Name              Middle Name

HOME ADDRESS  28 HEMLOCK LANE

Smithtown         N.Y.          11787
City                State              Zip Code

HOME PHONE (631) 265-0799        WORK PHONE (718) 963-5333

SIGNATURE  [signature]

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF -- NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____ HAYES _____ Eric _____ Martin _____
        Last Name                          First Name                    Middle Name

HOME ADDRESS _____ 643    LAMOKA    Ave _____

_____ STATEN    Island    N.Y.    10312 _____
        City                            State                      Zip Code

HOME PHONE ___ (718) 317-0430 ___ WORK PHONE ( 718 ) 714-8403 ___

SIGNATURE _____ Eric Hayes _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _Hayes_ _Judy_ _Dishon_
        Last Name              First Name                    Middle Name

HOME ADDRESS _265 Redbud Drive_
             _North Augusta       S.C.          29860_
             City                State                Zip Code

HOME PHONE _803-279-1507_   WORK PHONE _N/A_

SIGNATURE _Judy D. Hays_

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___HAZAN___ ___ADAM___ ___SCOTT___
            Last Name           First Name         Middle Name

HOME ADDRESS ___6904 10TH AVENUE___

___BROOKLYN___ ___NY___ ___11228___
       City          State         Zip Code

HOME PHONE ___(718)833-3385___    WORK PHONE ___(212)927-2653___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Healy_____Patrick_____Henry_____
        Last Name              First Name              Middle Name

HOME ADDRESS ____335  89th  street_____

____Brooklyn_____NY_____11209_____
City                    State                  Zip Code

HOME PHONE __718  491  3130__ WORK PHONE __347  829  2800__

SIGNATURE _____

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   Hearns              Yashunda       Rose
       Last Name           First Name     Middle Name

HOME ADDRESS   875 Morrison Ave Apt 19G

       Bronx              NY              10473
       City               State           Zip Code

HOME PHONE (718) 617-7305    WORK PHONE 212-

SIGNATURE   Yashunda Hearns

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Henderson_ _Tisshawne_ _S_
      Last Name          First Name          Middle Name

HOME ADDRESS _905-15 116th RD_

_St Albans_ _NY_ _11412_
City         State    Zip Code

HOME PHONE _(718) 341-1540_     WORK PHONE _718) 224-7325_

SIGNATURE _T. Henders_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Hergenhan_____Thomas_____Albert_____

           Last Name                                 First Name                    Middle Name

HOME ADDRESS _____10 Florida Terrace_____

                       Staten Island_____NY_____10306_____

                       City                     State                 Zip Code

HOME PHONE __347-556-9238____ WORK PHONE _718-236-2511_

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  Hernandez    ,    Christian        R
      Last Name         First Name        Middle Name

HOME ADDRESS  254 East 202 St  Apt #6G

      Bronx      NY      10458
      City       State    Zip Code

HOME PHONE  917-361-8962    WORK PHONE  718-542-4775

SIGNATURE  _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Hernander_____ _Francisco_____ _A_____

    Last Name                          First Name                        Middle Name

HOME ADDRESS _1412 Astor Ave    apt # 2_____

_____Bx_____ _N/Y_____ _10469_____

        City                               State                        Zip Code

HOME PHONE _(347) 741-6771_____  WORK PHONE _(718) 220-5201_____

SIGNATURE _Francisco A. Hernander_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME     Hernandez                         Steven
         Last Name                 First Name              Middle Name

HOME ADDRESS     622  Ringgold street

                 Peekskill          NY              10566
                 City               State           Zip Code

HOME PHONE    646-391-2555        WORK PHONE    212-477-8609

SIGNATURE    _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Hill_____ ___Daniel_____ ___Charles_____
         Last Name                   First Name        Middle Name

HOME ADDRESS ___7819 A Cloverdale Blvd_____

               ___Bayside_____ ___NY_____ ___11364_____
                 City               State        Zip Code

HOME PHONE ___5163305622_____ WORK PHONE ___516 330 5622_____

SIGNATURE ___[signature]_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _Hines_   _Robin_   _Francine_
           Last Name          First Name        Middle Name

HOME ADDRESS _304 Mitchell Ave_

_East Meadow_   _NY_   _11554_
         City         State         Zip Code

HOME PHONE _516-414-1199_   WORK PHONE _718-969-7984_

SIGNATURE _Robin F. Hines_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _Hines III_                    _Johnny_                    _James_
        Last Name                      First Name                 Middle Name

HOME ADDRESS    _102-25 160 th Ave_

                _Howard    Beach_          _NY_              _11414_
                City                        State             Zip Code

HOME PHONE    _516-301-8022_        WORK PHONE    _516-301-8022_

SIGNATURE    _[signature]_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   Hodges                         JAMEL
       Last Name          First Name          Middle Name

HOME ADDRESS   317 W. 114 ST. Apt 2A

               NY               NY            10026
               City             State         Zip Code

HOME PHONE 2127498630        WORK PHONE 646 610 5600

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Hobbs___ ___Evan___ ___John___
         Last Name          First Name          Middle Name

HOME ADDRESS ___192 20D   64th   Circle___

___Fresh Meadows___   ___NY___   ___11365___
         City                      State              Zip Code

HOME PHONE ___917-587-6211___   WORK PHONE _____

SIGNATURE ___[signature]___

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    *HOLNESS*    *Peter*    *Roy*
       Last Name       First Name       Middle Name

HOME ADDRESS    *3606 Boller ave*

       *BRONX*       *NY*       *10466*
       City       State       Zip Code

HOME PHONE  *718-405-5050*    WORK PHONE  *212-618-1608*

SIGNATURE

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _Holzman_ _Ian_ _S_
         Last Name         First Name         Middle Name

HOME ADDRESS _550 -G Grand Street_ _G7E_

_New York_ _NY_ _10002_
City                     State                     Zip Code

HOME PHONE _212 505 6645_ WORK PHONE _917 662 7654_

SIGNATURE _[signature]_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    HOOP                    GAVIN                    Sullivan
        Last Name               First Name               Middle Name

HOME ADDRESS    25-65 36 st Apt 1F

        Astoria                 NY                    11103
        City                    State                 Zip Code

HOME PHONE    347 885 5429           WORK PHONE

SIGNATURE    Gavin Hoop

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    HORLICK                 PETER              BENJAMIN
        Last Name              First Name          Middle Name

HOME ADDRESS    789 JACKSON AVE

        NEW WINDSOR        NY              12553
        City                State           Zip Code

HOME PHONE (845) 522 - 8266          WORK PHONE

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___HORNE_____ ___PHILIP___ ___M___
      Last Name              First Name          Middle Name

HOME ADDRESS ___248 Abingdon Avenue_____

___Staten Island_____ ___NY___ ___10308___
City                         State                  Zip Code

HOME PHONE ___(718) 227-1937___  WORK PHONE ___(212) 693-7150___

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Horton_____Glenn_____
           Last Name                          First Name                    Middle Name

HOME ADDRESS __64 A Kosciuszko St._____

__Brooklyn_____N.Y._____11205_____
     City                              State                          Zip Code

HOME PHONE _718-857-2402_____ WORK PHONE _646-246-7856_____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Horvath_____Frank_____
            Last Name                              First Name                         Middle Name

HOME ADDRESS ___75-12 198st_____

___Fresh_____Meadows_____NY_____11365____
            City                             State                         Zip Code

HOME PHONE __917 575-0465_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Houlahan_____ _Daniel_____ _Joseph_____
         Last Name                              First Name                       Middle Name

HOME ADDRESS _95 Oregon Street_____

_Long Beach____ _NY____ _11561_____
City                      State              Zip Code

HOME PHONE _516 383-2976_____  WORK PHONE _718 922-8001_____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    HOWIE                    JUDD                    JAMES
        Last Name                First Name              Middle Name

HOME ADDRESS    38 FRANK COURT

                BROOKLYN          NY                    11229
                City              State                 Zip Code

HOME PHONE    718-769-3239        WORK PHONE    ~~347~~ 718-482-6845

SIGNATURE    Judd J BH

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  HUANG,  WILLIAM   K
Last Name              First Name                    Middle Name

HOME ADDRESS  26-31  29th  St  2nd Fl
Astoria,  NY  11102
City              State              Zip Code

HOME PHONE  917-385-9753     WORK PHONE  718-875-6811

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  _Hubel_____  _Robert_____  _Joseph_____
       Last Name                    First Name                   Middle Name

HOME ADDRESS  _117 Meadow Street_____
              _Garden City_____  _N.Y._____  _11530_____
              City                          State              Zip Code

HOME PHONE _516 823 6129_____  WORK PHONE _718 281 1460____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF -- NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Hughes___ ___Brian___ ___J___
          Last Name         First Name         Middle Name

HOME ADDRESS ___2141 Naeder Ave___
          ___Merrick___ ___NY___ ___11566___
          City         State         Zip Code

HOME PHONE ___(732)713-5897___ WORK PHONE ___(718)542-0888___

SIGNATURE ___[signature]___

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____Hunt._____Seletu_____Allana_____

Last Name                                First Name                          Middle Name

HOME ADDRESS _____730  Vermont ST_____

_____Brooklyn_____NY_____1120 7_____

City                                State                              Zip Code

HOME PHONE __718-257-2811_____ WORK PHONE __347-267-8926____

SIGNATURE _____[signature]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Huntley_____Ebony_____L_____
      Last Name           First Name        Middle Name

HOME ADDRESS ___2187 Holland Ave #1H_____

_____Bronx_____NY_____10462_____
      City           State        Zip Code

HOME PHONE ___347 293 1655___ WORK PHONE ___918 920·1236___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME     Ian,          Chi Kei,
         Last Name          First Name          Middle Name

HOME ADDRESS    156  Stanton  Street  Apt #8

         New York        NY            10002
         City            State         Zip Code

HOME PHONE    none          WORK PHONE  (646) 705-1637

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    IANAS        CRINELA        OANA
         Last Name              First Name           Middle Name

HOME ADDRESS   36-30 CRESCENT STREET

                 ASTORIA        NY        11106.
                 City              State          Zip Code

HOME PHONE   646-269-2798     WORK PHONE   646-510-9836

SIGNATURE   _Oana_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Imbert_____Cesar_____E_____
　　　　　Last Name　　　　　　　　First Name　　　　　　Middle Name

HOME ADDRESS ___539 W 163rd St   Apt #32_____

___New York_____NY_____10032____
　　City　　　　　　State　　　　　Zip Code

HOME PHONE _212-927-3061_____  WORK PHONE _347-860-0291___

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Ioffe_____ _Noema_____ _____
             Last Name                        First Name                    Middle Name

HOME ADDRESS __922 Rockaway pkwy_____

_____Brooklyn_____ ___NY_____ ___11236_____
        City                                    State                    Zip Code

HOME PHONE _917 662 1147_____ WORK PHONE _____

SIGNATURE __Lt Nolma I_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Ioveno_ _Jerry_ _V_
Last Name                              First Name                       Middle Name

HOME ADDRESS _25 West 84th Street_ _APT 3E_

_NY_ _NY_ _10024_
City                              State                       Zip Code

HOME PHONE _917-647 2801_ WORK PHONE _646 2086833_

SIGNATURE _Jerry Ov__

CONSENT TO SUE
REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _IPPOLITO_                 _SANTO_              _MICHAEL_
        Last Name                  First Name          Middle Name

HOME ADDRESS    _42 MAHOGANY ROAD_
                _Rocky Point_            _NY_            _11778_
                City                     State           Zip Code

HOME PHONE _631-849-3173_        WORK PHONE _631-357-0487_

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___ISHAQ_____BILAL_____
          Last Name                    First Name            Middle Name

HOME ADDRESS ___323 Etna St._____

                ___BKLYN_____NY_____11208_____
                    City              State            Zip Code

HOME PHONE _(718) 647-3448_____ WORK PHONE _(347) 254-9283_____

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _ISHRAT_    _MOHAMMAD_    _____
        Last Name          First Name              Middle Name

HOME ADDRESS    _2027    AMHERST    AVE_
        _VAlley Stream      NY       11580_
        City                      State          Zip Code

HOME PHONE _516 612 2493_    WORK PHONE _347 7842535_

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Isidore_ _Jean_ _Watson_
          Last Name                 First Name            Middle Name

HOME ADDRESS _1245 Ocean Ave Apt 3B_

_Brooklyn_ _NY_ _11230_
        City             State            Zip Code

HOME PHONE _917 217-0447_ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Ivory___ ___Bethea___ ___S.___
        Last Name          First Name          Middle Name

HOME ADDRESS ___127 Baden Place___

        ___Staten Island ny___ ___10306___
        City          State          Zip Code

HOME PHONE ___(718) 720-7875___ WORK PHONE ___(718) 439-4241___

SIGNATURE ___Sgt. B Ivory___

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _JACKSON_ _James_ _Victor_
        Last Name                    First Name                    Middle Name

HOME ADDRESS _35 Chess loop_

_Staton Island_ _NY_ _10306_
        City                    State                    Zip Code

HOME PHONE (917) 992-9414    WORK PHONE (718) 876 8559

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Polson_____ _____Tynetta_____ _____
                   Last Name                      First Name                      Middle Name

HOME ADDRESS ____1020 Tomahawk Road_____

____N._____ ___Baldwin NY____ , _____11510_____
        City                                State                              Zip Code

HOME PHONE __516-378-1490_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  Jakobsen              Glen              T
         Last Name            First Name        Middle Name

HOME ADDRESS  22  Warren  Drive

          Patterson          NY.          12563
          City               State        Zip Code

HOME PHONE  (845) 279-1162     WORK PHONE  (212) 694-7739

SIGNATURE  Glen Jak

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _James_ _Sesame_ _____

        Last Name               First Name          Middle Name

HOME ADDRESS _1008 St. Marks Ave, Apt 11E_

        _Brooklyn_ _NY_ _11213_

           City             State          Zip Code

HOME PHONE _347-240-5596_    WORK PHONE _718-330.4771_

SIGNATURE _Sean_ _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    Jaquez      Kelvin      Andre
      Last Name       First Name       Middle Name

HOME ADDRESS    1183 Gerard Ave    Apt 13

      Bronx       NY       10452
      City       State       Zip Code

HOME PHONE    929-239-8251      WORK PHONE    718-543-5708

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _JATA_                    _JOHN_                _LOUIS_

         Last Name                First Name            Middle Name

HOME ADDRESS    _1570 GRAND AVE   APT 31_

                _BALDWIN_              _NY_              _11510_

                City                   State            Zip Code

HOME PHONE  _516-650-5393_          WORK PHONE  _718-969-4029_

SIGNATURE  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    JAVED                          Ali
        Last Name                      First Name                      Middle Name

HOME ADDRESS    8855   Bay  Parkway   , Apt  7R

        Brooklyn              NY                    11214
        City                 State                 Zip Code

HOME PHONE (732) 221-7767    WORK PHONE  718- 922 -8001

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _Jerome_ _Roland_ _E_
        Last Name        First Name      Middle Name

HOME ADDRESS _783 Hastings St_
        _Baldwin_      _NY_      _11510_
        City        State      Zip Code

HOME PHONE _516-868-0915_    WORK PHONE _646-385-0188_

SIGNATURE _Roland E. Jerome_

*(CONTINUE ON REVERSE)*

CONSENT TO SUE
REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  Jette                        Joseph              Clifford
      Last Name                    First Name          Middle Name

HOME ADDRESS  98 Ninth Ave

              Kings Park        N.Y          11754
              City              State        Zip Code

HOME PHONE 631-806-2777          WORK PHONE 646-246-5695

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    John                    David                    Matthew
        Last Name               First Name               Middle Name

HOME ADDRESS    1756    Seminole Ave.    1st Floor

        Bronx            N.Y.            10461
        City            State           Zip Code

HOME PHONE    (718) 795-5095    WORK PHONE    N/A

SIGNATURE    _(signature)_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    Johnsen                Margaret            Christine
          Last Name              First Name            Middle Name

HOME ADDRESS    525 4th Street

          Brooklyn          NY              11215
          City              State            Zip Code

HOME PHONE  (718) 499-3019        WORK PHONE  (718) 558-4388

SIGNATURE    M. Johnsen

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _Johnson_    _Cora_    _S._
             Last Name        First Name        Middle Name

HOME ADDRESS    _1630 Park Place #4B_

_Brooklyn    NY    11233_
City        State        Zip Code

HOME PHONE _347 735 2223_    WORK PHONE _718 542 4771_

SIGNATURE    _Cora J_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____JONES_____CRAIG_____DAVID_____
         Last Name                              First Name                Middle Name

HOME ADDRESS ___17 MANOR    AVe_____

_____WHITE    PLAINS_____NY_____1060S_____
         City                              State              Zip Code

HOME PHONE __914·358~9626_____ WORK PHONE __914·358·9626____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Jones_____ _Lawrence_____ _R____
　　　　Last Name　　　　　　　　　First Name　　　　　Middle Name

HOME ADDRESS _782 Pelham Parkway S Apt D5_____
　　　　　_BX_____ _NY_____ _10462_____
　　　　　City　　　　　　　　State　　　　　　　Zip Code

HOME PHONE _(718) 684-3885___ WORK PHONE _____

SIGNATURE _____

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  Jordan            Brenda            Joy
        Last Name         First Name         Middle Name

HOME ADDRESS  10915  208 st

        Queens Village      NY             11429
        City                State            Zip Code

HOME PHONE (347) 451-7909     WORK PHONE (718) 868 34

SIGNATURE  Brenda J. Jordan.

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___JOYCE_____JENNIFER_____SUSAN___
          Last Name                First Name            Middle Name

HOME ADDRESS ___28 WYOMING AVE_____

___LYNBROOK_____NY_____11563_____
        City            State          Zip Code

HOME PHONE _(516)375-5177_ WORK PHONE _(718)422-8650_

SIGNATURE ___Jennifer Susan Joyce_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _JOYCE_____ _JOHN_____ _MICHAEL_____
      Last Name                 First Name        Middle Name

HOME ADDRESS _12 MEORE WAY_____

_WASHINGTONVILLE NY_____ _10992_____
City                        State              Zip Code

HOME PHONE _(845) 497-7467_ WORK PHONE _(718) 920-1236_

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____KACIC_____VAIM_____
            Last Name                        First Name                      Middle Name

HOME ADDRESS _____84-14 164 AVE_____

_____Howard Beach NY 11414_____
        City                        State                    Zip Code

HOME PHONE __(718)845-8548__ WORK PHONE _646-610-6884_

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    *KALEUDIS*          *John*

Last Name                First Name              Middle Name

HOME ADDRESS   *1524 166¹ STREET*

*WHITESTONE        NY*              *11357*

City                    State                  Zip Code

HOME PHONE  *516 659 2477*   WORK PHONE  *212 741 8451*

SIGNATURE  *[signature]*

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  KATINAS        MICHAEL        JAMES
     Last Name           First Name         Middle Name

HOME ADDRESS  11  GREENCROFT  AVENUE

             Staten Island      N.Y.            10308
             City          State         Zip Code

HOME PHONE  718-524-6413  WORK PHONE  212-741-4841

SIGNATURE  Michael Watson

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME     _Kavanagh_     _Kevin_     _Andrew_
         Last Name          First Name        Middle Name

HOME ADDRESS     _3     Seaview Avenue_

_Massapequa_     _NY_     _11758_
City          State          Zip Code

HOME PHONE _(516) 799-9333_     WORK PHONE _(718) 220-5841_

SIGNATURE _Kevin A. Kavanagh_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _KAZLAS_   _JOSEPH_ _____

Last Name        First Name        Middle Name

HOME ADDRESS _77-21  81 St_____

_Glendale_   _NY_   _11385_

City             State             Zip Code

HOME PHONE _347-248-9155_ WORK PHONE _347-248-9155_

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _KEFALA_ _GEORGE_ _J_
Last Name        First Name        Middle Name

HOME ADDRESS _40 Meeting Lane_
_Hicksville_ _NY._ _11801_
City        State        Zip Code

HOME PHONE _516 731-2011_    WORK PHONE _212 477 9751_

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _K̲e̲i̲S̲A̲N̲S̲_____ _J̲o̲h̲n̲_____ _J̲o̲P̲_____
          Last Name                 First Name               Middle Name

HOME ADDRESS _2̲4̲2̲4̲ ̲G̲e̲r̲r̲i̲t̲s̲n̲ ̲A̲v̲e̲_____

              _D̲K̲L̲y̲n̲_____ _N̲V̲_____ _1̲1̲2̲2̲9̲_____
              City             State             Zip Code

HOME PHONE _9̲1̲7̲-̲6̲8̲9̲-̲2̲2̲9̲5̲___ WORK PHONE _____

SIGNATURE _____

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Kelly___ ___James___ ___Francis___
       Last Name           First Name          Middle Name

HOME ADDRESS ___6 Sunny Field RD___

___Hicksville___ ___NY___ ___11801___
       City           State          Zip Code

HOME PHONE ___516 857 8815___ WORK PHONE ___718 542 2314___

SIGNATURE ___[signature]___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _Kelly_    _Thomas_    _Salvatore_
        Last Name    First Name    Middle Name

HOME ADDRESS    _29 Yale Street_
                _Williston Park    NY    11596_
                City    State    Zip Code

HOME PHONE _516-248-1612_    WORK PHONE _212-678-1611_

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Kenny_____Andrew_____Michael_____
          Last Name                    First Name                Middle Name

HOME ADDRESS __3 Ridge View Terrace_____

_____Cornwall_____NY_____12518_____
          City                    State                Zip Code

HOME PHONE __845-865-6225_____ WORK PHONE __212-678-1341____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _Kenny_____ _RYAN_____ _LAWRENCE_____
        Last Name                First Name        Middle Name

HOME ADDRESS  _1012 5th Avenue_____

        _New Hyde Park_____ _NY_____ _11040_____
        City                  State      Zip Code

HOME PHONE _(516) 280-5235_____  WORK PHONE _(212) 614-6741____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _Kenny_    _Thomas_    _John_
         Last Name        First Name        Middle Name

HOME ADDRESS    _82-32    261    Street_

        _Floral Park    NY_    _11004_
        City        State        Zip Code

HOME PHONE _718 343 9875_    WORK PHONE _347 277 4569_

SIGNATURE    _[signature]_

CONSENT TO SUE

## REQUEST TO BECOME PARTY PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  _KHAN_  _MOHAMMAD_  _SHAHZAD_
      Last Name          First Name          Middle Name

HOME ADDRESS  _243 BUSCHER AVE._

_VALLEY STREAM_  _NY_  _11580_
City          State          Zip Code

HOME PHONE _(516) – 213 – 4822_  WORK PHONE _(516) – 448 – 7406_

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Ki_____Michael_____Yong_____
         Last Name              First Name           Middle Name

HOME ADDRESS ___155-07  29th  Ave_____

_____Flushing_____N Y_____11354_____
         City                    State                Zip Code

HOME PHONE ___917. 843. 2300___ WORK PHONE ___646-610-5710___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Kilada_____Mena_____
        Last Name              First Name              Middle Name

HOME ADDRESS ___159-49____97nd___St_____

___Howard beach_____NY_____11414___
        City              State              Zip Code

HOME PHONE __(347) 742-0472___ WORK PHONE __(718) 386-4195___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Kim_____HAK_____S_____
        Last Name                    First Name              Middle Name

HOME ADDRESS ___259 - 15_____57th Ave._____

___Little Neck_____NY_____11362._____
   City                        State                  Zip Code

HOME PHONE __718  352 -2570__ WORK PHONE __917 - 301- 6463__

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___KIM___ ___SOHWOON___ ___~___
          Last Name          First Name          Middle Name

HOME ADDRESS ___129-01 9th Avenue___

          ___College Point___ ___NY___ ___11356___
          City          State          Zip Code

HOME PHONE ___917-623-6625___ WORK PHONE ___718-558-8853___

SIGNATURE ___Sohwoon Kim___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___King_____Darrin_____Carleif_____
           Last Name                      First Name                      Middle Name

HOME ADDRESS ___21 Cooper Avenue   Apt B_____

_____Huntington_____N Y_____11746_____
                       City                            State                        Zip Code

HOME PHONE (631) 645-6964_____ WORK PHONE ____n/a_____

SIGNATURE _____

**CONSENT TO SUE**
REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___King___  ___John___  ___Patrick___
         Last Name            First Name        Middle Name

HOME ADDRESS ___54 Joan Drive___

      ___Yonkers___  ___NY___  ___10704___
         City           State        Zip Code

HOME PHONE 914 318 1734    WORK PHONE 917 698-1782

SIGNATURE ___[signature]___

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    KINGSTON      RONALD      LLOYD
        Last Name      First Name      Middle Name

HOME ADDRESS    154 BEACH 74TH ST

         ARVERNE      N.Y      11692
         City      State      Zip Code

HOME PHONE (718) 419-0151      WORK PHONE (718) 971-1400

SIGNATURE    Ronald Kingston

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Kingston_____Tamara_____
            Last Name                         First Name                      Middle Name

HOME ADDRESS ____146-04    232 Street_____
                    ____Springfield Gardens, NY 11413_____
                        City                State                      Zip Code

HOME PHONE __718 276 5909____ WORK PHONE __413-542-4775_____

SIGNATURE _____Tamara Kingston_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Kirchoff_____Christopher_____W_____
    Last Name                          First Name                          Middle Name

HOME ADDRESS _____82 Med Way Ave_____

_____Congers_____NY_____10920_____
        City                          State                          Zip Code

HOME PHONE (917) 584 8404   WORK PHONE   718 918 2004
                845 268 4757

SIGNATURE _____

CONSENT TO SUE
REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Kish_____Frank_____
           Last Name                       First Name               Middle Name

HOME ADDRESS ___15____Jacob____Street_____
                  ___Staten____Island____NY_____10307_____
                   City                 State             Zip Code

HOME PHONE ___718-356-1843_____   WORK PHONE ___718-813-7074____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   _Kobus_____ _Joseph_____ _____

Last Name                First Name              Middle Name

HOME ADDRESS   _24  BLUEBERRY  LANE_____

_Stony  Brook_____ _N.Y._____ _11790_____

City                          State                Zip Code

HOME PHONE _631 675 1957_____   WORK PHONE _646 784-2772_____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____KLOS_____RICHARD_____
         Last Name                          First Name                        Middle Name

HOME ADDRESS ___18 HIDDEN VALLEY LANE_____

___ROCK TAVERN      NY_____12575_____
         City                          State                         Zip Code

HOME PHONE __845@ 914-262-0429__WORK PHONE __212-281-5303__

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Knowd_____Kenneth_____
         Last Name                    First Name                   Middle Name

HOME ADDRESS ____148-25  29th  Avenue , Apt 1B_____

____Flushing_____NY_____11354_____
         City                         State                    Zip Code

HOME PHONE _____  WORK PHONE (917) 880-9010

SIGNATURE _____

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Korpolinski_____ _Jason_____ _Michael_____
Last Name                      First Name                      Middle Name

HOME ADDRESS _32-39  34th  st_____

_Astoria_____ _N Y_____ _1110C_____
City                           State                          Zip Code

HOME PHONE _917-704-2313_____ WORK PHONE _____

SIGNATURE _____

CONSENT TO SUE
REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____ Kist _____ Brian _____ Michael _____
          Last Name          First Name          Middle Name

HOME ADDRESS _____ 75 Amherst Rd _____
                _____ Valley Stream _____ NY _____ 11581 _____
                          City              State        Zip Code

HOME PHONE ___ 516 791-0171 ___ WORK PHONE ___ (516) 410-6010 ___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF -- NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    Kountouris                              John

       Last Name                          First Name                    Middle Name

HOME ADDRESS    43-39        167th        St

       Flushing              NY              11358

       City                  State                  Zip Code

HOME PHONE    347-913-2000    WORK PHONE    718-542-2295

SIGNATURE    _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    Koutroumanos               Jimmy               Steve
        Last Name                  First Name          Middle Name

HOME ADDRESS    28-16 214 Place

        Bayside               NY               11360
        City                  State            Zip Code

HOME PHONE (718) 229-4458    WORK PHONE (718) 845-2200

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____Kuliecza_____Nicholas_____
            Last Name                          First Name                          Middle Name

HOME ADDRESS _____653 E. 14st #1 C_____

_____NY_____NY_____10009_____
            City                          State                          Zip Code

HOME PHONE __(212) 848-5919_____ WORK PHONE __(646) 387-6576___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _Lachapell_ _YAHAIRA_ _____
Last Name              First Name              Middle Name

HOME ADDRESS _22-15 79 STREET   APT 2F_
_EAST Elmhurst   NY        11370_
City              State              Zip Code

HOME PHONE _(646) 469-1107_ WORK PHONE _(718) 786-2775_

SIGNATURE _Yahaira Lachapell_

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____LACHOWSKI_____PAWEL_____
             Last Name                          First Name                    Middle Name

HOME ADDRESS __339  N  Main  Street_____
                      __Monroe_____NY_____10950_____
                         City                       State                   Zip Code

HOME PHONE __9173185861_____  WORK PHONE __917 3185861_____

SIGNATURE ____[signature]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____Lagattolla_____Anthony_____
          Last Name                          First Name                    Middle Name

HOME ADDRESS ____36   Cottonwood      Drive_____

_____Commack_____NY_____11725_____
                    City                         State                    Zip Code

HOME PHONE ___516 - 808 - 9344_____ WORK PHONE _____

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____CAGO_____ALEXANDER_____WILLIAM_____
　　　　　Last Name　　　　　　　　　　　First Name　　　　　　　　　Middle Name

HOME ADDRESS ___802 CENTRE AVE_____
　　　　　　___LINDENHURST_____NY_____11757_____
　　　　　　　　City　　　　　　　　　　State　　　　　　　　Zip Code

HOME PHONE ___516 351 6626____ WORK PHONE ___718 353 8902____

SIGNATURE _____SGT CAGO_____

CONSENT TO SUE
### REQUEST TO BECOME PARTY PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   LAIRD                    NEWELL
       Last Name               First Name                    Middle Name

HOME ADDRESS   130-49 232 2nd STREET

       LAURELTON        NY                    1413
       City             State                 Zip Code

HOME PHONE (718) 528-7458   WORK PHONE

SIGNATURE   Newell Laird

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME     Lam           Alan
        Last Name           First Name         Middle Name

HOME ADDRESS    4   Pequot   Avenue

               Port Washington     NY       11050
              City            State         Zip Code

HOME PHONE    516· 304 - 5580     WORK PHONE     N/A

SIGNATURE                                

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    _Lam_____    _Siu_____    _Cheung_____
          Last Name                   First Name              Middle Name

HOME ADDRESS    _133-33    85th street_____

          _Ozone Park_____    _NY_____    _11417_____
               City                   State            Zip Code

HOME PHONE   _(347) 680-0936_____   WORK PHONE   _(718) 677-8300_____

SIGNATURE    _____

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _LoMMAR_____ _Richard_____ _Arthur_____
         Last Name                    First Name                    Middle Name

HOME ADDRESS _23 Chase Lane_____

_____Sayville_____ _NY____ _11782____
         City                          State                    Zip Code

HOME PHONE _631-218-2593_____ WORK PHONE _631-495-9895_____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Lams_____James_____Courtney_____
         Last Name                          First Name              Middle Name

HOME ADDRESS ___13 Poplar Street_____

___Central Islip_____NY_____11722_____
         City                              State                    Zip Code

HOME PHONE __917-797-0138_____ WORK PHONE _____

SIGNATURE ____James Courtney Jr._____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _Lambe_    _Christopher_    _M_
    Last Name    First Name    Middle Name

HOME ADDRESS    _45 Larkin Lane_

       _Garnerville_  _NY_   _10923_
       City     State     Zip Code

HOME PHONE    _845 270 7999_    WORK PHONE _____

SIGNATURE    _[signature]_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF -- NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Lane_____Andrew_____G_____
           Last Name            First Name           Middle Name

HOME ADDRESS _____3 OLD BRICK ROAD_____

_____New City____NY_____10956_____
           City           State           Zip Code

HOME PHONE __845 634 2535__ WORK PHONE __212 860 6586__

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Last_____Steven_____
             Last Name                First Name             Middle Name

HOME ADDRESS ___85 Cranford St._____

___Staten Island NY_____10308_____
          City                      State             Zip Code

HOME PHONE _718-984-2806_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF — NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___LAURIA___ ___JEFFREY___ ___BRIAN___
Last Name            First Name            Middle Name

HOME ADDRESS ___28 DUBOIS AVE___

___VALLEY STREAM     NY___     ___11581___
City                          State                  Zip Code

HOME PHONE ___(516) 561·9775___ WORK PHONE ___(516) 428 8792___

SIGNATURE ___

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Laurore_____Paterson_____
         Last Name                              First Name                            Middle Name

HOME ADDRESS ____73 Lott Lane_____

____Staten Island    NY_____10314_____
         City                                State                            Zip Code

HOME PHONE __718 - 682 - 1988_____ WORK PHONE _____

SIGNATURE __Patri. Lan_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  LAVIN    PeTer    A.

Last Name        First Name        Middle Name

HOME ADDRESS  622 EAST 20th ST    APT MG

New York N.Y. 10009

City        State        Zip Code

HOME PHONE (212) 674-2250  WORK PHONE (212) 694-3053

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    *LAWRENCE*          *MARY*          *P*
         Last Name          First Name      Middle Name

HOME ADDRESS *34 Celebration*

         *S.I*              *NY*            *10304*
         City               State           Zip Code

HOME PHONE *718-273-5684*     WORK PHONE _____

SIGNATURE *Mary Lawrence*

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF -- NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME LAYTON          JWANN          DEREK
     Last Name        First Name     Middle Name

HOME ADDRESS 1583 Remsen Avenue
             BROOKLYN,     NY          11236
             City          State       Zip Code

HOME PHONE (917) 371 - 6420   WORK PHONE (718) 386 - 4101

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Lebby_____Terrence_____P_____
       Last Name                First Name            Middle Name

HOME ADDRESS ___3737 Barnes Ave_____

___Bronx_____NY_____10467_____
   City                State              Zip Code

HOME PHONE _917-557-6417_ WORK PHONE _718-590-5511_

SIGNATURE ____Terrence P. Lebby_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _LEE, DEMETRIOS_

Last Name _____ First Name _____ Middle Name

HOME ADDRESS _3102 WILLOW LANE #1A_

_BRONX_ _NY_ _10461_

City _____ State _____ Zip Code

HOME PHONE _____ WORK PHONE _917 612-5564_

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  LEE                              EDWARD
      Last Name                        First Name              Middle Name

HOME ADDRESS    1010   166  STREET    APT 4D

            WHITESTONE         NY                    11747
            City               State                 Zip Code

HOME PHONE  646-351-9520     WORK PHONE  646-688-3580

SIGNATURE  Edward Lee

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Lee_____SukJae_____
         Last Name                         First Name                    Middle Name

HOME ADDRESS _____49 Rope Lane_____
                    _____Levittown____NY_____11756_____
                              City              State              Zip Code

HOME PHONE __516 – 622 – 5307__ WORK PHONE __718) 868 – 9614__

SIGNATURE _____

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___LEI_____DANNY_____
           Last Name                    First Name                    Middle Name

HOME ADDRESS ___19 West Street_____
           ___New Hyde Park N.Y._____11040__
                    City                              State                    Zip Code

HOME PHONE __917-755-0351__ WORK PHONE __718 426 1154__

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____LEMA_____ _____Wilson_____ ____A._____
       Last Name                          First Name            Middle Name

HOME ADDRESS ___7  TURNER  CT_____

_____NANUET_____ _____NY_____ ____10954_____
       City                          State              Zip Code

HOME PHONE __718·360-1423_____ WORK PHONE _____

SIGNATURE ____[signature]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___LEWIS_____EDWARD_____
           Last Name                     First Name           Middle Name

HOME ADDRESS ___780 Bronx River Road apt A41_____

                ___Bronxville_____NY_____10708_____
                    City              State            Zip Code

HOME PHONE ___646 345 2605_____ WORK PHONE _____

SIGNATURE ___Edward Lewis_____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   LEON                          ANGEL                    W.
       Last Name                     First Name               Middle Name

HOME ADDRESS   246 DAVIS ave

       BRONX              NEW York            10465
       City                 State              Zip Code

HOME PHONE   (917) 509-1168          WORK PHONE _____

SIGNATURE   _Angel Leon_____

**CONSENT TO SUE**

REQUEST TO BECOME PARTY-PLAINTIFF -- NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____LEQVERICA_____MARTHA_____
         Last Name              First Name              Middle Name

ADDRESS ___1270 FIFTH AVE_____

_____NEW YOR_____N.Y._____10029___
         City              State              Zip Code

PHONE _917 856 1012___ WORK PHONE _718 386 2289_

SIGNATURE _____Martha Gyee_____

## CONSENT TO SUE

### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Leto_____James_____
              Last Name              First Name              Middle Name

HOME ADDRESS _____45-36  169 sTreeT_____
              _____Flushing_____NY_____11358_____
                    City              State              Zip Code

HOME PHONE (718) 358-5956   WORK PHONE (718) 591-7606

SIGNATURE _____James Leto_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME      Levine                          Ari                          L
          Last Name                       First Name                   Middle Name

HOME ADDRESS    30-51 Hobart Street    #5D

                Woodside              NY              11377
                City                  State           Zip Code

HOME PHONE   718-777-1848      WORK PHONE   212-690-8808

SIGNATURE   _____

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  _Levitsky_____  _Stanislav_____  _____

          Last Name                          First Name                      Middle Name

HOME ADDRESS  _53____Lisa___Lane_____

        _Staten Island____NY_____10312____

            City                    State                 Zip Code

HOME PHONE  _718-966-4220_____  WORK PHONE  _917-916-0585_____

SIGNATURE  _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____Lewis_____Henry_____

            Last Name                     First Name                Middle Name

HOME ADDRESS _____463 Max well St_____

            West Hempstead, NY            11552

            City                  State             Zip Code

HOME PHONE ____516 538 417#____ WORK PHONE ___516.426-6677_____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _LEWIS_ , _LERON_ _ELVAN_
Last Name            First Name            Middle Name

HOME ADDRESS _119-14  201ST  STREET_
_SAINT ALBANS,  NY_ _11412_
City            State            Zip Code

HOME PHONE _(718) 413-5418_    WORK PHONE _(917) 583-0053_

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME   LIBERATORE        MICHAEL        VICTOR
       Last Name              First Name              Middle Name

HOME ADDRESS   30 HIGHLAND VIEW DR

BAYville        NY        11709
City                  State                  Zip Code

HOME PHONE  516 6281930     ~~WORK~~ CELL PHONE  516 5106932

SIGNATURE   Michael V Liberatore

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Lind_____ ___Digna_____ ___J_____
        Last Name                First Name              Middle Name

HOME ADDRESS ___566 Willoughby Ave_____

___Brooklyn_____ ___NY_____ ___11206_____
        City                     State                Zip Code

HOME PHONE __347-326-2773_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

*I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.*

NAME ___Linden_____ ___Glen_____ _____
       Last Name                        First Name              Middle Name

HOME ADDRESS ___228____Beach__121__Street_____

___Rockaway_____ ___NY_____ ___11694_____
       City                        State                  Zip Code

HOME PHONE ___347-249-0682_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF -- NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___LINDSLEY_____MICHAEL_____
　　　　　　Last Name　　　　　　　　　　　First Name　　　　　　　　　　Middle Name

HOME ADDRESS ___603 FARMERS AVE_____

___Bellmore_____NY_____11710_____
　　　　City　　　　　　　　　State　　　　　　　　Zip Code

HOME PHONE _516 662-5574_____ WORK PHONE _718 257 6217_____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _LINO_ _Christopher_ _A_
Last Name        First Name        Middle Name

HOME ADDRESS _231 Beach 135th ST._
_Rockaway    Queens    NY    11694_
City        State        Zip Code

HOME PHONE _917 453-4609_ WORK PHONE _917 453 — 4609_

SIGNATURE _[signature]_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Liton_____Roman_____

Last Name                           First Name                           Middle Name

HOME ADDRESS ___2925___W_5_St_____APT_4R_____

___Brooklyn_____NY_____11224_____

City                                 State                               Zip Code

HOME PHONE ___718 675-9599_____ WORK PHONE ___718 948 9311_____

SIGNATURE ___Roman_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Lloyd_____Erica_____
       Last Name                        First Name                    Middle Name

HOME ADDRESS ___100  Riverdale   Ave   # 9K_____

_____Yonkers_____NY_____10701_____
            City                          State                  Zip Code

HOME PHONE __(917) 742 - 8515_____ WORK PHONE _____

SIGNATURE ____[signature]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____Lloyd_____Joanne_____Shirley_____
            Last Name                         First Name                Middle Name

HOME ADDRESS ____220 - 14    138 Rd_____

                      _Laurelton_____N.Y._____11413____
                        City                    State                Zip Code

HOME PHONE ____718 - 276 - 0949_____ WORK PHONE ____NA_____

SIGNATURE _____

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____
              Last Name                          First Name                          Middle Name

HOME ADDRESS _____
                        City                                State                                Zip Code

HOME PHONE _____ WORK PHONE _____

SIGNATURE _____

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  Lombardi                    Richard                    J
      Last Name                   First Name                 Middle Name

HOME ADDRESS  7 Navy Drive
              Smithtown          N.Y.          11787
              City               State         Zip Code

HOME PHONE  631 724-1347     Cell WORK PHONE  631 553 - 6888

SIGNATURE  Richard J Lombardi

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____LomBARDo_____AnThony_____Joseph_____
           Last Name                 First Name          Middle Name

HOME ADDRESS ___123 Bellows ln_____

_____New City_____NY_____10056_____
         City             State          Zip Code

HOME PHONE ___845-639-5064_____ WORK PHONE ___917-843-4049_____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____LOUIS_____FRANTZ_____

Last Name                    First Name                    Middle Name

HOME ADDRESS ____49  ABINET  COURT_____

_____SELDEN_____NY_____11784_____

City                         State                        Zip Code

HOME PHONE (631)451 - 0165    WORK PHONE (718)590 -1845

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___LOVERAJ_____ ___Diogenes_____ _____
          Last Name                        First Name                     Middle Name

HOME ADDRESS ___61 Woodbim St._____

___Brooklyn_____ ___N.Y._____ ___11221_____
City                        State                        Zip Code

HOME PHONE ___917-749-4505___   WORK PHONE ___718~_____

SIGNATURE ___Sgt. Diogenes Loveraj_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF -- NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Low___ ___Daniellie___ ___J___
Last Name / First Name / Middle Name

HOME ADDRESS ___2434 Elm Place    #PH___

___Bronx___ ___NY___ ___10458___
City / State / Zip Code

HOME PHONE ___347-297-8292___ WORK PHONE ___718-590-1845___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Lowery_____ _Wayne_____ _Joseph_____
     Last Name                First Name          Middle Name

HOME ADDRESS _59-13    68th Ave_____

_Ridgewood_____ _NY_____ _11385_____
City                       State          Zip Code

HOME PHONE _718-381-8206_____ WORK PHONE _718-706-1308____

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    Luizzi                         John                    M
        Last Name                    First Name            Middle Name

HOME ADDRESS    2 Parisi Court

                Coram              NY              11727
                City               State           Zip Code

HOME PHONE  631-848-6325    WORK PHONE  718-265-7300

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Lynn_____Ruben_____
       Last Name                First Name             Middle Name

HOME ADDRESS ___6 Raleigh Close_____
          ___Middletown_____NY_____10940_____
               City              State             Zip Code

HOME PHONE _845-343-5244_WORK PHONE _212 741 8438_____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _MA_    _Ling_    _F_
             Last Name             First Name             Middle Name

HOME ADDRESS    _3    Charter Ave_

_Dix Hills_    _NY_    _11746_
City             State             Zip Code

HOME PHONE _646-203-9770_    WORK PHONE _718-321-2254_

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _MacDonnell, Mark_ _Christopher_
Last Name        First Name        Middle Name

HOME ADDRESS _84 Summit Ave_

_Tappan_        _NY_        _10983_
City        State        Zip Code

HOME PHONE _845-398-8949_  WORK PHONE _914-772-5581 (c)_

SIGNATURE _Mark C. MacDonnell_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Madrid_____Fabian_____A_____

           Last Name                     First Name             Middle Name

HOME ADDRESS ___26 Ellen Street_____

           ___New City_____NY_____10956_____

                  City              State            Zip Code

HOME PHONE ___845 371 4085___ WORK PHONE ___917 202 3579___

SIGNATURE ___Fabian Madri_____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  Maher            William            Michael
      Last Name        First Name         Middle Name

HOME ADDRESS  50 Park Terrace West

              New york          NY          10034
              City              State       Zip Code

HOME PHONE 646 796 0102        WORK PHONE 347 219 2873

SIGNATURE  William. M. Maher

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Maier___ ___Christine___ ___Denise___
　　　　　Last Name　　　　　First Name　　　　　Middle Name

HOME ADDRESS ___25 Elizabeth Street apt 2Y___

___Farmingdale___ ___NY___ ___11735___
　　　City　　　　　　　State　　　　　　Zip Code

HOME PHONE ___516-586-3813___    WORK PHONE ___718-422-8700___

SIGNATURE ___Christ Maier___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Maldonado_ _Abram_ _Isaa C_
        Last Name          First Name          Middle Name

HOME ADDRESS _20 Princeton Road_

_Carmel_ _NY_ _10512_
City          State          Zip Code

HOME PHONE _845-225-7194_ WORK PHONE _212-678-1341_

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    _MALDONADO_        _Jolene_        _MARGARETTE_
       Last Name              First Name           Middle Name

HOME ADDRESS    _130-29   133 AVE_

                  _South Ozone Park_        _NY_        _11420_
                  City               State           Zip Code

HOME PHONE _718 843-0685_        WORK PHONE _212 718 221-6600_

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF -- NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _MANGRA_ _RORY_
        Last Name        First Name        Middle Name

HOME ADDRESS _221-20 Murdock Avenue_
_Queens Village_ _NY_ _11429_
        City        State        Zip Code

HOME PHONE _718 217 1472_    WORK PHONE _718 501 5818_

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____MANZi_____Joseph_____RoBerT_____
        Last Name                  First Name           Middle Name

HOME ADDRESS _____8_____GReen Belt____CourT_____

_____Smithtown_____NY_____11787_____
             City                State           Zip Code

HOME PHONE __(516) 336-6337__ WORK PHONE __(516) 655-2204__

SIGNATURE _____Joseph R. Manzi_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _MARANZANO_ _DOMINICK_ _ANTHONY_
Last Name          First Name          Middle Name

HOME ADDRESS _252 Rolling St._

_Malverne_ _NY_ _11565_
City          State          Zip Code

HOME PHONE _516 945 4412_ WORK PHONE _718 516 542-0888_

SIGNATURE _[signature]_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Marcello_____ ___Joseph_____ ___Anthony_____
Last Name                                    First Name                        Middle Name

HOME ADDRESS ___705 Annadale RD_____

___Staten Island___ ___NY___ ___10312___
City                        State                Zip Code

HOME PHONE ___718 356 1961___    WORK PHONE ___917 440 4764___

SIGNATURE ___J. Marcello_____

CONSENT TO SUE
REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    Marchello          Philip          John
        Last Name          First Name      Middle Name

HOME ADDRESS    51 Eweker Ave

        Floral Park        NY              11001
        City               State           Zip Code

HOME PHONE 516-358-1119    WORK PHONE   516-382-1773

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    Marsella          ,    Joseph          Louis
        Last Name              First Name         Middle Name

HOME ADDRESS    1475 E 70th street

                Brooklyn          NY          11234
                City              State       Zip Code

HOME PHONE (917) 497-1927          WORK PHONE

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  *MARSHAL*                    *KEVIN*                    *RAFE*
        Last Name                          First Name                     Middle Name

HOME ADDRESS  *219 BRONX RIVER ROAD*

                *YONKERS*           *NY*           *10706*
                City                       State              Zip Code

HOME PHONE  *666 588 8706*   WORK PHONE  *666 588 8706*

SIGNATURE  *[signature]*

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Martinez_____Arnoldo_____H_____
　　　　　　　Last Name　　　　　　　　　　First Name　　　　　　Middle Name

HOME ADDRESS ___14-22　33 Avenue　FL 1_____
　　　　　　　　____L.I.C_____NY_____1110 6_____
　　　　　　　　　City　　　　　　　　State　　　　　　　Zip Code

HOME PHONE ___917 8075193_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    _Martinez_    _Corey_    _Robert T._
            Last Name               First Name         Middle Name

HOME ADDRESS    _71 Robinson Ave_

                      _Glen Cove_     _NY_     _11542_
                       City            State        Zip Code

HOME PHONE _516-801-3758_    WORK PHONE _516-476-2060_

SIGNATURE _Corey Martinez_

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _MARTINO_____ _RAYMOND_____
        Last Name                          First Name                    Middle Name

HOME ADDRESS _6 Fair CT_____

_MASSAPEQUA_____ _NY_____ _11758_____
        City                                  State                    Zip Code

HOME PHONE _516-3229000_____ WORK PHONE _347-672-5774_____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  MARTY          ROBERT
      Last Name       First Name        Middle Name

HOME ADDRESS  66 Lefferts Rd

      Yonkers      NY              10705
      City         State           Zip Code

HOME PHONE 914-207-7098   WORK PHONE 718-543-5708

SIGNATURE  R M

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    MARZANO    VICTOR    OWEN
Last Name              First Name         Middle Name

HOME ADDRESS    128 BARTOW ave

Staten Island    N.Y.    10309
City         State         Zip Code

HOME PHONE  718-227-9678    WORK PHONE  646-533-2939

SIGNATURE    Victor a Marzano

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Masaitis_____ ___Gregory_____ ___J_____
        Last Name                        First Name              Middle Name

HOME ADDRESS ___214 Boundary Ave_____

___Massapequa_____ ___Ny_____ ___11758_____
City                                State                    Zip Code

HOME PHONE Home 516 241-4109
Work 718-971-1400 _____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**

## REQUEST TO BECOME PARTY-PLAINTIFF -- NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _MATA_____ _WADY_____ _S_____
        Last Name          First Name          Middle Name

HOME ADDRESS _2760   Sec/g wick Ave_____

_Bronx_____ _NY_____ _10468_____
        City          State          Zip Code

HOME PHONE _646 314 0007_ WORK PHONE _347 278 6038_

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _Mattera_ _Giovanni_ _____

Last Name ___ First Name ___ Middle Name

HOME ADDRESS _202 Bay 25th ST_____

_Brooklyn_ _NY_ _11214_

City ___ State ___ Zip Code

HOME PHONE _718-208-5347_ WORK PHONE _212-452-0604_

SIGNATURE _[signature]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___XAAYDWELL_____JOSEPH_____P._____
         Last Name              First Name           Middle Name

HOME ADDRESS ___80 OLD HAVERSTRAW ROAD_____

              ___Congers_____NY_____10520_____
                City           State          Zip Code

HOME PHONE __845 267 8587_____ WORK PHONE __845 558-4407__

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _McCann_____ _Michael_____ _____
              Last Name                              First Name                              Middle Name

HOME ADDRESS _421 Beach 120 St_____

_Rockaway_____ _NY_____ _11694_____
              City                                         State                         Zip Code

HOME PHONE _917 335 8530_____ WORK PHONE _212 826 3241_____

SIGNATURE _Michael McC_____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___McCarren_____Sean_____R_____

           Last Name                     First Name          Middle Name

HOME ADDRESS ___94 Hettys Path_____

          ___Farmingville_____NY_____11738_____

            City                   State          Zip Code

HOME PHONE (631) 228 2254_____ WORK PHONE _____

SIGNATURE _____

*(CONTINUE ON REVERSE)*

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME     <u>McCole                    Steven              Christopher</u>
                 Last Name                          First Name                        Middle Name

HOME ADDRESS     <u>204 Clinton B, Fiske Ave</u>

<u>Staten Island     NY                    10314</u>
City                                        State                                      Zip Code

HOME PHONE     <u>646 258 6141</u>     WORK PHONE     <u>646 258 6142</u>

SIGNATURE     <u>Steven McCole</u>

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME McCormick                Caren                Lynn
     Last Name                First Name           Middle Name

HOME ADDRESS 29 Winchester Ave., Apt 1-A

     Yonkers                  N.Y.                 10710
     City                     State                Zip Code

HOME PHONE 914-337-0678        WORK PHONE 718-760-7632

SIGNATURE Caren McCamick

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  McDonald          Anthony          Oniel
           Last Name          First Name          Middle Name

HOME ADDRESS  157 Fir St.

      Valley Stream     NY          11580
      City          State          Zip Code

HOME PHONE  917-723-9831     WORK PHONE  718-963-5327

SIGNATURE  McDonald

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___McGlone_____Joseph_____P_____
     Last Name            First Name            Middle Name

HOME ADDRESS ___45 Bartley Lane_____

___West Sayville_____NY_____11796_____
     City              State         Zip Code

HOME PHONE ___631 256 6714_____ WORK PHONE ___631 806 8505___ (Cell)

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  McGovern          James          Carroll
      Last Name         First Name     Middle Name

HOME ADDRESS  313 Ellison Ave
              Westbury          NY          11590
              City              State       Zip Code

HOME PHONE  516-333-8483    WORK PHONE  646-210-9068

SIGNATURE  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  McGovern                     Matthew                    Thomas
      Last Name                    First Name                 Middle Name

HOME ADDRESS  66 Wellington Road South

      West Hempstead        NY              11552
      City                  State           Zip Code

HOME PHONE  516 5050565        WORK PHONE  516 - 852 - 9689

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___McGRATH_____ ___PATRICK___ ___MICHAEL___
    Last Name                          First Name              Middle Name

HOME ADDRESS ___3    PETERSEN    CT_____

___WEST   BABYLON____ ___NY___ ___11704___
    City                          State              Zip Code

HOME PHONE ___631-535-7061___   WORK PHONE ___718-353-1172___

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _McGREGOR_ _Clint_ _Adam_
Last Name                    First Name                    Middle Name

HOME ADDRESS _255-36  74 Ave  2Fl._
_Glen Oaks_    _NY_    _11004_
City                    State                    Zip Code

HOME PHONE _646-286-0415_    WORK PHONE _646-286-0415_

SIGNATURE _Clint McGregor_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    Brendan B McGuigan    Brendan    Anthony
_____Last Name_____First Name_____Middle Name___

HOME ADDRESS    5 Birch Lane

Croton    NY    10520
_____City_____State_____Zip Code___

HOME PHONE (914) 906-8175    WORK PHONE (718) 293-2204

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___McGuire___ ___Leon___ ___Schaefer___
       Last Name        First Name       Middle Name

HOME ADDRESS ___18   Metropolitan  Oval  # 16___
       ___bronx___ ___NY___ ___10462___
       City       State       Zip Code

HOME PHONE ___646-489-9680___ WORK PHONE ___(718) 822-5448___

SIGNATURE ___Leon McG___

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  McKeefrey          Daniel                    J
      Last Name          First Name                Middle Name

HOME ADDRESS  7 Roosevelt Walk

      Breezy   Point  NY   11697
      City            State          Zip Code

HOME PHONE  718 938 5400      WORK PHONE  718 236 2672

SIGNATURE  SGt. Mcl-/7

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   _McKenna_   _Donald_   _Thomas_

   Last Name        First Name        Middle Name

HOME ADDRESS   _29 SHINDAGEN Hill Road_

   _Carmel_   _NY_   _10512_

   City        State        Zip Code

HOME PHONE _845 216 3918_   WORK PHONE _(718) 543_

SIGNATURE   _Donald Mmm_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _McKenna_ _Michael_ _Scott_
      Last Name           First Name         Middle Name

HOME ADDRESS _189 GRAND BLVD._
_MASSAPEQUA PARK N.Y._ _11762_
      City          State        Zip Code

HOME PHONE _516-799-0372_ WORK PHONE _718-712-3574/516-369-1644_

SIGNATURE _Michael Scott McKenna_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    McKeon                    Donna                    Marie
        Last Name                First Name               Middle Name

HOME ADDRESS    212 Berdie Ave
                Holbrook          NY                  11741
                City              State               Zip Code

HOME PHONE    (631) 680-2859        WORK PHONE    (646) 739-4047

SIGNATURE    _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___McLaughlin___ ___Timothy___ ___J___
       Last Name         First Name         Middle Name

HOME ADDRESS ___1. Skyline Terrace___
       ___Nanuet___        ___NY___        ___10954___
       City         State         Zip Code

HOME PHONE ___845-558-8548___ WORK PHONE ___212-452-0604___

SIGNATURE ___[signature]___

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _McLean_ _Monique_ _Renee_
          Last Name             First Name           Middle Name

HOME ADDRESS _7 Regina Drive_

_Highland Mills , NY_ _10930_
          City             State           Zip Code

HOME PHONE _845-827-6386_ WORK PHONE _718-822-5419_

SIGNATURE _Monique Renée Inchen_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   McLaughlin                    Thomas              Peter
         Last Name                   First Name          Middle Name

HOME ADDRESS   23 DARCEY AVE    2B

              STATEN ISLAND        NY        10314
              City                 State     Zip Code

HOME PHONE   718 420 9578   WORK PHONE   212 - 334 - 0711

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _McMorrow_ _Erin_ _Marie_
            Last Name            First Name           Middle Name

HOME ADDRESS _241 East 236 Street_

_Bronx_ _NY_ _10470_
     City            State           Zip Code

HOME PHONE _9143845773_    WORK PHONE _212 7418216_

SIGNATURE _[signature]_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _McNair_____ _Kenneth_____ _Sandy_____
           Last Name                       First Name            Middle Name

HOME ADDRESS _1439   Wood Rd #5G_____

_Bronx_____ _NY_____ _10962_____
          City                       State             Zip Code

HOME PHONE _718-319-1158_____ WORK PHONE _917-059-4236____

SIGNATURE _Kenneth L McNair_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___McNeill___ ___Hugh___ ___A___
       Last Name        First Name       Middle Name

HOME ADDRESS ___64 Pawnee Drive___

___Commack___ ___NY___ ___11725___
City                State              Zip Code

HOME PHONE ___(631) 864-6356___ WORK PHONE ___(516) 617-0550___

SIGNATURE ___[signature]___

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  MEDINA                    CARLOS                    JESUS
_____    _____    _____
Last Name                          First Name                      Middle Name

HOME ADDRESS  103  WILLIAMSBURG  DR.
_____
                 MAHOPAC              NY              10541
_____
                 City                      State              Zip Code

HOME PHONE  845 621-2394    WORK PHONE  212-927-2300

SIGNATURE  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Medina_____Gorffy_____
            Last Name                    First Name                  Middle Name

HOME ADDRESS ____66-15 Thornton Pl. #4K_____

_____Rego Park_____NY_____11374_____
            City                          State                        Zip Code

HOME PHONE ___917-301-4116_____ WORK PHONE ___718-386-4101___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _WEdiNA_____  _Joel_____  _R_____
         Last Name                                    First Name                      Middle Name

HOME ADDRESS _ll Fort George Hill , Apt 7F_____

_New York_____  _N Y_____  _10040_____
City                                    State                            Zip Code

HOME PHONE _347 228 3959_____  WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    MEDINA                    MARILYN
        Last Name                 First Name              Middle Name

HOME ADDRESS    342 E. 119 ST    APT 3C

                NY                NY                      10035
                City              State                   Zip Code

HOME PHONE    646 684 3105    WORK PHONE    646 610 7316

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Meehan___ ___Timothy___ ___P___
       Last Name          First Name          Middle Name

HOME ADDRESS ___4545 Center Boulevard   Apt 221___

___Long Island City    NY          11109___
City                    State              Zip Code

HOME PHONE ___347-876-7898___  WORK PHONE _____

SIGNATURE ___Timothy Meehan___

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Melendez_____Carmelo_____
           Last Name                          First Name                     Middle Name

HOME ADDRESS ___362 Charles St_____
                   Lindenhurst_____NY_____11757_____
                       City                    State              Zip Code

HOME PHONE ___631-741-0650_____ WORK PHONE _____

SIGNATURE ___Carlo Melendez_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _Melhado_ _Darren_ _L_
Last Name          First Name          Middle Name

HOME ADDRESS _23 Kitchawan Rd_

_Carmel_ _NY_ _10512_
City          State          Zip Code

HOME PHONE _845 225-2756_     WORK PHONE _917 579-0283_

SIGNATURE: _D Melhado_