# APPENDIX A

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Melhon_____ _Christine_____ _m_____
      Last Name                First Name              Middle Name

HOME ADDRESS _18 Park Lane_____
              _Somers_____ _NY_____ _10589_____
              City          State        Zip Code

HOME PHONE _914 556 6015_____ WORK PHONE _718 920 1205____

SIGNATURE _Christine Melhorn_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___MELVILLE___ ___CHARMAINE___ ___A___
            Last Name               First Name           Middle Name

HOME ADDRESS ___1232  E 56 ST___

___BROOKLYN___ ___NY___ ___11234___
       City             State         Zip Code

HOME PHONE _____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  Mensch          Michael          R.
      Last Name        First Name       Middle Name

HOME ADDRESS  19 Format Lane

      Smithtown   NY         11787
      City        State      Zip Code

HOME PHONE (631) 265-0361      WORK PHONE (718) 476-7504

SIGNATURE  Sgt. Mensch

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Menze_____Matthew_____P_____

Last Name                        First Name                    Middle Name

HOME ADDRESS ___50 Harp Lane_____

___Sayville_____NY_____11782___

City                        State                    Zip Code

HOME PHONE (631) 235-5352        WORK PHONE (718) 776-9116

SIGNATURE ___Sgt. Matt Menze_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  Merizalde            Erik            S
      Last Name            First Name      Middle Name

HOME ADDRESS  59 Deer lake Drive

North Babylon            NY            11703
City                     State         Zip Code

HOME PHONE  631-586-2869        WORK PHONE  347-493-8920

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  MEZZASALMA          JOSEPH          W
          Last Name          First Name          Middle Name

HOME ADDRESS  292 Cromwell Ave

          S.I          N.Y.          10305
          City          State          Zip Code

HOME PHONE  917 887 4846          WORK PHONE  718 -971 -1400

SIGNATURE  _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  MezzaTesta                    Richard
      Last Name                     First Name              Middle Name

HOME ADDRESS  18  Vassar  pl

      Smitytown        NY              11787
      City             State           Zip Code

HOME PHONE  632-631-2371 93   WORK PHONE  714 276 6355

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  _MICHEL_____  _ANDREW_____  _____
         Last Name                              First Name                          Middle Name

HOME ADDRESS  _14 MASSACHUSETTS DRIVE_____

                      _NEWBURGH_____  _NY_____  _12550_____
                      City                          State              Zip Code

HOME PHONE _646-372-1188_____  WORK PHONE _____

SIGNATURE _A. Michl_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___MIENERT_____ ___RODOLFO___ ___A___
          Last Name                          First Name            Middle Name

HOME ADDRESS ___121 Cedar Grove Avenue_____

                  ___STATEN ISLAND___ ___NY___ ___10306___
                   City                  State            Zip Code

HOME PHONE ___347 247 2700____ WORK PHONE ___212 334 0711____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _MIGLIARDI_    _JON_    _THOMAS_
Last Name          First Name          Middle Name

HOME ADDRESS    _512 WALNUT STREET_

_LINDENHURST    NY_    _11757_
City        State          Zip Code

HOME PHONE _631-872 957-2355_    WORK PHONE _(718) 520-9315_

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    MIKowski,        Kevin        J
_____ Last Name _____ First Name _____ Middle Name

HOME ADDRESS   512 NorTH 12th STreeT

New Hyde PArk        N Y        11040
_____ City _____ State _____ Zip Code

HOME PHONE 516-488-6372 WORK PHONE 718-520-6777

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Milek_____Christopher_____ J_____
             Last Name                          First Name                    Middle Name

HOME ADDRESS ___50 Veronica Lane_____

___N. Babylon_____NY_____11703_____
          City                                    State                          Zip Code

HOME PHONE __631-482-1978_____ WORK PHONE __718-533-2006_____

SIGNATURE __Christph J Milk_____

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Miller_____Michael_____J_____
              Last Name                     First Name          Middle Name

HOME ADDRESS ___2 Highridge Rd_____

___Monroe_____NY_____10950_____
        City                State            Zip Code

HOME PHONE ___845-238-3290___ WORK PHONE ___(718)653-7000___

SIGNATURE _____

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Miller_ _Scott_ _Andrew_
Last Name          First Name          Middle Name

HOME ADDRESS _5 Pomper Drive_

_East Northport_ _NY_ _11731_
City          State          Zip Code

HOME PHONE _631-499-5295_ WORK PHONE _631-525-9430_

SIGNATURE _Scott_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Miller_____SEAN_____M_____

             Last Name                First Name            Middle Name

HOME ADDRESS ____15 WEST 139 ST # 6N_____

           New York_____NY_____10037_____

           City                   State             Zip Code

HOME PHONE ___917.517.2817____ WORK PHONE ___718-292-6516____

SIGNATURE _____

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    Ming                    Marlon                    Oneil
        Last Name               First Name                Middle Name

HOME ADDRESS    143-33    222nd Street

        Laurelton              NY                         11413
        City                   State                      Zip Code

HOME PHONE (917) 304-1917    WORK PHONE (718) 840-2558

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Minor_____Nicholas_____Daniec_____
            Last Name                  First Name           Middle Name

HOME ADDRESS ____26 - 12_____168 th St_____

_____Flushing,_____NY_____11358_____
            City                State           Zip Code

HOME PHONE ___(917) 253-9923___ WORK PHONE _____

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Miolan_____Anthony_____
                    Last Name                              First Name                              Middle Name

HOME ADDRESS ___433___West Broadway___5B_____
                    ___Long Beach_____NY_____11561____
                         City                              State                              Zip Code

HOME PHONE __(516) 608-4323_____  WORK PHONE __(212) 826-3221___

SIGNATURE ___[signature]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Miranda_ _Elias_
          Last Name          First Name          Middle Name

HOME ADDRESS _4 Rose Court_

_Farmingdale_ _New York_ _11735_
          City          State          Zip Code

HOME PHONE _516-454-7917_ WORK PHONE _212-477-7917_

SIGNATURE _Elias Miranda_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Molina_____Edna_____Maria_____
　　　　　　　Last Name　　　　　　　First Name　　　　　　Middle Name

HOME ADDRESS ____854  68 St  #2F_____

　　　　　　_____Brooklyn_____NY_____11220_____
　　　　　　　　　City　　　　　　　　State　　　　　　　　Zip Code

HOME PHONE ___718-836-5457____  WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Molloy_____George_____Francis_____
         Last Name             First Name          Middle Name

HOME ADDRESS ___309 SPRAGUE AVE_____

           ___STATEN ISLAND_____N Y_____10307___
                City             State         Zip Code

HOME PHONE _646 772 4103____ WORK PHONE _646 610 6450_

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    Moncayo    Luis    Javier
_____Last Name_____First Name_____Middle Name_____

HOME ADDRESS    109-68 Park Lane South
_____Richmond Hill    NY    11418_____
_____City_____State_____Zip Code_____

HOME PHONE    (718) 487-4065    WORK PHONE    (347) 672-3703

SIGNATURE    _____

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  MONEGRO          JOHANNY
      Last Name              First Name                    Middle Name

HOME ADDRESS  150 Central Park Ave
      Yonkers          N.Y          10704
      City              State              Zip Code

HOME PHONE  914-226-8125    WORK PHONE  718-8__-6675

SIGNATURE  _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____MONOPOLI_____PETER_____
Last Name                                  First Name                          Middle Name

HOME ADDRESS ___22 LOCH LOMOND LANE_____

_____MIDDLETOWN_____N-Y._____10941_____
City                                       State                             Zip Code

HOME PHONE ___646·296·3307_____, WORK PHONE ___718·220·5137_____

SIGNATURE ___Pete Monopoli_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  MONROE          Stephen          P
      Last Name        First Name       Middle Name

HOME ADDRESS  289 Louis Ave

Floral Park    NY    11001
City           State  Zip Code

HOME PHONE  718-809-8929   WORK PHONE  718-432-2270

SIGNATURE  _[signature]_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _Montaperto_ _John_ _____

       Last Name           First Name         Middle Name

HOME ADDRESS _476 Winant Avenue_

_Staten Island_ _NY_ _10309_

       City          State         Zip Code

HOME PHONE _347-983-4621_   WORK PHONE _917-446-7591_

SIGNATURE _John Montaperto_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____Montaubedes_____Jonathan_____P._____

  Last Name                    First Name                    Middle Name

HOME ADDRESS ___40 McIntosh Ct._____

  _____Malverne_____NY_____11565_____

  City                    State                    Zip Code

HOME PHONE _646 265 7370_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Montello,_____Richard_____S._____
            Last Name              First Name              Middle Name

HOME ADDRESS ____300 Fairbanks Ave_____

            _____SI_____NY_____10306_____
                    City              State              Zip Code

HOME PHONE __347-996-0821_____ WORK PHONE __718-948-8308_____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Montero_____Alexandry_____

            Last Name                            First Name                       Middle Name

HOME ADDRESS ____343____Hanover____Ave._____

_____Staten Island_____N Y_____10304_____

                   City                        State                      Zip Code

HOME PHONE ____646-623-1462_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME        Montes                    Valorie                Ramona
            Last Name                 First Name             Middle Name

HOME ADDRESS        904 Bushwick Avenue

            Bklyn          ,          NY                  11221
            City                      State               Zip Code

HOME PHONE    (718) 573-1159          WORK PHONE    (917) 567-5101

SIGNATURE    Valorie Montes

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _Montez_ _Efrain_

Last Name          First Name          Middle Name

HOME ADDRESS _2610 UNION STREET    APT 3C_

_Flushing_          _NY_          _11354_

City          State          Zip Code

HOME PHONE _718 961 5102_          WORK PHONE _212 693 8042_

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____Moodie_____Douglas_____Sirrano_____
　　　　　　　Last Name　　　　　　　　　First Name　　　　　　　　Middle Name

HOME ADDRESS __11835  199th Street_____

_____Saint Albans_____NY_____11412_____
　　　　　City　　　　　　　　　　　　　State　　　　　　　　Zip Code

HOME PHONE __347-506-5540_____ WORK PHONE _718 257 6217_____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  _Morabito_ _Robert_ _Donald_
Last Name        First Name        Middle Name

HOME ADDRESS  _64  Sandy  Hollow  Drive_
_Smithtown_   _NY_   _11782_
City        State        Zip Code

HOME PHONE  _631-543-0802_   WORK PHONE  _718-776-9090_

SIGNATURE  _[signature]_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Morales_____Billy_____Joe_____
              Last Name                          First Name                    Middle Name

HOME ADDRESS ___1895 South RailRoad Ave_____
                  ____Staten Island_____NY_____10306_____
                  City                        State                    Zip Code

HOME PHONE __(347) 236-2578__ WORK PHONE __(718) 257-6303__

SIGNATURE ___Billy Morales_____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    Morales          Raymond          J
        Last Name        First Name       Middle Name

HOME ADDRESS    363    63rd St

                BKlyn          NY          11220
                City           State       Zip Code

HOME PHONE    917-538-4599    WORK PHONE    646-373-8205

SIGNATURE    Raym M

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    Morales           Vicente           Alfonso
        Last Name         First Name        Middle Name

HOME ADDRESS    327 Broadway

        Massapequa PK    NY    11762
        City             State    Zip Code

HOME PHONE  516-799-5684    WORK PHONE  516-661-0431

SIGNATURE  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Moran_____James_____E._____
               Last Name                        First Name                        Middle Name

HOME ADDRESS ____3 Rime Lane_____

_____Holbrook_____NY._____11741_____
               City                                State                              Zip Code

HOME PHONE ___631 472-3221_____   WORK PHONE ___718 963-5373_____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Morano,_____John_____Robert_____
          Last Name                              First Name                  Middle Name

HOME ADDRESS ____226  Pacific  St_____

_____Massapequa  Park    N.Y._____11762_____
          City                                  State                      Zip Code

HOME PHONE (917) 533-1583_____ WORK PHONE (917) 533-1583

SIGNATURE _____John M Morano_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    MORE                    Roberto              GABRIEL
        Last Name                    First Name            Middle Name

HOME ADDRESS    5630 RiverdALE AVE

        BroNX            NY              10471
        City            State            Zip Code

HOME PHONE   857 472 3317      WORK PHONE   718 540 4775

SIGNATURE   Roberto MHC

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Morency_____, ___Nickson___ ___J___
            Last Name                  First Name        Middle Name

HOME ADDRESS ___5822 Avenue L_____
           ___Brooklyn___, ___NY___ ___11234___
              City           State         Zip Code

HOME PHONE ___917-653-8484___ WORK PHONE ___718-922-8001___

SIGNATURE ___[signature]___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    _MORENO_    _MARIO_    _VINICIO_
                Last Name             First Name          Middle Name

HOME ADDRESS    _352 ROCKAWAY PARKWAY_

                         _VALLEY STREAM_   _NY_    _11580_
                         City              State       Zip Code

HOME PHONE  _347·603-4694_    WORK PHONE  _718-542-2314_

SIGNATURE    _[signature]_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____ MORIN _____ Amy _____ CoriNNE _____
          Last Name                   First Name              Middle Name

HOME ADDRESS ___193 Central ave _____

___Patchogue _____ NY _____ 11772 _____
     City                     State                Zip Code

HOME PHONE _631-707-6885____ WORK PHONE _718-482-6776____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _Morris_____ _Angela_____ _H_____
      Last Name              First Name              Middle Name

HOME ADDRESS _2236 Lacombe Ave_____

_Bronx_____ _NY_____ _10473_____
City                    State                    Zip Code

HOME PHONE _3478575818_____ WORK PHONE _2122537571_____

SIGNATURE _Angela H Morris_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Mortis_____Pamela_____
      Last Name        First Name        Middle Name

HOME ADDRESS ___5443 Childress Drive_____
___Grand Prairie___TX_____75052_____
     City        State        Zip Code

HOME PHONE (817) 642-5485  WORK PHONE retired

SIGNATURE ___Pamela Mortis_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _MORYC – DZIUBEK , MILENA_

       Last Name             First Name         Middle Name

HOME ADDRESS _4545 CENTER BLVD APT. 221_

_NEW YORK CITY , NY 11109_

     City             State            Zip Code

HOME PHONE _34917.816.6001_    WORK PHONE _646-610-8310_

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _MOTTA JR ; SALVATORE_
       Last Name          First Name          Middle Name

HOME ADDRESS _216 E MEADOW WIND LANE_
         _NEW burgh N.Y. 12550_
         City          State          Zip Code

HOME PHONE _347 607-8503_   WORK PHONE _917 442-3555_

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Mottola_____Anthony_____A._____

Last Name                    First Name                    Middle Name

HOME ADDRESS _____1271 Ridgeberry Road_____

_____New Hampton_____N.Y_____10958_____

City                    State                    Zip Code

HOME PHONE __347-429-4576__ WORK PHONE __646-210 9771__

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Moynihan_____John_____
       Last Name                                   First Name                            Middle Name

HOME ADDRESS _____15 Brayfield Ct._____

_____Stony Point          NY      10980_____
       City                              State                        Zip Code

HOME PHONE ___845 429 3305_____ WORK PHONE _____

SIGNATURE ____John Moynihan_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _MULARADELIS, JASON Robert_

  Last Name          First Name          Middle Name

HOME ADDRESS _2 Gayle Ct. ~~Center Moriches~~_

_Center Moriches    NY    11934_

  City          State          Zip Code

HOME PHONE _631 291-3812_    WORK PHONE _718·558-8812_

SIGNATURE _[signature]_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME      _Mullen_            _Thomas_            _Matthew_
          Last Name           First Name          Middle Name

HOME ADDRESS    _3960    Orloff    Avenue_

          _Bronx_            _NY_            _10463_
          City               State          Zip Code

HOME PHONE   _703 - 303 - 1136_      WORK PHONE _____

SIGNATURE   _[signature]_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Muller_____ _Joseph_____ _Thomas_____
        Last Name                              First Name              Middle Name

HOME ADDRESS _29  Winganhauppauge Road_____

_Islip_____ _NY_____ _11751_____
City                              State              Zip Code

HOME PHONE _(631) 650-6626_____ WORK PHONE _(718) 969 5004_____

SIGNATURE _Joseph T. Muller_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    MURAD              JONATHAN          C.
        Last Name          First Name        Middle Name

HOME ADDRESS    3875  WALDO  AVENUE, APT 5C

        BRONX              NY                10463
        City               State             Zip Code

HOME PHONE    (917) 743-5370        WORK PHONE _____

SIGNATURE    _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Murphy___ ___Harold___
    Last Name              First Name              Middle Name

HOME ADDRESS ___9 Clara Ave___
    ___New Windsor        NY        12553___
    City              State              Zip Code

HOME PHONE ___845-787-2267___ WORK PHONE ___718-220-5841___

SIGNATURE ___Harold M___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  MURPhy                 JEFFREY                Scott
Last Name                    First Name             Middle Name

HOME ADDRESS  23-24 CRESCENT STREET

ASTORIA          New York          11105
City              State             Zip Code

HOME PHONE  347 421 0180        WORK PHONE

SIGNATURE  Jeffrey Murphy

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME      Murphy                     Kevin                    Michael
          Last Name                  First Name               Middle Name

HOME ADDRESS     29 Normandy Drive

                 Bethpage            NY                       11714
                 City                State                    Zip Code

HOME PHONE   516-828-3535            WORK PHONE _____

SIGNATURE _____

CONSENT TO SUE
REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___MUSCARELLO___    ___MATTHEW___    ___JUDE___
          Last Name                    First Name                Middle Name

HOME ADDRESS ___303 RIDGECREST AVE___

___STATEN ISLAND___    ___NY___    ___10312___
          City                      State            Zip Code

HOME PHONE ___718-317-8303___    WORK PHONE ___917-660-2386___

SIGNATURE ___[signature]___

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Myers_____Ronald_____
        Last Name                    First Name              Middle Name

HOME ADDRESS ___73 Maple_____

___Flanders_____NY_____11901_____
        City                          State          Zip Code

HOME PHONE ___631 335-0661___ WORK PHONE ___646 826 7201___

SIGNATURE ___(signature)_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Naik___ ___Naseer___ ___A___
      Last Name          First Name          Middle Name

HOME ADDRESS ___7. LEHRER AVC___

___ELMONT___ ___N.Y.___ ___11003___
      City          State          Zip Code

HOME PHONE ___(631)317-8077___   WORK PHONE ___(212) 860-1212___

SIGNATURE ___Sgt Naik N___

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    NAmorato            Paul            Rocco
        Last Name           First Name          Middle Name

HOME ADDRESS    52  Herbert  street   Brooklyn   Ny   11222

                City  718  926  0975   State        Zip Code

HOME PHONE  718   268   5299    (W)   WORK PHONE   718   268 - 5299

SIGNATURE    Paul  R.  Namato

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____Norvaez_____Carlos_____
          Last Name                     First Name             Middle Name

HOME ADDRESS ____131    Jamie    st_____

_____Islip    Terrace    NY_____11752_____
      City               State             Zip Code

HOME PHONE ___631-404-6627___ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Narvaez_____Rasheem_____R_____

Last Name                          First Name                        Middle Name

HOME ADDRESS ___1446 EDWARDS Avenue # 1_____

___BX_____NY_____10461_____

City                              State                          Zip Code

HOME PHONE (646) 423-3509 _____ WORK PHONE _____

SIGNATURE ___(signature)_____

CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _NG_ _Hollin_ _____
     Last Name    First Name    Middle Name

HOME ADDRESS _8-17 149 Street_____

_Whitestone_   _NY_      _11357_
City            State       Zip Code

HOME PHONE _9173266735_  WORK PHONE _718 960 4029_

SIGNATURE _Sgt Hollin_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____NICOTRA_____JOSEPH_____CHRISTOPHER_____
            Last Name                        First Name                    Middle Name

HOME ADDRESS _____600____BROADWAY_____

_____STATEN ISLAND_____N.Y._____10310-2827_____
            City                              State                Zip Code

HOME PHONE __718 420 6532__ WORK PHONE __718 815 8000__

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Nieves_____ _Cliff_____ _____
         Last Name                First Name                Middle Name

HOME ADDRESS _24817    88th  Road_____ _____

_Bellerose_____ _NY_____ _11426_____
         City                        State                 Zip Code

HOME PHONE _(718) 308-6277_____ WORK PHONE _____

SIGNATURE _Cliff Nieves_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Nieves_____Ernesto_____
　　　　　　Last Name　　　　　　　　　　First Name　　　　　　　　　Middle Name

HOME ADDRESS ___145 Michel Ave_____
　　　　　　___Farmingdale_____NY_____11735_____
　　　　　　　　City　　　　　　　　　State　　　　　　　　Zip Code

HOME PHONE ___516 454 -1131_____ WORK PHONE ___516 445-6585____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Nieves_____Lissette_____
           Last Name                    First Name                    Middle Name

HOME ADDRESS ___51 Tweddle Farm Lane_____

___Montgomery_____NY_____12549_____
        City                    State                    Zip Code

HOME PHONE ___(646) 305-2679___   WORK PHONE _____

SIGNATURE ___[signature]_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _Nieves_____    _Michael_____    _Angel_____
           Last Name                       First Name                        Middle Name

HOME ADDRESS   _1420 PARKCHESTER ROAD_____

           _Bronx_____    _NY,_____    _10462____   _#7B_____
           City              State           Zip Code

HOME PHONE _N/A_____   WORK PHONE _347-680-7418_____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___NOOR___ ___MIZBAH___ ___HAQ___
            Last Name            First Name        Middle Name

HOME ADDRESS ___133-39    243 Street___

___Rosedale___ ___NY___ ___11422___
        City          State        Zip Code

HOME PHONE ___718-528-2846___ WORK PHONE ___718-869-0921___

SIGNATURE ___[signature]___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  NUGENT                LEO                A
      Last Name             First Name         Middle Name

HOME ADDRESS  PO Box 161

      Shrub Oak          NY          10588
      City               State       Zip Code

HOME PHONE  914 502 7786    WORK PHONE  718 363 8417

SIGNATURE  _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Nugent_____Robert_____Francis_____
          Last Name                          First Name                        Middle Name

HOME ADDRESS __3619, Suncrest Avenue_____
          __Yorktown Heights, NY 10598_____
          City                          State                          Zip Code

HOME PHONE __347-672-5657__ WORK PHONE __718-920-1219__

SIGNATURE ____Robert F. Nugent_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _NUNEZ_____ _MARINO_____ _____
          Last Name                         First Name                    Middle Name

HOME ADDRESS _428 E. 159th Street_____
                    _Bronx_____ _N.Y._____ _10451_____
                    City                    State                    Zip Code

HOME PHONE (718) 402-1622____ WORK PHONE (718) 590-2219____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___O'Brien_____ ___William_____ _____
       Last Name                      First Name                    Middle Name

HOME ADDRESS ___2050   Coyle   Street_____

___Brooklyn_____ ___N Y_____ ___11229_____
City                    State              Zip Code

HOME PHONE (718) 648-2191   WORK PHONE (347) 392-1677

SIGNATURE ___Wm. O'Bri_____

## CONSENT TO SUE

### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  O Connell          David          Michael
      Last Name          First Name          Middle Name

HOME ADDRESS  84-10   153 Ave      Apt 3K
              Howard Beach      N.Y.          11414
              City              State          Zip Code

HOME PHONE (718) 570-9611    WORK PHONE (718) 641 5257

SIGNATURE  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _O'Connor_____ _Thomas_____ _William_____
       Last Name            First Name          Middle Name

HOME ADDRESS _180 Robinson Ave_____

_Bronx_____ _NY_____ _10465_____
City              State           Zip Code

HOME PHONE _(845) 549-2346_ WORK PHONE _(718) 590-2809_

SIGNATURE _Thomas W. O'C_____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME __O'Connor_____ __Thomas_____ __George_____
         Last Name                    First Name                    Middle Name

HOME ADDRESS __76-18 Aquatic Drive_____

__Arverne_____ __NY_____ __11692_____
         City                          State                        Zip Code

HOME PHONE __(631) 748-2943__   WORK PHONE __(718) 474-6555__

SIGNATURE __[signature]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _O'Dougherty_____Michael_____C._____
      Last Name                    First Name          Middle Name

HOME ADDRESS _82 Guinea Hill Road_____
              _New Hampton,  NY_____10958_____
              City              /State          Zip Code

HOME PHONE _845-355-3903____ WORK PHONE ___N/A_____

SIGNATURE ___Mil  O'Dong_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____
        Last Name                          First Name                          Middle Name

HOME ADDRESS ___68.29 Cloverdale Lane_____

_____Bayside_____NY_____11364_____
        City                                    State                          Zip Code

HOME PHONE ___917-560-4792___ WORK PHONE _____

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____ONDRICK_____ _____DAVID_____ _____WILLIAM_____
             Last Name           First Name         Middle Name

HOME ADDRESS _____73 Fox Run_____
                South Salem, NY      10590
                City        State        Zip Code

HOME PHONE __914-533-6388__ WORK PHONE __212-741-8241__

SIGNATURE _____David W. Ondrick_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___ORTIZ_____FREDERICK_____
      Last Name                          First Name                    Middle Name

HOME ADDRESS __245 Rumsey Road Apt 2C_____
              __Yonkers_____NY_____10701_____
                City                      State              Zip Code

HOME PHONE __646 - 285 - 1053__ WORK PHONE _____

SIGNATURE __Frederick O._____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   _ORTIZ_   _JORGE_   _MANUEL_
           Last Name      First Name      Middle Name

HOME ADDRESS   _10. BATES DR._

           _PORT JEFF. STA._   _NY_   _11776_
           City      State      Zip Code

HOME PHONE _646.220.1303_   WORK PHONE _212-996-8957_

SIGNATURE _[signature]_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___ORTIZ,___ ___JOSE___ ___Angel___
         Last Name                    First Name          Middle Name

HOME ADDRESS ___28 Paula Drive___

___Farmingdale, NY___ ___11735___
      City               State         Zip Code

HOME PHONE ___917-577-5488___ WORK PHONE ___718-851-4303___

SIGNATURE ___[signature]___

CONSENT TO SUE
REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___O'Sullivan_____John_____Desmond___
         Last Name              First Name        Middle Name

HOME ADDRESS ___26 Garden St_____

___Cold Spring_____NY_____10516_____
   City                    State         Zip Code

HOME PHONE ___917 270 1397____  WORK PHONE ___718 590 2969___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Otero_____Victor_____E_____
         Last Name                    First Name              Middle Name

HOME ADDRESS ___1758 Topping Ave, 3rd Floor_____

___Bronx_____N.Y_____10457_____
    City                        State                    Zip Code

HOME PHONE ___917-662-9439___ WORK PHONE _____

SIGNATURE _____Vic E Otero_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____ _OTTO_ _____ _WILLIAM_ _____ _R_ ____
           Last Name                  First Name         Middle Name

HOME ADDRESS ____ _1375_ ____ _OHIO_ ____ _AVENUE_ _____

_____ _BAYSHORE_ _____ _NY_ _____ _11706_ ____
           City                  State           Zip Code

HOME PHONE __631 328 1345__ WORK PHONE __516 443 5164__

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _Owen_____    _Andrew_____    _L._____
            Last Name                              First Name                        Middle Name

HOME ADDRESS    _2012  Stuart St._____

_____Brooklyn_____    _NY_____    _11229_____
                        City                              State                      Zip Code

HOME PHONE  _(917) 881-8836_____    WORK PHONE  _(718) 265-7307_____

SIGNATURE  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  OWEN       CHRISTOPHER       THOMAS
         Last Name                    First Name                    Middle Name

HOME ADDRESS   26 PLAINFIELD AVE

FLORAL PARK   NY       11001
         City                    State                    Zip Code

HOME PHONE 516-266-5772   WORK PHONE 716-353-8598

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Owens_____Darrell_____Nathan_____
          Last Name                      First Name                  Middle Name

HOME ADDRESS __23 Santapogue Drive,_____
          ___Lindenhurst_____N.Y._____11757_____
                City                    State              Zip Code

HOME PHONE 631- 439- 1825      WORK PHONE 347- 249- 4471

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF — NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Padilla_____Duane_____
        Last Name                          First Name                          Middle Name

HOME ADDRESS _____107-13 Flatlands Avenue_____
        _____Brooklyn_____NY_____11236_____
                City                          State                          Zip Code

HOME PHONE ___917-617-3217____ WORK PHONE ___718-573-5000_____

SIGNATURE ____Duane Padilla_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   Padilla                    Edgar
       Last Name                  First Name                Middle Name

HOME ADDRESS   109 Millertown Rd

               Bedford            N.Y.            10506
               City               State           Zip Code

HOME PHONE (914) 330-1579   WORK PHONE (718) 542-4775

SIGNATURE   Edgar Padilla

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Padilla_ _____ _Walter_ _____ _N_ _____
          Last Name                First Name         Middle Name

HOME ADDRESS _157-03   18th Ave_ _____

_Whitestone_ _____ _NY_ _____ _11357_ _____
     City            State        Zip Code

HOME PHONE _718-673-0069_    WORK PHONE _718-520-9311_

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   PAKIAKIS          Harry          Emmanuel
       Last Name         First Name     Middle Name

HOME ADDRESS   37  S.  Mortimer  ave

       Elmsford          NY             10523
       City              State          Zip Code

HOME PHONE   917-374-1186      WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  _PALERMO_        _ROBERT_        _Joseph_
      Last Name         First Name      Middle Name

HOME ADDRESS  _3884 MAPLE Street_

      _SeAFORD_      _N.Y._      _11783_
      City           State       Zip Code

HOME PHONE _516-826-0599_    WORK PHONE _516-359-0315_

SIGNATURE _[signature]_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  PALMER , JR          THOMAS          Jefferson
      Last Name           First Name        Middle Name

HOME ADDRESS  511 LIVINGSTON STREET

      WESTBURY          NY          11590
      City          State        Zip Code

HOME PHONE  516 - 333 - 1082     WORK PHONE  718 - 533 - 2006

SIGNATURE  Thomas J Palmer Jr

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Pannone_ _Dallas_ _Anthony_
        Last Name       First Name        Middle Name

HOME ADDRESS _175 Vineland Ave_

_Staten Island NY_ _10312_
        City        State        Zip Code

HOME PHONE _718 9678225_    WORK PHONE _347 203 2704_

SIGNATURE _Dallas Pann_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___PAPAGIANNIS_____Alex_____
       Last Name              First Name           Middle Name

HOME ADDRESS ___37 Rover Lane_____

___Hicksville____NY_____11801___
      City           State         Zip Code

HOME PHONE ___516 796-2906___ WORK PHONE ___646 610-7622___

SIGNATURE ___[signature: Alex Papagiannis]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF -- NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    TAPP                          STEPHEN
        Last Name                     First Name                    Middle Name

HOME ADDRESS    515  KNOLL COURT

                SEAFORD              NY              11783
                City                State           Zip Code

HOME PHONE  516-495-4980        WORK PHONE  212-477-9744

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____PARK_____YISHIN_____
                Last Name                      First Name                      Middle Name

HOME ADDRESS ___141-25 Northern Blvd. #F27_____

___Flushing_____NY_____11354_____
         City                            State                         Zip Code

HOME PHONE __718 321 2180_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  _PASCHALL_  _DISHEA_  _Rashauna_
        Last Name                        First Name                        Middle Name

HOME ADDRESS  _434  Park  Pl.  #3A_

_Brooklyn_  _NY_  _11238_
        City                        State                        Zip Code

HOME PHONE  _718-928-7334_        WORK PHONE  _347-436-3777_

SIGNATURE  _(signature)_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____ *PASTRANA* _____ *Rolando* _____
Last Name                    First Name                    Middle Name

HOME ADDRESS _____ *5945  W. Parker Rd.    Apt. 3021* _____
_____ *Plano* _____ *Tx* _____ *75093* _____
City                           State                         Zip Code

HOME PHONE ___ *646-469-6593* ___ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Pellegrin_____Michael_____Albert_____
           Last Name                        First Name              Middle Name

HOME ADDRESS _____109  Laurel  Dr._____

              _____Smithtown_____NY_____11787_____
                   City                State             Zip Code

HOME PHONE ___631-864-1084_____ WORK PHONE ___212-677-5026_____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    Pellegrini        Sandra        Yvette
         Last Name              First Name          Middle Name

HOME ADDRESS    74 Village Drive

Florida        NY        10921
City            State        Zip Code

HOME PHONE    845-651-5161    WORK PHONE    N/A

SIGNATURE    Sandra Y. Pellegrini

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Peña_____ _Luis_____ _F_____
        Last Name              First Name        Middle Name

HOME ADDRESS _3260 Netherland Ave #1H_____
       _Bronx_____, _NY____ _10452____
       City          State        Zip Code

HOME PHONE _646-296-4136___ WORK PHONE _646-296-4136___

SIGNATURE _Luis_P_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___PENA_____ ___RALPH_____ ___F_____
           Last Name                       First Name          Middle Name

HOME ADDRESS ___2 COUNTRY HOLLOW_____

___HIGHLAND MILLS____ ___NY___ ___10930_____
         City                    State          Zip Code

HOME PHONE ___917 754 7554_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Pepe_____Kenneth_____S_____
             Last Name                          First Name                     Middle Name

HOME ADDRESS ____2595 Romana Street_____
             ____East Meadow_____NY_____11554_____
                      City                            State                     Zip Code

HOME PHONE __516-221-2606___ WORK PHONE __646-610-5114_____

SIGNATURE ____Kenneth Pepe_____

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME      PERAGINE                    Vincent
          Last Name                   First Name                   Middle Name

HOME ADDRESS    85  PReston  ave

                SI          NY                    10312
                City        State                 Zip Code

HOME PHONE   718-966-7380        WORK PHONE  917-763-1034

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _PERALTA_ _CARLOS_ _JOSE_
 Last Name              First Name              Middle Name

HOME ADDRESS _155-35  HURON  ST.    #1_

_HOWARD BEACH_ , _NY_ _11414_
 City              State              Zip Code

HOME PHONE _917-312-3042_    WORK PHONE _212-253-7511_

SIGNATURE _[signature]_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME   _PERALTA_____ERICKSON_____
       Last Name                          First Name               Middle Name

HOME ADDRESS   _258 LOCUST RD_____

_Yorktown Heights, NY,_____10598_____
City                        State                          Zip Code

HOME PHONE  _914-245-3750_____ ~~WORK~~ Cell PHONE _646-824-9202_____

SIGNATURE  _Ericken Pratt_____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  PERALTA                    ROBIN              J
      Last Name                  First Name         Middle Name

HOME ADDRESS  251 Calhoun ave

              Bronx              NY                 10465
              City               State              Zip Code

HOME PHONE (347) 221- 5687    WORK PHONE

SIGNATURE  Ron Peralta

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   PEREIRA                          MATTHEW
       Last Name                        First Name              Middle Name

HOME ADDRESS    207   BISHOP STREET

                S.I.            NY              10306
                City            State           Zip Code

HOME PHONE (646) 339-6762          WORK PHONE

SIGNATURE

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___PEREZ_____ ___JOSUE_____ ___IRAN_____
         Last Name                           First Name         Middle Name

HOME ADDRESS ___3410 DE REIMER AVE_____

              ___BRONX_____ ___NY_____ ___10475_____
                 City                 State            Zip Code

HOME PHONE ___718 610 9565_____ WORK PHONE _____

SIGNATURE _____[signature]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Perez_____Laura_____Marie_____

            Last Name                    First Name               Middle Name

HOME ADDRESS _____2 Cornuall Lane_____

                     _____Middletown_____NY_____10940_____

                      City                 State              Zip Code

HOME PHONE ___845 239-4251___ WORK PHONE __718-542-2352__

SIGNATURE _____

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    PEREZ            OMAR
        Last Name        First Name        Middle Name

HOME ADDRESS    584 Union Ave

        New Windser    NY    12553
        City        State        Zip Code

HOME PHONE  (845) 565-2087    WORK PHONE  (718) 542-2314

SIGNATURE  _Omar Perez_

**CONSENT TO SUE**

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    PEREZ                    RIGOBERTO
        Last Name                First Name                Middle Name

HOME ADDRESS    29 THORNE ST

        LAKE RONKONKOMA    NY        11779
        City                State              Zip Code

HOME PHONE  917-687-1359  WORK PHONE  718-386-4195

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME   _Perez_                    _Vicente_                    _Enrique_
        Last Name                      First Name                    Middle Name

HOME ADDRESS   _610 Waring Avenue #4S_

                    _Bronx_                    _N.Y._                    _10467_
                    City                          State                    Zip Code

HOME PHONE  _718-847-3095_          WORK PHONE  _212-927-3200_

SIGNATURE  _(signature)_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Perkins_____ _Chavone_____ _L_____
              Last Name                       First Name                   Middle Name

HOME ADDRESS _1963 Hobart Ave____#5_____

               _Bronx_____ _NY_____ _10461_____
               City                      State                   Zip Code

HOME PHONE _(917) 417-7254____ WORK PHONE _(718) 920 1236____

SIGNATURE _Chavone_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _PERKINS_____ _Heather_____ _B_____
       Last Name                          First Name              Middle Name

HOME ADDRESS _32 Beach 87th St._____

_Far Rockaway_____ _NY_____ _11691_____
City                              State                   Zip Code

HOME PHONE _7183277310_____ WORK PHONE _212 477 9735_____

SIGNATURE _Heather Perkins_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____PERKOWSKI_____WOJCIECH_____
　　　　　Last Name　　　　　　　　　First Name　　　　　　　　Middle Name

HOME ADDRESS ___163___RATHBUN___AVE_____

　　　　　　　___S. I_____NY_____10312_____
　　　　　　　　City　　　　　　　　　State　　　　　　　　Zip Code

HOME PHONE __201-852-2193_____ WORK PHONE __718-386-4195_____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___PERSAUD_____DALE_____
　　　　　 Last Name　　　　　　　　　　　 First Name　　　　　　　 Middle Name

HOME ADDRESS ___11 West Sneden Place_____

___Spring Valley_____N.Y._____10977_____
　　 City　　　　　　　　　 State　　　　　　　 Zip Code

HOME PHONE _845-290-5808_____ WORK PHONE _917-731-3123_____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   Persaud        Eve        Werni
       Last Name     First Name     Middle Name

HOME ADDRESS   11 West Sneden Place

Spring Valley        NY        10977
City        State        Zip Code

HOME PHONE   845-290-5808     WORK PHONE   718-220-5847

SIGNATURE   Eve W. Persaud

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  _PETERSON_____  _ROBERT_____  _E_____
        Last Name                           First Name                        Middle Name

HOME ADDRESS  _3636 GREYSTONE AVE - 4F_____

_BRONX_____  _NY_____  _10463_____
City                              State                          Zip Code

HOME PHONE _718-975-3139_____  WORK PHONE _____

SIGNATURE  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    Petrides                    Theodore
        Last Name                  First Name              Middle Name

HOME ADDRESS    9 Barclay  ST

                Port Jervis          NY              12771
                City                 State           Zip Code

        cell
HOME PHONE    347-226-1906    WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME     Peyer     ,  Jonathan     R
Last Name              First Name          Middle Name

HOME ADDRESS   250-09   Elkmont ave.

Bellerose          NY          11426
City                State            Zip Code

HOME PHONE  516-747-7972      WORK PHONE  718-805-3204

SIGNATURE

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____
       Last Name                  First Name             Middle Name

HOME ADDRESS _____

_____
      City                    State              Zip Code

HOME PHONE _____    WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Richardo_ _Diana_
       Last Name          First Name          Middle Name

HOME ADDRESS _912 52 st_

_Bklyn_ _ny_ _11219_
City                  State              Zip Code

HOME PHONE _____    WORK PHONE _347 581 6690_

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  _Piedra_  _Jose_  _Fransisco_
         Last Name          First Name          Middle Name

HOME ADDRESS  _P.O. Box 1775_

_New York, N.Y._  _10032_
City          State          Zip Code

HOME PHONE _(347) 293-6079_    WORK PHONE _(212) 760-8321_

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    Pignatelli          Richard          E.
        Last Name           First Name       Middle Name

HOME ADDRESS    15 ELMIRA AVENUE

    STATEN IS.    NY          10314.
    City          State       Zip Code

HOME PHONE    (917) 301-7679    WORK PHONE    (347) 672-4541

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___PFLNACEK___ ___DoLoReS___
      Last Name        First Name        Middle Name

HOME ADDRESS ___27 OAK ST___
           ___LYNBROOK   NY   11563___
           City        State        Zip Code

HOME PHONE ___516 872 0064___   WORK PHONE ___718 451 9613___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Pizzuta_ _Paul_ _Francis_
Last Name        First Name        Middle Name

HOME ADDRESS _67 Cara DR NY 10965_
_Pearl River NY 10965_
City            State            Zip Code

HOME PHONE _646 210 9218_ WORK PHONE _646 210 9216_

SIGNATURE _Paul Pizzuta_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Porter_ _Chermaine_ _____
      Last Name                    First Name                Middle Name

HOME ADDRESS _735 Lexington Ave_ _____
_Brooklyn_ _NY_ _11221_ _____
      City                State                Zip Code

HOME PHONE _718-602-2078_ WORK PHONE _718-805-3292_

SIGNATURE _Chermaine W_ _____

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Porters_ _Gerald_ _Dudley_
Last Name    First Name    Middle Name

HOME ADDRESS _51 Bull Mine Rd_

_Chester_ _NY_ _10918_
City    State    Zip Code

HOME PHONE _845-325-3650_    WORK PHONE _718 794-2303_

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF -- NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Postel_____Todd_____M_____
　　　　Last Name　　　　　　　　　First Name　　　　　Middle Name

HOME ADDRESS __8 MT Marcy Ave_____

　　　　　　　__Farmingville_____NY_____17738_____
　　　　　　　　City　　　　　　　　State　　　　　Zip Code

HOME PHONE _631.806.3477____ WORK PHONE _646 759.4658____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _Powers,_ _David_ _Joseph_
         Last Name          First Name          Middle Name

HOME ADDRESS _257 Logan Ave_

_Bx_          _NY_          _10465_
City          State          Zip Code

HOME PHONE _718-684-2709_     WORK PHONE _347-218-8863_

SIGNATURE _[signature]_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Prettie , Kevin _____ Henry_____

          Last Name                    First Name           Middle Name

HOME ADDRESS ___111-77 180th Street_____

      Addisleigh Park , NY_____11433-4130_____

          City                    State              Zip Code

HOME PHONE ___718 658 2366_____ WORK PHONE ___718 558 - 5484____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Previte_ _Jason_ _Anthony_
Last Name        First Name        Middle Name

HOME ADDRESS _107 STroud Ave_

_STaTen ISland_ _NY_ _10312_
City        State        Zip Code

HOME PHONE _718 966 5469_ WORK PHONE _917 816 7423_

SIGNATURE _Jas Previte_

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Primus_____ ___Deneta_____ ___Sandra_____
Last Name      First Name   Middle Name

HOME ADDRESS ___190-15  109th  avenue_____

___St. Albans_____ ___NY_____ ___11412_____
City      State    Zip Code

HOME PHONE __(718)465-2420___ WORK PHONE __(718)923-8266___

SIGNATURE __Deneta S Primus_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _PRIOLO_ _Stefano_ _____
   Last Name          First Name          Middle Name

HOME ADDRESS _38 CROSSROAD COURT_____
   _Stormville_ _NY_ _12582._
   City          State          Zip Code

HOME PHONE _347-327-0058_ WORK PHONE _____

SIGNATURE _____

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____PROSS_____JOHN_____S_____
              Last Name                          First Name                    Middle Name

HOME ADDRESS __20 NORTH PINE STREET_____

_____PATCHOGUE_____N.Y._____11772_____
              City                              State                          Zip Code

HOME PHONE __631-495-7662_____ WORK PHONE __718-677-8272_____

SIGNATURE ___SGT. John Pross_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Puglisi___  ___Andrew___  _____
       Last Name           First Name        Middle Name

HOME ADDRESS ___78  2nd  Ave___

      ___NY___  ___NY___  ___10003___
      City         State        Zip Code

HOME PHONE ___212-477-1273___  WORK PHONE ___718-026 6030___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____Pulgarin_____Joe_____AnThony_____
      Last Name                    First Name              Middle Name

HOME ADDRESS ___1714 Tomlinson Ave_____

___Bronx_____NY_____10461_____
   City              State          Zip Code

HOME PHONE __(646)377-1382___ WORK PHONE __(718)920-1236__

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME      PUN                              WAI MING
          Last Name                        First Name              Middle Name

HOME ADDRESS    144-28   BARCLAY    AVE.   APT. #7D

                FLUSHING            NY              11355
                City                State           Zip Code

HOME PHONE  (718) 463 - 0181     WORK PHONE _____

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _Query_ _Brian_
         Last Name                    First Name                    Middle Name

HOME ADDRESS  247 Ravencrest Rd

Yorktown hgts          NY          10598
         City                    State                    Zip Code

HOME PHONE  347 326 7617          WORK PHONE  347 218 0260

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Quiery___ ___Robert___ ___J.___
    Last Name    First Name    Middle Name

HOME ADDRESS ___833 Marbro Avenue___

___Brick___ ___NJ.___ ___08724___
    City    State    Zip Code

HOME PHONE ___(732) 714-6036___ WORK PHONE ___(631) 949-2659___

SIGNATURE ___[signature]___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Quigley_____Joey_____
         Last Name                    First Name                    Middle Name

HOME ADDRESS ____470 Dongan Hills Ae_____

_____S I_____N.Y._____10305_____
         City                    State                    Zip Code

HOME PHONE _____ WORK PHONE _718- 330-4771_

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _RADONCIC_____ADNAN_____
            Last Name                                    First Name                        Middle Name

HOME ADDRESS __51 SOUTH DRIVE_____

__VALLEY STREAM    NY    11581_____
            City                          State              Zip Code

HOME PHONE _(516) 341 0062_ WORK PHONE _(718) 827 3571_

SIGNATURE _____[signature]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Ramirez_____ _Victor_____ _–_____
        Last Name                        First Name                      Middle Name

HOME ADDRESS __60 - 48  80ᵗʰ  Ave_____

__Glendale_____ __NY_____ __11385_____
City                              State                          Zip Code

HOME PHONE _347 996 7464_____   WORK PHONE _212 580 6414_____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____Ramos_____ _____Anthony_____ _____C_____
Last Name                        First Name              Middle Name

HOME ADDRESS ____35  Fulton  Avenue_____

____Hicksville_____ ____NY____ ____11801____
City                          State              Zip Code

HOME PHONE (347) 886-2150_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Ramos___ ___Daniel___ ___—___
    Last Name       First Name       Middle Name

HOME ADDRESS ___72 Gouverneur St # 4-C___

___New York___ ___NY___ ___10002___
    City       State       Zip Code

HOME PHONE ___212·804·8264___    WORK PHONE ___212·227·1570___

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  Ramos                    Jose                    Roberto
      Last Name               First Name              Middle Name

HOME ADDRESS  922 Peconic Street

              Ronkonkoma,    NY    11779
              City           State    Zip Code

HOME PHONE  716-809-9314   WORK PHONE  212-690-8811

SIGNATURE  _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF -- NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  Ramos                    Porfirio
      Last Name               First Name              Middle Name

HOME ADDRESS  847 Quincy Ave

              Bronx                  NY              10465
              City                   State           Zip Code

HOME PHONE  347-245-7147      WORK PHONE

SIGNATURE  Porfirio Ramos

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF -- NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Ranjitsingh_ _Jerome_ _Lawrence_
         Last Name         First Name         Middle Name

HOME ADDRESS _107-12 Liverpool St_

_Jamaica_ _NY_ _11435_
         City         State         Zip Code

HOME PHONE _718 739 4957_    WORK PHONE _718 969 5004_

SIGNATURE _____

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _REARDON_       _Alan_       _J_
               Last Name              First Name              Middle Name

HOME ADDRESS    _42 Clearland Ave_

                   _Carle Place_       _NY_       _11514_
                    City               State              Zip Code

HOME PHONE _(516) 382-0835_      WORK PHONE _(718) 946-3341_

SIGNATURE _[signature]_

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _Reddington_    _Michael_    _Anthony_
        Last Name        First Name        Middle Name

HOME ADDRESS    245 East   207 Street

                Bronx        N.Y.        10467
                City        State        Zip Code

HOME PHONE  (646) 7K9-5935    WORK PHONE  (718) 409-6342

SIGNATURE  _michael anthony Reddington_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Reeves_____Tia_____S._____
　　　　Last Name　　　　　　　　First Name　　　　　　　Middle Name

HOME ADDRESS __917 Sheridan Ave #5K_____

___Bronx_____NY_____10457_____
　　　City　　　　　State　　　　Zip Code

HOME PHONE __718 992-9716___ WORK PHONE _____

SIGNATURE __Tia Reeves_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME        REGA                    RODOLFO
            Last Name               First Name              Middle Name

HOME ADDRESS    44 STAUBER DRIVE

                PLAINVIEW    N.Y.        11803
                City              State          Zip Code

HOME PHONE  (917) 698-8039    WORK PHONE  718 520-9315

SIGNATURE   Sgt Rodolfo Rega

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    REGNIER                    MARIKA                ADA
        Last Name                  First Name            Middle Name

HOME ADDRESS    31 ARBUTUS ST.

                PUTNAM VALLEY        NY            10579
                City                 State         Zip Code

HOME PHONE    845-603-5011    WORK PHONE    718-220-5211

SIGNATURE    _Marika Regnier_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    REICH  , BRIAN     T
          Last Name          First Name        Middle Name

HOME ADDRESS    68 HOWTON AVE

         S.I.      N.Y.     10308
         City          State      Zip Code

HOME PHONE (718) 356-7873    WORK PHONE (646) 342-6032

SIGNATURE    Brian T Reich

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME      REICHMAN            LEEOR              Y
          Last Name           First Name         Middle Name

HOME ADDRESS   174 Oakville St.

              Staten Island NY              10314
              City              State        Zip Code

HOME PHONE  718 698 6575       WORK PHONE  718 877 0478

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Reid_____Robert_____Tremain._____
          Last Name          First Name              Middle Name

HOME ADDRESS ___2805 Bronx Ave    Apt F21_____

_____BX_____NY_____10467_____
          City              State              Zip Code

HOME PHONE __347·331·3474____ WORK PHONE _____

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME   Reiman , Edward   Thomas
Last Name          First Name          Middle Name

HOME ADDRESS   30 Woodpecker Ln

Levittown , NY   11756
City          State          Zip Code

HOME PHONE   516 731 6411   WORK PHONE   718 386 2486

SIGNATURE

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   REYES                     FREDERICK
       _____          _____          _____
       Last Name                First Name               Middle Name

HOME ADDRESS   1 SADORE LANE APT #5E
       _____

       YONKERS          NY.                    10710
       _____  _____       _____
       City             State                 Zip Code

HOME PHONE   914-652-7264   ~~WORK~~ Cell PHONE   347-242-0020

SIGNATURE   _Frederick (signature)_____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Rich_____ ___Gary_____ ___J___
       Last Name          First Name       Middle Name

HOME ADDRESS ___87-14 Pitkin Ave Apt 1B_____

___Ozone Park_____ ___NY____ ___11417___
   City          State       Zip Code

HOME PHONE _917-822-0480_ WORK PHONE _718-292-6516_

SIGNATURE _Gary Rich (signature)_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Richards,___ ___Christopher___ ___Daniel___
      Last Name          First Name          Middle Name

HOME ADDRESS ___10 20   Joselson  ave___

___Bay  Shore   NY___ ___11746___
      City              State              Zip Code

HOME PHONE ___631-2667-2303___   WORK PHONE _____

SIGNATURE ___Christopher Richards___

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    KIDGE                    MARK                    PHILIP
        Last Name                First Name              Middle Name

HOME ADDRESS    190 TWIN LANE NORTH

        WANTAGH                  NY                      11793
        City                     State                   Zip Code

HOME PHONE (516) 804-0766    WORK PHONE (718) 321-2340

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____Riehle_____Andrew_____
                Last Name                First Name              Middle Name

HOME ADDRESS ____312 Canter Court_____
                 ____Goshen_____NY_____10924_____
                        City                State              Zip Code

HOME PHONE _(917) 939-6092____ WORK PHONE _(646) 342-4855_____

SIGNATURE _____Andrew Riehle_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  Riley          Kelly          Ann
Last Name          First Name          Middle Name

HOME ADDRESS  477 Main Street
Northport          NY          11768
City          State          Zip Code

HOME PHONE (917) 539-0486    WORK PHONE (718) 386-4652

SIGNATURE  [signature]

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____ Rincon, Guillermo _____ A _____

Last Name                First Name                Middle Name

HOME ADDRESS _____ 51  Radborn  Drive _____

_____ Farmingville _____ NY _____ 11738 _____

City                          State                    Zip Code

HOME PHONE ___ 631  648  9102 ___ WORK PHONE ___ 646  610  8802 ___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____Rivera_____Carlos_____A._____
　　　　　　 Last Name　　　　　　　　First Name　　　　　　　Middle Name

HOME ADDRESS ____103___Arden___Boulevard_____
_____West__Hempstead_____NY_____11552_____
　　　　　　 City　　　　　　　　　　State　　　　　　　Zip Code

HOME PHONE __516·385·5992_____ WORK PHONE __718·776·9157____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Rivera_____Humberto_____
　　　　　Last Name　　　　　　　　First Name　　　　　　　Middle Name

HOME ADDRESS ___69 Glover ave_____
　　　___Yunkey____NY._____10704_____
　　　City　　　　　　　State　　　　　　　Zip Code

HOME PHONE ___914 552 9028___ WORK PHONE ___(718) 543 5708___

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____Rivera_____Jessica_____
            Last Name                  First Name             Middle Name

HOME ADDRESS ___56 Guymard Turnpike_____
        ___Middletown   NY_____10940_____
            City                State           Zip Code

HOME PHONE __845 4125036_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Rivera_____Joseph_____
         Last Name                    First Name              Middle Name

HOME ADDRESS ___5800   Arlington Ave_____

          ___Bronx_____NY_____10471_____ Apt 9W
          City                State                Zip Code

HOME PHONE ___347 728 6606_____ WORK PHONE ___718 542 4775_____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _RIVERA_____ _ROBERT_____ _____
         Last Name                          First Name                          Middle Name

HOME ADDRESS _103 FAIR STREET_____

_CARMEL_____ _N.Y._____ _10512_____
City                          State                          Zip Code

HOME PHONE _845-225-7891_____  WORK PHONE _646-805-6273_____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Rizzo_____ _____Christopher_____ ____Paul____
         Last Name                 First Name         Middle Name

HOME ADDRESS _____16 Star fire Drive_____

          _____Centereach_____ ____NY____ ____11720____
              City               State          Zip Code

HOME PHONE _631-880-7855_ WORK PHONE _718-735-0635_

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___ROBINSON___ ___Nicolle___ ___Yvette___
　　　　　Last Name　　　　　　　First Name　　　　　Middle Name

HOME ADDRESS ___1465 Geneva Loop　#9F___

___Brooklyn___ ___NY___ ___11239___
　　　　City　　　　　　State　　　　　　Zip Code

HOME PHONE ___347-204-5252___ WORK PHONE ___347-204-5252___

SIGNATURE ___Nicolle Robinson___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Robson_____ ___Robert_____ ___F._____
          Last Name                 First Name         Middle Name

HOME ADDRESS ___368 PHILADELPHIA AVE_____

___Massapequa Park    NY       11762_____
      City                State           Zip Code

HOME PHONE __(516) 902-2778_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME      Rodenas              James              Marc
          Last Name            First Name         Middle Name

HOME ADDRESS    177 White Plains Rd. #414

                Tarry Town,      NY          10591
                City             State       Zip Code

HOME PHONE  914-909-0356    WORK PHONE  718-299-3933

SIGNATURE   James Rodenas

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  Kosmaver                    Felix
   Last Name              First Name              Middle Name

HOME ADDRESS  182  CORONA
                        ST                    ny              10306
                        City                   State              Zip Code

HOME PHONE  718667-586K   WORK PHONE  C96 616 f565

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    Rodriguez              Francis              Alan
        Last Name              First Name           Middle Name

HOME ADDRESS    1413 Merry Avenue
                Bronx              N.Y.              10461
                City               State             Zip Code

HOME PHONE    718-824-0502    WORK PHONE    212-690-6311

SIGNATURE    Francis J. Rodriguez

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Rodriguez_ _Irving_ _____

           Last Name              First Name           Middle Name

HOME ADDRESS _3052 LASALLE AVE_ _____

             _Bronx_ _N Y_ _10465_

             City           State         Zip Code

HOME PHONE _646 773-5471_ WORK PHONE _RETIRED_

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _Rodriguez, Jose, Alfonso_

Last Name         First Name         Middle Name

HOME ADDRESS _80-34 236 Street_

_Bellerose Manor  NY  11427_

City         State         Zip Code

HOME PHONE _(718) 464-2046_     WORK PHONE _(212) 334-2068_

SIGNATURE _[signature]_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    Rodriguez , Juan          Luis
        Last Name        First Name       Middle Name

HOME ADDRESS   399 N broadway   1J

        Yonkers, N.Y          10701
        City        State       Zip Code

HOME PHONE  212 851-6454   WORK PHONE  718-678-1618

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    _RODRIGUEZ_    _WILBERT_
          Last Name            First Name              Middle Name

HOME ADDRESS    _168 SIERRA VISTA LN_

_VALLEY COTTAGE    NY_          _10989_
City                          State                        Zip Code

HOME PHONE    _914 414 0043_    WORK PHONE    _718 409 6342_

SIGNATURE    _W. R_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Rodriguez_____ ___Yarissa_____ _____
        Last Name                   First Name              Middle Name

HOME ADDRESS ___221-19 Edmore Avenue_____

___Queens Village____ __NY____ _____11428_____
City                    State              Zip Code

HOME PHONE __347-907-5495____ WORK PHONE _____

SIGNATURE ___Yarissa R_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____ Roman _____ Jose _____ L _____
                 Last Name              First Name              Middle Name

HOME ADDRESS _____ 625 Challinor Drive _____
                 _____ Yorktown Heights     NY          10598 _____
                              City                        State              Zip Code

HOME PHONE _347-852-2834_     WORK PHONE _____

SIGNATURE _____ Jose Roman _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Roman_ _Julio_ _Manuel_
     Last Name        First Name        Middle Name

HOME ADDRESS _7 LANCER Drive_

_Newburgh_ _NY_ _12550_
City                State                Zip Code

HOME PHONE _845-561-9099_    WORK PHONE _212-860-6844_

SIGNATURE _[signature]_

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Rosario_____ _Alfredo_____ _____
             Last Name              First Name              Middle Name

HOME ADDRESS _178 Plunkett Street_____
_Brentwood_____ _N.Y._____ _11717_____
        City             State             Zip Code

HOME PHONE _(631) 813-1115_____ WORK PHONE _(631) 761-8518_____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME     ROSARIO         CARLOS
        Last Name           First Name          Middle Name

HOME ADDRESS     236 QUINCY Avenue
                Bronx        NY         10465
                City          State          Zip Code

HOME PHONE   347 293 7646     WORK PHONE   646 457 0374

SIGNATURE        _Carlos R_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___ROSARIO___ , ___JONATHAN_____
       Last Name                    First Name              Middle Name

HOME ADDRESS ___67 Ecker Ave_____

___W. Babylon_____NY_____11704_____
City                        State              Zip Code

HOME PHONE ___631 983 8362___ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  Rosario   Mary   Ann
      Last Name          First Name          Middle Name

HOME ADDRESS  620 Trinity Ave  #C8

      Bronx      N.Y.      10455
      City       State          Zip Code

HOME PHONE  646 542 5630      WORK PHONE (212) 690-6341

SIGNATURE  Mary A. Rosario

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___ROSARIO_____WILLIAMS_____D_____
      Last Name             First Name           Middle Name

HOME ADDRESS ___40 WEST 116 STR. # B 203_____

___NEW YORK_____NY_____10026_____
      City             State           Zip Code

HOME PHONE ___212-289-3198_____ WORK PHONE ___347-583-0408_____

SIGNATURE ___Sgt. Rosario_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____ROSE_____CARY_____ROBERT_____
        Last Name                    First Name              Middle Name

HOME ADDRESS _____14 SCHUYLER DR._____

_____COMMACK_____NY_____11725_____
            City                State              Zip Code

HOME PHONE ____631-499-2462____ WORK PHONE ___631-495-9888___

SIGNATURE _____SGT. (signature)_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Ross_____TRAVIS_____Lee_____
              Last Name               First Name          Middle Name

HOME ADDRESS ___52-30   39th DRive #12G_____

___WooDSiDe_____NY_____11377_____
         City             State             Zip Code

HOME PHONE ___(917) 992-3124____ WORK PHONE ___(718) 220-5211___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF -- NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Rossiter_ _Thomas_ _____
  Last Name                    First Name                        Middle Name

HOME ADDRESS _221 Aspinwall St_____

_Staten Isl_ _NY_ _10307_
  City                              State                          Zip Code

HOME PHONE _917-270-1060_ WORK PHONE _(718) 948-9304_

SIGNATURE _Thomas Rossiter_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Kostolder___ ___Matthew___ ___Alex___
           Last Name          First Name          Middle Name

HOME ADDRESS ___2004 Abbot Ave___

___Merrick___ ___N.Y.___ ___11566___
          City          State          Zip Code

HOME PHONE ___(516) 223-0567___ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___ROTHENBUCHER___ ___MICHAEL___ ___R___
              Last Name                 First Name           Middle Name

HOME ADDRESS ___573 BABBLING BROOK LN___

___VALLEY COTTAGE___ ___NY___ ___10989___
          City                 State           Zip Code

HOME PHONE ___917 842 9846___ WORK PHONE ___718 378-8990___

SIGNATURE ___[signature]___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Rozenfeld_____Jason_____J_____
          Last Name                    First Name              Middle Name

HOME ADDRESS _____1313   Ave  X   Unit A1_____

_____Brooklyn_____NY_____11235_____
          City                    State                    Zip Code

HOME PHONE ___347-753-1031_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to **become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _Ruiz_____ _Alberto_____ _____
       Last Name                      First Name                      Middle Name

HOME ADDRESS _21 Benedict Rd._____

_Cold Spring_____ _NY_____ _10516_____
       City                      State                Zip Code

HOME PHONE _(845) 269 8764____  WORK PHONE _(c)(917)7710720_____

SIGNATURE _Albert Ruiz_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____ Ruiz _____ John _____
　　　　Last Name　　　　　First Name　　　　　Middle Name

HOME ADDRESS _952 Huguenot Ave._
_Staten Island N.Y. 10312_
　　　　City　　　　　State　　　　　Zip Code

HOME PHONE (718) 605-6306  WORK PHONE (718) 765-4118

SIGNATURE _John R_

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Ruiz Diaz_____Solanyel_____
          Last Name                    First Name              Middle Name

HOME ADDRESS ____473 FDR Dr_____

          _____NY_____NY_____10002_____
          City                    State                    Zip Code


HOME PHONE _____WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____Russell_____Kevin_____
          Last Name                      First Name             Middle Name

HOME ADDRESS ____145 Driggs____Ave_____

_____Brooklyn_____NY_____1122C_____
          City                    State               Zip Code

HOME PHONE ___718-383-7356_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Sacco_____ ___Salvatore_____ _____
           Last Name                       First Name                Middle Name

HOME ADDRESS ___56 Saturn Lane_____

                   ___SI_____ ___NY_____ ___10314_____
                       City                   State               Zip Code

HOME PHONE ___(917) 559-3527___ WORK PHONE _____

SIGNATURE _____