# APPENDIX A

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME   Saitep                    Pimyo
       Last Name                First Name                Middle Name

HOME ADDRESS   70 - 12   71 Place      1 FL

       Glendale          NY          11385
       City              State        Zip Code

HOME PHONE  (718) 366-0409    WORK PHONE  (646) 512-2447

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  _SALA_  _Robert_  _Edward_
Last Name     First Name     Middle Name

HOME ADDRESS  _33   Darnell   Lane_

_SI_  _ny_  _10309_
City     State     Zip Code

HOME PHONE  _718-356-5798_   CEL WORK PHONE  _718-757-1104_

SIGNATURE  _R E Sal_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Salinas_____Franklin_____Cesar_____
        Last Name           First Name        Middle Name

HOME ADDRESS ___60 Locust Ave A601_____

___New Rochelle___NY_____10801____
        City        State        Zip Code

HOME PHONE ___6464560776___ WORK PHONE ___7185905511___

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _Samudio_____Wanda_____

              Last Name                          First Name                       Middle Name

HOME ADDRESS    _100 Cedar ST B16_____

                           _Dobbs_____Ferry_____NY_____10522_____

                           City                          State                       Zip Code

HOME PHONE   _9176265271_____   WORK PHONE   _718 293-8218_____

SIGNATURE   _Wanda Sam_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___SAMUEL_____SILAS_____
         Last Name                          First Name              Middle Name

HOME ADDRESS ___12 NUNZIE CT_____

_____STATEN ISLAND_____NY_____10303_____
                    City                    State            Zip Code

HOME PHONE ___718 362 0520_____ WORK PHONE _____

SIGNATURE ___Silas Samy_____

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    SAMUEL    SUJIN    —
       Last Name        First Name        Middle Name

HOME ADDRESS    5    SPRUCE DRIVE

       NEW CITY    NY    109⅚
       City        State        Zip Code

HOME PHONE    845-708-5314    WORK PHONE    845-323-0096

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME   Samuels                    Eric                    Paul
       Last Name                  First Name              Middle Name

HOME ADDRESS   240-32 Memphis Ave
               RoseDale                New York                11422
               City                    State                   Zip Code

HOME PHONE (718) 949-2931        WORK PHONE (718) 240-1792

SIGNATURE   Eric P Samuels

CONSENT TO SUE

## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Samuyllin_____ _Denis_____ _____
        Last Name                 First Name            Middle Name

HOME ADDRESS _57 Forest Green_____

_Staten Island NY_____ _10312_____
          City                  State              Zip Code

HOME PHONE (917) 337-5396      WORK PHONE (718)-697-8791

SIGNATURE _Denis Samuyllin_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Sanchez_____ _____Brandi_____ _____Nicole_____
         Last Name              First Name              Middle Name

HOME ADDRESS ___51  West  Hoffman  Ave_____

___Lindenhurst_____ ___NY_____ ~~100~~ 11757____
City                        State                      Zip Code

HOME PHONE ___646 210 1029_____   WORK PHONE ___Same_____

SIGNATURE ___Sanchez_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____SAncHez_____DAViD_____
            Last Name                 First Name              Middle Name

HOME ADDRESS ____781 Warburton Avenue_____

                 ____YonKers_____NY_____10701_____
                     City                State             Zip Code

HOME PHONE ____(646) 533-4502_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ____Sanchez_____ _____Miguel_____ ____E.____
               Last Name                        First Name            Middle Name

HOME ADDRESS ___692 Kimball Ave._____

                ___Yonkers_____ ___N.Y._____ ___10704_____
                    City                  State            Zip Code

HOME PHONE ___914-237-4969_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Sanders_____ _Sharisse_____ _Dolores_____
        Last Name                      First Name              Middle Name

HOME ADDRESS _2575 Palisade Avenue_____

_Bronx_____  _NY_____  _10463_____
City                      State                 Zip Code

HOME PHONE _917 · 370 · 1519_____  WORK PHONE _212 · 690 · 8808___

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _SANFORD_ _Joseph_ _Michael_
        Last Name            First Name              Middle Name

HOME ADDRESS _145 Sussex Drive_

_Manhasset    N.Y    11030_
City                State            Zip Code

HOME PHONE _(718) 812-8531_    WORK PHONE _N/A_

SIGNATURE _Joseph M. Sanford_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___SANSONE_____DAVID_____
           Last Name                 First Name            Middle Name

HOME ADDRESS ___526 W 111 TH ST_____APT 4B_____

                  ___NEW YORK_____NY_____10025_____
                  City               State           Zip Code

HOME PHONE _646 - 385 - 3812_____ WORK PHONE _212 - 690 - 8808_____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _Santiago , Jose Angel_

        Last Name             First Name         Middle Name

HOME ADDRESS _22 East Masem Sq._

_East Patchogue , NY 11772_

      City            State         Zip Code

HOME PHONE _631-803-0277_    WORK PHONE _N/a_

SIGNATURE _Jose A. Santiago_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____ SANTIAGO _____ STEVEN _____

Last Name            First Name            Middle Name

HOME ADDRESS _____ 118 Lorraine Loop _____

_____ STATEN ISLAND NY 10309 _____

City            State            Zip Code

HOME PHONE _____ 646 423 5831 _____ WORK PHONE _____

SIGNATURE _____

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    SAWYER        FREDERICK            M
         Last Name              First Name              Middle Name

HOME ADDRESS    83-83   118   Street    Apt. 3H

    Kew   Gardens    NY            11415
         City              State              Zip Code

HOME PHONE   347 251 8165    WORK PHONE   347 400 0083

SIGNATURE   Sgt Frederick M Sawyer

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___SCARI_____MICHAEL_____
          Last Name                        First Name                      Middle Name

HOME ADDRESS ___150-34  9th AVENUE_____

___WHITESTONE_____NY_____11357_____
          City                      State                         Zip Code

HOME PHONE _718-767-2390_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Scanlon_____Justin_____B._____
Last Name                          First Name                       Middle Name

HOME ADDRESS ___113 Paul Drive_____

_____Holbrook_____NY_____11741_____
City                          State                       Zip Code

HOME PHONE __917 709 0904_____ WORK PHONE _____

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  SCHACHTEL          Peter          Mavon
        Last Name                    First Name              Middle Name

HOME ADDRESS  2901 ARNOLD AVE

        Oceanside          N.Y          11572
        City                        State              Zip Code

HOME PHONE (516) 594 1558    WORK PHONE  718 474 - 6555

SIGNATURE  Peter Schachtel

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Schneider_____ ___Sheera_____ _____
Last Name                                    First Name                        Middle Name

HOME ADDRESS ___8301  Ridge  Boulevard  #6G_____

___Brooklyn_____ ___NY_____ ___11209_____
City                                      State                   Zip Code

HOME PHONE __917·796·4740_____  WORK PHONE __212·334·0711_____

SIGNATURE __Sheera Schneider_____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Schneiders_ _Kenneth_ _Michael_
      Last Name      First Name      Middle Name

HOME ADDRESS _2144 Spruce St_

_Wantagh_ _NY_ _11793_
City                State              Zip Code

HOME PHONE _516-551-8386_   WORK PHONE _718-615-7198_

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Schoppmann_  _John_  _Steven_
      Last Name          First Name         Middle Name

HOME ADDRESS _389 Twilight Lane_

_Smithtown_  _NY_  _11787_
City          State          Zip Code

HOME PHONE _(631) 724-0475_    WORK PHONE _(718) 615-7039_

SIGNATURE _[signature]_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   SCHNECK               JOSEPH          RAYMOND
       Last Name             First Name      Middle Name

HOME ADDRESS   2688 BEACON HILL DR

               BELLMORE        NY           11710
               City            State        Zip Code

HOME PHONE   576-715-3179   WORK PHONE   718-265-7300

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Schultz_____ Timothy_____ P_____
         Last Name              First Name           Middle Name

HOME ADDRESS ___110 Kent St._____
        ___Brooklyn_____ NY_____ 11222_____
         City              State            Zip Code

HOME PHONE ___347-581-3713_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Schwartz,_ _John_ _M_
            Last Name           First Name         Middle Name

HOME ADDRESS _372 7th St_
                  _Brooklyn_ _NY_ _11215_
                   City          State        Zip Code

HOME PHONE _718-965-4880_     WORK PHONE _718-677-8272._

SIGNATURE _[signature]_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME   SCHWING                    THOMAS                      F.
_____
       Last Name                  First Name                  Middle Name

HOME ADDRESS   2465 TAMARINDO DR.
_____

       THE VILLAGES            FLORIDA              32162
_____
       City                    State                Zip Code

HOME PHONE  917 968 7911          WORK PHONE  N/A
_____            _____

SIGNATURE  Thm PSley
_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _Sedeniussen_____ _Eric_____ _____
            Last Name                        First Name               Middle Name

HOME ADDRESS _312  Ridge Road_____
                _Campbell  Hall_____ _NY_____ _10916_____
                  City                     State            Zip Code

HOME PHONE _845  496  9948_____ WORK PHONE _718 220  5841_____

SIGNATURE _[signature]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___SERPANI___ ___ALEXI___ ___—___
Last Name                    First Name                    Middle Name

HOME ADDRESS ___669 E 5th Street, apt 16___

___Brooklyn___ ___NY___ ___11218___
City                    State                    Zip Code

HOME PHONE ___718 851-0639___ WORK PHONE ___631-535-2532___

SIGNATURE ___Sgt. Alexi Serpani___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Severino_____ ____Scott____ ____Matthew____
                Last Name                      First Name            Middle Name

HOME ADDRESS ____6 Hillside Drive_____

____New City_____ ____NY____ ____10956____
        City                    State              Zip Code

HOME PHONE ____718 440 6244____ WORK PHONE ____(718) 543 5708____

SIGNATURE ____[signature]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  SHAH                    BAQAR                    A
      Last Name                First Name               Middle Name

HOME ADDRESS  89-23  138 STREET,  1st Floor

JAMAICA              NY                11435
City                 State             Zip Code

HOME PHONE (646) 853-0524  WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _SHELLEY_ _DANIEL_ _(GERARD)_
       Last Name       First Name       Middle Name

HOME ADDRESS _5 Willow Drive_

_SUFFERN_ _NY_ _10901_
       City       State       Zip Code

HOME PHONE _845-368-3534_    WORK PHONE _347-538-0337_

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    SHEN            KAYMOON            L.
        Last Name            First Name            Middle Name

HOME ADDRESS    23 27 COLLEGE POINT BLVD #2C

        COLLEGE POINT, N.Y. 11356
        City            State            Zip Code

HOME PHONE  917 797-2786    WORK PHONE  212 452-0604

SIGNATURE Sgt. Kaymoon Shen

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  Shevitz          Brian          T
        Last Name          First Name          Middle Name

HOME ADDRESS  98 Fredrick Dr

Monroe          NY          10950
    City          State          Zip Code

HOME PHONE  609-610-6366    WORK PHONE  718-2200-5201

SIGNATURE

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Shirvis_____ ___Joseph_____ _____
       Last Name                    First Name                  Middle Name

HOME ADDRESS ___2 E 169 St_____

___Bronx_____ ___NY_____ _____
City                      State                     Zip Code

HOME PHONE ___718-931-0830_____ WORK PHONE ___718-590-5504_____

SIGNATURE ___Joseph Shirvis_____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _Siegenthaler_    _Justin_    _Thomas_
             Last Name    First Name    Middle Name

HOME ADDRESS    _200 Gilling road_

                  _Seaford_    _NY_    _11783_
                  City    State    Zip Code

HOME PHONE    _516- 924- 1100_    WORK PHONE    _718- 482- 6790_

SIGNATURE    _[signature]_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Siesca___ ___Radames___ _____

        Last Name               First Name          Middle Name

HOME ADDRESS ___89 Louisiana Ave_____

        ___Brooklyn___ ___NY___ ___11207___

        City             State           Zip Code

HOME PHONE ___718 929 0028___ ~~WORK~~ *Cell* PHONE ___914-681-1046___

SIGNATURE _____

CONSENT TO SUE
REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Silcott_____Victoria_____L._____
         Last Name                          First Name                   Middle Name

HOME ADDRESS __487 Clinton Ave_____

___Rockville Centre___NY_____11570_____
         City                    State              Zip Code

HOME PHONE __516.992.0795_____ WORK PHONE _____

SIGNATURE __V Silcott_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Silva_____Eduardo_____Jose_____
         Last Name              First Name              Middle Name

HOME ADDRESS _____13116  135  Street_____
                     South Ozone Park , NY  11420
                     City                    State              Zip Code

HOME PHONE _347 306 8849___ WORK PHONE _718 257 6306_

SIGNATURE _____Edward J Silva_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Silva_____Michael_____
        Last Name                    First Name              Middle Name

HOME ADDRESS ___136 130 St._____

___College Point        NY_____11356_____
  City                   State                  Zip Code

HOME PHONE __(917) 578-1142_____ WORK PHONE __(718) 476-9317_____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME   _Silverstein_                  _Steven_              _Benjamin_
       Last Name                       First Name            Middle Name

HOME ADDRESS   _134 ADA Drive_

_Staten Island_        _N.Y._          _10314_
City                   State           Zip Code

HOME PHONE _718-494-2255_        WORK PHONE _212-927-3397_

SIGNATURE _[signature]_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   _Sion_                    _Edward_                  _August_
       Last Name                 First Name                Middle Name

HOME ADDRESS  _1 Veteran Rd._

       _Patterson,_              _N.Y._                    _12563_
       City                      State                     Zip Code

HOME PHONE  _845-729-4257_    WORK PHONE  _N/A_

SIGNATURE  _Edward A. Sion_

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Slade_ _Steven_ _G._
       Last Name                    First Name                    Middle Name

HOME ADDRESS _345 So Broom Ave_

_Lindenhurst_ _N.Y_ _11757_
       City                    State                    Zip Code

HOME PHONE _631-957-7783_    WORK PHONE _718-377-0554_

SIGNATURE _[signature]_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____SLAGG_____JOHN_____JOSEPH_____
Last Name                    First Name              Middle Name

HOME ADDRESS ____66-63_____74 ST_____

_____MIDDLE VILLAGE_____N.Y._____11379____
City                          State                   Zip Code

HOME PHONE _718-894-2470_____ WORK PHONE ____N/A_____

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    _Slevin_    _John_    _Finn_
           Last Name          First Name        Middle Name

HOME ADDRESS    _42 Laurel St_
        _Floral_    _Park_    _NY_    _11001_
        City        State        Zip Code

HOME PHONE    _718 224 0608_    WORK PHONE    _646 696 2656_

SIGNATURE    _John S_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _Smallwood_ _Darryl_ _Muhammad_
Last Name              First Name             Middle Name

HOME ADDRESS _638 East 2nd Street_

_Brooklyn_ _NY_ _11218 Apt 4A_
City              State             Zip Code

HOME PHONE _(347) 423-9292_     WORK PHONE _(646) 610-5150_

SIGNATURE _[signature]_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME      _Smansch_      _Anthon_

          Last Name                First Name             Middle Name

HOME ADDRESS      _65 Farundy st_

           _S. I_       _N.Y_            _10314_

            City                State              Zip Code

HOME PHONE      _718 761 1312_      WORK PHONE      _917 - 692 9015_

SIGNATURE      _[signature]_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  _SMITH_  _CHRISTOPHER_ 
           Last Name          First Name        Middle Name

HOME ADDRESS  _69 ST ROGES DR_ 

    _MASSAPEQUA PARK NY 11762_ 
    City         State        Zip Code

HOME PHONE  _917-847-6364_  WORK PHONE  _646 210 9292_ 

SIGNATURE  _[signature]_

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____SMITH_____PAULA_____FRANCINE_____
        Last Name                    First Name            Middle Name

HOME ADDRESS ___1372    E. 56TH    ST._____

        ___BKLYN_____NY_____11234_____
        City              State        Zip Code


HOME PHONE _(718) 241-6394_ WORK PHONE (718) 636-6441 (78) pct.
Cell        718   926-2140

SIGNATURE _____

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Smith_ _Raymond_ _Edward_
            Last Name          First Name        Middle Name

HOME ADDRESS _One Rocky Ridge Road_

_West Harrison_ _N.Y._ _10604_
          City          State        Zip Code

HOME PHONE _(914) 393-1398_ WORK PHONE _(212) 678-1371_

SIGNATURE _[signature]_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  _Smith_ _____  _Ronald_ _____  _J._ _____
　　　　Last Name　　　　　　　　　　　First Name　　　　　　　　　　Middle Name

HOME ADDRESS  _37 Sarah Drive_ _____

　　　　　　　_Lake Grove_ _____  _N.Y_ _____  _11755_ _____
　　　　　　　　City　　　　　　　　　　State　　　　　　　　Zip Code

HOME PHONE _631-648-3556_ _____  WORK PHONE _718-969-7555_ _____

SIGNATURE _Ronald J. Smith_ _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Smith_____Ronald_____L_____
              Last Name                   First Name            Middle Name

HOME ADDRESS ___2144 Hughes Avenue_____

                  ___Bx_____N.Y_____10457_____
                      City               State           Zip Code

HOME PHONE ___718 295-9656_____ WORK PHONE ___718 402-2279_____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Smith___ ___Snais___ ___A___
        Last Name        First Name        Middle Name

HOME ADDRESS ___2020 Medes Way___

___Central Islip NY    11722___
        City        State        Zip Code

HOME PHONE ___(516)909009___    WORK PHONE _____

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _SMOLARSKY_ , _STEVEN_    _G._
            Last Name           First Name          Middle Name

HOME ADDRESS    _66    CHELSEA    DRIVE_

           _MOUNT    SINAI_    _N.Y._    _11766_
            City           State          Zip Code

HOME PHONE _631-331-0747_    WORK PHONE _718-230-4421_

SIGNATURE    _Steven G. Smolarsky_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____Socorro_____Patrick_____Joseph_____
             Last Name                            First Name               Middle Name

HOME ADDRESS ____141-03   13th   Ave_____

                        __Malba_____Ny_____11357_____
                           City                         State               Zip Code

HOME PHONE __212-203-2990_____ WORK PHONE _____

SIGNATURE _____

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  _So Jo_ _____  _Louis_ _____  _____
          Last Name                          First Name                          Middle Name

HOME ADDRESS  _150    Over look    Ave        Apt  7P_
                        _Peekskill_              _Ny_              _10566_
                        City                        State                  Zip Code

HOME PHONE  _917. 418. 4008_    WORK PHONE  _718. 543. 5708_

SIGNATURE  _Louis Sojo_ _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Sommer_____William_____John_____
           Last Name                   First Name           Middle Name

HOME ADDRESS ___508 Ocean Avenue_____

                    ___Oakdale_____NY_____11769_____
                    City              State          Zip Code

HOME PHONE ___631 940 5864_____ WORK PHONE ___516 644 6730_____

SIGNATURE _____

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    Sondey          John          Christopher
          Last Name                              First Name                    Middle Name

HOME ADDRESS    21    3rd Ave

             Massapequa Park    ny    11762
             City                              State              Zip Code

HOME PHONE    516-804-3109    WORK PHONE    212-384-4204

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    Soundias            Poseidon        Peter
        Last Name           First Name      Middle Name

HOME ADDRESS    17 Eva Lane

        Plainview           NY              11803
        City                State           Zip Code

HOME PHONE    516-342-1482        WORK PHONE    646-610-5110

SIGNATURE    _Poseidon Soudias_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   Spagnuolo        Michael        Thomas
       Last Name         First Name     Middle Name

HOME ADDRESS   544 Falcon Ave
               Staten Island    NY      10306
               City             State    Zip Code

HOME PHONE   718 483 4319   WORK PHONE   718 876 8541

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Sperzel_____Brian_____

　　　　　Last Name　　　　　　　　　First Name　　　　　　　Middle Name

HOME ADDRESS ____2465　Jefferson　CT_____

　　　_____EAST MEADOW_____NY_____11554_____

　　　　　　City　　　　　　　　State　　　　　　　Zip Code

HOME PHONE ___516-768-7759___ WORK PHONE ___516-520-0711___

SIGNATURE _____Brian Sperzel_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    Stanton          Matthew          William
        Last Name        First Name       Middle Name

HOME ADDRESS    4029    Park    Drive
                Seaford        NY              11783
                City           State           Zip Code

HOME PHONE    516-593-2837    WORK PHONE    215-208-0991

SIGNATURE    _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Stapleton_ _Shannon_ _____
Last Name        First Name        Middle Name

HOME ADDRESS _211  St. Macks AvE_ _____

_Freeport_ _NY_ _11520_
City        State        Zip Code

HOME PHONE _516- 223-6904_ ____ WORK PHONE _718-221-6600_

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    STAUDINGER        ARTHUR        WILLIAM
        Last Name                First Name              Middle Name

HOME ADDRESS    802 FLORAL PARK ROAD

        FRANKLIN SQUARE        NY        11010
        City                    State              Zip Code

HOME PHONE    516-426-1417        WORK PHONE

SIGNATURE    _A. Staudinger_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   _St. Clair_                     _Sean_                     _Matthew._
       Last Name                          First Name                    Middle Name

HOME ADDRESS  _300 South Central Avenue Apt. C-23._

         _Hartsdale_                _NY_                  _10530_
         City                          State                    Zip Code

HOME PHONE _516-695-0494_        WORK PHONE _212-452-0604._

SIGNATURE _[signature]_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    Stewart                 Charles              Conrad
        Last Name               First Name           Middle Name

HOME ADDRESS    40 Palmer Avenue

                Staten Island  N.Y           10302
                City            State         Zip Code

HOME PHONE   917 975 · 3825        WORK PHONE _____

SIGNATURE   C Stewart _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____

Last Name _____ First Name _____ Middle Name _____

HOME ADDRESS _____ 170 Erskine Pl # 205 _____

Bx _____ NY _____ 10475 _____
City _____ State _____ Zip Code

HOME PHONE ___ 718 671 0758 ___ WORK PHONE ___ 718 794-2303 ___

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____SLATER_____Rustin_____N_____
　　　　　Last Name　　　　　　First Name　　　　　Middle Name

HOME ADDRESS ___1541 BAYRIDGE PARKWAY_____
　　　___Brooklyn_____NY_____11228_____
　　　　City　　　　　　　　State　　　　　　Zip Code

HOME PHONE __347 681 0616__ WORK PHONE __718237-8444__

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _Guero_____  _Hector_____  _____
            Last Name                            First Name                           Middle Name

HOME ADDRESS    _340  Beach 40 St._____

            _Far Rockaway_____  _NY_____  _11691_____
            City                                State                        Zip Code

HOME PHONE  _718-327-8963_____   WORK PHONE  _718-388-0295_____

SIGNATURE  _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME     Sullivan                      Candida
         Last Name                     First Name                    Middle Name

HOME ADDRESS     8 Apple Ridge Ct

                 Montgomery            NY              12549
                 City                  State           Zip Code

HOME PHONE   (845)609-7001        WORK PHONE   (718) 220-5841

SIGNATURE

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Swortz_____    _____Motthew_____    ___P___
           Last Name                   First Name           Middle Name

HOME ADDRESS ___37 Penn Avenue___

             ___S. I.___     ___Ny___     ___10306___
             City               State           Zip Code

HOME PHONE ___718-667 1542___ WORK PHONE ___646·610-9315___

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Swenson_____ _Edward_____ _T_____
　　　　Last Name　　　　　　　　　First Name　　　　　　　Middle Name

HOME ADDRESS _847___ _Bay_ _Shore_ _Ave_____
　　　　　　　_W. Islip_____ _NY_____ _11795-1519_____
　　　　　　　City　　　　　　　State　　　　　Zip Code

HOME PHONE _631- 587 0763_____  WORK PHONE _347-672-5259_____

SIGNATURE _____

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   Sykes                     Reginald                                De Stea
       Last Name                                    First Name                          Middle Name

HOME ADDRESS   976   Hampshire   Road

Bay Shore                        NY                          11706
City                                      State                        Zip Code

HOME PHONE   631-647-5599          WORK PHONE   347-909-0722

SIGNATURE

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____TALLEYRAND,    DANIEL_____ ,  P _____

       Last Name                              First Name                 Middle Name

HOME ADDRESS _____33 Johns    Rd_____

                  _____Middletown_____ NY. ____10941____

                     City                 State              Zip Code

HOME PHONE ___845-673-5466____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___TAN_____JIAN_____

             Last Name                  First Name                Middle Name

HOME ADDRESS ___2226    E 15 st_____

                   ___Brooklyn_____NY_____11229___

                      City                State            Zip Code

HOME PHONE ___917-667-5995___ WORK PHONE ___212-334-0711___

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____TAORMINA_____ _____SALVATORE_____ ___F___
            Last Name                         First Name           Middle Name

HOME ADDRESS _____2817    AMBOY    RD_____

                    _____SI_____ ____NY_____ ___10306____
                      City                    State             Zip Code

HOME PHONE __718 987-0721____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _Tarata_ _Marilyn_ _Arlene_
           Last Name          First Name         Middle Name

HOME ADDRESS _90_ _Caryl Ave_

_Yonkers_ _NY_ _10705_
          City         State         Zip Code

HOME PHONE _(914) 457-7281_    WORK PHONE _____

SIGNATURE _Marilyn_ _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Tavares_____ ___Guillerming_____ _____
         Last Name                    First Name                    Middle Name

HOME ADDRESS ___62 McEwen St_____

___Warwick_____ ___NY____ ___10990___
         City                    State                    Zip Code

HOME PHONE ___845-5441448_____ WORK PHONE ___718-2205220___

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _Taveras_    _Angel_    _E_
         Last Name              First Name              Middle Name

HOME ADDRESS    _987 Glenmore Ave_    _1 Floor_

_Brooklyn_    _NY_    _11208_
City            State            Zip Code

HOME PHONE    _646-523-0498_    WORK PHONE    _646-523-0498_

SIGNATURE    _Sgt Taveras_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____TAVERAS_____,_____JOSE_____
　　　　　　Last Name　　　　　　　　First Name　　　　　　　Middle Name

HOME ADDRESS __447 EAST 116TH STREET  #1B_____

__NEW YORK, NY_____10029_____
　　　　　　City　　　　　　　　State　　　　　　　Zip Code

HOME PHONE _646-912-0865_  WORK PHONE _718-822-5411___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _Taylor_____    _Richard_____    _S_____
        Last Name               First Name          Middle Name

HOME ADDRESS    _850 East 27 Street_____

               _Brooklyn_____    _NY_____    _11210_____
               City               State          Zip Code

HOME PHONE  _646·529-4565_  WORK PHONE  _____

SIGNATURE  _[signature]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  *TERGESEN*                    *WILLIAM*                    *PATRICK*
    Last Name       First Name      Middle Name

HOME ADDRESS  *1148   WEST  BROADWAY   Apt 3*

    *Hewlett*     *NY*    *11557*
    City       State      Zip Code

HOME PHONE _____  WORK PHONE *516-780-4148*

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  _TERRERO_____  _JUAN_____  _G_____
       Last Name                First Name            Middle Name

HOME ADDRESS  _148 Woodland Avenue_____

              _Yonkers_____  _NY_____  _10703_____
               City            State       Zip Code

HOME PHONE  _646-316 8088_____  WORK PHONE  _212-690-8808__

SIGNATURE  _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Teterycz_____Andre_____Adam___
       Last Name              First Name          Middle Name

HOME ADDRESS ____58 Tremont Ave_____
              ___Staten Island    NY_____10314___
                 City              State        Zip Code

HOME PHONE __718 477-1237__ WORK PHONE __718 948-9304__

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  Thayer                    Jean

Last Name                First Name                Middle Name

HOME ADDRESS  3021  Bond Drive

Merrick          NY          11566

City                State                Zip Code

HOME PHONE  516-377-0624    WORK PHONE  718-520-6502

SIGNATURE  _[signature]_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Thomas_____Maybi_____
         Last Name                    First Name              Middle Name

HOME ADDRESS ____93    Mitchell    Ave_____

_____East   Meadow    NY_____11554_____
         City                    State              Zip Code

HOME PHONE _646 - 633 - 7291___ WORK PHONE _____

SIGNATURE ____Maybi   T_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___THWEATT Jr___ ___Jeffery___ ___R___
        Last Name              First Name        Middle Name

HOME ADDRESS ___104-50    211 St___

___Queens Village    NY    11429___
        City             State        Zip Code

HOME PHONE ___516-424-8928___ WORK PHONE ___516 424 8928___

SIGNATURE ___[signature]___

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  _Tiernan_  _Brian_  _Kevin_
      Last Name        First Name        Middle Name

HOME ADDRESS  _112 Syracuse Ave_

_Medford_  _NY_  _11763_
City        State        Zip Code

HOME PHONE  _631-714-5518_        WORK PHONE  _631-312-1742_

SIGNATURE  _Brian_

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    TOMASULO III        JAMES            LOUIS
        Last Name           First Name       Middle Name

HOME ADDRESS    216    Presentation    Circle

        S.I.            N.Y.            10312
        City            State           Zip Code

HOME PHONE    718-356-4763    cell #    917-575-5376
                              ~~WORK PHONE~~

SIGNATURE    James L. Tomasulo III

CONSENT TO SUE
REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Tanetti_____Frank_____
         Last Name                    First Name                      Middle Name

HOME ADDRESS ___208____Beach 119th ST_____

_____Rockaway_____Park__NY_____11694_____
         City                    State            Zip Code

HOME PHONE ___646 763 1994_____  WORK PHONE ___718 615 7039_____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  _Torrellas_  _Jose_  _A_
Last Name                 First Name                 Middle Name

HOME ADDRESS  _119 NEVADA AVE_

_STATEN ISLAND   NY   10306_
City                    State              Zip Code

HOME PHONE  _718 524 8076_   WORK PHONE  _917 642 5810_

SIGNATURE  _[signature]_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Torcellas_ , _MARGARET_ _____
       Last Name              First Name                    Middle Name

HOME ADDRESS _119 NEVADA AVE_ _____

_STATEN ISLAND    NY    10306_
City                    State                    Zip Code

HOME PHONE _718 524 8076_ , WORK PHONE _718 612 5944_

SIGNATURE _[signature]_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Torres_____ _Andrew_____ _J_____
       Last Name                      First Name              Middle Name

HOME ADDRESS _56 Broadmoor Lyne_____

_Westbury_____ _NY_____ _11590_____
City                              State                    Zip Code

HOME PHONE _516-537-6953_____ WORK PHONE _718-8574-1614_____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  Torres-Pintos     Angelica     Violet
      Last Name          First Name   Middle Name

HOME ADDRESS  11 Still Street.  P.O.B #476

      Central Valley     NY        10917
      City               State     Zip Code

HOME PHONE  845 928·1062   WORK PHONE  212 477·7686

SIGNATURE  Angelica J Rk

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Toussaint_____ _Makeba_____ _____
           Last Name                    First Name              Middle Name

HOME ADDRESS _4 Nottingham Drive_____
                 _Wheatley Heights NY,_____ _11798_____
                      City                 State           Zip Code

HOME PHONE _631-643-6276_____ WORK PHONE _917 858-5034_____

SIGNATURE _M. Toussaint_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Treubig___ , ___Christopher___ ___Michael___
         Last Name               First Name          Middle Name

HOME ADDRESS ___2557 Grand Avenue___

               ___Bellmore___     ___NY___     ___11710___
               City           State         Zip Code

HOME PHONE ___(516) 384-1297___    WORK PHONE ___(212) 860-6551___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___TRIMBLE_____RICHARD_____DONALD___
         Last Name            First Name         Middle Name

HOME ADDRESS ___437 NORTH SYRACUSE AVE_____

___N. MASSAPEQUA  N.Y._____11758____
    City            State         Zip Code

HOME PHONE ___516·586(4887___ WORK PHONE ___212 741 8241___

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _Trudden_    _Michael_    _P._
        Last Name                    First Name            Middle Name

HOME ADDRESS    _727 Shad Creek Rd._

                       _Broad Channel_      _N.Y._    _11693_
                       City                  State          Zip Code

HOME PHONE    _718-474-3138_    WORK PHONE    _212-534-1820_

SIGNATURE    _[signature]_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   _Tsoukias_                      _Paul_                      _Alexander_
            Last Name                       First Name                  Middle Name

HOME ADDRESS   _201-01  42nd Ave_

_Bayside_                      _NY_                      _11361_
City                            State                    Zip Code

HOME PHONE _718-224-1402_        WORK PHONE _917-842-9710_

SIGNATURE _Paul Tsouki_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  Turner          Joseph          Andre
      Last Name       First Name      Middle Name

HOME ADDRESS  145 Wait St

      Walden          NY          12586
      City            State       Zip Code

HOME PHONE  845-778-7304     WORK PHONE  718-653-9000 / 7026

SIGNATURE  Joseph A. Turner

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _Twohig_ _Kevin_ _Michael_
        Last Name          First Name          Middle Name

HOME ADDRESS _565 Route 340_

_Sparkill_ _NY_ _10976_
        City          State          Zip Code

HOME PHONE _845-613-7047_    WORK PHONE _845-323-1986_

SIGNATURE _[signature]_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _TWOMEY_    _CHRISTOPHER_    _MICHAEL_
        Last Name              First Name              Middle Name

HOME ADDRESS    _2718  Remsen Street_

_Baldwin_    _New York_    _11510_
City              State              Zip Code

HOME PHONE _516 - 868 - 8584_    WORK PHONE _718 - 573 - 5051_

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    Tysdal            Kenneth
        Last Name         First Name         Middle Name

HOME ADDRESS    41 Mildred Ave

        S.I.        NY            10314
        City        State         Zip Code

HOME PHONE  718 982-5697   WORK PHONE  917 749-6442

SIGNATURE  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Valentin-Vega, Ana     Evelyn___
         Last Name          First Name        Middle Name

HOME ADDRESS ___29 Guinevere Lane___
___Staten Island, NY 10310___
City                    State              Zip Code

HOME PHONE ___718-447-0868___  WORK PHONE ___646-977-4836___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____Varados_____John_____
         Last Name                    First Name              Middle Name

HOME ADDRESS ____1221 Rose Lane_____

____Wantagh_____NY_____11793_____
     City                      State                    Zip Code

HOME PHONE __516-826-1645_____ WORK PHONE __516-419-6885_____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Varriano___ ___Vincent___ ___J___
         Last Name           First Name         Middle Name

HOME ADDRESS ___63 Isernia Ave___

          ___SI___ ___NY___ ___10306.___
          City         State        Zip Code

HOME PHONE _____ WORK PHONE ___718 946 7300___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _Vasquez_    _Ernesto_    _Rafael_
        Last Name            First Name            Middle Name

HOME ADDRESS    _1514 Sedgwick Ave #1F_

        _Bron_                _NY_            _10453_
        City                State            Zip Code

HOME PHONE    _347-431-1271_        WORK PHONE    _718-866-7250_

SIGNATURE    _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___VAUTRINOT_____ ___RYAN_____ ___E_____
      Last Name                         First Name        Middle Name

HOME ADDRESS ___344  DEMOREST  AVENUE_____

___STATEN  ISLAND , NY_____ ___10314_____
City                          State        Zip Code

HOME PHONE (718) 370 1408     WORK PHONE (347) 572-3586

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___VAZQUEZ_____Deborah_____
         Last Name                              First Name                          Middle Name

HOME ADDRESS ___808  BRONX  River  Rd_____

___Bronxville_____NY_____10708_____
         City                                  State                              Zip Code

HOME PHONE _914-882-0157_____ WORK PHONE _____

SIGNATURE ___D Vazquez_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _Vazqua_____   _Marn_____   _Anthony_____
        Last Name                  First Name              Middle Name

HOME ADDRESS  _6922   12th   Avenue_____

              _Brooklyn_____   _N.Y._____   _11228_____
              City                        State               Zip Code

HOME PHONE  _(516) 644-3814_____   WORK PHONE _____

SIGNATURE  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _VEGA_____ _ROONEY_____ _____
         Last Name              First Name          Middle Name

HOME ADDRESS _1800 S.OCEAN DRIVE    #2006_____

_HALLANDALE BEACH  FL_____ _33009_____
       City             State          Zip Code

HOME PHONE _(914) 433-2659_____ WORK PHONE _(305) 377-4445_____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Velez_ _Mark_ _Alcides_
Last Name        First Name        Middle Name

HOME ADDRESS _23 Cooper Lane_

_Levittown_ _NY_ _11756_
City        State        Zip Code

HOME PHONE _(516) 390-9191_        WORK PHONE _(616) 782-8230_

SIGNATURE _____

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   VENTURA                     CECILIO
       Last Name                   First Name                  Middle Name

HOME ADDRESS   122-08 POWELLS COVE BLVD., UNIT # B

               COLLEGE POINT, N.Y.              11356
               City                State                     Zip Code

HOME PHONE  917.337.4555        WORK PHONE  718.486.7592

SIGNATURE _____

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Ventura_____FRANK_____—_____

Last Name                First Name                Middle Name

HOME ADDRESS _____45-28 192 nd St,_____

_____Flushing_____N.Y._____11358_____

City                State                Zip Code

HOME PHONE _718 460-8050_____ WORK PHONE _347-538-0339_____

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___VERDEROSA_____ ___Joseph_____ _____
   Last Name                     First Name              Middle Name

HOME ADDRESS ___3852 Locust ave_____

___Seaford_____ ___NY____ ___11783___
   City                          State           Zip Code

HOME PHONE _____ WORK PHONE ___(516) 946-3251___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Verkay_ _Brian_ _J_
     Last Name          First Name          Middle Name

HOME ADDRESS _97 Preston Ave_

_State Island_ _NY_ _10312_
     City          State          Zip Code

HOME PHONE _502 693 7210_   WORK PHONE _718 946 3341_

SIGNATURE _[signature]_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    _Vickers_            _Kimberly_            _Nicole_
          Last Name                First Name              Middle Name

HOME ADDRESS   _33 Vermont Street_

              _Melville_              _NY_              _11747_
              City                    State             Zip Code

HOME PHONE _(631)424-4584_       WORK PHONE _(718) 626-6085_

SIGNATURE   _Kimberly N Vickers_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Vigilance_____Fitzroy_____
　　　　　　　Last Name　　　　　　　　　　　First Name　　　　　　　Middle Name

HOME ADDRESS _____3455 Bertha Dr_____
　　　　　　　　　　Baldwin_____NY_____11510_____
　　　　　　　　　　City　　　　　　　　State　　　　　　Zip Code

HOME PHONE ____917-862-5781_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___VILLAFANE_____FERNANDO_____

        Last Name                    First Name                Middle Name

HOME ADDRESS ___42 ANDREA PL_____

        ___S.I_____NY_____10303_____

              City                    State                Zip Code

HOME PHONE ___347-200-5828_____ WORK PHONE ___212-334-0741_____

SIGNATURE ___Fernando Villafane_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____ _Vincents_____ _Christopher_____ _____
           Last Name                    First Name                  Middle Name

HOME ADDRESS _____ _1938_____ _82 St_____

_____ _Brooklyn_____ _NY_____ _11214._____
              City                         State              Zip Code

HOME PHONE _917-962-6725_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___VITALE_____JAMES_____M_____
　　　　　Last Name　　　　　　　　　　　　First Name　　　　　　Middle Name

HOME ADDRESS ___170 HATFIELD PLACE_____

____SI_____NY_____
　　　City　　　　　　　　　State　　　　　　　Zip Code

HOME PHONE _718 273 3566_____ WORK PHONE _718 627 6339_____

SIGNATURE _____St Al_____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _Vivar_    _Diego_    _Xavier_
        Last Name        First Name        Middle Name

HOME ADDRESS    _115 Coach Ln_

_Levittown_    _NY_    _11756_
City        State        Zip Code

HOME PHONE _(516) 735-7251_    WORK PHONE _(347) 849-0772_

SIGNATURE _[signature]_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Waki_____Ryota_____
            Last Name                    First Name               Middle Name

HOME ADDRESS ___83-45 Vietor Avenue_____
                  ___Elmhurst,_____NY_____11373_____
                    City                  State             Zip Code

HOME PHONE ___347-581-0401___ WORK PHONE ___718-542-2314___

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  _WALDHELM_____  _ERIC_____
       Last Name                First Name              Middle Name

HOME ADDRESS  _59 VAN BRUNT ST_____

_STATEN ISLAND    NY    10312_____
       City                State              Zip Code

HOME PHONE _____  WORK PHONE _(646) 523-3259___

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _WALSH_ _SEAN_ _THOMAS_
Last Name        First Name        Middle Name

HOME ADDRESS _115 TRAYNERS POND_

_GARDEN CITY NY 11530_
City        State        Zip Code

HOME PHONE _516.742.1995_   WORK PHONE _516.807.6417_

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Wancel_ _Alexander_ _Bennett_

    Last Name              First Name              Middle Name

HOME ADDRESS _71-73 170 ST_

_Flushing_    _NY_    _11358_

    City                State                Zip Code

HOME PHONE _(516) 238-1215_    WORK PHONE _718-868-3404_

SIGNATURE _____

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____WARREN_____EDWARD_____H._____
             Last Name               First Name            Middle Name

HOME ADDRESS ___16 Pine Hill Road_____

___Monroe_____N.Y._____10950_____
      City            State           Zip Code

HOME PHONE (845) 774-4086_____ WORK PHONE (917)-939-1426_____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___ WATSON ___ Daniel ___ John ___
        Last Name        First Name        Middle Name

HOME ADDRESS ___ 485    Mosely Avenue ___

___ Staten Island ___ NY ___ 10312 ___
     City         State         Zip Code

HOME PHONE ___ 917 598 8240 ___ WORK PHONE ___ 718. 667-2611 236 ___

SIGNATURE ___

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___WATSON_____JOSEPH_____B_____

        Last Name              First Name          Middle Name

HOME ADDRESS ___1860 Cross Bronx Expressway_____

           _____Bronx_____N.Y._____10472_____

            City              State          Zip Code

HOME PHONE ___917-502-4341_____ WORK PHONE _____

SIGNATURE _____

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Welsh___ ___Scott___ ___Michael___
     Last Name          First Name          Middle Name

HOME ADDRESS ___3285 Lafayette Avenue___

___Bronx___ ___NY___ ___10465___
City                State                Zip Code

HOME PHONE ___(718) 684-867-554___ WORK PHONE ___(212) 690-8805___
              (646)

SIGNATURE ___Scott Welsh___

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  Whetstone                    Kevin
      Last Name                    First Name              Middle Name

HOME ADDRESS  1    Bliss Terrace

      Monroe          NY              10950
      City            State           Zip Code

HOME PHONE  646-235-9903      WORK PHONE  718-653-7505

SIGNATURE  Kevin Whetstone

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  WHITE          DEIRDRE
      Last Name         First Name              Middle Name

HOME ADDRESS  177 Sands Street #10H

              Brooklyn        NY           11201
              City            State        Zip Code

HOME PHONE  718 237-1220   WORK PHONE (718) 265-7300

SIGNATURE  Deirdre White

CONSENT TO SUE
REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    _Williams_    _Albert_    _James_
         Last Name        First Name        Middle Name

HOME ADDRESS    _58-39 Fresh Pond Road_

_Maspeth_ , _NY_    _11378_
City          /    State        Zip Code

HOME PHONE _718 347 2324215_    WORK PHONE _212-281-5308_

SIGNATURE _[signature]_

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _Williams_ _Dervent_ _J_

              Last Name                  First Name             Middle Name

HOME ADDRESS _1801 Carleton_

                    _Bayshore_    _NY_    _11702_

                    City                 State             Zip Code

HOME PHONE _____ WORK PHONE _(718) 954 6042_

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    Williams                          Phillip                    Andrew
        Last Name                         First Name                 Middle Name

HOME ADDRESS    3225  88th St.    Apt. 309
                East Elmhurst          N.Y.              11369
                City                   State             Zip Code

HOME PHONE   347-728-1346         WORK PHONE   718-827-3544

SIGNATURE _____

CONSENT TO SUE

REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Willis_____ _Dereon_____ _U_____
        Last Name                    First Name                    Middle Name

HOME ADDRESS _779 Vivian Court_____

        _Baldwin_____ _N.Y._____ _11212_____
        City                              State                              Zip Code

HOME PHONE _516 377 5222_____    WORK PHONE _212 860 1842_____

SIGNATURE _Sgt Dereon U Willis_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    WILSON,    JAMES    GROVER
_____    _____    _____
Last Name    First Name    Middle Name

HOME ADDRESS    1641    E 18 Street    apt 4B
_____

BROOKLYN    NY    11229
_____    _____    _____
City    State    Zip Code

HOME PHONE    718-676-0978    WORK PHONE    917 224 1417
_____    _____

SIGNATURE    James G Wilson
_____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Wong_____Alexander_____K._____
           Last Name                       First Name           Middle Name

HOME ADDRESS __150____Lawrence____Avenue_____

                      Smithtown_____NY_____11787_____
                      City                    State           Zip Code

HOME PHONE _(631) 209 - 7778_____    WORK PHONE _(917) 621 - 7770_____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____ _WONG_____ _PETER_____ _____
            Last Name            First Name            Middle Name

HOME ADDRESS ____7106   17th  AVENUE_____

_____BROOKLYN_____NY_____11204____
                  City                      State              Zip Code

HOME PHONE _347 492 6224___ WORK PHONE _646 610 5063__

SIGNATURE _____ _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Wong_____Peter_____
            Last Name                        First Name                    Middle Name

HOME ADDRESS ___110 7 E 92nd St 2ndFL_____

___Brooklyn_____NY_____11236_____
        City                State              Zip Code

HOME PHONE ___718 9274020___ WORK PHONE ___646 276-7629___

SIGNATURE ___Sgt Peter Wong_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____WONG_____TIMOTHY_____Edward_____
      Last Name                First Name              Middle Name

HOME ADDRESS __1273 Wheatley Street #in_____
      __Hewlett_____NY_____11557_____
      City                    State                   Zip Code

HOME PHONE __516 5286409___ WORK PHONE __516 5286409___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___WONG_____TUNG_____HING___
　　　　　Last Name　　　　　　　First Name　　　　　　Middle Name

HOME ADDRESS ___41 Henry Street Apt 3_____

___New York_____NY_____10002___
　　　　　City　　　　　　　　State　　　　　　　Zip Code

HOME PHONE _212-732-9736_____ WORK PHONE _917-361-3233___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Wu_____Jack_____
           Last Name               First Name            Middle Name

HOME ADDRESS ___162 Floral Ave_____

___Plainview_____NY_____11803_____
        City               State            Zip Code

HOME PHONE ___516-860-2622_____   WORK PHONE _____

SIGNATURE ___[signature]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Yakatally_____Amir_____Ali_____
            Last Name                       First Name              Middle Name

HOME ADDRESS ___137 Jamie Lane_____
               ___Staten Island____NY_____10312____
                  City               State           Zip Code

HOME PHONE ___347-983-7395_____ WORK PHONE ___917-587-5564___

SIGNATURE ___Amir Yakatally_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME _____YAN_____Herman_____
            Last Name                       First Name                Middle Name

HOME ADDRESS ___142 05 Roosevelt Ave_____

                Flushing_____NY_____11354_____
                City                   State               Zip Code

HOME PHONE ___718-888-7840_____ WORK PHONE ___347-221-7732_____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME    YAU          BEN          FONG
        Last Name          First Name          Middle Name

HOME ADDRESS    62-35   138  ST

                FLUSHING          NY          11367
                City          State          Zip Code

HOME PHONE   646 261 4718   WORK PHONE  212

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___YeArwood___          ___Anwar___          ___Farid___
           Last Name                    First Name                  Middle Name

HOME ADDRESS ___34-14  105 Street___

___Corona___          ___N.Y.___          ___11368___
       City                    State              Zip Code

HOME PHONE ___917) 420-6151___   WORK PHONE ___718) 237-8444___

SIGNATURE ___Anwar Yearwood___

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___YEH_____YUHUEI_____
          Last Name                  First Name         Middle Name

HOME ADDRESS ___250 E Argyle street_____

___Valley Stream_____NY_____11580_____
     City              State           Zip Code

HOME PHONE ___347-247-3006___ WORK PHONE ___718-345-4900___

SIGNATURE _____

**CONSENT TO SUE**

**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME    Yin                    Johnny                    Gy
        Last Name              First Name                Middle Name

HOME ADDRESS    1978  W.  4  St.

                Brooklyn              N.Y.              11223
                City                  State             Zip Code

HOME PHONE    917-400-3267    WORK PHONE    718.875.6228

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME ___Yip_____Alan_____
            Last Name                       First Name                   Middle Name

HOME ADDRESS ___78-07 226 St_____
                 ___Oakland Gardens, NY___NY364_____
                      City                    State               Zip Code

HOME PHONE ___917 608 4290_____ WORK PHONE ___718 321-1254___

SIGNATURE ___Sgt [signature]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Young_____Jamie_____
        Last Name                    First Name                    Middle Name

HOME ADDRESS ____215_____Alexander Ave apt 9a_____

____BX____ny_____10452_____
      City                    State                    Zip Code

HOME PHONE __718993036_____ WORK PHONE _____

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  YU                          QIDONG
_____
Last Name              First Name              Middle Name

HOME ADDRESS   43-29  Judge ST.
_____
Elmhurst          NY              11373.
_____
City                   State                  Zip Code

HOME PHONE  646-750-5533  WORK PHONE _____

SIGNATURE _____

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  _Zabrovskiy_          _Dmitriy_          _G_
           Last Name               First Name            Middle Name

HOME ADDRESS  _4654 Bedford Ave 2F_

                 _Brooklyn_          _NY_          _11235_
                 City             State           Zip Code

HOME PHONE  _646-578-3725_          WORK PHONE  _212-741-4811_

SIGNATURE  _Sgt Zabrovsky, Dmitriy_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _ZAGAJESKI_ _ROBERT_ _STEPHEN_
        Last Name           First Name           Middle Name

HOME ADDRESS _52-21  72ND  PLACE_

_MASPETH_ _NY_ _11378_
    City        State        Zip Code

HOME PHONE _917-662-3275_      WORK PHONE _212-860-6551_

SIGNATURE _[signature]_

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _____Zaita_____John_____S._____
          Last Name              First Name            Middle Name

HOME ADDRESS _____160·27  80th  Street_____

_____Howard  Beach  NY_____11414_____
          City                     State                  Zip Code

HOME PHONE ___718 843 2596___ WORK PHONE ___212 398 7900___

SIGNATURE _____John S. Tajo_____

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME ___Zelinski_____Scott_____Paul_____
          Last Name             First Name         Middle Name

HOME ADDRESS ___54 MALONE Ave_____

___Staten Island_____NY_____10306_____
    City            State        Zip Code

HOME PHONE ___718-667-0445___ WORK PHONE ___718-965-6341___

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.**

NAME  Zhen                     Jun                     Ju
      Last Name                First Name              Middle Name

HOME ADDRESS  87-43 Kingston Place

              Jammaica        NY              11432
              City            State           Zip Code

HOME PHONE  917-915-0860        WORK PHONE

SIGNATURE