# APPENDIX D

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  Last Name: BEKTASHAJ   First Name: GENTI   Middle Name: _____

HOME ADDRESS: 8 VINCENT DRIVE

City: MIDDLETOWN   State: NY   Zip Code: 10940

HOME PHONE: 914 513 9278   WORK PHONE: _____

SIGNATURE: _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME _Kunst_ _Catherine_ _Mary_
       Last Name       First Name       Middle Name

HOME ADDRESS _177 Gibbs Pond Rd_
_Nesconset_ _NY_ _11767_
City       State       Zip Code

HOME PHONE _631 312-7017_ WORK PHONE _631 718 533-2006_

SIGNATURE _Catherine Kunst_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF -- NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME: REILLY, DAVID
Last Name / First Name / Middle Name

HOME ADDRESS: 48-56 44 ST. #4K
WOODSIDE, NY 11377
City / State / Zip Code

HOME PHONE: 718 446 9388      WORK PHONE: _____

SIGNATURE: /s/

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  Signal / Leroy
Last Name / First Name / Middle Name

HOME ADDRESS  93 Carter St
Bayshore   NY   11706
City / State / Zip Code

HOME PHONE  631 328-1384    WORK PHONE  718 474 6555

SIGNATURE  Leroy Signal

CONSENT TO SUE
REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME __Shank_____ __Janine_____ __Ann_____
        Last Name              First Name            Middle Name

HOME ADDRESS __14 Spiral Lane_____
__Levittown_____ __NY__ __11756__
        City             State           Zip Code

HOME PHONE (516) 317-6266   WORK PHONE (718) 476-7566

SIGNATURE __Janine Shank_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME  STRYPE / JOHN / PATRICK
     Last Name / First Name / Middle Name

HOME ADDRESS  94 PRINCEWOOD AVE
              STATEN ISLAND  NY  10309
              City / State / Zip Code

HOME PHONE  718 948 6380    WORK PHONE  718 439 4241

SIGNATURE  /s/

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME: WALSH (Last Name)   GERALD (First Name)   W (Middle Name)

HOME ADDRESS: 169 RICHMOND VALLEY RD
SI (City)   NY (State)   10309 (Zip Code)

HOME PHONE: (718) 966-4319   WORK PHONE: 718 875 6228

SIGNATURE: Ged W Walsh

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – NEW YORK CITY POLICE SERGEANTS' OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act and I have been employed as an NYPD sergeant for some time period within the last three years.

NAME   Wilson                    Theresa               K
       Last Name                 First Name            Middle Name

HOME ADDRESS   183 Benefield blvd
               Peekskill           NY           10566
               City                State        Zip Code

HOME PHONE  914 734-9856   WORK PHONE  646 610-5063

SIGNATURE  /s/ Theresa Wilson