LAW OFFICES

# WOODLEY & MCGILLIVARY LLP

1101 VERMONT AVENUE, N.W.
SUITE 1000
WASHINGTON, D.C. 20005
TELEPHONE: (202) 833-8855
FAX: (202) 452-1090
E-MAIL: INFO@WMLABORLAW.COM

THOMAS A. WOODLEY
GREGORY K. McGILLIVARY
DOUGLAS L. STEELE
MOLLY A. ELKIN
BALDWIN ROBERTSON
DAVID RICKSECKER
MEGAN K. MECHAK
SARA L. FAULMAN
CHRISTOPHER M. FRANZONI
DIANA J. NOBILE
REID COPLOFF
MICHAEL R. WILLATS
SARA A. CONRATH
ROBIN L.S. BURROUGHS
DONNA K. McKINNON

EDWARD J. HICKEY, JR.
(1912-2000)

OF COUNSEL
NANCY B. STONE

May 8, 2015

Honorable Gregory H. Woods
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: Edmund Small, et al. v. City of New York, et al. Case No. 1:14-cv-3469(GHW)

Dear Judge Woods:

     We are pleased to report that the City and the plaintiffs' counsel, Woodley & McGillivary LLP and Patterson Belknap Webb & Tyler LLP, have reached agreement on the reasonable attorneys' fees and costs to be paid in accordance with paragraph 2.5 of the parties' settlement agreement that was previously submitted to your Honor. The attorneys' fees and costs to be paid to Woodley & McGillivary LLP total $275,000, and of this amount, $223,924.09 is paid as attorneys' fees and $51,075.91 as reimbursement for expenses. The attorneys' fees and costs to be paid to Patterson Belknap Webb & Tyler LLP total $99,000. Thus, the total attorneys' fees and costs to be paid is $374,000. With this agreement, the plaintiffs will only pay approximately 13% of their total recovery under the settlement agreement as a contingent fee to Woodley & McGillivary LLP, which is less than the 15% that they originally agreed to pay.

     For all of the reasons set forth in the parties' letter to you of March 11, 2015 (Dkt. No. 39), this proposed settlement will successfully provide appropriate overtime compensation for the plaintiff sergeants in *Small*.

The Honorable Judge Gregory H. Woods
May 8, 2015
Page 2

      Accordingly, the parties respectfully submit that the settlement is fair and reasonable and should be approved by the Court. The plaintiffs especially appreciate your attention to this matter as the time limits for payment are triggered under the settlement agreement by the date that the Court approves the settlement.

      We appreciate the Court's consideration of these matters.

                                    Respectfully submitted,

                                    WOODLEY & McGILLIVARY LLP

                                    Gregory K. McGillivary

cc:     Andrea O'Connor, counsel for defendants (via electronic mail)
        Stephen P. Younger, Esq.