USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/2015

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDMUND SMALL, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:14-cv-03469 (GHW) |
| CITY OF NEW YORK and THE NEW YORK CITY POLICE DEPARTMENT | ) |
| Defendants. | ) |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

This case having come before the Court upon the joint request of Plaintiffs and Defendants, the Court having been advised of and considered the Settlement Agreement entered into by and among Plaintiffs and Defendants that has resulted from arm's length settlement negotiations, and, upon the joint application of Plaintiffs and Defendants, by their Attorneys, seeking review and approval by the Court thereof, and the entire record therein, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. The court approves and adopts as stated the terms of the Settlement Agreement entered into between the parties to the instant action, recognizing that there has been and there is no admission of liability by Defendants, same being expressly denied, but as it reflects a fair, reasonable, and appropriate compromise deemed in the best interest of the parties thereto, and in accordance with law.

2. Consistent with the Settlement Agreement, this action is hereby dismissed with respect to the Plaintiffs, with prejudice.  The Court will retain jurisdiction over the parties to

the Agreement for the purpose of interpretation and compliance with the Agreement and this Agreed Order of Dismissal with Prejudice.

So ORDERED this __15th__ day of __May__, 2015.

New York, New York

*/s/ Gregory H. Woods*
Gregory H. Woods
United States District Judge